**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Whitehall Manor, Inc., et al., | : Case No. 25-15245 (PMM) |
| | : |
| *Debtors.* | : Jointly Administered |
| | : |

**O R D E R**

AND NOW, upon consideration of the Emergency Motion for a Stay of the Bankruptcy Court's March 19, 2026 Order and Expedited Consideration (the "Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. A stay pursuant to Rule 7062 is not necessary as the relief sought against Whitehall Fiduciarty, LLC ("Whitehall Trust") and Saucon Trust in the December 19th Order entered in the pending action *Lehigh Valley 1, LLC v. Whitehall Fiduciary, LLC*, Case No. 5:24-cv-02627-CH (E.D. Pa. June 14, 2024) (the "District Court Action") for receipt of pending discovery in the District Court Action is not subject to any stay. Moreover, the remaining relief provisions in the December 19th Order related to rents or sanctions apply to other parties including Whitehall Manor and Saucon Valley Manor, both of which are fully protected by the automatic stay in their respective Chapter 11 cases. To the extent that the monetary relief provisions apply to other non-debtor parties, the Court makes no determination as to their collectability.

2. A further hearing to consider the Motion will be held on April 1, 2026, at 10:00 a.m. to be conducted via Zoom, accessed at the below URL or, alternatively, by using the below meeting ID and password:

   https://www.zoomgov.com/j/1609871105?pwd=YaJia80QfMM1baEpXew1RF9AAkZtLi.1

   Meeting ID: 160 987 1105
   Passcode: 626143

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the Office of the United States Trustee, the Receiver in the District Court Action, Lehigh Valley I, LLC, and all parties requesting notice in these cases by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on March 30, 2026.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on March 30, 2026.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

**Date:** March 27, 2026

_Patricia M. Mayer_
_____
**Honorable Patricia Mayer**