IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | **)** | Chapter 11 |
| | **)** | |
| Whitehall Trust, et. al., | **)** | Case No. 25-15245 (PMM) |
| | **)** | |
| *Debtors*. | **)** | Jointly Administered |
| | **)** | |

## <u>ORDER</u>

And now, upon consideration of Debtors' Motion for a Stay Pending Appeal of the Court's March 19, 2026, Order Granting Secured Creditor Lehigh Valley 1, LLC's Motion to Dismiss Trust Debtors' Bankruptcy Cases ("the Motion"), and Debtors' Supporting Memorandum of Law,[1] and the Court having held on April 1, 2026, an evidentiary hearing regarding the Motion, and the Court having entered on April 2, 2026, an oral ruling on the Motion, it is hereby ORDERED that:

1.  Debtors' Motion is GRANTED.

2.  The aforesaid relief is not conditioned on Debtors posting a bond or other security.

3.  In the event that the dismissals of the Whitehall Trust 25-15241 and Saucon Valley Trust 25-15243 cases are reversed on appeal, Debtors' cases will continue to be jointly administered on Debtor Whitehall Manor's docket, Case No. 25-15245.

Date: April 2, 2026

Hon. Patricia M. Mayer
United States Bankruptcy Judge

---

[1] The Stay Motion and Supporting Memorandum are docketed at 25-15245, doc. #'s 30, 55, respectively.