**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Whitehall Manor, Inc., et al., | : | Case No. 25-15245 (PMM) |
| | : | |
| | : | Jointly Administered[1] |
| Debtors | : | |
| | : | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

PLEASE TAKE NOTICE, that the undersigned counsel hereby enter their appearance for Abraham Atiyeh (the "<u>Atiyeh</u>") in the above captioned case, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon Atiyeh through his undersigned counsel, as follows:

Robert Lapowsky
Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone (215) 751-2866
Facsimile (610) 371-7958
Robert.lapowsky@stevenslee.com
Jason.manfrey@stevenslee.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

---

[1] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); (iv) Saucon Valley Manor, Inc. (2894). The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052. The Dismissal Order, entered on March 19, 2026, dismissed the cases of debtor Whitehall Trust, Case No. 25-15241-PMM and debtor Saucon Trust, Case No. 25-15243-PMM.

operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of Atiyeh including, without limitation, (i) the right to have final orders in non-core matters entered only after de novo review by a judge in the United States District Court (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Debtors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Atiyeh expressly states otherwise, Atiyeh does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Respectfully submitted,

Dated: May 20, 2025

**STEVENS & LEE, P.C.**

/s/ Jason C. Manfrey
Robert Lapowsky
Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone (215) 751-2866
Facsimile (610) 371-7958
Robert.lapowsky@stevenslee.com
Jason.manfrey@stevenslee.com

*Counsel to Abraham Atiyeh*