**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Whitehall Manor, Inc.,** | : | |
| **Debtor.** | : | **Case No. 25-15245 (PMM)** |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Entry of an Order to Extend

Debtors' Exclusive Time to File a Plan of Reorganization (doc. #129, the "Motion"):

AND a hearing with regard to the Motion having been held on May 27, 2026;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The exclusivity period is extended until and through **June 30, 2026;** and

2) The hearing with regard to the Motion is continued to **June 30, 2026 at 1:00** and will

   be held via Zoom:

https://www.zoomgov.com/j/1654254555?pwd=PBMuFjvhjd1SilQTbYCTFurEau1Ky9.1
Meeting ID: 165 425 4555
Passcode: 771117

Dated: 5/27/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge