**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Whitehall Manor, Inc., | : | Case No. 25-15245 (PMM) |
| *Debtor.* | : | (Jointly Administered) |
| | : | |

**PRAECIPE TO ATTACH EXHIBITS**

TO THE CLERK OF COURT:

Kindly attach Exhibits I and J (attached hereto) to Secured Creditor Lehigh Valley 1, LLC Objection to Joint Motion Pursuant To 11 U.S.C. § 363 For Entry of an Order Authorizing The Debtors to Enter Into and Perform Under Use and Occupancy Agreements (ECF 215), which was filed electronically with the court on July 10, 2026, in the above-captioned action.

|  |  |
|---|---|
| | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| Dated: July 13, 2026 | By: */s/ Matthew A. Hamermesh* |
| | Matthew A. Hamermesh |
| | Sara E. Smith |
| | One Logan Square, 27th Floor |
| | Philadelphia, PA 19103-6933 |
| | (215) 568-6200 |
| | mhamermesh@hangley.com |
| | |
| | BERGER LAW GROUP, P.C. |
| | Phillip D. Berger |
| | 919 Conestoga Road, Building 3, Suite 114 |
| | Bryn Mawr, PA 19010 |
| | (610) 668-0800 |
| | Berger@BergerLawPC.com |
| | |
| | *Attorneys for Secured Creditor Lehigh Valley 1, LLC* |