# EXHIBIT J




# HEALTHTRUST
Seniors Housing & Healthcare Real Estate Advisory Services

Boston | Denver | Los Angeles | Sarasota

# REAL ESTATE APPRAISAL

## APPRAISAL REPORT

Whitehall Manor

March 10, 2026

**Whitehall Manor**

1177 Sixth Street N

Whitehall, Pennsylvania 18052

HT File No. 20260125



Prepared by:
HealthTrust
6801 Energy Court, Suite 200 | Sarasota, FL 34240
P: 941.363.7500 | F: 941.363.7525 | healthtrust.com





July 7, 2026

Mr. Matthew A Hamermesh, Esq
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
Philadelphia, PA 19103

RE:      **Real Estate Appraisal of**
         Whitehall Manor
         1177 Sixth Street N
         Whitehall, Pennsylvania 18052
         HT File No. 20260125

Dear Mr. Hamermesh:

At your request and authorization, HealthTrust has prepared an Appraisal Report of the subject, an existing Independent, Assisted and Memory Care Community. The "as is" market value is relevant as to the date we last inspected the site, or March 10, 2026. The date of this report is July 7, 2026.

Lying on approximately 2.43 acres, the subject contains 148 units. Note, the subject is licensed for 130 assisted living units while is physically set up for 148 units based on the building plans provided. Management could not provide clarity on the unit mix. We also could not derive a reliable unit mix from the rent roll, which did not identify vacant units. During our inspection, we were told that there are unlicensed units being occupied with independent living (IL) residents. Therefore, we implied 18 IL units in our valuation of the subject, which reflects the difference between the licensed capacity and physical capacity.

Our final unit mix conclusion for the subject is 18 IL, 110 Assisted Living (AL), and 20 Memory Care (MC) units. As of the date of value, the property reported occupancy of 100% in IL, 84% in AL and 80% in MC. By comparison, the market exhibits an average occupancy of 86% in IL, 90% in AL and 91% in MC.

The subject is currently encumbered with a lease agreement between related parties. The lease payment has not been included in our analysis of cash flows. At the request of the client, we appraised the fee simple interest. In addition, at the request of the client, we have been asked to estimate the fair market rent for the subject property. The subject property is being leased to the current tenant as a result of a related party lease-back transaction involving the two parties. The subject's lease is set to expire December 31, 2028, per the most recent lease amendment (the "Sixth Amendment" effective September 21, 2023). We have included our estimates of the expected market lease in the Fair Market Rent section of this report.

We also note, we relied upon the roof repair estimate provided by the operator and deducted this amount as deferred maintenance. Any variation to true cost would be a dollar-for-dollar adjustment to this deduction.

The report will be used to provide a third-party opinion of the market value of the subject. The effective date of the "as is" value was estimated under market conditions observed at that time, reflecting the fee simple interest in the market value of the going concern. Appraisal terms are defined in the following report. Complete descriptions of the property, together with the sources of information and the bases of our estimates, are stated in the accompanying sections of this report.

The report is an Appraisal Report that complies with the reporting requirements set forth in Standards Rule 2-2 of the Uniform Standards of Professional Appraisal Practice guidelines.

Following our investigation and analysis, we have estimated the "as is" market value of the fee simple interest in the subject including the going concern (real estate, personal property and total intangible assets), as depicted in the following table:

| VALUATION SUMMARY(1) | |
| --- | --- |
| **Date of Value/Appraised Interest** | **As-Is** |
| | 10-Mar-2026 |
| Market Value of Fee Simple Estate | $14,500,000 |
| **Real Property Allocation** | |
| Real Property | $12,640,000 |
| FF&E (Personal Property) | $860,000 |
| Business Value | $1,000,000 |
| Market Value of the Going Concern | $14,500,000 |
| (1) Subject to the Certification, Standard Conditions and Special Conditions | |
| Source: HealthTrust | |

The accompanying prospective financial analyses are based on estimates and assumptions developed in the appraisal. However, some assumptions inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by our prospective financial analyses will vary from our estimates and the variations may be material.

This report, the final estimates of value and the prospective financial analyses are intended solely for your information and assistance for the function stated above and should not be relied upon for any other purpose.

Neither our report nor any of its contents nor any reference to the appraisers or our firm, may be included or quoted in any document, offering circular or registration statement, prospectus, sales brochure, other appraisal, loan or other agreement without HealthTrust's prior written approval of the form and context in which it will appear.

Respectfully submitted,

*HealthTrust*

HealthTrust



## Certification

I certify that, to the best of my knowledge and belief:

The statements of fact contained in the accompanying report are to the best of our knowledge true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, unbiased professional analyses, opinions, and conclusions.

We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved or the property that is the subject of this report. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

Our compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute and in conformity with the current Edition of the Uniform Standards of Professional Appraisal Practice.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

Alan C. Plush, MAI inspected the subject. Marissa Cassman, MAI, has assisted with the valuation analysis and has not inspected the subject. Derrick Washington has assisted with the market research and has not inspected the subject. David Rey Salinas, MAI, has reviewed this report and has not inspected the subject. No one, other than those so named in the certification pages herein, aided the undersigned with preparation of this report.

Alan C. Plush, MAI has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three years immediately preceding acceptance of this assignment.

The subject of this appraisal, Whitehall Manor, is located at 1177 Sixth Street N, Whitehall, Pennsylvania 18052.

As of the date of this report, Alan C. Plush, MAI, has completed the requirements of the continuing education program for Designated Members of the Appraisal Institute.

x _____
Alan C. Plush, MAI
Certified General Appraiser GA001255L (PA)
6801 Energy Court, Suite 200
Sarasota, FL 34240
(941) 363-7501
alan.plush@healthtrust.com

**Standard Terms and Conditions**

The following Standard Terms and Conditions apply to real estate appraisals and consulting assignments prepared by HealthTrust, LLC ("HealthTrust"). This report shall be subject to standard conditions, permitted and/or limited usage, and terms of engagement, which are outlined as follows:

**Report Content**

Appraisals are performed, and written reports are prepared in accordance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation and with the Appraisal Institute's Standards of Professional Appraisal Practice and Code of Professional Ethics.

Unless specifically stated, the value or other conclusion(s) contained in the appraisal applies to the real estate only, and does not include personal property, machinery and equipment, trade fixtures, business value, goodwill or other non-realty items unless specifically stated or identified.

The appraisal and/or consulting report covering the subject is limited to surface rights only and does not include any inherent subsurface or mineral rights. Income tax considerations have not been included or valued unless so specified in the appraisal. We make no representations as to the value changes that may be attributed to such considerations.

The legal description used in this report is assumed to be correct and we have made no survey of the property. We assume that there are no hidden or unapparent conditions of the property, subsoil, or structures that would impact its value.

No opinion is rendered as to property title, which is assumed to be good and marketable. Unless otherwise stated, no consideration is given to liens or encumbrances against the property. Sketches, maps, photos, or other graphic aids included in appraisal reports are intended to assist the reader in ready identification and visualization of the property and are not intended for technical purposes.

It is assumed that legal, engineering, or other professional advice, as may be required, has been or will be obtained from professional sources and that the appraisal report will not be used for guidance in legal or technical matters such as, but not limited to, the existence of encroachments, easements or other discrepancies affecting the legal description of the property. It is assumed that there are no concealed or dubious conditions of the subsoil or subsurface waters including water table and flood plain, unless otherwise noted. We further assume there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report. It is assumed that the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

This report is not intended to be an engineering report. We are not qualified as structural or environmental engineers; therefore, we are not qualified to judge the structural or environmental integrity of the improvements, if any. Consequently, no warranty or representations are made, nor any liability assumed for the structural soundness, quality, adequacy, or capacities of said improvements and utility services, including the construction materials, particularly the roof, foundations, and equipment, including the HVAC systems, if applicable. Should there be any question concerning same, it is strongly recommended that an engineering, construction and/or environmental inspection be obtained. The value estimate(s) or any other opinions stated in this appraisal and/or consulting assignment, unless noted otherwise, is predicated on the assumptions that all improvements, equipment and building services, if

any, are structurally sound and suffer no concealed or latent defects or inadequacies other than those noted in the appraisal and/or consulting report. We will call to your attention any apparent defects or material adverse conditions which come to our attention.

In the absence of competent technical advice to the contrary, it is assumed that the property being appraised/analyzed is not adversely affected by concealed or unapparent hazards such as, but not limited to asbestos, hazardous or contaminated substances, toxic waste or radioactivity.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; but no responsibility, whether legal or otherwise, is assumed for its accuracy, and it cannot be guaranteed as being certain. No single item of information was completely relied upon to the exclusion of other information.

Appraisal and consulting reports may contain estimates of future financial performance, estimates or opinions that represent the appraiser's view of reasonable expectations at a point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a level of income, or profit will be achieved, that events will occur, or that a price will be offered or accepted. Actual results achieved during the period covered by our prospective financial analyses will vary from those described in our report, and the variations may be material.

Any proposed construction or rehabilitation referred to in the appraisal and/or consulting report is assumed to be completed within a reasonable time and in a workmanlike manner according to or exceeding currently accepted standards of design and methods of construction.

Any inaccessible portions of the subject property or improvements not inspected are assumed to be as reported or like the areas that are inspected.

It should be specifically noted by any prospective mortgagee that the appraisal and/or consulting report assumes the property will be competently managed, leased, and maintained by financially sound owners over the expected period of ownership. This engagement does not entail an evaluation of management's or owner's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

The Americans with Disabilities Act ("ADA") became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value and/or performance of the property.

**Use of the Report**

The report, the final estimate of value and estimates of future financial performance included therein, are intended for the information of the person or persons to whom they are addressed, solely for the purposes stated therein, and should not be relied upon for any other purpose. The addressee shall not distribute the report to third parties without prior permission of HealthTrust. Before such permission shall be provided, the third party shall agree to hold HealthTrust harmless relative to their use of the report.

The report may identify one or more "intended users" of the appraisal and/or consulting report, either by name or type of user. The purpose of this identification is for HealthTrust to determine the appropriate reporting of the appraisal in a manner that is clear and understandable to the identified intended user(s). Neither the appraisers identified in the report nor HealthTrust is responsible to parties who are not identified as intended users or for uses not identified as intended uses.

Neither our report, nor its contents, nor any reference to the appraisers or HealthTrust, may be included or quoted in any offering circular or registration statement, prospectus, preliminary offering statement, sales brochure, other appraisal, loan or other agreement or document without our prior written permission. Permission will be granted only upon meeting certain conditions. Generally, HealthTrust will not agree to the use of its name as a "named expert" within the meaning of the Securities Act of 1933 and the Securities Act of 1934.

The valuation applies only to the property described and for the purpose so stated and should not be used for any other purpose. Possession of the report, or copy thereof, does not carry with it the right of publication. Any allocation of total price between land and the improvements as shown is invalidated if used separately or in conjunction with any other report.

Neither the report nor any portions thereof (especially any conclusions as to value, the identity of the appraisers or HealthTrust, or any reference to the Appraisal Institute or other recognized appraisal organization or the designations they confer) shall be disseminated to the public through public relations media, news media, advertising media, sales media or any other public means of communication without the prior written consent and approval of the appraisers and HealthTrust.

The date(s) of the valuation to which the value estimate, conclusions, or analysis to which the conclusions and opinions apply within a consulting report, is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date.

**Terms of the Engagement**

Appraisal and consulting assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent service related to an appraisal assignment (e.g., testimony, updates, conferences, reprint or copy service) is contemplated, special arrangements acceptable to HealthTrust must be made in advance. The working papers for this engagement have been retained in our files and are available for your reference.

Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject property of energy shortage or future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

We take no responsibility for any events, conditions or circumstances affecting the subject property or its value, that take place after either the effective date of value cited in the appraisal or the date of our field inspection, whichever occurs first.

If any provision of these Standard Terms and Conditions is held, in whole or part, to be unenforceable or invalid for any reason, the remainder of that provision and the remainder of the entire Terms and Conditions will be severable and remain in effect. If any of these Terms and Conditions conflict with an executed client Appraisal Services Agreement, the terms and conditions of the Appraisal Services

Agreement shall control, but only as between Client and HealthTrust, unless the Appraisal Services Agreement expressly states otherwise.

This engagement may be terminated whether by client or HealthTrust at any time upon written notice to that effect to the other parties. We reserve the right to withhold or withdraw services due to non-payment, delayed payment, or an ethical standard or disagreement arises. It being understood that, unless HealthTrust shall unilaterally terminate the engagement without the client's consent and without reasonable cause, the provisions related to the payment of fees and expenses through the date of termination will survive any termination, and it being further understood that the indemnification and hold harmless provisions shall survive any termination thereof, whether or not such termination is unilateral.

Acceptance of and/or use of this report constitutes acceptance of all Standard Terms and Conditions.

For more information on the NIC MAP® Data Service, please visit www.NIC.org/NIC-map or call 410-267-0504.

**Hypothetical Conditions**

None noted.

**Extraordinary Assumptions**

Although this appraisal is not contingent upon any specific management, it does presume that the subject's management is competent and experienced with operations of an Independent, Assisted and Memory Care Community.

Please note that the use of these extraordinary assumptions and hypothetical conditions might affect our assignment results.

## TABLE OF CONTENTS

CERTIFICATION                                                                                                                IV
STANDARD TERMS AND CONDITIONS                                                                             V
HYPOTHETICAL CONDITIONS                                                                                         IX
EXTRAORDINARY ASSUMPTIONS                                                                                   IX

**TABLE OF CONTENTS**                                                                                              **1**

**PREFACE**                                                                                                                     **3**

GLOSSARY OF TERMS                                                                                                     5
SENIORS HOUSING AND HEALTH CARE INDUSTRY OVERVIEW                                          8

**INTRODUCTION**                                                                                                         **18**

SCOPE OF WORK                                                                                                            19
APPLICABILITY OF APPROACHES                                                                                   20
INSPECTION AND EFFECTIVE DATES OF APPRAISAL                                                      21
USE PREMISE                                                                                                                  21

**DESCRIPTIVE DATA**                                                                                               **22**

SITE DESCRIPTION                                                                                                         22
ZONING                                                                                                                           23
ASSESSMENT AND TAXES                                                                                              24
IMPROVEMENT DESCRIPTION                                                                                       25

**MARKET ANALYSIS**                                                                                                **29**

REGIONAL ANALYSIS                                                                                                     29
SENIOR HOUSING REGIONAL ANALYSIS                                                                        34
NEIGHBORHOOD ANALYSIS                                                                                           39

**COMPETITIVE MARKET ANALYSIS**                                                                         **42**

REGULATORY OVERVIEW                                                                                              42
DEFINITION OF PRIMARY MARKET AREA                                                                       43
PMA SUPPLY ANALYSIS                                                                                                44
COMPETITIVE MARKET SUPPLY                                                                                    46
DEMAND ANALYSIS                                                                                                       49
PENETRATION ANALYSIS                                                                                               58
MARKET CATEGORIZATION                                                                                           59
SWOT ANALYSIS                                                                                                            62

**HIGHEST AND BEST USE**                                                                                       **63**

AS IF VACANT                                                                                                                 63
AS CURRENTLY IMPROVED                                                                                            63

**VALUATION ANALYSIS**                                                                                          **65**

**INCOME APPROACH**                                                                                              **65**

ESTIMATES OF MARKET RENT - SENIORS HOUSING                                                     77
STABILIZED OCCUPANCY                                                                                              80
ABSORPTION                                                                                                                  80

OTHER REVENUE SOURCES 82
TOTAL REVENUE ESTIMATES 82
OPERATING EXPENSES 84
NET OPERATING INCOME ESTIMATE 96
CAPITALIZATION RATE DERIVATION 98
DISCOUNT RATE DERIVATION 104
RENT LOSS CONCLUSION 104
INCOME ASSUMPTIONS AND CHARTS 105
INCOME APPROACH CONCLUSION 107

**FAIR MARKET RENT ANALYSIS** **108**

**SALES COMPARISON APPROACH** **111**

SALES COMPARISON APPROACH – MATRIX ADJUSTMENTS 115
SALES COMPARISON APPROACH CONCLUSION 120

**RECONCILIATION AND FINAL VALUE ESTIMATES** **121**

ASSET VALUE ALLOCATION 122
MARKETABILITY ANALYSIS 130

**ADDENDA** **132**

## PREFACE



## Whitehall Manor

### EXECUTIVE SUMMARY

### Property Data

| | | |
|---|---|---|
| **Name:** | Whitehall Manor | |
| **Address:** | 1177 Sixth Street N | |
| | Whitehall, Pennsylvania 18052 | |
| **Property Type:** | Independent, Assisted and Memory Care Community | |
| **Gross Building Area (SF):** | 92,635 | |
| **Land Area (acres):** | 2.43 | |
| **Year Built:** | 1951,1996, 1998 | |
| **Condition:** | Above Average | |
| **Effective Age:** | 20 | |
| **Total Density:** | 148 | |

|  | *As-Is* | |
|---|---|---|
| **Unit Mix:** | *No. Units* | *Set-Up Beds* |
| *IL* | 18 | 18 |
| *AL* | 110 | 110 |
| *MC* | 20 | 20 |
| ***Total*** | **148** | **148** |

| | |
|---|---|
| **Parcel Number:** | 549893788632 2 |
| **Assessor's Fair Market Value:** | $3,952,000 |
| **Property Taxes:** | $119,815 |
| **Zoning District:** | R-5 |
| **Flood Zone:** | Outside |
| **Owner of Record:** | Whitehall Fiduciary LLC Trustee |
| **Management Company:** | Manors of the Valley |
| **Highest & Best Use:** | |
| *As Though Vacant* | Independent, Assisted and Memory Care Community |
| *As Currently Improved* | Independent, Assisted and Memory Care Community |

## EXECUTIVE SUMMARY (CONT.)

### Financial Analysis Summary

| | |
|---|---|
| **Purpose of the Appraisal:** | provide a third-party opinion of the market value of the subject |

| | |
|---|---|
| **Salient Dates of Appraisal:** | |
| *As Is* | March 10, 2026 |
| *Prospective Stabilized* | |
| **Interest Appraised:** | fee simple |
| **Excess Land:** | $0 |
| **Excess CON:** | $0 |
| **Valuation Assumptions:** | |
| *Capitalization Rate:* | 9.00% |
| *Terminal Capitalization Rate:* | 9.50% |
| *Discount Rate:* | 12.00% |
| *Revenue Growth Rate:* | 3.00% |
| *Expense Growth Rate:* | 3.00% |
| *Management Fee:* | 5.00% |
| *Reserves (Capex) Per Unit:* | $500 |
| *Stabilized Expense Ratio* | 81% |
| *Stabilized Occupancy* | 90% |

### Value Indication(s)

| | As-Is 10-Mar-2026 |
|---|---|
| The Cost Approach  - Fee Simple | N/A |
| The Income Approach - Fee Simple | $14,500,000 |
| The Sales Approach  - Fee Simple | $15,300,000 |

### Value Conclusion(s)

| | |
|---|---|
| Market Value of Going Concern | $14,500,000 |

### Value Allocation(s)

| | |
|---|---|
| Real Property | $12,640,000 |
| FF&E (Personal Property) | $860,000 |
| Business Value | $1,000,000 |
| Market Value of the Going Concern | $14,500,000 |

The values presented above are subject to the Certification of Value, Standard Conditions, and Extraordinary Conditions and may not be distributed in partial context without the entire appraisal document. The summary values cannot be completely understood without the entire document and/or additional information from our work files.  The accompanying prospective financial analyses are based on estimates and assumptions developed in connection with the appraisal. However, some assumptions inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by our prospective financial analyses will vary from our estimates and the variations may be material.

**Glossary of Terms**

**Activities of daily living (ADLs).** Everyday personal care tasks necessary for a person to maintain independence. These tasks include bathing, dressing, transferring, eating, toileting, and continence maintenance. This term is used in the analysis of senior housing properties, especially in assisted living facilities where additional charges can be tied to ADLs. [†]

**Actuary.** A mathematician, often employed by an insurance company, who calculates premiums, reserves, dividends, and insurance, pension and annuity rates, using risk factors obtained through empirical analysis. [†]

**Ad valorem tax.** A tax levied in proportion to the value of the thing(s) being taxed. Exclusive of exemptions, use-value assessment provisions and the like, the property tax is an ad valorem tax [†]

**Business value.** The market value of a going-concern, including real property, personal property, and the intangible assets of the business. [†]

**Certificate of Need (CON).** A legal document required in many states before proposed acquisitions, expansions, or creations of facilities are allowed.

**Density.** Sum of independent living units, assisted living units, memory care units and skilled nursing beds.

**Effective gross income multiplier (EGIM).** The ratio between the sale price (or value) of a property and its effective gross income. [†]

**Entrepreneurial incentive.** The amount an entrepreneur expects or wants to receive as compensation for providing coordination and expertise and assuming the risks associated with the development of a project. Entrepreneurial incentive is the expectation of future reward as opposed to the profit actually earned on the project.[†]

**Extraordinary assumption.** An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis, which, if found to be false, could alter the appraiser's opinions or conclusions. [‡]

**Fee simple estate.** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat. [†]

**Furniture, fixtures, and equipment (FF&E).** Business trade fixtures and personal property, exclusive of inventory. [†]

**Highest and best use.** The reasonably probable use of property that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. [†]

**Hypothetical condition.** A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. [‡]

**HT Stabilized.** Appraisal stabilized forecast as if the subject was stabilized in year 1 of the analysis. Forecast may differ from the stabilized period given differing years of stabilization.

**Investment value.** The value of a property interest to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market.[†]

**Leased fee interest.** The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lase plus the reversionary right when the lease expires.[†]

**Leasehold interest.** The right held by the lessee to use and occupy real estate for a stated term and under conditions specified in the lease. [†]

**Liquidation value.** The most probable value price that a specified interest in real property should bring under the following conditions: 1. Consummation of a sale within a short time period; 2. The property is subjected to market conditions prevailing as of the date of valuation. 3. Both buyer and seller are acting

prudently and knowledgeably. 4. The seller is under extreme compulsion to sell. 5. The buyer is typically motivated. 6. Both parties are acting in what they consider to be their best interests. 7. A normal marketing effort is not possible due to brief exposure time. 8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. This definition can also be modified to provide for valuation with specified financing terms. See also disposition value; distress sale; forced-sale price. [†]

**Market value.** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

(1) Buyer and seller are typically motivated;

(2) Both parties are well informed or well advised, and acting in what they consider their own best interests;

(3) A reasonable time is allowed for exposure in the open market;

(4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

(5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [*]

**Market rent.** The most probable rent that a property should bring in a competitive and open market under all conditions requisite to a fair lease transaction, the lessor and lessee each acting prudently and knowledgeably, and assuming the rent is not affected by undue stimulus. Implicit in this definition is the execution of a lease as of a specified date under conditions whereby:

(1) Lessor and lessee are typically motivated;

(2) Both parties are well informed or well advised, and acting in what they consider their own best interests;

(3) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

(4) The rent reflects specified terms and conditions, such as permitted uses, use restrictions, expense obligations, duration, concessions, rental adjustments and revaluations, renewal and purchase options, and tenant improvements (TIs). [†]

**Market value of the going concern.** The market value of an established and operating business including the real property, personal property, financial assets and intangible assets of the business. [†]

**Personal property.** Any tangible or intangible article that is subject to ownership and not classified as real property including identifiable tangible objects that are considered by the general public as being "personal,' such as furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; and intangible property that is created and stored electronically such as plans for installation art, choreography, emails or designs for digital tokens.[‡]

**Real property.** The interests, benefits, and rights inherent in the ownership of real estate. [‡]

**Replacement cost for insurance purposes.** The estimated cost, at current prices as of the effective date of valuation of a substitute for the building being values, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with new property (i.e., depreciation is not deducted).[†]

**Stabilized Income.** Per the 7th edition of The Dictionary of Real Estate Appraisal:

(1) An estimate of income, either current or forecasted, that presumes the property is at stabilized occupancy.
(2) The forecast of the subject property's yearly average income (or average-equivalent

income) expected for the economic life of the subject property.

(3) Projected income that is subject to change but has been adjusted to reflect an equivalent, stable annual income.

**Stabilized Value.** A value estimate derived by applying the appropriate rate to the stabilized income (see above). Note, a value premise as if the subject property is stabilized on a current date reflects the hypothetical condition that the property is already stabilized. A stabilized value with a prospective effective date reflects a special assumption that the property has achieved the stabilized date as of that time.

**Surplus land.** Land that is not currently needed to support the existing improvement but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use. ¤

**Uniform Standards of Professional Appraisal Practice (USPAP).** In the United States, professional standards developed for appraisers and users of appraisal services by the Appraisal Standards Board of The Appraisal Foundation, that are required for use in federally related transactions. Compliance with USPAP is also required in certain appraisals by state certification and licensing boards. [†]

---

[†] *The Dictionary of Real Estate Appraisal*, Sixth Edition, Appraisal Institute, 2022.

[¤] *The Appraisal of Real Estate Appraisal*, Fifteenth Edition, Appraisal Institute, 2020.

[*] Office of the Comptroller of Currency (OCC), Title 12 – Banks and Banking, Code of Federal Regulations (C.F.R.), Subpart C – Real Estate Lending and Appraisals, Part 34.42 (g).

[‡] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, 2024-2025 Edition.

**Seniors Housing and Health Care Industry Overview**

Seniors housing and health care is a term used to cover three types of residential facilities designed specifically for retirees: Independent Living, Assisted Living, and Skilled Nursing. These three comprise the heart of five-category spectrum of elderly residential care. In order of care intensity, or *acuity*, from lowest to highest the categories are:

- ❏ Active Adult
- ❏ Independent living
- ❏ Assisted living
- ❏ Skilled nursing
- ❏ Hospital/acute care

When someone refers to seniors housing/health care, they are commonly talking about one of the middle three: Independent Living, Assisted Living, Skilled Nursing, or any combination thereof. This overview introduces these product types and touches on current trends affecting the seniors housing/health care industry.



**Active Adult:** "Active adult," "senior apartments" and "55+" or "62+" or "65+" communities, are age-restricted multifamily rental properties with a focus on lifestyle. They are not normally called seniors housing/health care but are related on the acuity spectrum. Akin to traditional apartment complexes, they have clubhouses, fitness centers, covered or garage parking, and swimming pools. Health care services, meals, and housekeeping are not provided by on-site staff, but social activities are usually available. Residents are active adults not needing assistance with activities of daily living (ADLs). Units typically include a full kitchen, washer and dryer hook-ups, balconies or patios, window treatments and floor coverings. These communities typically range from 130 to 150 units.

The NIC MAP® *Active Adult Report 3Q 2025* indicated a total of over 840 communities with a total nearing 125,000 units. The average occupancy reported at stabilized properties 95.7%. The distribution of communities across the nation is shown as follows:



Source: NIC MAP®

We are seeing traditional multifamily developers, operators and investors begin to offer more specifically geared towards the baby boomers and are seeing seniors housing operators, such as Discovery Senior Living and Kisco, build projects to attract this demographic. This lifestyle-oriented product is a growing niche in the seniors housing spectrum.

**Independent Living:** Independent Living Communities (ILCs) were developed in the 1980s to meet growing demand for accommodations specifically designed for seniors. They typically range from 115 to 300 units and are designed like apartment complexes. They have self-contained units with cooking facilities but also offer formal dining and common amenities like exterior courtyards, beauty salons, lounge and activity areas. Standard services include weekly housekeeping, linen service, maintenance of grounds, social activities, and at least one meal a day. Limited health services can be provided by third-party home health agencies *a la carte*, but residents must be physically and mentally able to perform all ADLs. Unlike higher acuity seniors housing, ILCs are less need-driven, with lifestyle and social choices driving the residency decision.



Annual Supply-Demand Trends

According to the NIC MAP® 4Q 2025 *Monitor*, occupancy increased 40 basis points from the prior quarter to 90.6% and 210 basis points above this quarter last year. Construction remains low with fewer than 1,200 units added to the supply and less than 8,000 units under construction. Net absorption for the quarter exceeded 2,200 units, while rent growth remained steady at 4.0%.

The NIC MAP® Data Service reported the following supply and demand trends for Majority Independent Living Communities:



Source: NIC MAP® Monitor 4Q 2025

**Assisted Living:** Assisted Living Residences (ALRs) are for seniors who can no longer perform all ADLs. The acuity is roughly between independent living and skilled nursing. Residents live in separate units, but ADLs are centrally provided and supervised by on-site staff. Standard services include three meals a day, grooming, bathing, dressing, and toileting. Other services are offered for additional charges. Many ALRs have a secured "Memory Care" wings for Alzheimer's/dementia with higher staff ratios, a "wander-guard" system, and dedicated amenities designed to improve quality of life. Most states require little additional certification to offer a memory care unit.

Many states offer Medicaid reimbursement for stays at ALRs, often known as "waiver". This appears to be the final level of support needed to legitimize ALRs for institutional investment.

According the NIC MAP® 4Q 2025 *Monitor*, occupancy continued to improve by 60 basis points to 87.7%, and net absorption exceeded 2,600 units. Construction has declined to under 8,600 units a level not seen since mid-2012.



Annual Supply-Demand Trends

The annual rate growth accelerated for the third consecutive quarter to 4.9%. NIC MAP® Data Service indicated the following supply and demand trends for Majority Assisted Living Communities:



Source: NIC MAP® 4Q 2025

**Skilled Nursing Facilities:** Skilled Nursing Facilities (SNFs) are the oldest seniors housing/health care product and one step below hospitals on the acuity spectrum. They are for residents needing 24-hour care and supervision by on-site nursing personnel. They contain smaller, more institutional rooms without cooking facilities. Many older SNFs have a high ratio of semi-private (double resident) rooms. Newer SNFs are trending toward more private rooms to target profitable short-term rehab residents.

Most SNF revenue comes from The Centers for Medicare and Medicaid Services (CMS), which combined, paid about 57% of the $219 billion expended for skilled nursing care in 2024. This heavy reliance on subsidies means any changes in reimbursements can directly impact a SNF's profitability.

In recent decades, SNFs turned their focus to more profitable short-term rehab residents reimbursed by Medicare. Many buildings were redesigned to create more private rooms, bigger physical therapy spaces, and dedicated common areas for short-term residents. This was driven by concerns about lower reimbursement levels for long-term care and the growing trend of long-term care residents moving to ALRs and home health settings. However, following the Affordable Care Act, more rehab residents are now being discharged directly to residential settings with support from home health agencies, sometimes bypassing a short-term stay in a SNF.

The latest NIC MAP® Data Service *Construction Monitor* indicates that there were 1,386 (new construction and expansion) Nursing Care Beds under construction in the 100 largest MSAs, in 4Q25. Many new SNFs are being developed within a continuum of care that includes IL, AL and MC units, or as standalone "transitional care" facilities focused almost exclusively on short-term rehab. According to the Centers for Medicare and Medicaid Services (CMS) there are 1.57 million certified SNF beds as of June 2025, but we note that the total supply has contracted over the last five years. According to NIC MAP® *Construction Monitor*, among the 100 largest MSAs, SNF construction as a share of existing inventory is only 0.2%. Many projects are replacement facilities, as CMS reports little growth in total beds. Supply and demand trends are summarized as follows:



Source: NIC MAP® Q4 2025

**Acute Care Hospitals:** The final level of care on the acuity spectrum is the acute care hospital, which often represents the last step in the life cycle. Although part of the acuity spectrum, hospitals are a distinct kind of facility outside the seniors housing/health care classification. There is little exhibited interrelationship in the supply and demand characteristics of acute care hospitals to other elements of the seniors housing market. However, skilled nursing facilities benefit from proximity to and referral relationships with acute care hospitals.

**Continuing Care Retirement Communities and Other Product Types:** In seniors housing/health care there are numerous hybrids and combinations of care types under one roof. A facility may offer independent and assisted living together or have mostly skilled nursing with an assisted living wing. The most common combined facility is the Continuing Care Retirement Community (CCRC), or Life Plan community, offering all three care types from independent living to skilled nursing on one large campus, allowing residents to "age in place". CCRCs can house hundreds, or even thousands of residents in several buildings on a campus with heightened amenities not available in smaller scale ILCs, ALRs, and SNFs.

CCRCs often require large initial entry fee deposits ("IEDs") or buy-ins from new residents in exchange for, and offsetting, the cost of future healthcare benefits and to help reduce monthly fees during residency. Many variations exist on refund policies of the IED ranging from 0% to 100%. Many communities amortize the entire non-refundable fee over four to eight years, in some cases where no refund is due, noting currently, the most popular plans tend to be 80-90% refundable upon release of a members IL unit.

**Summary:** This review of seniors housing is intentionally brief and is designed to acquaint the reader with the general product types and services available to the retiree consumer differentiated by price and acuity level.

**Development Trends**

The most recent quarterly update from NIC MAP® Data Service details development trends in the 31 largest MSAs in Seniors Housing (Independent and Assisted Living):

| Seniors Housing | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Existing Inventory | | Occupancy | | Supply and Demand | | Under Construction | | Annual Rent |
| # Properties | # Units | All | Stabilized | Absorption | Inventory Growth | # Properties | # Units | Growth |
| 4Q25 | 5,438 | 712,373 | 89.1% | 89.8% | 4,833 | 1,840 | 149 | 16,194 | 4.4% |
| 3Q25 | 5,429 | 710,533 | 88.7% | 89.5% | 6,604 | 1,412 | 162 | 17,396 | 4.5% |
| 2Q25 | 5,423 | 709,121 | 87.9% | 88.8% | 5,619 | 81 | 170 | 18,502 | 4.4% |
| 1Q25 | 5,424 | 709,040 | 87.1% | 88.2% | 2,807 | 1,182 | 177 | 18,367 | 4.2% |
| 4Q24 | 5,423 | 707,858 | 86.9% | 88.1% | 5,700 | 1,794 | 188 | 20,159 | 4.2% |
| 3Q24 | 5,418 | 706,064 | 86.3% | 87.4% | 6,618 | 1,998 | 202 | 20,970 | 4.1% |
| 2Q24 | 5,406 | 704,066 | 85.6% | 86.8% | 5,669 | 2,489 | 212 | 22,501 | 4.5% |
| 1Q24 | 5,388 | 701,577 | 85.1% | 86.3% | 3,429 | 1,296 | 232 | 24,852 | 4.8% |
| 4Q23 | 5,380 | 700,281 | 84.8% | 86.1% | 6,306 | 1,415 | 244 | 26,693 | 5.3% |
| 4Q22 | 5,342 | 693,071 | 82.5% | 84.1% | 8,353 | 3,049 | 306 | 32,997 | 5.4% |
| 4Q21 | 5,279 | 681,818 | 80.1% | 82.1% | 8,666 | 2,209 | 361 | 39,122 | 2.8% |
| 4Q20 | 5,151 | 666,922 | 79.8% | 82.2% | -5,966 | 4,779 | 381 | 40,948 | 1.7% |
| 4Q19 | 5,007 | 647,822 | 87.4% | 89.7% | 3,378 | 4,659 | 462 | 49,587 | 3.6% |

Source: NIC MAP® 4Q 2025

Within these same metro areas, skilled nursing facilities demonstrate the following trends per the NIC MAP® Data Service:

| Majority Nursing Care | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Existing Inventory | | Occupancy | | Supply and Demand | | Under Construction | | Annual Rent |
| # Properties | # Units | All | Stabilized | Absorption | Inventory Growth | # Properties | # Units | Growth |
| 4Q25 | 3,905 | 544,830 | 86.5% | 86.6% | 1,324 | 165 | 15 | 985 | 5.3% |
| 3Q25 | 3,904 | 544,665 | 86.3% | 86.4% | 61 | -470 | 17 | 1,144 | 5.4% |
| 2Q25 | 3,905 | 545,135 | 86.2% | 86.3% | 1,492 | -631 | 20 | 1,360 | 5.1% |
| 1Q25 | 3,911 | 545,766 | 85.9% | 85.9% | 2,027 | -1,295 | 22 | 1,380 | 5.0% |
| 4Q24 | 3,923 | 547,061 | 85.3% | 85.3% | 2,551 | -1,582 | 24 | 1,374 | 4.6% |
| 3Q24 | 3,931 | 548,643 | 84.6% | 84.6% | 607 | -1,037 | 25 | 1,366 | 4.4% |
| 2Q24 | 3,936 | 549,680 | 84.3% | 84.4% | 1,092 | -728 | 20 | 995 | 4.6% |
| 1Q24 | 3,942 | 550,408 | 84.0% | 84.1% | 4,397 | -410 | 19 | 926 | 4.4% |
| 4Q23 | 3,947 | 550,818 | 83.1% | 83.2% | 3,277 | -972 | 18 | 1,067 | 4.7% |
| 4Q22 | 3,992 | 557,319 | 80.0% | 80.0% | 2,758 | -1,397 | 19 | 1,168 | 3.5% |
| 4Q21 | 4,030 | 562,657 | 77.1% | 77.2% | 4,117 | -885 | 32 | 1,992 | 2.3% |
| 4Q20 | 4,059 | 567,336 | 75.2% | 75.4% | -3,870 | 175 | 32 | 2,188 | 2.4% |
| 4Q19 | 4,062 | 567,829 | 86.4% | 86.6% | -126 | -349 | 42 | 3,381 | 3.1% |

Source: NIC MAP® 4Q 2025

In the years leading up to the pandemic, the industry added over 90,000 units to the existing inventory. Coming out of the pandemic, the industry, collectively and individually, was at historically low occupancies as even more communities, representing another 70,000 units, came on line. As of early 2026, construction costs for all regions are 30-47% higher than in early 2021 while capital costs are 325 to 350 basis points (bps) higher. Besides occupancies being depressed during much of this period and rate growth generally at 3-6%, labor costs for residential care and nursing are 18% higher than five years ago.

The convergence of these trends results in little new development occurring, despite many markets moving past pre-pandemic occupancy levels and beginning to show some shortages. With a three-year typical development period and the demand only swelling, there is interest in development but little appetite for the meager to non-existent returns that pencil for most proposed projects. Until that math changes, development will remain constrained, allowing existing properties to implement stronger rate increases and build margin back up.

### Transactions

The rapid rise in capital costs caused deal volume to drop across all real estate classes. However, with tremendous capital entering the space and capital costs in decline, the activity in 2025 has grown and 2026 is poised to be very active. The NIC MAP® Data Service Q4 2025 *Transaction Report* illustrates transaction activity over the last several years as follows:



Source: NIC MAP® Data Service Sales Transactions Report, Q4 2025

Stabilized seniors housing assets remain quite desirable, but even the value-add represent far greater returns with lower risk than new construction does at this point. With returns not as strong for other asset classes and the broader supply and demand dynamics suggesting a long runway for improving operations, buyer are now purchasing for yield but from operations and the exit at the end of the holding period.

In skilled nursing, some investors remain bullish while others are slowing down activity. Although spared the staffing mandates and the worst of the potential cuts proposed under the One Big Beautiful Bill Act (OBBBA), Medicaid is being impacted and cuts to provider taxes for managed care organizations (MCOs) are likely to have an indirect impact on nursing homes. Two states (Idaho and North Carolina) have already announced cuts to nursing home Medicaid rates. With increased focus on foreign-born workers, who by some estimates represent about 20% of the nurses in the nation, operating challenges remain significant. Nonetheless, the same dynamics - aging population and limited supply with more onerous barriers to entry than seniors living – are attracting investors in this segment as well.

### Key Themes for 2026

We identified the following key themes affecting the seniors housing and care industry both in terms of cash flows and valuations:

☐ **Influx of Capital:** After years of blown covenants and worse, banks have returned to lending rather than just managing portfolios. Life companies are returning and competing with the Government-Sponsored Enterprises (GSEs). Both Fannie and Freddie expected to issue $2B in FY 2025 (ending September 30) and while Freddie likely did, Fannie fell short; nonetheless both expect to have a stronger 2026. With the appointment of Frank Cassidy at HUD, the agency is streamlining its processes and reducing red tape. In 2024, HUD issued firm commitments of $4.1B and the outlook is materially higher in FY 2026.

☐ **Capital Costs:** The Federal Reserve's ramp-up in rates ended in mid-2023, and declines have started with more expected. With mixed data on inflationary and jobs, the economic picture remains opaque but The Fed did cut the rate by 75 basis points in the second half of 2025. Some While The Fed has held steady thus far in 2026, some speculate that with a new chairman, more cuts are likely to materialize. With tremendous media coverage on the aging population, limited supply and increased recognition of seniors housing as an investment asset class, we are seeing a flood of capital – both debt and equity – that resembles the levels seen in the 1990s. Consequently, with the increased competition, we are seeing spreads drop to the low 200s over SOFR and the 10-year.

☐ **Buyers:** In late October 2025, Welltower announced $14 billion in transactions including a new deal with Barchester Healthcare to acquire 284 communities in the U.K. for a sum totaling more than $6.9 billion. Over the last 12 months, the public buyers have really increased investment, shooting to the top of the active buyers list. The top five buyers included private and institutional buyers namely: Welltower ($3.1 billion in aggregate), Ventas ($1.8 billion), the RMR Group ($566 million), Care Trust REIT ($469 million), and Autumn Lake Healthcare ($379 million). Over the last four quarters, private equity has been responsible for over 50% of the acquisitions for majority assisted living and nearly 60% of transactions in the skilled nursing sector, despite states and the federal government targeting private equity ownership.

The following graphic from the *NIC Investment Guide* shows these returns relative to other commercial property types:



Now that NCREIF recognizes senior housing as an investment class and the data suggests that it has outperformed all asset classes but industrial and self-storage over the long-term holding periods, as well as over the last year, investors are increasingly compelled to add seniors housing to their investment portfolios.

☐ **Labor:** The Journal of American Medical Association (JAMA) reported that skilled nursing facilities saw a 7.6% decline in employment between 2020 and 2023 and was still 1% below pre-pandemic levels in 2024. The delay and presumed tabling of the national staffing mandate will alleviate some stress, but we note the intersection of an aging workforce and the limited capacity of nursing schools with an aging US population will lead to continued shortages without immigration reform:



Source: National Nursing Workforce Survey (2020, 2022), BLS and Claritas

The problem is especially acute in rural markets where fewer staff live or can commute and satellite suburban markets that must compete with a nearby metro area for talent. Many large operators now have recruitment and retention programs designed to keep quality personnel with signing bonuses, higher wages, educational allowances, meals, transportation, and other perks. This situation puts pressure on developers in assembling competent staff for a new facility.

☐ **Operations:** *The State of Seniors Housing Q3 Performance Trends* report suggests that occupancy is beginning to stabilize while revenue growth for IL slows. For majority AL, revenues declined from the prior quarter, but remain substantially higher than those achieved in 2024. Expense growth for IL communities is below the revenue growth reported for each period. However, the 7% increase over 2024 is more than twice the unadjusted 3.0% Consumer Price Index (CPI) increase for 12 months ended September 2025. AL communities in the sample also report expense growth above inflationary levels over the last year. However, both IL and AL communities reported only a 1% increase in operating expenses over the prior quarter. Both IL and AL communities report lower labor expense as a ratio of revenues than a year ago and declining labor costs during Q3 compared to the prior quarter. In terms of net operating income and margins, IL

communities continue to report improvement in Q3 over the prior quarter and 2024. However for AL communities, the slight contraction in revenues, despite restrained expense growth, resulted in declines in both net operating income per occupied unit and margins, underscoring the impact of concessions. With development stifled, many in the industry reasonably expect double-digit profit growth and expanding margins over the next few years, even for "stabilized" properties.

For skilled nursing, many states stepped up payments, providing some relief to operators caught between rebuilding census and paying agency labor costs. However, broader cuts to Medicaid funding and restrictive immigration policies will continue to challenge margin growth. The eroding margins are particularly dire for rural nursing homes with 472 nursing homes closing between 2008 and 2019 according to The American Health Care Association. Since the onset of the pandemic, rural nursing homes have comprised nearly one-third of the 774 closures.

❑ **Regulations/Government:** On a federal level, trillions in debt have been incurred since the beginning of the pandemic as both federal and state governments stepped up financial support for the industry in terms of Provider Relief Funds and Medicaid rate add-ons. The passage of OBBBA is expected to increase the deficit further still. With the approved cut of $964 billion in Medicaid spending over the next decade in OBBBA, states will be pressed to operate their Medicaid programs as efficiently as possible and will likely accelerate the trend of states converting to Managed Care programs, which, while not reflecting outright cuts, do bring increased operational scrutiny. Like Medicare, many states are instituting reimbursement structures that emphasize outcomes and performance over older models based on coding and length of stay. Nonetheless, the frequent and generally negative headlines about seniors facility deaths (conflating skilled nursing with seniors housing) has increased scrutiny by CMS and led to a House investigation of the assisted living industry. With SNFs receiving over $10 billion in Provider Relief Fund (PRF) revenues and licensed seniors housing receiving an estimated $700 million, increased federal oversight is a likely outcome.

With improving margins despite operating challenges, the seniors housing industry has a strong long-term outlook, supported by demographic shifts and strong operational track records. However, we note that the new generation (Baby Boomers) approaching seniors housing have different priorities than their parents. Some of the original product for seniors housing has become obsolete and even newer buildings with too many studio or shared units may lack market appeal. In states with supportive reimbursement, we are seeing new nursing home development and significant capital expenditures to better meet the news of these new consumers. From a valuation viewpoint, the market has become increasingly bifurcated between the haves – newer, functionally attractive buildings operating at stabilized occupancy – and the have nots (everything else), requiring understanding in each assignment of the likely buyer and the likely lender.

## INTRODUCTION

**Legal Description:** We note that the subject's identification on the local tax roll is presented in the *Assessment and Taxes* section of this report. We requested a legal description for the subject as well and presented it in the addenda of this report. We presume the descriptions shown in this report are correct and assume no liability for them.

**Three-Year Sales History:** We have researched and analyzed the subject's sale history in accordance with USPAP for the past three years prior to the date of appraisal. We are unaware of any sales or listings of the subject over the past three years. Additionally, we are unaware of any pending transactions or listings.

The subject is currently encumbered with a lease agreement between related parties. The lease payment has not been included in our analysis of cash flows. At the request of the client, we appraised the fee simple interest. The subject property is being leased to the current tenant as a result of a related party lease-back transaction involving the two parties. The subject's lease is set to expire December 31, 2028, per the most recent lease amendment (the "Sixth Amendment" effective September 21, 2023). We have included our estimates of the expected market lease in the Fair Market Rent section of this report.

**Operational Summary:** The subject is operated by Manors of the Valley who have been providing a full continuum of care across five different communities in Lehigh Valley since 1998. Based on the financial and performance data provided, the subject's occupancy and operational trends are summarized as follows:

| OPERATIONAL SUMMARY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Level of Care | Appraisal - Stabilized | | 2025 Actual | | 2024 Actual | | 2023 Actual | | 2022 Actual | |
| | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD |
| IL | 90% | $82.19 | 92% | $0.00 | 68% | $0.00 | 68% | $0.00 | 0% | --- |
| AL | 90% | $144.66 | 80% | $164.21 | 76% | $168.41 | 76% | $172.56 | 89% | $105.05 |
| MC | 90% | $184.11 | 73% | $0.00 | 56% | $0.00 | 56% | $0.00 | 0% | --- |
| Average Occupancy | 90% | | 81% | | 72% | | 72% | | 66% | |
| Total Revenues | | $147.38 | | $125.48 | | $136.75 | | $138.57 | | $112.52 |
| Profit Margin | | 19.2% | | -0.1% | | 3.4% | | 8.3% | | 0.6% |
| Source: HealthTrust and Manors of the Valley | | | | | | | | | | |

*\*Historical 2022 and 2021 financials do not itemize occupancy.*

**Client, Purpose and Intended Use of the Appraisal:** Our client is Hangley Aronchick Segal Pudlin & Schiller. The purpose of the appraisal is to estimate the "as is" market value of the subject as a going concern including personal and intangible property. The intended use of this appraisal is to provide a third-party opinion of the market value of the subject. The intended users are representatives of the client: Hangley Aronchick Segal Pudlin & Schiller, Berger Law Group P.C., LEHIGH VALLEY 1, LLC.

**Scope of Work**

**Appraisal Development and Reporting Process:** Standards Rule 1-2(h) and 2-2(a)(viii) of USPAP requires each written real property appraisal report to describe the extent of the process of collecting, confirming and reporting data to develop the appraisal. The Scope of Work is a written set of expectations between the client and the appraiser in which to be sufficient to produce credible assignment results: we performed a seven-step process to prepare our appraisal:



Based on the identified objective of the appraisal, we view the income-producing potential of the subject as the most salient valuation issue. As part of the appraisal process, we have:

- ☐ Identified the subject and what interest is to be appraised (fee simple, leased fee, leasehold)
- ☐ Determined the intended use (purpose) and user of the appraisal
- ☐ Determined the effective date of value (current, prospective, retrospective)
- ☐ Considered any special assignment conditions (HUD, Fannie Mae, Freddie Mac, Litigation)
- ☐ Inspected the interior and exterior of the subject, driven the neighborhood and general market area
- ☐ Gathered and analyzed public records: legal, ownership history, zoning, tax assessment
- ☐ Examined supply and demand factors
- ☐ Analyzed current demographic data and projected changes over the next five years
- ☐ Researched development trends, building construction costs
- ☐ Analyzed operating characteristics of the subject and comparable properties
- ☐ Analyzed valuation trends and market characteristics impacting the subject
- ☐ Researched the legislative environment and any necessary licensure requirements

**The Income Approach.** We have surveyed the most comparable properties in this market area to assess typical demand and market rates in the primary market area ("PMA"). As the subject is an income-producing property type that is typically purchased by investors, we have spent the most time, effort and

original research on verifying income and expense comparables, rent comparables, identifying trends that may impact the subject's operations. Moreover, the subject is a going concern which may have material intangible value making it highly reliant on an income and expense analysis. The greatest extent of our research and analysis was given to the income approach.

**The Sales Comparison Approach:** While we have attempted to limit this research to the subject's primary market area, due to lack of improved sales, we have expanded our search to properties throughout the region, or in some cases the United States. We gathered information from public records, industry market participants, along with our proprietary software database HealthComps®. We believe that most or all discoverable pertinent market information has been obtained and considered. All sales were verified through a party to the transaction and to the extent possible, have been inspected by the appraisers or associates at HealthTrust.

**The Cost Approach:** The subject property was constructed in 1951,1996, 1998 and is operated as a going concern. We find that investors rarely rely on the cost approach and given the subject's age, lack of market support for depreciation estimates and the fact that the property is income-producing. Therefore, we have not included the Cost Approach to develop our appraisal estimates. Further, we find that investors place more weight on replacement cost indications, as it provides a more relevant data point to juxtapose to the sustainability of the income approach conclusion.

Lastly, as a part of this process we have obtained and verified data with local market participants (owners and operators of comparable properties), state regulatory agencies as well as local governing officials.

The resulting value estimates have been reconciled based on their relative strengths, weaknesses and appropriateness into a final value estimate. This appraisal report is a written record of our conclusions and opinions, containing the most pertinent market data used and a discussion of the reasoning underlying our estimates.

**Applicability of Approaches**

The **COST APPROACH** is the sum of the land value and the cost new of the improvements less accrued depreciation. The cost approach is based on the premise that an informed, rational investor/purchaser would pay no more for an existing property than the cost to reproduce a substitute property with the same utility without undue delay.

The **INCOME APPROACH** is based on the premise that a prudent investor would pay no more for the subject property than for another investment with similar risk and return characteristics. Since the value of an investment can be considered equal to the present worth of anticipated future benefits in the form of dollar income or amenities, this approach estimates the present value of the net income that the property can produce. These amounts are discounted at a rate that reflects the risk to the investor and the amount of income necessary to support debt service or the mortgage requirement.

The **SALES COMPARISON APPROACH** (market approach) is the process where prices of reasonably similar properties are compared to the subject and are adjusted for differences in financing, sale conditions, time, location and physical characteristics. This approach is based upon the principle of substitution, which implies that a prudent purchaser would not pay more to buy the subject than for a comparable substitute property in a similar location.

Each approach to value has its strengths and weaknesses, depending on a large extent on the type of property being appraised and the quantity and quality of data available. In most instances, one or more of these approaches will produce a more reliable value indication than the other approach(es). Therefore, the final step in the appraisal process is the RECONCILIATION and correlation of all the value indications into a final value estimate. This step usually begins with a discussion of the merits and demerits of each approach and an analysis of the reliability of the data used in each approach. It concludes with a statement of the final value estimate.

In addition, it is necessary to identify any business value and personal property value separate from the real estate. The allocated contribution values were estimated following the reconciliation and final value estimates. This report should be read in its entirety for a complete understanding of the scope of the appraisal and the limiting conditions that apply to this valuation and report. Specific attention should be drawn to the Letter of Transmittal, Certification, Standard Conditions and Significant Issues.

The USPAP Competency Rule requires that appraisers have or obtain the ability and knowledge to complete an appraisal assignment while being cognizant of and in compliance with applicable laws and regulations. HealthTrust, LLC exclusively works with properties involved in healthcare and housing for older adults and the appraisers identified in the Certification comply with the Competency Rule.

**Inspection and Effective Dates of Appraisal**

Alan C. Plush, MAI inspected the interior and exterior of the subject property on March 10, 2026. The "as is" valuation date is also March 10, 2026. The appraisal is based upon market conditions observed at that time.

**Use Premise**

The subject property valued herein is based on an existing use as an Independent, Assisted and Memory Care Community. The implications relative to this premise on the highest and best use of the property are addressed in a later section of this report.

## DESCRIPTIVE DATA

### Site Description

We have made a visual inspection of the subject property. Where applicable, we have supplemented our analysis with information provided by the subject's management and/or the client. As previously noted, we are not experts in the presence of hazardous substances or the structural integrity of the site or improvements. Based on our inspection of the property, the subject's site characteristics are as follows:

| SITE DESCRIPTION | | | |
|---|---|---|---|
| **Access** | | **General** | |
| Primary Frontage: | 6th Street | Site size: | 2.43 acres |
| Type: | 2-way, 1 lane each way | Source: | Public Records |
| Median Divided: | No | Shape: | Irregular |
| Accessibility | Good | Topography: | Mostly Level |
| Visibility | Good | | |
| Exposure | Good | **Other Site Improvements** | |
| | | Paved Drives: | Yes |
| **Facilitating Entry to Site** | | Walkways: | Yes |
| Turn Lane: | No | Landscaping: | Yes |
| Stop Sign: | No | Signage: | Yes |
| Traffic Light: | No | Ancillary Buildings: | Yes |
| | | Retention Ponds or areas: | Yes |
| **Easements** | | | |
| Right of Way: | Yes | | |
| Utility: | Yes | **Parking** | |
| Ingress/Egress: | No | Open Parking spaces: | 123 |
| Drainage: | Yes | Covered Parking spaces: | 0 |
| Other (specify): | N/A | Garage spaces: | 0 |
| | | Handicap spaces: | 9 |
| **Utility Services** | | Total | 132 |
| Electric: | Yes | | |
| Gas: | Yes | **Soil** | |
| Water: | Public | Drainage: | Adequate |
| Sewer: | Public | Soil Conditions: | Normal |
| Telephone | Yes | Above-Ground Storage Tanks: | Yes - |
| Cable: | Yes | Underground Storage Tanks: | No |
| | | Hazardous Substances: | No |
| **Flood Zone** | | Costs to cure: | $0 |
| Flood Plain: | Outside | | |
| Designation: | X | **Seismic** | |
| Community Panel: | 42077C0163F | Zone: | B |
| Date: | July 16, 2004 | | |

We assume that typical easements exist and are unaware of any restraints that would hinder development of the subject if vacant

**AERIAL MAP**



**Zoning**

We verified the subject's zoning designation and reviewed the corresponding zoning ordinance with Whitehall Township. A summary of the zoning requirements is as follows:

| ZONING DESIGNATION | |
|---|---|
| Designation: | R-5 |
| Zoning Authority: | Whitehall Township |
| Permitted Uses: | Apartments, cemeteries, churches, conservation areas, municipal uses, schools, and single-family dwellings. Assisted living facilities require special permits |
| Maximum Height: | 35 feet above finished grade |
| Permitted Density: | N/A |
| Max. Permitted FAR: | N/A |
| Required Parking: | 1 space for each dwelling unit |
| Subject Permitted As: | conditional use |

## Assessment and Taxes

The subject property is assessed by Lehigh County. The subject's real estate is assessed on no set schedule, with the most recent assessment having occurred in 2025 and the next scheduled assessment for 2026. The sale of a property does not automatically trigger a reassessment the following year. In addition, arm's length transactions will not impact the subject's assessed value in subsequent years. The following table details the subject's most recent assessment and tax information:

| SUMMARY OF REAL ESTATE TAXES | | | |
|---|---|---|---|
| **Parcel ID** | **Land** | **Building** | **Total** |
| **549893788632 2** | $395,200 | $3,556,800 | $3,952,000 |
| Total Assessor's Implied Fair Market Value: | | | $3,952,000 |
| Adjustments & Taxes: | | | |
| Exempt Value: | | | $0 |
| Assessment Ratio: | | | 100% |
| Taxable Value: | | | $3,952,000 |
| Effective Tax (Millage) Rate: | | 30.3175 | per $1,000 |
| Total Ad Valorem Real Estate Taxes: | | | $119,815 |
| Total Non-Ad Valorem Real Estate Taxes: | | | $0 |
| Total Real Estate Taxes | | | $119,815 |
| Total Taxes: | | | $119,815 |
| Assessment Year | | | 2025 |
| Tax Year | | | 2025 |
| Total Taxes Per: | $810 Unit | Bed | $810 |

Further, we have juxtaposed the subject real estate tax indications with the comparable properties, as follows:

| TAX COMPARABLE ANALYSIS | | | |
|---|---|---|---|
| **Property** | **Year Built** | **Assessed/Density** | **Taxes/Density** |
| Above and Beyond at the Knights | 1989 | $27,619 | $934 |
| Bethlehem Manor | 1935 | $14,820 | $436 |
| The Vero at Bethlehem | 2023 | $27,651 | $2,160 |
| Country Meadows | 1991 | $51,672 | $1,153 |
| The Birches of Lehigh Valley | 2024 | $31,459 | $2,584 |
| Arbour Square of Harleysville | 2006 | $39,297 | $1,780 |
| Subject | 1951,1996, 1998 | $26,703 | $810 |
| Market Median | 1998 | $29,555 | $1,466 |
| Market Mean | 1992 | $36,391 | $1,523 |
| Source: Assessor's Office; *Personal property tax not included | | | |

In conclusion, the subject is assessed at $26,703 per unit, which is within the range of the tax comparables, while the taxes per unit are within the range of the comparables surveyed. Overall, we have forecasted the subject's taxes as follows:

| HT REAL ESTATE TAX FORECAST | | |
|---|---|---|
| Concluded Real Estate Assessment | | $3,952,000 |
| Per Density | | $26,703 |
| Ad-Valorem Tax Rate | 30.3175 | per $1,000 |
| Ad-Valorem Taxes | | $119,815 |
| Non-Ad Valorem Taxes | | $0 |
| Total Real Estate Taxes | | $119,815 |
| | | |
| Tax Growth | | 3.00% |
| Projected Taxes | | $123,409 |
| Existing Taxes | | $119,815 |
| Difference | | $3,594 |
| | | |
| HT Projected Taxes | | $123,409 |
| Per Density | | $834 |
| Source: HealthTrust | | |

**Improvement Description**

The following description of the subject improvements is based on our inspection of the subject as well as a review of information provided by the operator. Received plans are contained in the Addenda of this report. We have partitioned the subject's gross building area as follows:

| SUMMARY OF GBA | |
|---|---|
| **Portion** | **GBA** |
| Assisted/Memory Care | 92,635 |
| **Total** | **92,635** |

| DESCRIPTION OF IMPROVEMENTS | | | |
|---|---|---|---|
| **Improvement Description:** | | | |
| Year Built: | 1951,1996, 1998 | Building Shape | irregular |
| Year of Last Major Renovation | 2000 | Basement | Partial |
| Number of Buildings | 2 | Balconies | Yes |
| Number of Stories | 3 | Number of Elevators | 1 |
| Nurse's Stations | 2 | Dining Rooms | 7 |
| Overall Condition | Above Average | Deferred Maintenance | Yes |
| Overall Quality | Average | Functional Obsolescence | No |

In estimating the subject's remaining economic life, we have assessed its physical condition as well as the functionality of the plant. We then extracted implied economic lives from the improved sales and compared them to suggested guidelines by the *Marshall Valuation Service*.

The subject property was constructed in phases but was originally a parachute manufacturing plant, which was later refurbished in the mid 1990's to suit its current use. The subject is in need of a roof replacement at a cost of $716,232 which we have deducted from our value conclusion for deferred maintenance.

Overall, we find that the subject property has an effective age of 20 years, compared to its actual age of 75 years, due to the adequate maintenance of the improvements. Consequently, we deem the subject to have a remaining economic life of 30 years. The subject's improvements are detailed as follows:

| DESCRIPTION OF IMPROVEMENTS (CONT.) | |
|---|---|
| **Construction Details:** | |
| Foundation Type: | Concrete slab |
| Structure Type: | Masonry |
| Roof Type: | Flat |
| Exterior Wall Finish: | Brick Veneer |
| Interior Partitions - Common Areas: | Latex paint over drywall |
| Interior Partitions - Resident Units: | Latex paint over drywall |
| Ceilings - Common Areas: | Latex paint over drywall and suspended acoustical tiles |
| Ceilings - Resident Units: | Latex paint over drywall and suspended acoustical tiles |
| Lighting - Common Areas: | Fluorescent |
| Lighting - Resident Units: | Fluorescent |
| HVAC - Common Areas: | Central |
| HVAC - Resident Units: | PTACs |
| Floor Coverings - Common Areas: | Vinyl sheet |
| Floor Coverings - Resident Units: | Vinyl sheet |
| Windows: | Aluminum frame, single-hung |
| Sprinkler/Security System: | All units have 24-hour emergency call system with central monitoring. The building is sprinklered and contains smoke detectors. |
| FF&E: | This appraisal includes all chattel and personal property associated with the subject's operation such as furnishings for all common and administrative areas, office equipment, kitchen and laundry equipment, maintenance equipment, and all other accessory items required for normal operation. |

**Community Layout**

The community is divided into three sections with single and double rooms all throughout the first and second floor. In between the sections on the first floor contains two court yards, dining rooms, nurses stations, offices and the hair salon. The second floor has fewer rooms than the first floor and also has an activity room above the main lobby. Overall, we deem the property suitable for its intended use as an assisted living community and note no signs of functional obsolescence. However, we have included costs to refurbish the community in deferred maintenance as there was ongoing construction at the time of inspection.

The following table illustrates the amenities offered by the subject. Overall, we find these to be typical in the market, and adequate given the subject's age, quality and prospective resident:

| SUMMARY OF AMENITIES | | | |
|---|---|---|---|
| **Unit Amenities:** | | | |
| Balconies/porches | Yes | Individually controlled HVAC | Yes |
| Cable/satellite TV | Yes | Kitchenettes | Yes |
| Emergency pull-cords | Yes | Private baths | Yes |
| Fire/smoke detectors | Yes | Walk-in closets | Yes |
| Full kitchens | No | Washer/dryer hookups | Yes |
| High-speed internet | No | Washers/dryers | Yes |
| **Community Amenities:** | | | |
| Activity rooms | Yes | Laundry facilities | Yes |
| Arts & crafts rooms | No | Library | No |
| Assistance w/ ADLs | Yes | Linen Service | Yes |
| Bank branch | No | Lounge areas | Yes |
| Beauty/barber shop | Yes | Medications | Yes |
| Business Center | No | Pharmacy | No |
| Chapel | No | Postal services | Yes |
| Coffee Shop/Deli | No | Putting green | No |
| Computer room | No | Reception Area | Yes |
| Concierge service | No | Scheduled transportation | Yes |
| Courtyard | Yes | Security 24 hour | Yes |
| Covered parking | No | Skilled nursing care | No |
| Dining room - main | Yes | Social activities | Yes |
| Dining room - private | No | Spa/Whirlpool | No |
| Exercise facilities | No | Storage area/bin | No |
| Game/billiards rooms | No | Swimming Pool | No |
| Garage parking | No | Tennis courts | No |
| General store | No | Theater/Auditorium | No |
| Golf course | No | Therapy Room | Yes |
| Guest Accommodations | No | Utilities | Yes |
| Health center | No | Walking/nature trails | No |
| Housekeeping | Yes | Wanderer Mgt. System | Yes |
| Ice cream parlor | No | Woodworking shop | No |

The subject contains a total of 148 units and 148 beds, indicating the following unit sizes and mix:

| UNIT MIX | | | |
|---|---|---|---|
| **Type of Unit** | **No. of Units** | **Size (sf)** | **Net Rentable Area** |
| **Independent Living** | | | |
| Studio | 18 | 314 - 517 | 7,479 |
| **Assisted Living** | | | |
| Studio | 110 | 314 - 517 | 500 |
| **Memory Care** | | | |
| Studio | 20 | 394 - 518 | 3,750 |
| **Total** | 148 | | 61,979 |

Compared to the overall industry the subject's improvement metrics are as follows:

| SUMMARY OF IMPROVEMENTS | | | | |
|---|---|---|---|---|
| **Level of Care:** | **No. of Units** | **No. SU Beds** | **No. Lic Beds** | **2025 State of Seniors Housing Average No. Of Units** |
| IL | 18 | 18 | N/A | |
| AL | 110 | 110 | 110 | |
| MC | 20 | 20 | 20 | |
| **Total** | **148** | **148** | **130** | 155 |

| **Building Efficiency:** | **Subject** | **2025 State of Seniors Housing Median Indications** | | |
|---|---|---|---|---|
| | | **IL** | **AL/MC** | **CCRC** |
| Gross Building Area (GBA): | 92,635 | 102,351 | 75,350 | 471,735 |
| Ratio of Net Rentable Area | 67% | 68% | 54% | 67% |
| GBA/Unit | 626 | 867 | 908 | 1,359 |
| GBA/Bed | 626 | N/A | N/A | N/A |

**Americans With Disabilities Act:** The Americans With Disabilities Act sets strict and specific standards for handicapped access to and within most commercial and industrial buildings. Determination of compliance with these standards is beyond appraisal expertise and, therefore, has not been attempted by the appraisers. For this appraisal, we are assuming the improvements comply. We assume no responsibility for the cost of such determination, and our appraisal is subject to revision if the improvements are not in compliance.

**Conclusion** - Subject Property Data: Following our review of available plans and our property inspection, we find that the subject site is adequate to support the improvements. Furthermore, we did not note evidence of functional obsolescence inherent in the subject's design and believe that they are functional for seniors housing and care. Finally, we did note material deferred maintenance at the subject.

## MARKET ANALYSIS

The subject of this appraisal is in Whitehall in the Allentown-Bethlehem-Easton, PA-NJ Metropolitan Statistical Area (MSA). Appraisal theory recognizes four factors (environmental, social, economic, and governmental) that influence property values within a region, county, neighborhood or district. Accordingly, a review of each as it relates to the most influential MSA, as well as the subject's more immediate neighborhood, is presented.

### Regional Analysis

The subject's location relative to the most influential MSA is as follows:

**AREA MAP**



Additionally, the following pages were provided by *Moody's Economy.com, Précis Metro* reports to provide a comprehensive analysis regarding current and projected economic conditions for the subject's MSA.



# MOODY'S — Allentown-Bethlehem-Easton PA-NJ

PRÉCIS®
U.S. Metro

Data Buffet® MSA code: IUSA_MALL

| ECONOMIC DRIVERS | EMPLOYMENT GROWTH RANK | | RELATIVE COSTS | | VITALITY | QUALITY |
|---|---|---|---|---|---|---|
| MEDICAL CENTER / MANUFAC-TURING / LOGISTICS | 2024-2026 **138** 2nd quintile | 2024-2029 **159** 2nd quintile | LIVING **101%** | BUSINESS **97%** | RELATIVE **0.03** Rank: 172 | OF LIFE **283** |
| | Best=1, Worst=417 | | U.S.=100 | | Best=1, Worst=411 | Best=1, Worst=407 |

## BUSINESS CYCLE STATUS



Recovery — Mid Expansion — Late Expansion — Recession — At Risk

## STRENGTHS & WEAKNESSES

### STRENGTHS
» Proximity to East Coast ports and densely populated metro divisions.
» Competitive business costs.
» Encouraging migration trends, population growth.
» Ample developable land.

### WEAKNESSES
» Unfavorable age dynamics.
» Overexposed to federal policy shifts.
» Below-average educational attainment.

## FORECAST RISKS

| SHORT TERM  | LONG TERM  |
|---|---|

| RISK EXPOSURE 2025-2030 | **213** 3rd quintile | Most=1, Least=411 |
|---|---|---|

### UPSIDE
» New semiconductor facilities attract more tech companies.
» Tariffs are lowered, limiting damage to logistics and manufacturing.

### DOWNSIDE
» Tariff-induced inflation and trade wars hit logistics harder than expected.
» Increased automation permanently removes manufacturing/logistics jobs.
» Federal CHIPS Act spending is revoked.

## MOODY'S RATING

**Aa1**  COUNTY
AS OF OCT 01, 2019

## ANALYSIS

**Recent Performance.** Allentown-Bethlehem-Easton's expansion is holding course. Top-line payrolls have continued to rise since the start of 2025, though the pace of gains has decelerated more recently. Healthcare has been the clear leader of job gains, while logistics provided some support as manufacturing struggled to grow. The household survey paints a somewhat dimmer picture as the jobless rate ticks up and the size of the labor force remains stagnant. House prices are up since the start of the year, although appreciation has slowed. Residential construction remains elevated compared with pre-pandemic years, thanks largely to strong multifamily permit issuance and relatively stable single-family permits.

**Logistics.** Transportation/warehousing will muddle through the coming quarters as tariffs and trade tensions remain high. Bridging central Pennsylvania and northern New Jersey, ALL sits at a strategic junction of major East Coast trade routes. These advantages connect it to key metro areas, ports, and the Canadian border, sustaining a logistics job share nearly twice that of the nation. The Trump administration's trade policies—particularly higher tariffs and frayed ties with Canada and Mexico—have exerted pressure on the industry. At best, logistics job growth will be steady but subdued, as volatile trade policy and elevated tariffs through the remainder of Trump's term keep risks tilted to the downside. In addition, tariff-driven inflation has been milder than expected but will persist into 2026. If rising prices weigh on consumer goods spending, logistics demand will take another hit. Still, once the dust settles, strong geographic reach, competitive costs, and ample developable land will keep ALL a vital logistics hub.

**Manufacturers.** The outlook for manufacturing remains tenuous as tariffs lift input costs. ALL has a diverse manufacturing base, with subsectors spanning consumer goods such as beverages, intermediate goods such as plastics and pharmaceuticals, and durable goods including heavy machinery. While an aging U.S. population will sustain pharmaceutical demand, higher input costs from tariffs and trade disruptions will dampen near-term growth elsewhere in manufacturing. Citing tariffs and weaker demand, top employer Mack Trucks recently laid off hundreds of workers. Still, new investments brighten the longer-run outlook. Medical device maker B. Braun is expanding and will add more than 150 jobs in the next three years. Further out, large semiconductor projects—Infinera's packaging and testing facility and Coherent's materials plant—will enhance ALL's industrial base and generate hundreds of high-paying positions.

**Health services.** Healthcare will mainly provide support in the near term following the industry's impressive post-pandemic surge. ALL's outsize 65-and-older cohort and strong population growth have resulted in a share of healthcare jobs that ranks within the top 10% of U.S. metro areas. Demand will remain solid as the senior population, the largest users of healthcare, maintains rapid growth. However, the expiration of federal Affordable Care Act tax credits and steep Medicaid funding cuts will push job growth into the slow lane. In the long run, strong population growth will underpin steadier healthcare demand and ease labor shortages relative to much of the region, keeping ALL outperforming its state and regional peers.

**Allentown-Bethlehem-Easton's economy will decelerate over the next few quarters. Logistics and healthcare will lend support, though volatile federal policy will keep risks elevated. Longer term, fresh investments, strong population growth, and competitive business costs will keep it one of the region's better performers.**

*Jackie Copfer*
*September 2025*

| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | INDICATORS | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46.6 | 44.5 | 47.1 | 47.5 | 48.8 | 50.4 | Gross metro product (C17$ bil) | 51.6 | 52.5 | 53.5 | 54.7 | 56.1 | 57.7 |
| 1.1 | -4.4 | 5.7 | 0.9 | 2.8 | 3.1 | % change | 2.5 | 1.8 | 1.9 | 2.3 | 2.5 | 2.8 |
| 380.8 | 353.4 | 369.8 | 384.7 | 389.6 | 395.3 | Total employment (ths) | 401.3 | 401.8 | 403.1 | 405.3 | 407.9 | 411.2 |
| 1.5 | -7.2 | 4.6 | 4.0 | 1.3 | 1.5 | % change | 1.5 | 0.1 | 0.3 | 0.6 | 0.7 | 0.8 |
| 4.4 | 9.1 | 6.1 | 4.2 | 4.0 | 3.9 | Unemployment rate (%) | 4.3 | 5.1 | 5.2 | 5.0 | 4.7 | 4.5 |
| 5.8 | 7.0 | 6.6 | 1.8 | 6.1 | 4.1 | Personal income growth (%) | 5.3 | 4.5 | 4.3 | 3.8 | 3.9 | 4.1 |
| 68.6 | 70.9 | 72.8 | 76.4 | 81.2 | 83.5 | Median household income ($ ths) | 86.8 | 89.8 | 93.0 | 95.7 | 98.3 | 101.2 |
| 858.8 | 861.6 | 870.1 | 871.4 | 878.5 | 886.4 | Population (ths) | 894.6 | 898.7 | 901.4 | 903.7 | 905.7 | 908.4 |
| 0.3 | 0.3 | 1.0 | 0.1 | 0.8 | 0.9 | % change | 0.9 | 0.5 | 0.3 | 0.3 | 0.2 | 0.3 |
| 2.3 | 4.2 | 9.5 | 3.2 | 8.1 | 8.7 | Net migration (ths) | 9.0 | 5.1 | 3.8 | 3.4 | 3.2 | 4.0 |
| 1,078 | 1,110 | 1,716 | 1,586 | 1,329 | 1,368 | Single-family permits (#) | 1,592 | 2,002 | 1,952 | 1,926 | 1,894 | 1,854 |
| 267 | 578 | 890 | 723 | 406 | 1,117 | Multifamily permits (#) | 722 | 458 | 455 | 438 | 420 | 405 |
| 4.2 | 5.5 | 14.4 | 15.5 | 8.7 | 7.7 | FHFA house price index (% change) | 6.4 | 2.3 | 2.3 | 3.1 | 3.6 | 3.8 |

## PRÉCIS® U.S. METRO • Allentown-Bethlehem-Easton PA-NJ



### ECONOMIC HEALTH CHECK

| 3-MO MA | Mar 25 | Apr 25 | May 25 | Jun 25 | Jul 25 | Aug 25 |
|---|---|---|---|---|---|---|
| Employment, change, ths | 0.6 | 0.5 | 0.7 | 0.3 | 0.1 | 0.2 |
| Unemployment rate, % | 4.0 | 4.0 | 4.1 | 4.2 | 4.2 | 4.3 |
| Labor force participation rate, % | 62.4 | 62.3 | 62.4 | 62.5 | 62.4 | 62.5 |
| Average weekly hours, # | 33.5 | 33.8 | 33.9 | 34.1 | 34.3 | 34.4 |
| Industrial production, 2012=100 | 99.5 | 99.9 | 99.8 | 99.7 | 99.7 | 99.7 |
| Residential permits, single-family, # | 1,268 | 1,355 | 1,377 | 1,327 | 1,417 | 1,252 |
| Residential permits, multifamily, # | 524 | 1,909 | 1,666 | 1,908 | 560 | 1,014 |
| **Dec/Dec** | **Dec 19** | **Dec 20** | **Dec 21** | **Dec 22** | **Dec 23** | **Dec 24** |
| Employment, change, ths | 5.4 | -23.6 | 18.8 | 9.2 | 4.2 | 6.8 |

Stronger than prior 3-mo MA    Unchanged from prior 3-mo MA    Weaker than prior 3-mo MA

*Sources: BLS, Census Bureau, Moody's Analytics*

### BUSINESS CYCLE INDEX
JAN 2015=100

ALL — PA — U.S.

*Source: Moody's Analytics*

### INDUSTRY EMPLOYMENT
% CHANGE YR AGO

— Government
— Goods producing
— Private services

*Sources: BLS, Moody's Analytics*

### CURRENT EMPLOYMENT TRENDS
% CHANGE YR AGO, 3-MO MA

| | Aug 24 | Feb 25 | Aug 25 |
|---|---|---|---|
| Total | 1.6 | 1.9 | 1.6 |
| Mining | -6.3 | -0.9 | 0.0 |
| Construction | -2.5 | 2.0 | 0.1 |
| Manufacturing | -1.1 | -0.8 | -0.1 |
| Trade | -0.1 | 0.9 | -0.0 |
| Trans/Utilities | -2.0 | -0.0 | 0.3 |
| Information | -2.2 | 0.7 | 1.9 |
| Financial Activities | -3.1 | -0.2 | 2.3 |
| Prof & Business Svcs. | 3.4 | 1.1 | -0.1 |
| Edu & Health Svcs. | 6.0 | 5.6 | 5.6 |
| Leisure & Hospitality | 0.1 | 1.3 | 1.9 |
| Other Services | 3.2 | 3.1 | 2.7 |
| Government | 3.1 | 1.4 | -0.4 |

*Sources: BLS, Moody's Analytics*

### DIFFUSION INDEX
3-DIGIT NAICS LEVEL, 6-MO MA

— ALL — PA — U.S.

*Sources: BLS, Moody's Analytics*

### RELATIVE EMPLOYMENT PERFORMANCE
JAN 2015=100

— ALL — PA — U.S.

*Sources: BLS, Moody's Analytics*

### RELATIVE EMPLOYMENT FORECAST
VS. 6 MO PRIOR

| | 2-Yr | 5-Yr |
|---|---|---|

*Sources: BLS, Moody's Analytics*

### HOUSE PRICE
2005Q1=100, NSA

— ALL — PA — U.S.

*Sources: FHFA, Moody's Analytics*

### RENTAL AFFORDABILITY
GREATER THAN 100=MORE AFFORDABLE

— ALL — PA — U.S.

*Sources: Census Bureau, BLS, Moody's Analytics*

### HOUSE PRICE TRENDS
%

■ Overvalued   ■ Undervalued

*Source: Moody's Analytics*

### HOUSING AFFORDABILITY
GREATER THAN 100=MORE AFFORDABLE

— ALL — PA — U.S.

*Sources: NAR, Moody's Analytics*

## PRÉCIS® U.S. METRO • Allentown-Bethlehem-Easton PA-NJ

### TOP EMPLOYERS

| | |
|---|---|
| Lehigh Valley Health Network | 19,000+ |
| St Luke's University Health Network | 11,000+ |
| Walmart Inc | 4,223 |
| Dorney Park/Wildwater Kingdom | 2,871 |
| Mack Trucks | 2,775 |
| Sands Bethworks Gaming LLC | 2,500 |
| Giant Food Stores | 2,449 |
| Air Products and Chemicals | 2,000 |
| Lehigh University | 1,863 |
| Lutron Electronics Co Inc | 1,500 |
| Northampton Community College | 1,473 |
| Weis Markets Inc | 1,400 |
| Victaulic Co | 1,270 |
| Good Shepherd Rehabilitation Network | 1,265 |
| Crayola LLC | 1,200 |
| Wells Fargo Bank N A | 1,057 |
| Wind Creek Casinos | 1,000-4,999 |
| Amazon | 1,000-4,999 |
| Power Service Inc | 1,000-4,999 |
| F L Smidth Inc | 1,000-4,999 |

*Sources  LVB Book of Lists  2023  Pennsylvania Department of Labor & Industry  2022*

### PUBLIC

| | |
|---|---|
| Federal | 2,524 |
| State | 2,516 |
| Local | 34,350 |
| 2024 | |

### INDUSTRIAL DIVERSITY



Most Diverse (U.S.)

1.00

0.80

**0.65**

0.60

0.40

0.20

0.00

Least Diverse

### EMPLOYMENT VOLATILITY

**Due to U.S. fluctuations**    **Relative to U.S.**

97%   124   100

■ Not Due  ■ Due    ■ ALL  ■ U.S.

### ENTREPRENEURSHIP

**BROAD-BASED START-UP RATE; U.S.=100**

0  20  40  60  80  100

■ ALL  ■ PA

*Sources  Census Bureau, Moody's Analytics, 2023*

### EXPORTS

| Product - 2023 | $ mil |
|---|---|
| Food and kindred products | 495.3 |
| Chemicals | 1,838.4 |
| Primary metal manufacturing | ND |
| Fabricated metal products | ND |
| Machinery, except electrical | 421.5 |
| Computer and electronic products | 586.9 |
| Transportation equipment | ND |
| Miscellaneous manufacturing | 279.4 |
| Other products | 1,078.1 |
| Total | 4,699.6 |

| Destination - 2023 | $ mil |
|---|---|
| Africa | 38.8 |
| Asia | 1,161.5 |
| European Union | 1,026.4 |
| Canada & Mexico | ND |
| South America | 252.7 |
| Rest of world | 2,220.1 |
| Total | 4,699.6 |
| % of GDP | 8.0 |
| Rank among all metro areas | 81 |

*Sources: BEA, International Trade Administration, Moody's Analytics*

### COMPARATIVE EMPLOYMENT AND INCOME

| Sector | % OF TOTAL EMPLOYMENT | | | AVERAGE ANNUAL EARNINGS | | |
|---|---|---|---|---|---|---|
| | ALL | PA | U.S. | ALL | PA | U.S. |
| Mining | 0.1 | 0.3 | 0.4 | ND | $103,774 | $131,906 |
| Construction | 3.3 | 4.2 | 5.2 | $85,537 | $83,101 | $82,250 |
| Manufacturing | 10.4 | 9.2 | 8.1 | $77,918 | $76,675 | $86,889 |
| Durable | 6.0 | 5.4 | 5.0 | $78,439 | $77,907 | $92,803 |
| Nondurable | 4.4 | 3.8 | 3.1 | $77,219 | $74,918 | $77,181 |
| Transportation/Utilities | 9.0 | 5.4 | 4.6 | $67,289 | $65,805 | $76,385 |
| Wholesale Trade | 3.9 | 3.5 | 3.9 | $112,743 | $102,080 | $104,604 |
| Retail Trade | 9.8 | 9.6 | 9.8 | $37,978 | $37,683 | $43,419 |
| Information | 1.5 | 1.5 | 1.9 | $67,581 | $120,392 | $170,800 |
| Financial Activities | 3.2 | 5.5 | 5.8 | $99,423 | $118,341 | $126,450 |
| Prof. and Bus. Services | 13.1 | 13.6 | 14.3 | $88,720 | $107,323 | $104,768 |
| Educ. and Health Services | 22.7 | 22.2 | 16.8 | $69,029 | $65,251 | $64,445 |
| Leisure and Hosp. Services | 9.4 | 9.3 | 10.6 | $32,387 | $33,549 | $38,571 |
| Other Services | 3.7 | 4.3 | 3.8 | $53,940 | $54,249 | $64,400 |
| Government | 10.0 | 11.4 | 14.8 | $69,260 | $72,445 | $78,132 |

*Sources: Percent of total employment — BLS, Moody's Analytics, 2024, Average annual earnings — BEA. Moody's Analytics, 2024*

### PRODUCTIVITY

**REAL OUTPUT PER WORKER, $**

127,658   133,269   147,537

■ ALL  ■ PA  ■ U.S.

*Sources  BEA, Moody's Analytics, 2024*

### BUSINESS COSTS

**U.S.=100**

- Total
- Unit labor
- Energy
- State & local taxes
- Office rent

0  20  40  60  80  100  120

■ 2018  ■ 2023

*Source  Moody's Analytics*

### EMPLOYMENT

**HIGH-TECH**

| | Ths | % of total |
|---|---|---|
| ALL | 17.0 | 4.3 |
| U.S. | 8,351.2 | 5.3 |

**HOUSING-RELATED**

| | Ths | % of total |
|---|---|---|
| ALL | 30.4 | 7.7 |
| U.S. | 15,584.6 | 9.9 |

*Source  Moody's Analytics, 2024*

### LEADING INDUSTRIES BY WAGE TIER



| NAICS | Industry | Location Quotient | Employee (ths) |
|---|---|---|---|
| 6211 | Offices of physicians | 1.7 | 12.7 |
| 5511 | Management of companies & enterprises | 1.5 | |
| 5413 | Architectural, engineering & rel. srvcs | 0.8 | 3.1 |
| GVF | Federal Government | 0.3 | 2.5 |
| GVL | Local Government | 0.9 | 34.4 |
| 6221 | General medical and surgical hospitals | 1.8 | 22.8 |
| 4931 | Warehousing and storage | 4.9 | 22.4 |
| 6113 | Colleges universities & prof. schools | 1.9 | 8.1 |
| 7225 | Restaurants and other eating places | 0.8 | 21.4 |
| 4451 | Grocery stores | 1.3 | 9.2 |
| 5613 | Employment services | 1.1 | 9.2 |
| 6241 | Individual and family services | 1.1 | 8.9 |

■ High  ■ Mid  ■ Low

*Source: Moody's Analytics, 2024*

**PRÉCIS® U.S. METRO • Allentown-Bethlehem-Easton PA-NJ**



### BLOCK GROUPS BY INCOME
% OF TOTAL

ALL ■ — US

Sources: Census Bureau, Moody's Analytics, 2023

### PER CAPITA INCOME
$ THS

— ALL — PA — U.S.

Sources: BEA, Moody's Analytics

### ECONOMIC INEQUALITY

| Index | 2023 | Rank* |
|---|---|---|
| Gini coefficient | 0.45 | 252 |
| Block Group Income ratio | 0.43 | 208 |
| Poverty rate | 11.1% | 278 |

*Most unequal=1; Most equal=417

### HOUSEHOLDS BY INCOME, %

■ ALL — U.S.

Sources: Census Bureau, ACS, Moody's Analytics, 2023

### MIGRATION FLOWS

#### INTO ALLENTOWN PA

| | Number of Migrants |
|---|---|
| New York NY | 5,373 |
| Newark NJ | 3,580 |
| Montgomery County PA | 2,370 |
| Lakewood NJ | 1,622 |
| Reading PA | 922 |
| Philadelphia PA | 872 |
| Scranton PA | 718 |
| Nassau County NY | 448 |
| Harrisburg PA | 206 |
| Orlando FL | 167 |
| Total in-migration | 28,130 |

#### FROM ALLENTOWN PA

| | |
|---|---|
| Newark NJ | 2,109 |
| Montgomery County PA | 2,034 |
| New York NY | 1,505 |
| Reading PA | 1,333 |
| Philadelphia PA | 831 |
| Lakewood NJ | 794 |
| Scranton PA | 685 |
| Orlando FL | 487 |
| Tampa FL | 265 |
| Harrisburg PA | 264 |
| Total out-migration | 27,292 |
| **Net migration** | **838** |

### COMMUTER FLOWS
% OF ALL RESIDENTS WORKING IN...

80.8%

| Allentown PA | Share |
|---|---|
| Newark NJ | 6.6 |
| Montgomery County PA | 4.0 |
| Lakewood NJ | 2.5 |
| New York NY | 1.9 |
| Reading PA | 1.3 |

### COMMUTER FLOWS
% OF ALL WORKERS LIVING IN...

89.6%

| Allentown PA | Share |
|---|---|
| Reading PA | 2.9 |
| Montgomery County PA | 2.9 |
| Newark NJ | 1.9 |
| Scranton PA | 0.6 |
| Philadelphia PA | 0.4 |

Sources: Census Bureau, Moody's Analytics, avg 2016-2020

### NET MIGRATION, #, ALL

| | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Domestic | 8,478 | -381 | 1,873 | 1,254 |
| Foreign | 1,011 | 3,593 | 6,222 | 7,423 |
| Total | 9,489 | 3,212 | 8,095 | 8,677 |

Sources: IRS (top), 2022, Census Bureau, Moody's Analytics

### GENERATIONAL BREAKDOWN
POPULATION BY GENERATION, %

Alpha
Gen Z
Millennial
Gen X
Baby Boom
Silent & Greatest

■ ALL ■ U.S.

Sources: Census Bureau, Moody's Analytics, 2024

### EDUCATIONAL ATTAINMENT
% OF ADULTS 25 AND OLDER

| | ALL | PA | U.S. |
|---|---|---|---|
| | 8 | 8 | 10 |
| | 33 | 33 | 26 |
| | 26 | 24 | 28 |
| | 21 | 21 | 22 |
| | 13 | 14 | 14 |

■ < High school  ■ High school
■ Some college  ■ College
■ Graduate school

Sources: Census Bureau, ACS, Moody's Analytics, 2023

### POPULATION BY AGE, %

■ ALL — U S

Sources: Census Bureau, Moody's Analytics, 2024

*Regional Analysis Summary*

Benefits of the Allentown-Bethlehem-Easton, PA-NJ market area include proximity to East Coast ports and densely populated metro divisions, competitive business costs, and ample developable land. However, weaknesses of the area include unfavorable age dynamics, overexposed to federal policy shifts, and below-average educational attainment. Unemployment is expected to be 4.5% by 2030, while the population is expected to increase by approximately 13,800 in the same time.

**Senior Housing Regional Analysis**

The National Investment Center (NIC) tracks occupancy and rate statistics for the 140 largest metropolitan areas. Please note that the following data is separated by level of care by predominant unit type, and classified by Majority IL, AL, MC and SN. With regards to seniors housing, a summary of the current market characteristics in the subject's metro area in comparison to the 31 largest metro areas (Primary) and the next 69 largest metro areas (Secondary) and the expanded 40 markets (Additional) is as follows:

| MARKET SUMMARY | | | | |
|---|---|---|---|---|
| | **Allentown, PA** | **Primary Markets** | **Secondary Markets** | **Additional Markets** |
| *Majority IL* | | | | |
| Occupancy | 93.80% | 90.00% | 91.10% | 91.10% |
| Units Under Construction | 0 | 6,918 | 4,059 | 731 |
| Construction as % of Supply | 0.00% | 2.37% | 2.60% | 2.08% |
| Average Monthly Rate | $3,581 | $4,408 | $3,937 | $4,242 |
| Annual Rate Growth | 1.70% | 4.20% | 4.20% | 3.80% |
| *Majority AL* | | | | |
| Occupancy | 94.50% | 86.90% | 88.80% | 89.10% |
| Units Under Construction | 0 | 7,178 | 2,532 | 618 |
| Construction as % of Supply | 0.00% | 2.39% | 1.58% | 1.98% |
| Average Monthly Rate | $5,777 | $7,016 | $6,171 | $6,316 |
| Annual Rate Growth | 0.50% | 3.70% | 3.90% | 3.60% |
| *Majority MC* | | | | |
| Occupancy | 92.50% | 86.80% | 88.50% | 89.40% |
| Units Under Construction | 0 | 3,021 | 1,212 | 173 |
| Construction as % of Supply | 0.00% | 2.76% | 2.15% | 1.71% |
| Average Monthly Rate | $8,531 | $8,842 | $7,825 | $7,856 |
| Annual Rate Growth | 0.80% | 3.40% | 3.70% | 4.20% |
| *Majority NC* | | | | |
| Occupancy | 80.60% | 86.20% | 85.60% | 86.50% |
| Units Under Construction | 286 | 1,268 | 892 | 84 |
| Construction as % of Supply | 5.50% | 0.23% | 0.31% | 0.19% |
| Average Daily Rate | $433 | $417 | $382 | $397 |
| Annual Rate Growth | 1.80% | 4.30% | 4.40% | 4.50% |
| Source: NIC MAP® Data Service Q3 2025 | | | | |

Further, over the last several quarters the subject's metro area has exhibited the following, according to NIC MAP® Data Service:

**Philadelphia, PA - Seniors Housing | Quarterly | 4Q2025**



Source: NIC MAP®. Use of NIC MAP® data is subject to the NIC MAP® Data Attribution Requirements (https://www.nicmap.com/data-attribution-requirements/).

© 2026 NIC MAP®. All rights reserved. Data believed to be accurate but not guaranteed; subject to future revision.
Distribution of this report or any part of this report without prior written consent or license by NIC MAP is strictly prohibited.
Subject to the NIC MAP Terms of Use. For license information please contact NIC MAP at (844) 668-3282.

Date Printed: 02/18/2026 08:59 PM

Philadelphia, PA - Majority IL | Quarterly | 1Q2026



Source: NIC MAP®. Use of NIC MAP® data is subject to the NIC MAP® Data Attribution Requirements (https://www.nicmap.com/data-attribution-requirements/).

© 2026 NIC MAP®. All rights reserved. Data believed to be accurate but not guaranteed; subject to future revision.
Distribution of this report or any part of this report without prior written consent or license by NIC MAP is strictly prohibited.
Subject to the NIC MAP Terms of Use. For license information please contact NIC MAP at (844) 668-3282.

Date Printed: 06/15/2026 06:09 PM

**Philadelphia, PA - Majority AL | Quarterly | 4Q2025**



Source: NIC MAP®. Use of NIC MAP® data is subject to the NIC MAP® Data Attribution Requirements (https://www.nicmap.com/data-attribution-requirements/).

© 2026 NIC MAP®. All rights reserved. Data believed to be accurate but not guaranteed; subject to future revision.
Distribution of this report or any part of this report without prior written consent or license by NIC MAP is strictly prohibited.
Subject to the NIC MAP Terms of Use. For license information please contact NIC MAP at (844) 668-3282.

Date Printed: 02/18/2026 09:08 PM

In terms of development pipeline, we are aware of the following properties currently under construction or in the planning phases of development in the MSA as provided by the Dodge Report:

| PROPOSED PIPELINE | | |
|---|---|---|
| **Project Name** | **Status** | **Construction Notes** |
| **Commonwealth House Assisted Living** 643 Commonwealth Ave, Warwick *Assisted Living/ALF* Issue Date: 5/1/2024 | Preliminary plans under review - Advancement pending approvals - Schedules undetermined | Replace existing home with a 14 bed extended care facility |
| **Grinnell Mansion Elderly Housing Renovation** 379 County St, New Bedford *Senior Apartments* Issue Date: 1/1/2025 | Community Preservation Act funds approved - Advancement pending permitting - Schedules undetermined | Historic renovation of 17 existing elderly affordable housing units with professional management and supportive services. |
| **Age-Restricted Multi-Family (Conversion from** 35 Kearsarge St, New Bedford *Senior Apartments* Issue Date: 2/1/2025 | State tax credits approved - Extension of approvals - Further schedules undetermined | Convert St Josephs Elementary School into 34 senior apartments |
| **Temple Landing II New Infill Senior Residential** 370 Middle St, New Bedford *Senior Apartments* Issue Date: 3/1/2025 | Approvals in place -GC to be announced - Schedules undetermined | 27 units senior housing |
| **Delano Apartments** 696 Dartmouth St, Dartmouth *Independent Living* Issue Date: 4/1/2025 | Foundation permit issued April 1 - Additional permitting pending | 89-unit, independent living facility for people 55 years and older - 208 parking spaces, a courtyard area with amenities, and improved landscaping and drainage features. - SF is a Dodge estimate |
| **The Met Senior Living Buildings** 500 Veterans Memorial Pkwy, East *Senior Apartments* Issue Date: 6/1/2025 | Local approvals granted - Advancement pending state approvals and permitting - Schedules undetermined | Bldg I: 4-story 68,000 sf 80 units with 20,400 sf basement parking for 52 cars - Bldg J: 4-story 69,000 sf 80 units with 20,600 sf basement parking for 58 cars - Bldg K: 3-story 105,500 sf 80 units |
| **Fish Road Village Residential Development** 1101 Fish Rd, Tiverton *Senior Apartments* Issue Date: 8/1/2025 | Two concept plans submitted for town reviews - Advancement pending various approvals - Schedules and final scope undetermined | Development of 255 housing units (including 64 affordable units) in 5 apartment buildings OR 103 manufactured homes age-restricted to 55 and over (with 26 affordable units) |
| **Ade Bethune House Affordable Senior Housing** 110 Bristol Ferry Rd, Portsmouth *Senior Apartments* Issue Date: 8/13/2025 | Construction starting this week | Create new senior center and 54 housing units at former Anne Hutchinson School property. Possible reuse of existing building currently housing the Portsmouth Multi-Purpose Senior Center - Total SF estimated |
| **Tiffany Laurel Reserve Senior Housing** 2028 New London Turnpike, *Assisted Living/ALF* Issue Date: 9/1/2025 | Planned construction - Advancement pending funding - Schedules undetermined | Proposed Independent Living, Assisted Living & Care Facility with 127 independent living units, and 77 assisted living units and memory care units - 56 structured parking garage spaces |
| **Retirement Facility** 947 Park St, Attleboro *Senior Apartments* Issue Date: 10/1/2025 | Owner seeking local and/or state approvals - Further action pending outcome of approvals and Owner decision to proceed | N/A |
| **Senior Housing Redevelopment (Former** 53 Bay State Rd, Rehoboth *Senior Apartments* Issue Date: 11/1/2025 | Proposed for construction - Further action pending Owner's decision to proceed - No construction schedule set | The Rehoboth Housing Authority is planning to convert the old Anawan School into senior housing. The project is still in the early stages, with efforts ongoing to secure funding for design and construction. |
| **RFP/DEV: Affordable Senior Rental Units** 120 W Main St, Norton *Senior Apartments* Issue Date: 11/1/2025 | Bid date has been Extended From December 10 - Request for proposals for Developer Services to Owner due on January 7, 2026 at 04:00 PM (EST) | Developers for the development of approximately 100 units of affordable senior rental housing, on roughly 5 acres of land owned by the Housing Authority in Norton, MA. The parcel is addressed on land at 120 West Main Street |
| *Source: Dodge Report* | | |

Overall, none of the properties are in the subject's primary market area. Going forward, we expect the subject to benefit from its location in the MSA, given the low unemployment and lack of new supply coming online, particularly in the immediate area.

**Neighborhood Analysis**

The key focus of the neighborhood analysis is not as much competition oriented as it is physical and use oriented. More specifically, this analysis describes the area of generally homogenous uses within which the subject is located. This neighborhood is not intended to reflect the competitive neighborhood of the subject; however, it instead reflects the neighborhood in physical proximity to the subject. Our assessment of the subject neighborhood is presented as follows:

**NEIGHBORHOOD MAP**



## NEIGHBORHOOD TRAITS

### Boundaries

| | Neighborhood | Abutters |
|---|---|---|
| North | Eberhart Road | Single-Family Residential Homes |
| East | Lehigh River | Industrial Complex |
| South | Lehigh Valley Thruway | Housing Development |
| West | MacArthur Road | Residential |

| | |
|---|---|
| Type of Neighborhood | Mixed-use |

### Composition

| | Present | Prevalence |
|---|---|---|
| Agriculture | No | None |
| Community (Recreation) | Yes | Low |
| Hospitality | No | None |
| Industrial | Yes | Moderate |
| Medical | Yes | Low |
| Office | Yes | Low |
| Public/Governmental | Yes | Low |
| Residential (Single-Family) | Yes | High |
| Residential (Multifamily) | Yes | Low |
| Retail | Yes | Moderate |

**Neighborhood Cycle**

### Demand Generators

| | |
|---|---|
| Hospital | No |
| Regional Mall | Yes |
| Churches | Yes |
| Seniors Housing | No |
| Adult Children Homes | Yes |

### Access/Influences

| | |
|---|---|
| Local Area Access | MacArthur Road |
| Regional Ingress/Egress | Lehigh Valley Thruway |
| Neighborhood Cycle | Stability |
| Neighborhood Influence | Positively impacts the subject |

The neighborhood is mixed-use mainly consisting of single-family residential homes. The neighborhood is stable and positively impacts the subject. The closest hospital is St. Luke's Hospital Bethlehem, which is located 4.9 miles from the subject.

Proximity to hospitals is often an important consideration when selecting a seniors housing and care community. Nearby hospitals are identified in the following map and table:

### HOSPITAL MAP



| SUMMARY OF NEARBY HOSPITALS | | |
|---|---|---|
| **Hospital** | **Beds** | **Distance from Subject** |
| St Luke's Hospital Bethlehem | 817 | 4.9 Miles |
| Lehigh Valley Hospital | 1190 | 5.7 Miles |
| Source: American Hospital Directory Miles | | |

## COMPETITIVE MARKET ANALYSIS

### Regulatory Overview

**Independent Living:** Typically, there are no regulations for freestanding independent living, which generally has the same requirements from a regulatory standpoint as any multifamily development. However, independent living units that are in a continuum of care that offers some level of lifecare, are often regulated by the state's Department of Insurance.

**Assisted Living:** State regulations vary considerably for this level of care, ranging from states that have no regulations and classify them as hotel/motel properties to states that are considering some type of CON regulations. It is probable that, in the future, as state reimbursement becomes more common, some type of barrier to entry legislation will become common.

States typically feel that use of CON or similar legislation enhances profitability in that full occupancy is more efficient than partial occupancy, and ruinous competition is a danger to the industry and quality of care overall. As the subject is in Pennsylvania, which has regulatory legislation, at this point it is appropriate to review this legislation and the impact it will have on the subject and residences in the market.

**Pennsylvania Assisted Living Legislation:** Pennsylvania defines and regulates assisted living facilities and personal care homes under the Department of Public Welfare. Personal care homes are defined under Chapter 2600 and assisted living facilities are defined under Chapter 2800 of the Pennsylvania Human Services Code. We have reviewed both Chapter 2600 and Chapter 2800.

*Personal Care Homes (PCH)* are defined as: "A premise in which food, shelter, and personal assistance or supervision are provided for a period exceeding 24 hours, for four or more adults who are not relative of the operator, who do not require the services in or of a licensed long-term care facility, but who do require assistance or supervision in activities."

*Assisted Living Residences* is defined as: "Any premises in which food, shelter, assisted living services, assistance or supervision and supplemental health care services are provided for a period exceeding 24-hours for four or more adults who are not relatives of the operator, who require assistance or supervision in matters such as dressing, bathing, diet, financial management, evacuation from the residence in the event of an emergency or medication prescribed for self-administration."

These facilities are required to comply with the various requirements contained in State statutes. These guidelines are applicable to those homes operated for profit, or not-for-profit, whether freestanding or on the grounds of a long-term care nursing facility. A set of interpretative guidelines which are applicable to State regulations are available through the Pennsylvania Department of Public Welfare. The interpretative guidelines are intended to promote uniformity and consistency in the interpretation and enforcement of the Personal Care Home licensing and Assisted Living licensing regulation.

Licensing activities are conducted by the Pennsylvania Department of Public Welfare, Office of Social Programs. Requirements include design review, continuing education requirements, staff licensure, and mechanisms for ensuring financial feasibility of operators. Further, financial management, medications, social services, activities, health services, laundry services, food service, resident abuse and complaint methodologies are contained in the document.

We assume that the subject, operationally, is in full compliance of current state regulations. Personal Care Home physical requirements include a minimum area of 80 square feet for a private room and 60 square feet per person for a non-private room, up to a maximum of four residents. Specific items of furniture (e.g., bed, linens, chair, dresser and mirror, etc.) must be provided for each resident in his/her room. Assisted living physical requirements include for residences constructed after January 18, 2011, 225 square feet of floor space for each private living unit and 300 square feet for a non-private room. For facilities in existence prior to January 18, 2011, each living unit must have at least 160 square feet for a private room and 210 for a non-private room. A maximum of two residents shall be permitted in any living unit. Specific items of furniture (e.g., bed, linens, chair, dresser and mirror, etc.) must be provided for each resident in his/her room.

While we have specialized expertise in the appraisal of nursing and health care facilities, we do not purport to be experts in the analysis of Medicaid reimbursement rate setting policies and applications. As part of our due diligence in the appraisal of the subject, we have studied the CON and licensure requirements and the Medicaid reimbursement system, which will impact the subject, and the market in which it operates. Our analysis of these documents will form the basis for several aspects of our valuation of the subject. We have presented a relatively brief overview of the information contained in these documents; nevertheless, we note that they are quite extensive and detailed. For an accurate interpretation of any aspect of these documents, please refer to an accountant or legal counsel with specialized experience in these matters.

**Definition of Primary Market Area**

*The 2009 Overview of Assisted Living* completed by the Assisted Living Federation of America (ALFA), and now known as Argentum, in conjunction with AAHSA, ASHA, NCAL and NIC indicates that typical assisted living residences draw 85% of their residents from within 15 miles, which shows a change from five years earlier when 73% of the demand would emanate from within a 15-mile radius.

In our analysis, we assume that demand for the subject's services emanate from within the PMA. While residents come to a community from outside the primary market, residents will also leave the primary market to reside elsewhere. While we do consider the prevalence of migration in and out of the PMA within our penetration analysis, it is viewed as being anecdotal in nature and difficult to quantify. Moreover, the Claritas projections serve to estimate the future migration, as they pertain to the subject's PMA. Nonetheless, we will discuss later in the following sections, the prevalence of adult children as a primary indicator of migration.

Based on our interviews with both executive directors and directors of marketing at comparable projects in the area, including the subject's operator, we have determined that the subject's primary market area (PMA) is a five-mile radius. A map detailing the primary market is as follows:

**PMA MAP**



## PMA Supply Analysis

In terms of measuring the PMA supply, while we considered management's opinion of primary competition, we have only included units/beds in the PMA that house seniors that are comparable to the subject. Consequently, we have excluded those facilities considered to be "mom and pop", generally containing less than 25 beds or operating out of a skilled nursing wing.

Regarding memory care, we note that most state regulatory agencies do not have licensure separate from assisted living and that many residents with mild dementia can be accommodated in traditional assisted living buildings. Nonetheless, as more developers build memory care-dedicated buildings and recognizing the differences in rates, design and staffing, we have broken out the memory care supply niche from assisted living.

We estimate the total number of existing and proposed beds/units in this market as presented in the following table(s):

| IL SUPPLY | | |
|---|---|---|
| **Independent Living Units** | | |
| | PMA | |
| | 2026 | 2031 |
| Fellowship Community | 151 | 151 |
| Luther Crest Retirement Community | 349 | 349 |
| Phoebe Allentown | 88 | 88 |
| Scared Heart Senior Living by the Creek | 22 | 22 |
| Traditions of Hanover | 114 | 114 |
| Sterling Heights Garcious Retirement Living | 133 | 133 |
| Riverton Enhanced Senior Living | 33 | 33 |
| Above and Beyond West End | 25 | 25 |
| Subject | 18 | 18 |
| All Other | 0 | 0 |
| Total | 933 | 933 |
| @ 100% from PMA | 933 | 933 |

| AL SUPPLY | | |
|---|---|---|
| **Assisted Living Beds** | | |
| | PMA | |
| | 2026 | 2031 |
| Above and Beyond (West End) | 57 | 57 |
| Atria Bethlehem | 125 | 125 |
| DevonHouse of Allentown | 80 | 80 |
| Fellowship Community | 126 | 126 |
| Above and Beyond at the Knights | 124 | 124 |
| Luther Crest Retirement Community | 28 | 28 |
| Rittenhouse Village At Lehigh Valley | 62 | 62 |
| Abode Care of Allentown | 100 | 100 |
| Renaissance Home Northampton | 60 | 60 |
| Riverton Enhanced Senior Living | 68 | 68 |
| Legacy Place Cottages | 26 | 26 |
| Parkland Manor | 38 | 38 |
| Sacred Heart Senior Living by the Creek | 124 | 124 |
| Subject | 110 | 110 |
| All Other | 0 | 0 |
| Total | 1,128 | 1,128 |
| @ 100% from PMA | 1,128 | 1,128 |

| MC SUPPLY | | |
|---|---|---|
| **Memory Care Beds** | | |
| | PMA | |
| | 2026 | 2031 |
| Fellowship Community | 23 | 23 |
| Rittenhouse Village At Lehigh Valley | 22 | 22 |
| Abode Care of Allentown | 13 | 13 |
| Legacy Place Cottages | 14 | 14 |
| Parkland Manor | 24 | 24 |
| Above and Beyond at the Knights | 24 | 24 |
| Atria Bethlehem | 26 | 26 |
| Subject | 20 | 20 |
| All Other | 0 | 0 |
| Total | 166 | 166 |
| @ 100% from PMA | 166 | 166 |

Based on our survey, current market occupancy is 86% in IL, 90% in AL and 91% in MC. There are 14 communities in AL including the subject and eight communities for MC. Both markets were developed between 1951-2019. Parkland Manor is the newest property being built in 2019.

**Characteristics of Pipeline Activity**

As noted in the preceding Senior Housing Regional Analysis, no communities are proposed in the subject competitive market area.

**Competitive Market Supply**

Additionally, we have more closely examined the following properties that we, and management, have identified as being the subject's primary competition. Due to unresponsive communities in the PMA, we have expanded our search outside of the five-mile radius to identify other competitors:

- ❑ Above and Beyond at the Knights
- ❑ Riverton Enhanced Senior Living
- ❑ Bethlehem Manor
- ❑ The Vero at Bethlehem
- ❑ Country Meadows
- ❑ Sacred Heart Senior Living
- ❑ The Birches of Lehigh Valley
- ❑ Arbour Square

We find the following relationship among the subject and its primary competitors:



Notes: Bubble size reflects relative variance of asking private pay rates. Performance Index based on HealthTrust proprietary scoring system.

Detailed comparable write-ups of these reports can be found in the Valuation Analysis of this report. A summary of the competitive supply is as follows:

| SUMMARY OF COMPETITIVE SUPPLY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Property** | **Whitehall Manor** | **Above and Beyond at the Knights** | **Riverton Enhanced Senior Living** | **Bethlehem Manor** | **The Vero at Bethlehem** | **Country Meadows** | **Sacred Heart Senior Living** | **The Birches of Lehigh Valley** | **Arbour Square of Harleysville** |
| Location | Whitehall | Allentown | Allentown | Bethlehem | Bethlehem | Allentown | Center Valley | Easton | Harleysville |
| Year Opened | 1951,1996, 1998 | 1989 | 1966 | 1935 | 2023 | 1991 | 2005 | 2024 | 2006 |
| Quality | Average | Average | Average | Average | Good | Good | -- | Excellent | Above Average |
| Condition | Above Average | Average | Average | Average | Excellent | Good | -- | Excellent | Good |
| **Unit/Bed Mix** | | | | | | | | | |
| IL Units | 18 | 0 | 33 | 0 | 0 | 116 | 0 | 0 | 276 |
| AL Units/Beds | 110/110 | 124/124 | 34/34 | 44/44 | 90/90 | 168 | 42 | 52/62 | |
| MC Units/Beds | 20/20 | 24/24 | | 26/26 | 34/36 | 45 | 24 | 41/57 | |
| **Occupancy** | | | | | | | | | |
| IL | 100% | -- | 85% | -- | -- | 88% | -- | -- | 96% |
| AL | 84% | 98% | -- | 75% | 100% | -- | 85% | -- | -- |
| MC | 80% | 100% | -- | 95% | 100% | -- | 85% | -- | -- |
| **Rate Range** | | | | | | | | | |
| IL | $2,595 - $2,895 | -- | $4,200 - $6,500 | -- | -- | $3,730 - $6,021 | -- | -- | $3,000 - $5,200 |
| AL | $3,295 - $7,095 | $4,000 - $5,500 | -- | $2,800 - $3,995 | $4,295 - $7,960 | -- | $4,495 - $5,910 | $4,500 - $6,000 | -- |
| MC | $5,295 - $6,295 | $6,000 - $7,500 | -- | $3,495 - $4,495 | $5,705 - $8,190 | -- | $4,900 - $7,995 | $5,000 - $6,600 | -- |
| **Level of Care** | | | | | | | | | |
| AL Type | All-inclusive | All-inclusive | --- | All-inclusive | Levels | Levels | Levels | Levels | --- |
| AL Range | -- - -- | -- - -- | -- - -- | -- - -- | $ - $2,535 | -- - -- | $695 - $1,795 | $595 - $1,895 | -- - -- |
| MC Type | All-inclusive | All-inclusive | --- | All-inclusive | All-inclusive | --- | All-inclusive | Levels | --- |
| MC Range | -- - -- | -- - -- | -- - -- | -- - -- | $ - $ | -- - -- | $695 - $1,795 | $595 - $1,895 | -- - -- |

Source: HealthTrust

**Demand Analysis**

A major factor in estimating potential market demand for seniors housing and care communities involves an analysis of the number of residents within the primary market area that are qualified for residency in terms of age and income level. Prospective residents for a seniors housing and care community are typically at least 75 years of age or older; private pay residents will also have sufficient income to cover monthly rental fees and other living expenses. Historical and anticipated growth in the senior age groups, nationally, is presented in the following table:

| US POPULATION PROJECTIONS - % OF TOTAL BY AGE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 | 2045 | 2050 | 2055 | 2060 |
| 45 to 64 | 26.09% | 24.93% | 23.43% | 22.56% | 22.64% | 23.26% | 23.63% | 23.65% | 23.43% | 23.18% |
| 65-84 | 12.88% | 14.76% | 16.65% | 17.81% | 17.78% | 17.26% | 16.61% | 16.45% | 16.86% | 17.57% |
| 85 and up | 1.96% | 2.00% | 2.13% | 2.50% | 3.13% | 3.71% | 4.23% | 4.50% | 4.44% | 4.33% |

Source: US Census Bureau; 2012 National Population Projections



The elderly group age 85 and over represents the fastest-growing segment of the U.S. population. According to the US Census Bureau, there were 4.3 million seniors aged 85+ in 2000 and this segment will swell to 18.0 million by 2050. This is a key market for the seniors housing industry because 44% of those over 85 need long-term care or assistance with activities of daily living. As a result, industry analysts project strong growth in seniors housing revenue through the end of the decade and beyond.

In terms of identifying potential demand, we have begun with the examination of the number of households with persons at least 75 years of age. While we note that residents residing in senior housing communities are generally much older than 75 years of age, we have used this cohort as a minimum standard for residency to better reflect potential demand source across all product types.

Please note that the senior population estimates and projections prepared by Claritas are presented in the addenda of this report. A summary of the estimated senior population and growth rates for the PMA are presented in the following chart:



To test the viability of the market, we have surveyed current and future supply pattern, analyzing age, size, amenities and service package. Moreover, we have analyzed market occupancy, current and future penetration rates, historical rate growth, development interest and the geographic composition. We firmly believe that characterizing a market based on any single factor can be inaccurate and misleading. Overall, we follow this process in identifying demand for seniors housing communities in a market:



In terms of care levels, the following criterion is used by level of care:



In addition to reviewing the demographics, it is important to account for the potential resident's location prior to moving to seniors housing. ALFA's 2009 *Overview of Assisted Living* indicates the following prior residences before moving into an assisted living residence:

| RESIDENCE PRIOR TO MOVING INTO AN ALR | | |
| --- | --- | --- |
| | AL/MC | IL/AL |
| Private Home | 71.6% | 70.1% |
| Family Residence | 9.5% | 6.9% |
| Different ALR | 6.1% | 6.9% |
| Independent Living Community | 6.8% | 13.8% |
| Nursing Home | 6.1% | 2.3% |
| Source: 2009 Overview of Assisted Living | | |

As previously mentioned, we have relied on estimates and projections of senior population in the subject PMA prepared by Claritas. During discussions with senior management at Claritas, we learned that per census procedures, Claritas household estimates only reflect seniors living in their primary residence acting as head of household. Therefore, the income statistics will not reflect that portion of the demand that emanates from nursing homes (institutionalized population) or in a family residence not acting as head of household. Thus, we have calculated a factor for each level of care to more accurately reflect demand sources not captured in the household data provided by Claritas. Based on this premise, we have adjusted the household numbers, which we refer to as a Claritas Factor, as follows:

| DEMAND CAPTURED BY CLARITAS | | |
| --- | --- | --- |
| | AL/MC | IL/AL |
| Private Home | 71.6% | 70.1% |
| Different ALR | 6.1% | 6.9% |
| Independent Living Community | 6.8% | 13.8% |
| | | |
| Total | 84.5% | 90.8% |
| Corresponding Claritas Factor (Inverse of Total) | 1.18 | 1.10 |
| Source: 2009 Overview of Assisted Living | | |

Thus, we can, nonetheless, reasonably estimate total demand in the PMA by using the information prepared by Claritas and dividing it by the ratio of total demand the private residence component represents. For example, for independent living, if we calculated the current total of age/need/income-qualified households in the market, we can divide it by 90.8% to reach an estimate of total private pay demand:

$$\text{Claritas Household Demand}/90.8\% \qquad = 100\% \text{ of IL demand}$$
$$= 1/0.908$$
$$= 1.10$$

Please note that for the purposes of this analysis, we have also applied the relevant factors for the AL and memory care populations of 1.18.

Additionally, we need to adjust the household data in order for it to be viewed in terms of population. This is only done for assisted living and memory care, as independent living communities generally only attract the entire household, and rarely use semi-private accommodations of unrelated individuals. Accordingly, on the supply side, we only view the number of units as opposed to the number of residents or beds.

Therefore, for assisted living and memory care, we have adjusted the household figures by dividing the adjusted 75 and up population by the number of 75 and up households. The adjusted population is calculated by subtracting the institutionalized nursing home population from the overall population. This is referred to as the Household/Population Factor in the following tables.

### Independent Living

According to the American Seniors Housing Association (ASHA) 2023 study *Independent Then and Now: Notable Trends and Emerging Expectations* surveyed residents of independent living communities, and found the following conclusions and key findings:

- ❑ Only 18% of new independent living residents reported having difficulty with an Activity of Daily Living (ADL), typically going in and out of the bathtub. Further, 82% self-reported health as being good or better.

- ❑ Roundly 36% ILC residents have long term care insurance, up from 31% when the last survey (2012) was conducted.

- ❑ A total of 19% of independent living residents reported incomes of less than $25,000 and most (60%) reported net worth exceeding $500,000.

- ❑ Smaller communities were more likely to attract an older clientele who are single. Conversely, larger residences tend to attract a younger, wealthier and married clientele.

- ❑ Fewer than 30% of new residents had been hospitalized in the previous six month prior to moving in to the independent living community.

The 2023 report suggests the following about residents choosing independent living:

- ❐ Community was within 20 miles of current residence
- ❐ The timing of the move had no urgency (59%)
- ❐ The decision to move was typically that of the resident with someone else (family member)
- ❐ Residents generally shop one to five communities but quickly limit the contenders to one or two properties
- ❐ While 24% or residents were offered financial incentives, these incentives did not factor into to decision-making in selecting a community

Overall, independent living is ultimately viewed as a lifestyle choice, as opposed to a need based service. Consequently, we have only viewed the age and income criterion as driving factors for residency at these communities.

### Assisted Living

The *National Health Interview Survey* is conducted by the Center for Disease Control and uses data based on household interviews of a sample of the civilian non-institutionalized population identifying personal care needs among those aged 65 and up. Personal care needs are defined as requiring assistance with any Activity of Daily Living (ADL). The NHIS has been conducted continuously since 1957, with the primary objective of monitoring the health of the United States population. The cross-sectional study includes a sample size of approximately 35,000 households and 87,500 persons, allowing for the valid reporting of health status and limitations, injuries, healthcare access and utilization in the US. The publication is widely accepted throughout the industry, including the American Seniors Housing Association. Over the last several years the survey has found the following, though we note that while there are variances year to year, they have not been defined as statistically significant:

| % 65+ NEEDING PERSONAL CARE | | |
|---|---|---|
| Year | % | 95% CI Interval |
| 2000 | 6.4% | 5.9% - 6.9% |
| 2001 | 6.5% | 6.0% - 7.0% |
| 2002 | 6.2% | 5.7% - 6.7% |
| 2003 | 6.5% | 6.0% - 7.1% |
| 2004 | 6.3% | 5.8% - 6.8% |
| 2005 | 6.3% | 5.8% - 6.8% |
| 2006 | 6.1% | 5.4% - 6.7% |
| 2007 | 6.9% | 6.2% - 7.6% |
| 2008 | 6.4% | 5.8% - 7.0% |
| 2009 | 6.4% | 5.8% - 6.9% |
| 2010 | 7.0% | 6.4% - 7.6% |
| 2011 | 7.3% | 6.8% - 7.8% |
| 2012 | 6.4% | 5.9% - 6.8% |
| 2013 | 7.2% | 6.7% - 7.8% |
| 2014 | 6.5% | 6.0% - 6.9% |
| 2015 | 6.9% | 6.4% - 7.5% |
| 2016 | 6.4% | 5.9% - 6.9% |
| 2017 | 6.7% | 6.3% - 7.2% |
| 2018 | 7.0% | 6.4% - 7.7% |

Source: NHIS

2018 data is through September 2018



Thus, to estimate potential demand for assisted living services we have applied the following personal care factors to the respective age groups:

| PERSONAL CARE NEEDS | |
|---|---|
| **Age Group** | **Percent** |
| 65-74 | 3.9% |
| 75-84 | 8.3% |
| 85+ | 20.9% |

*Source: CDC National Health Interview Survey United States 9/2018*

## Memory Care

In estimating potential demand for memory care, we have surveyed the *Prevalence of Dementia in the United States: The Aging, Demographics and Memory Study* published in October 2007 and performed by Plassman, et al. for Duke University Medical Center in which a nationally representative sample of individuals 71 and older from the *Health and Retirement Study* were evaluated for dementia via a comprehensive in-home examination. This is the first nationally representative population-based study of dementia in the United States. Based on the study the prevalence of Alzheimer's Dementia among those 71 and older was 9.7%; however, this statistic does not differentiate between the level of Alzheimer's Dementia, thus not all would be candidates for traditional memory care units. The most recent data we have found on prevalence of moderate and severe dementia is from a study released by the GAO in 1998, which found the following prevalence rates:

| ALZHEIMER'S PREVALENCE RATES | | |
|---|---|---|
| | **Mild, Moderate & Severe** | **Moderate or Severe** |
| 65-74 | 1.63% | 0.92% |
| 75-84 | 6.45% | 3.53% |
| 85+ | 24.58% | 14.54% |

*Source: GAO Alzheimer's Disease*

Accordingly, we have only considered the statistics relevant to moderate or severe dementia to be eligible for occupancy in memory care units.

## Income-Qualifications (Seniors Housing)

Based on the prevailing rates in the market, we have estimated a minimum monthly fee for the subject, multiplied by 12 months and assuming the rental fee would account for 75% of all living expenses. We note it is inappropriate to use an average rent as we are estimating the actual demand for units in the subject's price range. Additionally, based on *The Independent Living Report*, the resident's monthly fee accounts for 59% to 88% of a resident's spending in a month. Therefore, the following annual minimum incomes (rounded) would be required:

| ANNUAL INCOME THRESHOLD | | |
|---|---|---|
| **Level of Care** | **Minimum Monthly Rate** | **Income Threshold** |
| Independent Living | $2,500 | $40,000 |
| Assisted Living | $4,400 | $70,400 |
| Memory Care | $5,600 | $89,600 |

Claritas household income demographics are compiled from census data, which generally defines income as receipts for the previous year. Consequently, we find that while household income is generally a good indicator of affordability for the subject's services, it does not necessarily correlate into a prospective resident's ability to pay for services. Moreover, in terms of affordability a prospective resident's net worth must be considered as assets are often spent down and home equity is tapped in order to meet housing and expense obligations. As provided within the 2023 study *Independent Then and Now: Notable Trends and Emerging Expectations,* the following income vs. net worth characteristics reflect residents of independent, assisted and CCRC residents:

| | | Independent Living* | Assisted Living | CCRC |
|---|---|---|---|---|
| | **INCOME AND NET WORTH OF RESIDENTS** | | | |
| **Income** | | | | |
| *In Thousands* | Less than $15 | 5% | $11.5 Lower Quartile | |
| | $15 - 24.9 | 6% | $18.9 Median | $21 Median for AL |
| | $25 - 34.9 | 16% | | $27.5 Median for SNF |
| | $35 - 49.9 | 17% | $36.0 Upper Quartile | $48.8 Median for IL |
| | $50 - 99.9 | 32% | | |
| | $100+ | 14% | | |
| **Net Worth** | | | | |
| *In Thousands* | Under $50 | 9% | | |
| | $50 - 99.9 | 9% | $62 Lower Quartile | $250 Median for SNF |
| | $100 - 299.9 | 18% | $205 Median | $281 Median for AL |
| | $300 - 499.9 | 15% | | |
| | $500 - 749.9 | 15% | $564 Upper Quartile | $569 Median for IL |
| | $750+ | 33% | | |

*Source: American Seniors Housing Association Independent Then and Now: Notable Trends and Emerging Expectations, 2023; *Inclusive of IL Entrance Fee residents*

*Assisted Living Federation of America, with AAHSA, ASHA, NCAL< and NIC, Overview of Assisted Living, 2009.*
*American Association of Homes and Services for the Aging, with ASHA and NIC, Continuing Care Retirement Communities: 2005 Profile*

## Income                                         Net Worth



| Income | Net Worth |
|---|---|
| < $15 | <$50 |
| $15 - 24.9 | $50 - 99.9 |
| $25 - 34.9 | $100 - 299.9 |
| $35 - 49.9 | $300 - $499.9 |
| $50 - 99.9 | $500 - 749.9 |
| $100+ | $750+ |

The 2006 and 2009 Overview of Assisted Living indicated the following sources of primary payment:

| PRIMARY PAYMENT SOURCE | | | | |
|---|---|---|---|---|
| | 2006 | 2009 | 2006 | 2009 |
| | AL/MC | | IL/AL | |
| Self | 57.9% | 63.5% | 66.3% | 82.6% |
| Family | 30.9% | 14.7% | 14.7% | 7.0% |
| Insurance | 4.7% | 7.1% | 3.3% | 3.5% |
| Medicaid | 2.6% | 12.2% | 13.6% | 5.8% |
| SSI | 1.3% | 1.9% | 2.2% | 1.2% |
| VA | 2.6% | 0.0% | 0.0% | 0.0% |
| Unknown | 0.0% | 0.6% | 0.0% | 0.0% |
| Source: 2006 and 2009 Overview of Assisted Living | | | | |

As seen in the foregoing, residents are not typically responsible for their entire fee in senior housing communities. Further, if we view typical incomes of residents with current average fees, it is apparent that a resident's income is not the primary source of funds:

| INCOME TO CHARGE COMPARISON | | | | | |
|---|---|---|---|---|---|
| | **Average Monthly Rate^** | **Annual Income Threshold\*** | **Median Income of Resident\*\*** | **$ Surplus/ Shortfall** | **% Shortfall/ Surplus** |
| Independent Living | $4,002 | $64,032 | $74,412 | $10,380 | 16.21% |
| Assisted Living | $6,042 | $96,672 | $29,558 | $-67,114 | -69.42% |

^NIC MAP® Data Service Q3 2025 2025

*Average Monthly Rate/75%*12

**The Benefits of Independent Living Communities, 2003 & Overview of Assisted Living, 2009 both trended to current dollars.

Therefore, while our analysis will focus on the income-qualified senior, we must recognize that for private pay communities, adult children and long-term care insurance policies are often covering a senior who has lower than required annual income and resources. Moreover, residents are also likely to spend down their assets to fund care, particularly for higher levels of care (assisted living and memory care). Because household income statistics provided by Claritas only include money receipts (pension income, social security income, etc.) for a specific year, they do not include the following sources that could also fund residency:

☐ Stocks, bonds and other liquid assets
☐ Assistance from family
☐ Home equity
☐ Medicaid Waivers

Consequently, we have adjusted our income-qualifications below that of the income threshold calculated previously to account for these additional sources of income. We have viewed those residents indicating incomes of $35,000 and up for independent living, $50,000 and up for assisted living and $75,000 and up for memory care. We note that the difference between the required minimal income and the concluded income qualification used reflects spending down of assets associated with a resident's net worth, assistance from adult children and other sources including long-term care insurance.

Finally, based on the foregoing, we have calculated the potential demand for seniors housing as shown:

| DEMAND INDICATIONS | | |
|---|---|---|
| **Independent Living** | | |
| | PMA | |
| | 2026 | 2031 |
| 75+ Population | 19,751 | 23,949 |
| 75+ Households | 12,024 | 14,357 |
| Annual Minimum Income Threshold | $40,000 | |
| Median Owner-Occupied House Value | $300,157 | $355,506 |
| Income Qualification: | $35,000 and up | |
| **Age and Income Qualified Households** | | |
| 75-84 | 5,595 | 7,168 |
| 85+ | 1,601 | 1,914 |
| Nielsen Factor | 1.10 | 1.10 |
| Potential Independent Living Demand | 7,925 | 10,002 |
| **Assisted Living** | | |
| | PMA | |
| | 2026 | 2031 |
| 75+ Population | 19,751 | 23,949 |
| Nursing Home Population | 1,652 | 1,674 |
| Adjusted 75+ Population^ | 18,099 | 22,275 |
| 75+ Households | 12,024 | 14,357 |
| Annual Minimum Income Threshold | $70,400 | |
| Median Owner-Occupied House Value | $300,157 | $355,506 |
| Income Qualification: | $50,000 and up | |
| **Age and Income Qualified Households** | | |
| 75-84 | 4,263 | 5,555 |
| 85+ | 1,091 | 1,328 |
| **Personal Care Factor by Age** | | |
| 75-84 | 8.30% | 8.30% |
| 85+ | 20.90% | 20.90% |
| Households Meeting Income and Acuity | 582 | 739 |
| Household/Population Factor* | 1.51 | 1.55 |
| Nielsen Factor | 1.18 | 1.18 |
| Potential Assisted Living Demand | 1,038 | 1,358 |
| **Memory Care** | | |
| | PMA | |
| | 2026 | 2031 |
| 75+ Population | 19,751 | 23,949 |
| Nursing Home Population | 1,652 | 1,674 |
| Adjusted 75+ Population^ | 18,099 | 22,275 |
| 75+ Households | 12,024 | 14,357 |
| Annual Minimum Income Threshold | $89,600 | |
| Median Owner-Occupied House Value | $300,157 | $355,506 |
| Income Qualification: | $75,000 and up | |
| **Age and Income Qualified Households** | | |
| 75-84 | 2,725 | 3,762 |
| 85+ | 649 | 830 |
| **AD Factor by Age** | | |
| 75-84 | 3.53% | 3.53% |
| 85+ | 14.54% | 14.54% |
| Households Meeting Income and Acuity | 191 | 254 |
| Household/Population Factor* | 1.51 | 1.55 |
| Nielsen Factor | 1.18 | 1.18 |
| Potential Memory Care Demand | 340 | 466 |
| *Adjusted Population/Households | | |
| ^General Population less Nursing Home Population | | |
| Source: Nielsen GAO, CDC, HealthTrust | | |

**Penetration Analysis**

For this analysis, the market penetration rate is measured as the number of residents from the PMA living in seniors housing communities divided by the total number of age/income/need qualified households. It can be expressed as:

[Market Occupancy x Supply x Ratio from the PMA]/Income-Qualified Demand

The market penetration rate is viewed as a comparison of supply and demand relative to a snapshot in time for both the current year and projected year based on information available as of the date of the inspection. Based on the PMA average occupancy level, we find that the market is currently demonstrating the following penetration level:

| PENETRATION ANALYSIS | | |
|---|---|---|
| **Independent Living** | | |
| | PMA | |
| | 2026 | 2031 |
| Total Supply | 933 | 933 |
| Market Occupancy | 86% | 86% |
| Total Potential Demand | 7,925 | 10,002 |
| Penetration Rate | 10.13% | 8.02% |
| **Assisted Living** | | |
| | PMA | |
| | 2026 | 2031 |
| Total Supply | 1,128 | 1,128 |
| Market Occupancy | 90% | 90% |
| Total Potential Demand | 1,038 | 1,358 |
| Penetration Rate | 97.86% | 74.79% |
| **Memory Care** | | |
| | PMA | |
| | 2026 | 2031 |
| Total Supply | 166 | 166 |
| Market Occupancy | 91% | 91% |
| Total Potential Demand | 340 | 466 |
| Penetration Rate | 44.41% | 32.39% |
| Source: HealthTrust | | |

Penetration rates are indices that represent the relationship between supply and demand, which allow for meaningful comparison to the broader market. Unlike other real estate asset classes, penetration rates are not to be analyzed based on their absolute value, but rather used for their relative values when compared to the larger market. Due to the imperfect nature of the available data, resulting penetration rates can sometimes lead to indications that could be construed as being misleading. For example, a penetration rate over 100% is not necessarily indicative of a saturated market, but only to the extent of how it relates to other market derived penetration rates using identical methodology. In doing hundreds of appraisals and market studies annually of senior housing properties, we have found the following significant trends and conclusions:

☐ Markets with high penetration rates have better-educated populations with regards to the seniors housing product type. Further, among the 140 MSAs, there is a positive correlation between penetration rates and occupancy levels. Conversely, as penetration rates increase, average rents decrease, indicative of a competitive market.

☐ Based on our analysis of the 140 largest MSAs, we find a significant variance in assisted living and memory care penetration rates for the largest 31 MSAs (primary markets) relative to that of the smaller MSAs (32-100, or secondary and 101-140, additional). Generally, the latter indicates on average, 25% to 35% higher penetration rates, depending on age and income qualifications. Further, in our experience, we find this variance to be even more pronounced in tertiary markets. While, it is anecdotal, we attribute this to the following:

  o Greater in-migration from rural out-bounding areas due to availability of healthcare resources.
  o Fewer living options available in the secondary markets relative to the larger, metropolitan markets.
  o Smaller sized markets require increased education and product awareness.

☐ Adult Children (45-64 age cohorts) play a primary role in the decision process for a prospective resident for assisted living and even more so to memory care. Higher prevalence rates among adult children generate net-in migration for care and result in increased penetration. This is not necessarily the case for independent living, where no correlation is found among adult children.

☐ Availability of State Assistance (Medicaid) is a driving demand force for senior housing properties. The use of such programs allows for increased access to residents who could otherwise not afford the product, thereby resulting in higher penetration rates. States with high utilization of State Assistance include North Carolina, Oregon and Washington.

Overall, while penetration rates provide a barometer for the makeup of a specific market, in analyzing any market, primary weight is placed on market occupancy levels, once adjusted for variances among the age and quality of assets available.

**Market Categorization**

To categorize the market, we have compared the subject's PMA against the 140 largest MSAs. To provide for industry benchmarks, we have used supply estimates from NIC MAP® Data Service Q3 2025 and applied our supply and demand methodology previously described. Please note that the NIC MAP® Data Service indications are based exclusively on the specific level of care. The subject's PMA relative to the broader market is as follows:

| INDEPENDENT LIVING | | | | | | |
|---|---|---|---|---|---|---|
| | Top 140 MSA Benchmark | | | MSA | Subject PMA | |
| | Median | Lower Quartile | Upper Quartile | Allentown, PA | 2026 | 2031 |
| Average Occupancy | 91.30% | 88.60% | 93.70% | 93.80% | 86.02% | 86.02% |
| Average Monthly Rent | $4,002 | $3,502 | $4,631 | $3,581 | N/A | N/A |
| Median House Value | $361,819 | $267,366 | $469,916 | $336,185 | $300,157 | $355,506 |
| Adult Child Prevalence | 2.94% | 2.22% | 3.79% | 3.15% | 5.71% | 4.92% |
| **Penetration Rates** | | | | | | |
| $35,000 and up | 5.7% | 4.4% | 7.9% | 6.2% | 10.1% | 8.0% |

| ASSISTED LIVING | | | | | | |
|---|---|---|---|---|---|---|
| | Top 140 MSA Benchmark | | | MSA | Subject PMA | |
| | Median | Lower Quartile | Upper Quartile | Allentown, PA | 2026 | 2031 |
| Average Occupancy | 89.00% | 86.33% | 91.05% | 94.50% | 90.03% | 90.03% |
| Average Monthly Rent | $6,042 | $5,621 | $6,751 | $5,777 | N/A | N/A |
| Median House Value | $361,819 | $267,366 | $469,916 | $336,185 | $300,157 | $355,506 |
| Adult Child Prevalence | 3.12% | 2.46% | 4.38% | 4.91% | 7.22% | 6.22% |
| AL Percentage | 71.50% | 68.23% | 74.76% | 75.61% | 87.17% | 87.17% |
| **Penetration Rates** | | | | | | |
| $50,000 and up | 45.5% | 35.4% | 56.5% | 75.0% | 97.9% | 74.8% |

| MEMORY CARE | | | | | | |
|---|---|---|---|---|---|---|
| | Top 140 MSA Benchmark | | | MSA | Subject PMA | |
| | Median | Lower Quartile | Upper Quartile | Allentown, PA | 2026 | 2031 |
| Average Occupancy | 89.00% | 85.90% | 91.60% | 92.50% | 90.96% | 90.96% |
| Average Monthly Rent | $7,605 | $6,888 | $8,797 | $8,531 | N/A | N/A |
| Median House Value | $361,819 | $267,366 | $469,916 | $336,185 | $300,157 | $355,506 |
| Adult Child Prevalence | 1.27% | 0.96% | 1.53% | 1.55% | 1.07% | 0.92% |
| MC Percentage | 28.50% | 25.24% | 31.77% | 24.39% | 12.83% | 12.83% |
| **Penetration Rates** | | | | | | |
| $75,000 and up | 52.3% | 40.0% | 63.5% | 70.7% | 44.4% | 32.4% |

## Conclusions

Based on its estimated stabilized occupancy level, we find the market's IL penetration rate is above the median, the AL penetration rate is above the median and the memory care penetration rate is below the median of the 140 MSAs.

Our observations of hundreds of markets annually resulted in the following general interpretation of market indicators:

| MARKET ANALYSIS INTERPRETATION | | | |
|---|---|---|---|
| **Category** | **Occupancy** | **Penetration** | **Market Conclusion** |
| I | PMA > NIC MAP Median | & PMA > Median | PMA has positive rate growth and absorption. May have net in-migration and/or prevalence of state assistance. Experienced and highly competitive market with potential of moving into II or IV depending on demographic growth and/or proposed supply. |
| II | PMA < NIC MAP Median | & PMA > Median | PMA is overbuilt, low/negative rate growth and low/negative absorption. Market may be skewed by dated, uncompetitive communities. |
| III | PMA < NIC MAP Median | & PMA < Median | PMA's consumers are not fully accepting or are inexperienced with seniors housing and/or market has net out-migration |
| IV | PMA > NIC MAP Median | & PMA < Median | PMA has significant potential and is under-served with high rate growth and occupancy, indicating unmet demand. |

Source: HealthTrust



The subject's PMA is best characterized as a Type II market in IL, a Type I market in AL and Type IV market in MC. Over the next five years, we expect the market to remain similar, however will be supported by an increase in the senior population and lack of proposed projects entering the supply.

## SWOT Analysis

At this point, we have developed a SWOT (Strengths, Weaknesses, Opportunities and Threats) Analysis for the subject identifying internal strengths and weakness as well as external opportunities and threats, as follows:

| SWOT ANALYSIS | | |
|---|---|---|
| | **Strengths:** | **Weaknesses:** |
| **Internal** | ➢ Regional operator<br>➢ Continuum of care offered IL/AL/MC | ➢ Older vintage physical plant |
| | **Opportunities:** | **Threats:** |
| **External** | ➢ Expected increase in the senior population<br>➢ No proposed developments | ➢ Strong competition in assisted living<br>➢ Staffing shortages |

Source: HealthTrust

## HIGHEST AND BEST USE

Highest and best use is an appraisal concept defined as that use of many possible and legally allowable alternative uses, which may reasonably be expected to produce the greatest net return to the property in the foreseeable future. To estimate the highest and best use of the subject property, we have considered the possible and most probable uses of the site, including those uses for which the land is adapted with respect to size, configuration, contour, and location. We considered those uses that are legally permissible, physically possible, and in conformity with existing improvements in the area, and which result in the highest economic return to the land. Legal uses permitted under local zoning ordinances have been analyzed as well as probable uses stemming from an analysis of economic aspects affecting the use of the land. This analysis is conducted as if the site were vacant to identify the ideal improvements for the site, and then as improved to compare the existing improvements to the ideal improvements.

### As If Vacant

**Physically Possible:** The site is comprised of one parcel containing a gross land area of 2.43 acres. The site's shape is irregular, and its terrain is mostly level. The building site lies in an X flood zone, and drainage is adequate. All utilities are available to the site and we are unaware of any soil conditions that may hinder development. Hence, the site appears to be readily developable from a physical standpoint.

The subject's immediate vicinity is developed with single-family residential homes, industrial complex, and housing development. In summary, the site "as vacant" has few physical restrictions that would impact development of the site.

**Legally Permissible:** The subject is zoned R-5. Permitted uses include apartments, cemeteries, churches, conservation areas, municipal uses, schools, and single-family dwellings. Assisted living facilities require special permits. The subject property is permitted as a conditional use. Therefore, we believe that the subject would likely be approved if the site were currently vacant.

**Economic Feasibility:** Based on the subject's permitted uses, we have focused the remainder of our efforts on seniors housing, particularly an Independent, Assisted and Memory Care Community. As mentioned in the preceding Competitive Market Analysis, the subject's primary market area (PMA) is a five-mile radius. Further, our supply and demand analysis indicates positive demand for the subject property, while the following valuation analysis suggests it is feasible as well. Therefore, we have concluded the subject is economically feasible.

**Maximally Productive:** We have identified an Independent, Assisted and Memory Care Community development as the only use which is immediately financially feasible and would therefore provide the greatest return to the site. Hence, we have concluded that an Independent, Assisted and Memory Care Community is the highest and best use of the property, as vacant.

### As Currently Improved

**Financially Feasible:** Both physical and legal issues were discussed previously in the highest and best use, as if vacant scenario. Demand in the subject's market area is adequate for the existing units, as presented in the previous analysis. Hence, we feel that continued operation of the subject is economically feasible.

**Maximally Productive:** It is clearly apparent that the subject is worth more as an operational enterprise than it would be were the improvements demolished and the land sold separately. As previously discussed, no other uses were considered feasible. The subject's existing improvements do meet the first three criteria for highest and best use; hence, they are also considered to represent the maximally productive use of the site. Therefore, we conclude that the subject's highest and best use "as currently improved," is to continue operation of the Independent, Assisted and Memory Care Community.

## VALUATION ANALYSIS

## INCOME APPROACH

We have been provided with the income and expense data for the subject. A copy of these statements may be found in the addenda of this report. We have carefully examined the data, deducted expenses that are not associated with the operation of an Independent, Assisted and Memory Care Community and compared the adjusted totals with the experience of other communities. The resulting net income estimates are the basis for our valuation of the subject.

We have surveyed comparable and competitive communities in and near the subject's primary market area. These communities are described on the following pages:

### RENT COMPARABLE MAP



The subject is depicted by the orange pin while the comparables are shown by colored circles.



### SUBJECT

| | |
|---|---|
| Record ID: | 202603100 |
| Property Type: | Assisted Living/Memory Care Residence |
| Name: | Whitehall Manor |
| Address: | 1177 Sixth Street N, Whitehall, Lehigh, PA, 18052 |
| Verification: | |
| With: | Jen at 610-972-6379 |
| Management: | Manors of the Valley |

**BUILDING CHARACTERISTICS**

| | | | |
|---|---|---|---|
| Year Opened: | 1951,1996, 1998 | Quality: | Average |
| Number Of Buildings: | 2 | Condition: | Above Average |
| Number Of Stories: | 3 | Construction Type: | Masonry |
| Land Area: | 2.43 acres | Gross Building Area: | 92,635 |

| PROPERTY MIX | | | |
|---|---|---|---|
| Level | Capacity | % Occupancy | Meals |
| IL | 18 units | 100% | 3 daily |
| AL | 110 units | 84% | 3 daily |
| ALZ | 20 units | 80% | 3 daily |
| SN | --- | --- | --- |

| LEVEL OF CARE TYPE | | | |
|---|---|---|---|
| Level | Type | Min | Max |
| AL | All-inclusive | --- | --- |
| ALZ - AL | All-inclusive | --- | --- |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Courtyard
- Dining room - main
- Housekeeping
- Laundry facilities
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Security 24 hour
- Social activities
- Therapy Room
- Utilities
- Wanderer Mgt. System

### UNIT AMENITIES

- Balconies/porches
- Cable/satellite TV
- Emergency pull-cords
- Fire/smoke detectors
- Individually controlled HVAC
- Kitchenettes
- Private baths
- Walk-in closets
- Washer/dryer hookups
- Washers/dryers

### SERVICE PACKAGE

- Water/Sewer
- Electricity
- High Speed Internet
- Housekeeping

| INDEPENDENT LIVING RENTAL ANALYSIS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
| Studio | Monthly | $2,595 | $2,895 | $0 | $0 | 18 | 18 | 314 | 517 |

| ASSISTED LIVING RENTAL ANALYSIS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
| Semi-Private | Monthly | $3,295 | $6,095 | $0 | --- | --- | --- | --- | --- |
| Studio | Monthly | $4,295 | $7,095 | $0 | --- | 110 | 110 | 314 | 517 |

## SUBJECT

| | MEMORY CARE RENTAL ANALYSIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
| Semi-Private | Monthly | $5,295 | --- | $0 | --- | --- | --- | --- | --- |
| Studio | Monthly | $6,295 | --- | $0 | --- | 20 | 20 | 394 | 518 |

## RENTAL COMPARABLE #1



| Record ID: | 8185008 |
|---|---|
| Property Type: | Assisted Living/Memory Care Residence |
| Name: | Above and Beyond at the Knights |
| Address: | 1545 Greenleaf Street NW, Allentown, PA, 18102 |

Verification:
With:     Staff at (610) 434-7433

### BUILDING CHARACTERISTICS

| Year Opened: | 1989 | Quality: | Average |
|---|---|---|---|
| Number Of Buildings: | 1 | Condition: | Average |
| Number Of Stories: | 1 | Construction Type: | Wood Frame |
| Land Area: | 2.89 acres | Gross Building Area: | 52,950 |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | --- | --- | --- |
| AL | 124 beds | 98% | 3 daily |
| ALZ | 24 beds | 100% | 3 daily |
| SN | --- | --- | --- |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | All-inclusive | --- | --- |
| ALZ - AL | All-inclusive | --- | --- |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Courtyard
- Dining room - main
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Security 24 hour
- Social activities
- Therapy Room
- Utilities

### UNIT AMENITIES

- Emergency pull-cords
- Fire/smoke detectors
- Individually controlled HVAC
- Private baths

### SERVICE PACKAGE

- Water/Sewer
- Electricity
- Housekeeping

### ASSISTED LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $4,000 | --- | $1,750 | --- | --- | --- | --- | --- |
| Studio | Monthly | $5,500 | --- | $1,750 | --- | --- | --- | --- | --- |

### MEMORY CARE RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $6,000 | --- | $1,750 | --- | --- | --- | --- | --- |
| Studio | Monthly | $7,500 | --- | $1,750 | --- | --- | --- | --- | --- |

**REMARKS:** Formerly known as Green Meadows, Above and Beyond at the Knights is an AL/MC community located in Allentown, PA.



## RENTAL COMPARABLE #2

| | |
|---|---|
| Record ID: | 8163195 |
| Property Type: | Continuing Care Retirement Community |
| Name: | Riverton Enhanced Senior Living |
| Address: | 801 North Wahneta Street, Allentown, PA, 18109 |

| | |
|---|---|
| Verification: | |
| With: | Staff at (610) 782-8300 |

| BUILDING CHARACTERISTICS | | | |
|---|---|---|---|
| Year Opened: | 1966 | Quality: | Average |
| Number Of Buildings: | 1 | Condition: | Average |
| Number Of Stories: | 5 | Construction Type: | --- |
| Land Area: | 3.86 acres | Gross Building Area: | --- |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | 33 units | 85% | 3 daily |
| AL | 34 beds | 88% | 3 daily |
| ALZ | --- | --- | --- |
| SN | 111 beds | 86% | 3 daily |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | --- | --- | --- |
| ALZ - AL | --- | --- | --- |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Courtyard
- Dining room - main
- Game/billiards rooms
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Security 24 hour
- Skilled nursing care
- Theater/Auditorium
- Utilities

### UNIT AMENITIES

- Emergency pull-cords
- Fire/smoke detectors
- High-speed internet
- Individually controlled HVAC
- Washer/dryer hookups

### SERVICE PACKAGE

- Water/Sewer
- Electricity
- High Speed Internet
- Housekeeping

### INDEPENDENT LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| 1-Bedroom | Monthly | $4,200 | $4,700 | $2,200 | --- | --- | --- | --- | --- |
| 2-Bedroom | Monthly | $5,000 | $6,500 | $2,200 | --- | --- | --- | --- | --- |
| Extra Person | Monthly | $1,000 | --- | --- | --- | --- | --- | --- | --- |

### SKILLED NURSING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Private | Daily | $519 | --- | --- | --- | --- | --- | --- | --- |
| Semi-Private | Daily | $471 | $491 | --- | --- | --- | --- | --- | --- |

## RENTAL COMPARABLE #2

| CENSUS | | |
|---|---|---|
| **Care Level** | **Payor Type** | **% of Current Census** |
| SN | Medicaid | 57.5% |
| SN | Medicare | 27.7% |
| SN | Other | 14.8% |

**REMARKS:** Riverton Enhanced Senior Living is an IL/AL/SNF community located in Allentown, PA. In this survey, we were only able to obtain rates for the skilled nursing beds and IL units.

## RENTAL COMPARABLE #3



| | |
|---|---|
| **Record ID:** | 8185014 |
| **Property Type:** | Assisted Living/Memory Care Residence |
| **Name:** | Bethlehem Manor |
| **Address:** | 815 Pennsylvania Avenue, Bethlehem, PA, 18018 |

| | |
|---|---|
| **Verification:** | |
| **With:** | Staff at (610) 841-8888 |

| BUILDING CHARACTERISTICS | | | |
|---|---|---|---|
| **Year Opened:** | 1935 | **Quality:** | Average |
| **Number Of Buildings:** | 1 | **Condition:** | Average |
| **Number Of Stories:** | 2 | **Construction Type:** | --- |
| **Land Area:** | 3.02 acres | **Gross Building Area:** | --- |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | --- | --- | --- |
| AL | 44 beds | 75% | 3 daily |
| ALZ | 26 beds | 95% | 3 daily |
| SN | --- | --- | --- |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | All-inclusive | --- | --- |
| ALZ - AL | All-inclusive | --- | --- |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Assistance w/ ADLs
- Dining room - main
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Security 24 hour
- Utilities
- Wanderer Mgt. System

### UNIT AMENITIES

- Emergency pull-cords
- Fire/smoke detectors

### SERVICE PACKAGE

- Water/Sewer
- Electricity
- Housekeeping

### ASSISTED LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $2,800 | --- | --- | --- | --- | --- | --- | --- |
| Studio | Monthly | $3,295 | $3,995 | --- | --- | --- | --- | --- | --- |

### MEMORY CARE RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $3,495 | --- | --- | --- | --- | --- | --- | --- |
| Studio | Monthly | $4,495 | --- | --- | --- | --- | --- | --- | --- |

**REMARKS:** Bethlehem Manor is an AL/MC community located in Bethlehem, PA. This community was originally just AL with a MC sister community (Bethlehem Manor II) located a few miles away. Recently, the sister community closed and all residents moved into Bethlehem Manor. This community does not charge a community fee, extra person fee, or additional levels of care.



## RENTAL COMPARABLE #4

| | |
|---|---|
| **Record ID:** | 8185010 |
| **Property Type:** | Assisted Living/Memory Care Residence |
| **Name:** | The Vero at Bethlehem |
| **Address:** | 4720 Bath Pike, Bethlehem, PA, 18017 |
| **Verification:** | |
| **With:** | Staff at (610) 936-9848 |

### BUILDING CHARACTERISTICS

| | | | |
|---|---|---|---|
| **Year Opened:** | 2023 | **Quality:** | Good |
| **Number Of Buildings:** | 1 | **Condition:** | Excellent |
| **Number Of Stories:** | 2 | **Construction Type:** | Steel Frame |
| **Land Area:** | 8.82 acres | **Gross Building Area:** | 102,172 |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | --- | --- | --- |
| AL | 90 beds | 100% | 3 daily |
| ALZ | 36 beds | 100% | 3 daily |
| SN | --- | --- | --- |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | Levels | $0 | $2,535 |
| ALZ - AL | All-inclusive | $0 | $0 |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Courtyard
- Dining room - main
- Dining room - private
- Health center
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Social activities
- Utilities
- Wanderer Mgt. System

### UNIT AMENITIES

- Cable/satellite TV
- Emergency pull-cords
- Fire/smoke detectors
- Individually controlled HVAC
- Private baths

### SERVICE PACKAGE

- Water/Sewer
- Cable/Satellite TV
- Electricity
- Housekeeping

### ASSISTED LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Studio | Monthly | $4,425 | $4,295 | $3,250 | --- | 25 | 25 | 327 | 355 |
| 1-Bedroom | Monthly | $6,400 | --- | $3,250 | --- | 53 | 53 | 412 | 573 |
| 2-Bedroom | Monthly | $7,960 | --- | $3,250 | --- | 12 | 12 | 787 | 872 |

### MEMORY CARE RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $5,705 | --- | $3,250 | --- | 4 | 2 | 260 | 260 |
| Studio | Monthly | $8,190 | --- | $3,250 | --- | 32 | 32 | 266 | 355 |

**REMARKS:** The property consists of assisted living and memory care, and its LOC for both assisted living and memory care is all-inclusive.



## RENTAL COMPARABLE #5

| | |
|---|---|
| Record ID: | 8114962 |
| Property Type: | Independent Living Community |
| Name: | Country Meadows |
| Address: | 410 Krocks Road S, Allentown, PA, 18106 |

| | |
|---|---|
| Verification: | |
| With: | Staff at (610) 395-7160 |

### BUILDING CHARACTERISTICS

| | | | |
|---|---|---|---|
| Year Opened: | 1991 | Quality: | Good |
| Number Of Buildings: | 3 | Condition: | Good |
| Number Of Stories: | 1 | Construction Type: | Wood Frame |
| Land Area: | 47.68 acres | Gross Building Area: | 159,612 |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | 116 units | 88% | 3 daily |
| AL | --- | --- | 2 daily |
| ALZ | --- | --- | 3 daily |
| SN | --- | --- | --- |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | Levels | --- | --- |
| ALZ - AL | --- | --- | --- |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Chapel
- Computer room
- Courtyard
- Dining room - main
- Exercise facilities
- Game/billiards rooms
- General store
- Health center
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Reception Area
- Scheduled transportation
- Security 24 hour
- Social activities
- Storage area/bin
- Theater/Auditorium
- Therapy Room
- Utilities
- Wanderer Mgt. System

### UNIT AMENITIES

- Cable/satellite TV
- Emergency pull-cords
- Fire/smoke detectors
- Full kitchens
- Individually controlled HVAC
- Private baths
- Washers/dryers

### SERVICE PACKAGE

- Water/Sewer
- Cable/Satellite TV
- Electricity
- Housekeeping

### INDEPENDENT LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Studio | Monthly | $3,730 | --- | $3,500 | --- | --- | --- | --- | --- |
| 1-Bedroom | Monthly | $4,592 | --- | $3,500 | --- | --- | --- | --- | --- |
| 2-Bedroom | Monthly | $6,021 | --- | $3,500 | --- | --- | --- | --- | --- |

**REMARKS:** Country Meadows is one of the larger retirement facilities in Allentown. It is a good quality and condition facility offering independent living, assisted living, and memory care. Only Independent living rates were provided to us by marketing for the most recent survey.



## RENTAL COMPARABLE #6

| | |
|---|---|
| Record ID: | 8185012 |
| Property Type: | AL/MC |
| Name: | Sacred Heart Senior Living |
| Address: | 4851 Saucon Creek, Center Valley, PA, 18034 |
| Verification: | |
| With: | Staff at (610) 814-2700 |

### BUILDING CHARACTERISTICS

| | | | |
|---|---|---|---|
| Year Opened: | 2005 | Quality: | --- |
| Number Of Buildings: | --- | Condition: | --- |
| Number Of Stories: | --- | Construction Type: | Steel Frame |
| Land Area: | 3.27 acres | Gross Building Area: | 57,264 |

### PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | --- | --- | --- |
| AL | 42 beds | 85% | 3 daily |
| ALZ | 24 beds | 85% | --- |
| SN | --- | --- | --- |

### LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | Levels | $695 | $1,795 |
| ALZ - AL | All-inclusive | $695 | $1,795 |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Computer room
- Dining room - main
- Dining room - private
- Exercise facilities
- Game/billiards rooms
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Social activities
- Theater/Auditorium
- Therapy Room

### UNIT AMENITIES

- Emergency pull-cords
- Fire/smoke detectors
- Kitchenettes
- Private baths

### ASSISTED LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Daily | $4,495 | --- | $4,495 | --- | --- | --- | --- | --- |
| Studio | Daily | $5,910 | --- | $5,910 | --- | --- | --- | --- | --- |
| Extra Person | Monthly | $900 | --- | --- | --- | --- | --- | --- | --- |

### MEMORY CARE RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Semi-Private | Monthly | $4,900 | $6,650 | $4,900 . | $6,650 | --- | --- | --- | --- |
| Studio | Monthly | $7,450 | $7,995 | $7,450 | $7,995 | --- | --- | --- | --- |

**REMARKS:** Sacred Heart Senior Living offers Independent Living, Assisted Living, and Memory care with private and semi-private room options. Marketing mentioned that 84 of their 108 beds are interchangeable between assisted living and independent living using their private and semi-private format. Memory care consists of 24 beds and features all inclusive care rates.

## RENTAL COMPARABLE #7



| Record ID: | 8185013 |
| --- | --- |
| Property Type: | Assisted Living/Memory Care Residence |
| Name: | The Birches of Lehigh Valley |
| Address: | 5030 Freemansburg Avenue, Easton, PA, 18045 |

| Verification: | |
| --- | --- |
| With: | Staff at (215) 664-7914 |

| BUILDING CHARACTERISTICS | | | |
| --- | --- | --- | --- |
| Year Opened: | 2024 | Quality: | Excellent |
| Number Of Buildings: | 1 | Condition: | Excellent |
| Number Of Stories: | 2 | Construction Type: | --- |
| Land Area: | ⌐.05 acres | Gross Building Area: | 57,654 |

| PROPERTY MIX | | | |
| --- | --- | --- | --- |
| Level | Capacity | % Occupancy | Meals |
| IL | --- | --- | --- |
| AL | 62 beds | --- | 3 daily |
| ALZ | 57 beds | --- | 3 daily |
| SN | --- | --- | --- |

| LEVEL OF CARE TYPE | | | |
| --- | --- | --- | --- |
| Level | Type | Min | Max |
| AL | Levels | $595 | $1,895 |
| ALZ - AL | Levels | $595 | $1,895 |
| Other | --- | --- | --- |

### PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Assistance w/ ADLs
- Beauty/barber shop
- Courtyard
- Dining room - main
- Dining room - private
- Exercise facilities
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Medications
- Postal services
- Reception Area
- Scheduled transportation
- Social activities
- Theater/Auditorium
- Utilities

### UNIT AMENITIES

- Cable/satellite TV
- Emergency pull-cords
- Fire/smoke detectors
- High-speed internet
- Individually controlled HVAC
- Kitchenettes
- Private baths

### SERVICE PACKAGE

- Water/Sewer
- Electricity
- Housekeeping

### ASSISTED LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Semi-Private | Monthly | $4,500 | --- | $3,750 | --- | 20 | 10 | --- | --- |
| Studio | Monthly | $5,000 | --- | $3,750 | --- | --- | --- | --- | --- |
| 1-Bedroom | Monthly | $6,000 | --- | $3,750 | --- | --- | --- | --- | --- |

### MEMORY CARE RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Semi-Private | Monthly | $5,000 | --- | $3,750 | --- | 32 | 16 | --- | --- |
| Studio | Monthly | $6,600 | --- | $3,750 | --- | 25 | 25 | --- | --- |

**REMARKS:** The community got their license last week and will be welcoming their first three residents in memory care later this week. Marketing would not disclosed their occupancy.



**RENTAL COMPARABLE #8**

| Record ID: | 8187444 |
| Property Type: | Independent Living Community |
| Name: | Arbour Square of Harleysville |
| Address: | 695 Main Street, Harleysville, PA, 19438 |

Verification:
With: Kelly at (267) 677-1200

**BUILDING CHARACTERISTICS**

| Year Opened: | 2006 | Quality: | Above Average |
| Number Of Buildings: | 1 | Condition: | Good |
| Number Of Stories: | 3 | Construction Type: | Concrete Block Stucco |
| Land Area: | --- | Gross Building Area: | --- |

## PROPERTY MIX

| Level | Capacity | % Occupancy | Meals |
|---|---|---|---|
| IL | 276 units | 96% | 3 daily |
| AL | --- | --- | --- |
| ALZ | --- | --- | --- |
| SN | --- | --- | --- |

## LEVEL OF CARE TYPE

| Level | Type | Min | Max |
|---|---|---|---|
| AL | --- | --- | --- |
| ALZ - AL | --- | --- | --- |
| Other | --- | --- | --- |

## PROJECT AMENITIES

- Activity rooms
- Arts & crafts rooms
- Bank branch
- Coffee Shop/Deli
- Courtyard
- Dining room - main
- Dining room - private
- Game/billiards rooms
- General store
- Health center
- Housekeeping
- Laundry facilities
- Library
- Linen Service
- Lounge areas
- Postal services
- Reception Area
- Scheduled transportation
- Social activities
- Theater/Auditorium
- Utilities
- Walking/nature trails
- Woodworking shop

## UNIT AMENITIES

- Cable/satellite TV
- Emergency pull-cords
- Full kitchens
- Individually controlled HVAC
- Private baths

## SERVICE PACKAGE

- Water/Sewer
- Electricity
- Housekeeping

## INDEPENDENT LIVING RENTAL ANALYSIS

| Unit Type | Fee basis | Min Fee | Max Fee | Community Fee Min | Community Fee Max | Beds | Units | Min Size | Max Size |
|---|---|---|---|---|---|---|---|---|---|
| Studio | Monthly | $3,000 | --- | $3,000 | --- | --- | --- | --- | --- |
| 1-Bedroom | Monthly | $3,695 | --- | $3,695 | --- | --- | --- | --- | --- |
| 2-Bedroom | Monthly | $5,200 | --- | $5,200 | --- | --- | --- | --- | --- |

**REMARKS:** Campus has two components; Hillside and Mainstreet. Hillside is the newest addition to the community that opened in 2014. Exact occupancy was not provided; however, it was noted there is a waitlist for the two-bedrooms, only one open studio, and a few one-bedrooms. We have estimated given the provided information.

**Estimates of Market Rent - Seniors Housing**

| INDEPENDENT LIVING ASKING RENTAL ANALYSIS | | | | | | |
|---|---|---|---|---|---|---|
| | Studio | | 1-Bedroom | | 2-Bedroom | |
| **Property** | **Min** | **Max** | **Min** | **Max** | **Min** | **Max** |
| Whitehall Manor | $2,595 | $2,895 | -- | -- | -- | -- |
| Riverton Enhanced Senior Living | -- | -- | $4,200 | $4,700 | $5,000 | $6,500 |
| Country Meadows | $3,730 | -- | $4,592 | -- | $6,021 | -- |
| Arbour Square of Harleysville | $3,000 | -- | $3,695 | -- | $5,200 | -- |
| **Median** | | $2,948 | | $4,396 | | $5,611 |
| **Average** | | $3,055 | | $4,297 | | $5,680 |
| **Mode** | | -- | | -- | | -- |
| **Range** | $2,595 - $3,730 | | $3,695 - $4,700 | | $5,000 - $6,500 | |
| **Standard Deviation** | | $482 | | $455 | | $703 |
| Source: HealthTrust | | | | | | |

| ASSISTED LIVING ASKING RENTAL ANALYSIS | | | | |
|---|---|---|---|---|
| | Semi-Private | | Studio | |
| **Property** | **Min** | **Max** | **Min** | **Max** |
| Whitehall Manor | $3,295 | $6,095 | $4,295 | $7,095 |
| Above and Beyond at the Knights | $4,000 | -- | $5,500 | -- |
| Bethlehem Manor | $2,800 | -- | $3,295 | $3,995 |
| The Vero at Bethlehem | -- | -- | $4,425 | $4,295 |
| Sacred Heart Senior Living | $4,495 | -- | $5,910 | -- |
| The Birches of Lehigh Valley | $4,500 | -- | $5,000 | -- |
| **Median** | | $4,248 | | $4,425 |
| **Average** | | $4,198 | | $4,868 |
| **Mode** | | -- | | $4,295 |
| **Range** | $2,800 - $6,095 | | $3,295 - $7,095 | |
| **Standard Deviation** | | $1,148 | | $1,148 |
| Source: HealthTrust | | | | |

In addition to the base rates, assisted living services are provided via a variety of pricing models, the most common being:

- All-inclusive, whereby all services, including personal care and assistance with activities of daily living, are included in the monthly fee.

- Levels or point systems, where the base rent includes meals, housekeeping, activities, maintenance and security, but assistance with ADLs and personal care are charged based on the health assessment of each resident.

- Ala carte, where the base rent includes meals, housekeeping, activities, maintenance and security, but every need (toileting, incontinence, medication reminders, showers) has a separate charge.

| SUMMARY OF CARE PRICING - AL | | | |
|---|---|---|---|
| **Community** | **Service Type** | **Min Fee** | **Max Fee** |
| Whitehall Manor | All-inclusive | -- | -- |
| Above and Beyond at the Knights | All-inclusive | -- | -- |
| Riverton Enhanced Senior Living | --- | -- | -- |
| Bethlehem Manor | All-inclusive | -- | -- |
| The Vero at Bethlehem | Levels | $0 | $2,535 |
| Country Meadows | Levels | -- | -- |
| Sacred Heart Senior Living | Levels | $695 | $1,795 |
| The Birches of Lehigh Valley | Levels | $595 | $1,895 |
| Arbour Square of Harleysville | --- | -- | -- |

| MEMORY CARE ASKING RENTAL ANALYSIS | | | | |
|---|---|---|---|---|
| | **Semi-Private** | | **Studio** | |
| **Property** | **Min** | **Max** | **Min** | **Max** |
| Whitehall Manor | $5,295 | -- | $6,295 | -- |
| Above and Beyond at the Knights | $6,000 | -- | $7,500 | -- |
| Bethlehem Manor | $3,495 | -- | $4,495 | -- |
| The Vero at Bethlehem | $5,705 | -- | $8,190 | -- |
| Sacred Heart Senior Living | $4,900 | $6,650 | $7,450 | $7,995 |
| The Birches of Lehigh Valley | $5,000 | -- | $6,600 | -- |
| Arbour Square of Harleysville | -- | -- | -- | -- |
| **Median** | | $5,295 | | $7,450 |
| **Average** | | $5,292 | | $6,932 |
| **Mode** | | -- | | -- |
| **Range** | | $3,495 - $6,650 | | $4,495 - $8,190 |
| **Standard Deviation** | | $999 | | $1,275 |
| Source: HealthTrust | | | | |

In the market, care pricing for memory care residents varies, with most properties offering services on an all-inclusive basis. A summary of memory care pricing models is summarized as shown:

| SUMMARY OF CARE PRICING - MC | | | |
|---|---|---|---|
| **Community** | **Service Type** | **Min Fee** | **Max Fee** |
| Whitehall Manor | All-inclusive | -- | -- |
| Above and Beyond at the Knights | All-inclusive | -- | -- |
| Riverton Enhanced Senior Living | --- | -- | -- |
| Bethlehem Manor | All-inclusive | -- | -- |
| The Vero at Bethlehem | All-inclusive | $0 | $0 |
| Country Meadows | --- | -- | -- |
| Sacred Heart Senior Living | All-inclusive | $695 | $1,795 |
| The Birches of Lehigh Valley | Levels | $595 | $1,895 |
| Arbour Square of Harleysville | --- | -- | -- |

The subject's rental rates are generally within the range of the comparable properties. In our opinion, the subject has average market placement and warrants rents in the lower half of the market asking range. Placing most weight on the central tendency indication of signed leases, our analysis of the rent roll yielded the following conclusions for the subject's market rent:

| INDEPENDENT LIVING RENT ROLL SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Reconciled | Average | Median | Mode | Recent | Range | Street Rate Range* |
| Studio | $2,500 | $2,574 | $2,470 | $2,410 | $2,595 | $2,205 - $3,374 | $2,595 - $3,730 |
| ASSISTED LIVING RENT ROLL SUMMARY | | | | | | | |
| | Reconciled | Average | Median | Mode | Recent | Range | Street Rate Range* |
| Studio | $4,400 | $4,384 | $4,321 | $4,510 | $3,000 | $2,379 - $7,338 | $3,295 - $7,095 |
| MEMORY CARE RENT ROLL SUMMARY | | | | | | | |
| | Reconciled | Average | Median | Mode | Recent | Range | Street Rate Range* |
| Studio | $5,600 | $5,568 | $5,620 | $6,295 | $6,295 | $4,279 - $6,505 | $4,495 - $8,190 |
| Source:HealthTrust; *Unadjusted Market Range | | | | | | | |

The foregoing chart includes only the most recently signed lease, where the following chart includes a summary of current rates and contracts in place partitioned by move-in year. Our reconciled rates relative to the operator's trended performance is as follows:

| INDEPENDENT LIVING RENT ROLL TREND SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year: | 2026 | | 2025 | | 2024 | |
| Unit Type | Reconciled | Contracts | Avg Rate | Contracts | Avg Rate | Contracts | Avg Rate |
| Studio | $2,500 | 0 | $0 | 9 | $2,573 | 7 | $2,408 |
| ASSISTED LIVING RENT ROLL TREND SUMMARY | | | | | | | |
| | Year: | 2026 | | 2025 | | 2024 | |
| Unit Type | Reconciled | Contracts | Avg Rate | Contracts | Avg Rate | Contracts | Avg Rate |
| Studio | $4,400 | 3 | $3,817 | 41 | $4,591 | 14 | $4,584 |
| MEMORY CARE RENT ROLL TREND SUMMARY | | | | | | | |
| | Year: | 2026 | | 2025 | | 2024 | |
| Unit Type | Reconciled | Contracts | Avg Rate | Contracts | Avg Rate | Contracts | Avg Rate |
| Studio | $5,600 | 2 | $6,295 | 9 | $5,552 | 1 | $6,295 |
| Source: HealthTrust | | | | | | | |

Ultimately, our estimates are well supported by the rent roll that provides the best indication of the subject's current, revenue-generating potential. Our overall implied potential gross rental income is nearly identical to the annualized rent roll overall, within 1%, and appropriately above historical indications. On an effective gross rental income basis, our estimate falls above the annualized rent given that our stabilized occupancy estimate is higher than the occupancy reflected in the rent roll.

| RENT ROLL INCOME SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Care Level | HT Stabilized | Subject Rent Roll | Δ % | 2025 Actual | 2024 Actual | 2023 Actual |
| Independent Living EGI | $486,000 | $617,760 | 27.11% | $0 | $0 | $0 |
| Independent Living PGI | $540,000 | $617,760 | 14.40% | $0 | $0 | $0 |
| Assisted Living EGI | $5,227,200 | $4,839,660 | -7.41% | $5,289,397 | $5,132,617 | $5,259,282 |
| Assisted Living PGI | $5,808,000 | $5,786,550 | -0.37% | $6,550,885 | $7,099,321 | $7,274,520 |
| Memory Care EGI | $1,209,600 | $1,069,128 | -11.61% | $0 | $0 | $0 |
| Memory Care PGI | $1,344,000 | $1,336,410 | -0.56% | $0 | $0 | $0 |
| Total Rental EGI | $6,922,800 | $6,526,548 | -5.72% | $5,289,397 | $5,132,617 | $5,259,282 |
| Total Rental PGI | $7,692,000 | $7,740,720 | 0.63% | $6,550,885 | $7,099,321 | $7,274,520 |
| Source: HealthTrust, Operator; PGI implied by EGI/Occupancy % | | | | | | |

**Stabilized Occupancy**

The subject and comparables indicate the following as of the day of the most recent inspection:

| OCCUPANCY ANALYSIS | | | |
|---|---|---|---|
| **Property** | **IL** | **AL** | **MC** |
| Whitehall Manor | 100% | 84% | 80% |
| Above and Beyond at the Knights | -- | 98% | 100% |
| Riverton Enhanced Senior Living | 85% | -- | -- |
| Bethlehem Manor | -- | 75% | 95% |
| The Vero at Bethlehem | | 100% | 100% |
| Country Meadows | 88% | -- | -- |
| Sacred Heart Senior Living | -- | 85% | 85% |
| Arbour Square of Harleysville | 96% | -- | -- |
| **Median** | 92% | 85% | 95% |
| **Average** | 93% | 91% | 93% |
| **Mode** | -- | -- | 100% |
| **Range** | 85% - 100% | 75% - 100% | 80% - 100% |
| **PMA Average Occupancy** | 86% | 90% | 91% |

Overall, the subject's occupancy history and projections (based on set-up capacity) are summarized as follows:

| OPERATIONAL SUMMARY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Level of Care** | **Appraisal - Stabilized** | | **2025 Actual** | | **2024 Actual** | | **2023 Actual** | | **2022 Actual** | |
| | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD | Occ % | Total/RD |
| IL | 90% | $82.19 | 92% | $0.00 | 68% | $0.00 | 68% | $0.00 | 0% | --- |
| AL | 90% | $144.66 | 80% | $164.21 | 76% | $168.41 | 76% | $172.56 | 89% | $105.05 |
| MC | 90% | $184.11 | 73% | $0.00 | 56% | $0.00 | 56% | $0.00 | 0% | --- |
| Average Occupancy | 90% | | 81% | | 72% | | 72% | | 66% | |
| Total Revenues | | $147.38 | | $125.48 | | $136.75 | | $138.57 | | $112.52 |
| Profit Margin | | 19.2% | | -0.1% | | 3.4% | | 8.3% | | 0.6% |
| Source: HealthTrust and Manors of the Valley | | | | | | | | | | |

With no additions entering the market and average market occupancy at 86% in IL, 90% in AL, and 91% in MC, we have estimated a stabilized occupancy level for the subject of 90%, reconciling between historical levels, market indications and current occupancy.

**Absorption**

For the purposes of this discussion, we have defined absorption as the move-in rate (net number of units filled divided by the number of months open) at which a property fills to stabilized occupancy.

Nationally within the 31 Primary Markets, net absorption for seniors housing varied from 2,807 units per quarter (Q1) to 6,604 units (Q3) with three of the four quarters over 4,800 units, or a minimum of 1,600 units monthly. In these same markets, skilled nursing's 2025 re-fill rate has dropped from a high of 2,027 beds in Q1 to a low of 61 beds during Q3 with an uptick to 1,324 beds in Q4 2025.

Based on the subject's recent experience and market conditions, we project absorption as shown:

| | | Net Move-Ins | | | | Occupied | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Period | IL | AL | MC | Total | IL | AL | MC | Total |
| Inspection | Mar-26 | | | | | 16.2 | 92.0 | 16.0 | 124.2 |
| | Mar-26 | 0.0 | 1.0 | 1.0 | 2.0 | 16.2 | 92.5 | 16.5 | 125.2 |
| | Apr-26 | 0.0 | 1.0 | 1.0 | 2.0 | 16.2 | 93.5 | 17.5 | 127.2 |
| | May-26 | 0.0 | 1.0 | 0.0 | 1.0 | 16.2 | 94.5 | 18.0 | 128.7 |
| | Jun-26 | 0.0 | 1.0 | 0.0 | 1.0 | 16.2 | 95.5 | 18.0 | 129.7 |
| | Jul-26 | 0.0 | 1.0 | 0.0 | 1.0 | 16.2 | 96.5 | 18.0 | 130.7 |
| | Aug-26 | 0.0 | 1.0 | 0.0 | 1.0 | 16.2 | 97.5 | 18.0 | 131.7 |
| Year 1 | Sep-26 | 0.0 | 1.0 | 0.0 | 1.0 | 16.2 | 98.5 | 18.0 | 132.7 |
| | Oct-26 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 | 99.0 | 18.0 | 133.2 |
| | Nov-26 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 | 99.0 | 18.0 | 133.2 |
| | Dec-26 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 | 99.0 | 18.0 | 133.2 |
| | Jan-27 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 | 99.0 | 18.0 | 133.2 |
| | Feb-27 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 | 99.0 | 18.0 | 133.2 |
| | **Annual Avg.** | | | | | **16.2** | **96.9** | **17.8** | **131.0** |
| | **Avg Occupancy** | | | | | **90%** | **88%** | **89%** | **88%** |
| | **Total RD** | | | | | **5,913** | **35,385** | **6,509** | **47,807** |
| Year 2 | **Annual Avg.** | | | | | **16.2** | **99.0** | **18.0** | **133.2** |
| | **Avg Occupancy** | | | | | **90%** | **90%** | **90%** | **90%** |
| | **Total RD** | | | | | **5,913** | **36,135** | **6,570** | **48,618** |

**ABSORPTION ANALYSIS**

Source: HealthTrust

Following our estimates of rental levels and occupancy, we have estimated the subject's effective gross rental income as shown:

| SUMMARY OF REVENUE PROJECTIONS | | | | | |
|---|---|---|---|---|---|
| | | | Year: | 1 | 2 HT Stabilized |
| | No. Units/Beds | Monthly Rent | | | |
| **IL Revenues** | | | | | |
| Studio | 18 | $2,500 | | $540,000 | $556,200 $540,000 |
| Total Potential IL Base Fee Income | 18 | | | $540,000 | $556,200 $540,000 |
| | | | | | |
| Less IL Vacancy | @ | | | 10.00% | 10.00% 10.00% |
| | | | | -$54,000 | -$55,620 -$54,000 |
| Effective Gross IL Base Fee Income | | | | $486,000 | $500,580 $486,000 |
| | | | | | |
| **AL Revenues** | | | | | |
| Studio | 110 | $4,400 | | $5,808,000 | $5,982,240 $5,808,000 |
| Total Potential AL Base Fee Income | 110 | | | $5,808,000 | $5,982,240 $5,808,000 |
| | | | | | |
| Less AL Vacancy | @ | | | 11.87% | 10.00% 10.00% |
| | | | | -$689,293 | -$598,224 -$580,800 |
| Lifecare Utilization Discount | | | | $0 | $0 $0 |
| Effective Gross AL Base Fee Income | | | | $5,118,707 | $5,384,016 $5,227,200 |
| | | | | | |
| **MC Revenues** | | | | | |
| Studio | 20 | $5,600 | | $1,344,000 | $1,384,320 $1,344,000 |
| Total Potential MC Fee Income | 20 | | | $1,344,000 | $1,384,320 $1,344,000 |
| | | | | | |
| Less MC Vacancy | @ | | | 10.84% | 10.00% 10.00% |
| | | | | -$145,723 | -$138,432 -$134,400 |
| Effective Gross MC Fee Income | | | | $1,198,277 | $1,245,888 $1,209,600 |
| | | | | | |
| | No. Beds | Daily Rate | | | |

Source: HealthTrust

## Other Revenue Sources

Other revenues at the subject include the sale of additional meals to guests, supplies, and other services. Other income has varied at this property ranging from $3.91 to $7.47 per resident day; placing most weight on the recent indications, we have incorporated $4.99 into our rent estimates.

## Total Revenue Estimates

Incorporating the estimates of market rents, stabilized occupancies, and ancillary income, we have prepared the following statements of estimated revenues for the subject. To determine an inflationary factor, we have reviewed the consumer price index trends over the past ten years, as shown in the following table:

| 10-YEAR CONSUMER PRICE INDEX TRENDS | | |
|---|---|---|
| Year | CPI | Annual Increase |
| 2015 | 237.0 | -- |
| 2016 | 240.0 | 1.3% |
| 2017 | 245.1 | 2.1% |
| 2018 | 251.1 | 2.4% |
| 2019 | 255.7 | 1.8% |
| 2020 | 258.8 | 1.2% |
| 2021 | 271.0 | 4.7% |
| 2022 | 292.7 | 8.0% |
| 2023 | 304.7 | 4.1% |
| 2024 | 313.7 | 2.9% |
| 2025 | 321.9 | 2.6% |
| 10-Year Average | | 3.1% |
| 10-Year Compounded Annual Change | | 3.1% |
| Source: US Department of Labor | | |

Further, based on our analysis of provided budget projections for more than 1,000 properties over the last year, most market participants are reporting strong revenue increases year-over-year. The *State of Seniors Housing Q3 2025 Performance Trends* report suggests that revenue increases are exceeding expense growth in 2025. Until new development ramps up, we expect that this trend will continue but that over the long term, inflationary pressure will be closer to the long-term CPI indications above:

| | Majority Independent Living | | | | |
|---|---|---|---|---|---|
| | | | Implied Q3 | Change | Change |
| Period | Q3 2025 | Q2 2025 | 2024 | QoQ | YoY |
| Total Properties | 580 | 580 | 580 | 0 | 0 |
| Occupancy | 91% | 91% | 89% | 0% | 2% |
| Revenues per Occupied Unit | $19,663 | $19,120 | $18,042 | 3% | 9% |
| Operating Expenses per Occupied Unit | $13,475 | $13,282 | $12,586 | 1% | 7% |
| Labor as a Ratio of Revenues | 38% | 39% | 38% | -2% | -1% |
| Senior Housing Expenses as Ratio of Revenues | 6% | 6% | 7% | -1% | -7% |
| NOI per Occupied Unit | $6,188 | $5,838 | $5,456 | 6% | 13% |
| Operating Margin | 31% | 31% | 30% | 3% | 4% |
| | Majority Assisted Living | | | | |
| | | | Implied Q3 | Change | Change |
| Period | Q3 2025 | Q2 2025 | 2024 | QoQ | YoY |
| Total Properties | 549 | 549 | 549 | 0 | 0 |
| Occupancy | 89% | 88% | 85% | 1% | 4% |
| Revenues per Occupied Unit | $21,909 | $22,423 | $18,441 | -2% | 19% |
| Operating Expenses per Occupied Unit | $16,726 | $16,505 | $14,102 | 1% | 19% |
| Labor as a Ratio of Revenues | 45% | 45% | 46% | 0% | -1% |
| Senior Housing Expenses as Ratio of Revenues | 5% | 5% | 6% | 9% | -8% |
| NOI per Occupied Unit | $5,183 | $5,918 | $4,339 | -12% | 19% |
| Operating Margin | 24% | 26% | 24% | -10% | 1% |

Source: HealthTrust, *The State of Seniors Housing*

Considering the reimbursement and rate increases evident in the market, continued wage pressures and nursing shortages for some time and the industry's history, we have incorporated an annual rate of increase for revenues of 3.00%.

| SUMMARY OF REVENUE PROJECTIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | 1 | 2 | HT Stabilized |
| **Summary of Effective Gross Fee Income** | | | | | | | | |
| IL Revenues | | $0 | $0 | $0 | $0 | $486,000 | $500,580 | $486,000 |
| AL Revenues | | $3,756,055 | $5,259,282 | $5,132,617 | $5,289,397 | $5,118,707 | $5,384,016 | $5,227,200 |
| MC Revenues | | $0 | $0 | $0 | $0 | $1,198,277 | $1,245,888 | $1,209,600 |
| Total Effective Gross Base Fee Income | | $3,756,055 | $5,259,282 | $5,132,617 | $5,289,397 | $6,802,984 | $7,130,484 | $6,922,800 |
| **Ancillary and Other Fees** | | | | | | | | |
| Other Revenues | $4.99 /RD | $267,075 | $152,562 | $208,171 | $183,809 | $238,560 | $249,888 | $242,609 |
| Prior Period Adjustments | $0 /month | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Effective Gross Income** | | $4,023,130 | $5,411,844 | $5,340,789 | $5,473,205 | $7,041,544 | $7,380,372 | $7,165,409 |
| **EGI/Unit (Bed)** | | $27,183 | $36,567 | $36,086 | $36,981 | $47,578 | $49,867 | $48,415 |
| **EGI/Resident Day** | | $112.52 | $138.57 | $136.75 | $125.48 | $147.29 | $151.80 | $147.38 |
| **Change % (per resident day)** | | | | | | 7.71% | 3.06% | |
| Source: HealthTrust | | | | | | | | |

## Operating Expenses

Operating expenses are based upon an analysis of historical operating expense data of the subject, as well as those of comparable properties. Based upon our careful analysis of these data and our judgment and experience, we have estimated operating expenses and staffing at what we considered reasonable and customary levels for the subject property.

### Real Estate Taxes

Fixed expenses include liability insurance and property taxes. In addition to the tax comparables presented earlier in the PMA, we have examined tax levels at comparable properties in the region. Placing most weight on the subject's assessment and expected changes, we have estimated property taxes at $123,409 annually.

| REAL ESTATE TAXES TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Total | $0 | $101,111 | $58,687 | $0 | $123,409 |
| Per Unit/Bed | $0 | $683 | $397 | $0 | $834 |
| Per Resident Day | $0.00 | $2.59 | $1.50 | $0.00 | $2.54 |
| Ratio of EGI | 0.00% | 1.87% | 1.10% | 0.00% | 1.72% |
| Source: HealthTrust | | | | | |

Overall, on a per unit/bed basis, our concluded Stabilized expense is lower than the median expense comparable indication, and within the comparable range.

| REAL ESTATE TAXES COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | HT Stabilized | HT Year 1 | HT Year 2 | Comp Min | Comp Max | Comp Median |
| Total | $123,409 | $123,409 | $127,111 | | | |
| Per Unit/Bed | $834 | $834 | $859 | $399 | $2,086 | $1,684 |
| Per Resident Day | $2.54 | $2.58 | $2.61 | $1.16 | $5.76 | $4.75 |
| Ratio of EGI | 1.72% | 1.75% | 1.72% | 0.76% | 3.58% | 3.01% |
| Source: HealthTrust | | | | | | |

*Insurance*

Building and liability insurance is estimated based primarily on national and regional comparables. The insurance expense does not reflect an umbrella insurance program but does include general and professional liability as well as worker's comp. The subject's 2025 Actual performance indicated a total expense of $229,704 in this department, which is 1.79% lower than our Stabilized indication.

| INSURANCE TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Insurance (General, Professional) | $17,384 | $251,719 | $147,029 | $156,614 | $151,439 |
| Worker's Comp | $92,452 | $69,656 | $78,136 | $73,089 | $82,454 |
| Total Insurance | $109,836 | $321,375 | $225,164 | $229,704 | $233,894 |
| Per Unit/Bed | $742 | $2,171 | $1,521 | $1,552 | $1,580 |
| Per Resident Day | $3.07 | $8.23 | $5.77 | $5.27 | $4.81 |
| Ratio of EGI | 2.73% | 5.94% | 4.22% | 4.20% | 3.26% |
| Source: HealthTrust | | | | | |

On a per unit/bed basis, our concluded Stabilized expense is lower than the median expense comparable indication, and within the comparable range.

| INSURANCE COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | HT Stabilized | HT Year 1 | HT Year 2 | Comp Min | Comp Max | Comp Median |
| Insurance (General, Professional) | $151,439 | $151,439 | $155,983 | | | |
| Worker's Comp | $82,454 | $82,454 | $84,928 | | | |
| Total Insurance | $233,894 | $233,894 | $240,910 | | | |
| Per Unit/Bed | $1,580 | $1,580 | $1,628 | $1,411 | $3,457 | $1,875 |
| Per Resident Day | $4.81 | $4.89 | $4.96 | $3.98 | $9.55 | $4.81 |
| Ratio of EGI | 3.26% | 3.32% | 3.26% | 2.63% | 5.93% | 3.17% |
| Source: HealthTrust | | | | | | |

*Utilities*

We have estimated utilities expenses including water, gas, trash, electricity and sewer as shown, noting that this amount falls as shown relative to the comparable properties. The subject's 2025 Actual performance indicated a total expense of $274,806 in this department, which is 1.39% higher than our Stabilized indication.

| UTILITIES TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Water | $43,941 | $41,446 | $42,629 | $57,113 | $43,908 |
| Gas | $39,492 | $44,381 | $53,718 | $47,077 | $55,329 |
| Trash | $0 | $25,885 | $25,142 | $22,728 | $25,896 |
| Electricity | $121,857 | $137,236 | $141,656 | $147,888 | $145,906 |
| Total Utilities | $205,290 | $248,948 | $263,145 | $274,806 | $271,039 |
| Per Unit/Bed | $1,387 | $1,682 | $1,778 | $1,857 | $1,831 |
| Per Resident Day | $5.74 | $6.37 | $6.74 | $6.30 | $5.57 |
| Ratio of EGI | 5.10% | 4.60% | 4.93% | 5.02% | 3.78% |
| Source: HealthTrust | | | | | |

Overall, on a per unit/bed basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range.

| UTILITIES COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Water | $43,908 | $43,908 | $45,225 | | | |
| Gas | $55,329 | $55,329 | $56,989 | | | |
| Trash | $25,896 | $25,896 | $26,673 | | | |
| Electricity | $145,906 | $145,906 | $150,283 | | | |
| Total Utilities | $271,039 | $271,039 | $279,170 | | | |
| Per Unit/Bed | $1,831 | $1,831 | $1,886 | $1,471 | $2,436 | $1,806 |
| Per Resident Day | $5.57 | $5.67 | $5.74 | $4.15 | $5.65 | $4.99 |
| Ratio of EGI | 3.78% | 3.85% | 3.78% | 2.74% | 4.08% | 3.10% |
| Source: HealthTrust | | | | | | |

*Maintenance Department*

The maintenance department includes salaries for the maintenance administration, grounds, security personnel, maintenance crew and clerical support. In addition, the department includes the supplies and repairs and purchased services. The subject's 2025 Actual performance indicated a total expense of $198,087 in this department, which is significantly lower than our Stabilized indication.

| MAINTENANCE TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Repairs and Supplies | $149,376 | $165,899 | $134,987 | $134,931 | $173,080 |
| Maintenance Salaries | $81,057 | $72,840 | $75,427 | $63,155 | $117,129 |
| Total Maintenance | $230,433 | $238,739 | $210,414 | $198,087 | $290,210 |
| Per Unit/Bed | $1,557 | $1,613 | $1,422 | $1,338 | $1,961 |
| Per Resident Day | $6.44 | $6.11 | $5.39 | $4.54 | $5.97 |
| Ratio of EGI | 5.73% | 4.41% | 3.94% | 3.62% | 4.05% |
| Source: HealthTrust | | | | | |

Overall, on a per unit/bed basis, our concluded Stabilized expense is lower than the median expense comparable indication, and within the comparable range. Our estimate relative to the comparables is shown:

| MAINTENANCE COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Repairs and Supplies | $173,080 | $170,192 | $178,273 | | | |
| Maintenance Salaries | $117,129 | $117,129 | $120,643 | | | |
| Total Maintenance | $290,210 | $287,321 | $298,916 | | | |
| Per Unit/Bed | $1,961 | $1,941 | $2,020 | $1,102 | $2,426 | $2,095 |
| Per Resident Day | $5.97 | $6.01 | $6.15 | $2.93 | $7.06 | $5.24 |
| Ratio of EGI | 4.05% | 4.08% | 4.05% | 2.02% | 4.64% | 3.79% |
| Source: HealthTrust | | | | | | |

*Marketing Department*

The subject's 2025 Actual performance in the Marketing Department indicated a total expense of $517,015 in this department, which is significantly higher than our Stabilized indication.

| MARKETING TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Advertising and Media | $273,901 | $299,149 | $315,845 | $460,344 | $243,090 |
| Marketing Salaries | $48,102 | $53,786 | $61,700 | $56,671 | $106,820 |
| Total Marketing | $322,003 | $352,935 | $377,546 | $517,015 | $349,910 |
| Per Unit/Bed | $2,176 | $2,385 | $2,551 | $3,493 | $2,364 |
| Per Resident Day | $9.01 | $9.04 | $9.67 | $11.85 | $7.20 |
| Ratio of EGI | 8.00% | 6.52% | 7.07% | 9.45% | 4.88% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range. The subject's advertising and marketing expenses, including payroll, is estimated as follows:

| MARKETING COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Advertising and Media | $243,090 | $239,033 | $250,383 | | | |
| Marketing Salaries | $106,820 | $106,820 | $110,024 | | | |
| Total Marketing | $349,910 | $345,852 | $360,407 | | | |
| Per Unit/Bed | $2,364 | $2,337 | $2,435 | $483 | $2,582 | $1,570 |
| Per Resident Day | $7.20 | $7.23 | $7.41 | $1.33 | $7.51 | $4.43 |
| Ratio of EGI | 4.88% | 4.91% | 4.88% | 0.83% | 4.94% | 2.93% |
| Source: HealthTrust | | | | | | |

*Admin and General Department*

The administration department includes supplies, telephone, bad debt and office expenses required to operate the administrative office. Other expenses reflect the subject's historical performance. The subject's 2025 Actual performance indicated a total expense of $821,872 in this department, which is significantly higher than our Stabilized indication.

| ADMINISTRATIVE AND GENERAL TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Admin Supplies & Other Admin | $193,123 | $332,241 | $272,351 | $429,143 | $349,210 |
| Bad Debt | $0 | $37,398 | $17,337 | $0 | $35,827 |
| Admin Salaries | $359,344 | $367,567 | $402,315 | $392,729 | $239,006 |
| Total Administrative | $552,466 | $737,206 | $692,003 | $821,872 | $624,043 |
| Per Unit/Bed | $3,733 | $4,981 | $4,676 | $5,553 | $4,217 |
| Per Resident Day | $15.45 | $18.88 | $17.72 | $18.84 | $12.84 |
| Ratio of EGI | 13.73% | 13.62% | 12.96% | 15.02% | 8.71% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is lower than the median expense comparable indication, and within the comparable range. We note that some of the expense comparables account for all their payroll and related costs in this department. A summary of our estimate compared to the subject's performance and regional trends is presented; please note that some of the comparables may include payroll in this category, whereas the subject's history and our projections break that expense out departmentally:

| ADMINISTRATIVE AND GENERAL COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | HT Stabilized | HT Year 1 | HT Year 2 | Comp Min | Comp Max | Comp Median |
| Admin Supplies & Other Admin | $349,210 | $343,381 | $359,686 | | | |
| Bad Debt | $35,827 | $35,208 | $36,902 | | | |
| Admin Salaries | $239,006 | $239,006 | $246,176 | | | |
| Total Administrative | $624,043 | $617,595 | $642,764 | | | |
| Per Unit/Bed | $4,217 | $4,173 | $4,343 | $646 | $6,350 | $6,071 |
| Per Resident Day | $12.84 | $12.92 | $13.22 | $1.72 | $18.48 | $14.08 |
| Ratio of EGI | 8.71% | 8.77% | 8.71% | 1.18% | 12.16% | 10.17% |
| Source: HealthTrust | | | | | | |

*Housekeeping/Laundry Department*

Housekeeping and laundry expenses include both staffing and miscellaneous supply expenses. The subject contains in-house laundry facilities. The subject's 2025 Actual performance indicated a total expense of $275,144 in this department, which is 1.42% lower than our Stabilized indication.

| HOUSEKEEPING AND LAUNDRY TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Housekeeping and Laundry Supplies | $55,498 | $44,338 | $88,214 | $93,832 | $113,109 |
| Housekeeping and Laundry Salaries | $160,168 | $187,703 | $191,558 | $181,312 | $165,998 |
| Total Housekeeping and Laundry | $215,667 | $232,041 | $279,772 | $275,144 | $279,107 |
| Per Unit/Bed | $1,457 | $1,568 | $1,890 | $1,859 | $1,886 |
| Per Resident Day | $6.03 | $5.94 | $7.16 | $6.31 | $5.74 |
| Ratio of EGI | 5.36% | 4.29% | 5.24% | 5.03% | 3.90% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range.

| HOUSEKEEPING AND LAUNDRY COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | HT Stabilized | HT Year 1 | HT Year 2 | Comp Min | Comp Max | Comp Median |
| Housekeeping and Laundry Supplies | $113,109 | $111,221 | $116,502 | | | |
| Housekeeping and Laundry Salaries | $165,998 | $165,998 | $170,978 | | | |
| Total Housekeeping and Laundry | $279,107 | $277,219 | $287,480 | | | |
| Per Unit/Bed | $1,886 | $1,873 | $1,942 | $473 | $2,354 | $1,515 |
| Per Resident Day | $5.74 | $5.80 | $5.91 | $1.26 | $6.51 | $4.41 |
| Ratio of EGI | 3.90% | 3.94% | 3.90% | 0.87% | 4.04% | 2.90% |
| Source: HealthTrust | | | | | | |

*Dietary Department*

One of the three major departmental expenses is the dietary department, which provides food service for the residents and employees. Good quality food and service are priority considerations in seniors housing communities.

Our analysis of this department is based on the staffing levels at this property type in general and information provided by other national and regional operators. Based upon the estimated occupancy ratios, we have estimated a raw food cost of $12.00 per resident day, which falls above the comparable range.

The subject's 2025 Actual performance indicated a total expense of $903,965 in this department, which is 10.69% lower than our Stabilized indication.

| DIETARY TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Food Cost | $308,491 | $396,157 | $488,751 | $498,376 | $583,416 |
| Supplies & Other Dietary Costs | $3,897 | $44,097 | $22,292 | $18,102 | $28,583 |
| Dietary Salaries | $275,825 | $303,703 | $365,364 | $387,487 | $400,180 |
| Total Dietary | $588,213 | $743,956 | $876,407 | $903,965 | $1,012,179 |
| Per Unit/Bed | $3,974 | $5,027 | $5,922 | $6,108 | $6,839 |
| Per Resident Day | $16.45 | $19.05 | $22.44 | $20.72 | $20.82 |
| Ratio of EGI | 14.62% | 13.75% | 16.41% | 16.52% | 14.13% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range. Our estimate, relative to comparable properties and the subject's performance, is summarized as follows:

| DIETARY COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Food Cost | $583,416 | $573,678 | $600,918 | | | |
| Supplies & Other Dietary Costs | $28,583 | $28,106 | $29,440 | | | |
| Dietary Salaries | $400,180 | $400,180 | $412,186 | | | |
| Total Dietary | $1,012,179 | $1,001,964 | $1,042,544 | | | |
| Per Unit/Bed | $6,839 | $6,770 | $7,044 | $3,018 | $8,231 | $6,897 |
| Per Resident Day | $20.82 | $20.96 | $21.44 | $8.03 | $23.95 | $17.24 |
| Ratio of EGI | 14.13% | 14.23% | 14.13% | 5.53% | 15.76% | 12.45% |
| Source: HealthTrust | | | | | | |

*Nursing/Personal Care Department*

One of the costliest services provided by the subject property is nursing care. Staffing requirements are estimated based on the subject's current staffing and our experience with comparable communities.

The subject's 2025 Actual performance indicated a total expense of $1,492,251 in this department, which is 7.29% lower than our Stabilized indication.

| NURSING TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Nursing Supplies & Other | $24,252 | $50,430 | $29,577 | $37,682 | $37,924 |
| Contract Nursing | $63,868 | $798 | $3,591 | $0 | $4,604 |
| Nursing/Personal Care Salaries | $932,742 | $1,190,567 | $1,324,617 | $1,454,568 | $1,567,143 |
| Total Nursing | $1,020,863 | $1,241,795 | $1,357,785 | $1,492,251 | $1,609,671 |
| Per Unit/Bed | $6,898 | $8,391 | $9,174 | $10,083 | $10,876 |
| Per Resident Day | $28.55 | $31.80 | $34.77 | $34.21 | $33.11 |
| Ratio of EGI | 25.37% | 22.95% | 25.42% | 27.26% | 22.46% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range.

| NURSING COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Nursing Supplies & Other | $37,924 | $37,291 | $39,061 | | | |
| Contract Nursing | $4,604 | $4,528 | $4,743 | | | |
| Nursing/Personal Care Salaries | $1,567,143 | $1,567,143 | $1,614,157 | | | |
| Total Nursing | $1,609,671 | $1,608,961 | $1,657,961 | | | |
| Per Unit/Bed | $10,876 | $10,871 | $11,202 | $173 | $15,275 | $11,015 |
| Per Resident Day | $33.11 | $33.66 | $34.10 | $0.46 | $43.11 | $26.19 |
| Ratio of EGI | 22.46% | 22.85% | 22.46% | 0.32% | 28.48% | 18.45% |
| Source: HealthTrust | | | | | | |

### Activities/Social Services Department

Activities and social expenses include entertainment, transportation expenses, supplies and associated salaries. The subject's 2025 Actual performance indicated a total expense of $58,817 in this department, which is significantly lower than our Stabilized indication.

| ACTIVITIES/SOCIAL TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Activities/Social Supplies | $102,234 | $6,754 | $18,894 | $8,921 | $24,226 |
| Activities/Social Salaries | $46,143 | $83,104 | $116,841 | $49,896 | $152,195 |
| Total Activities/Social | $148,377 | $89,858 | $135,735 | $58,817 | $176,421 |
| Per Unit/Bed | $1,003 | $607 | $917 | $397 | $1,192 |
| Per Resident Day | $4.15 | $2.30 | $3.48 | $1.35 | $3.63 |
| Ratio of EGI | 3.69% | 1.66% | 2.54% | 1.07% | 2.46% |
| Source: HealthTrust | | | | | |

Overall, on a per resident day basis, our concluded Stabilized expense is higher than the median expense comparable indication, and within the comparable range. Our estimate, in comparison to the comparable properties, is as follows:

| ACTIVITIES/SOCIAL COMP COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| | **HT Stabilized** | **HT Year 1** | **HT Year 2** | **Comp Min** | **Comp Max** | **Comp Median** |
| Activities/Social Supplies | $24,226 | $23,822 | $24,953 | | | |
| Activities/Social Salaries | $152,195 | $152,195 | $156,761 | | | |
| Total Activities/Social | $176,421 | $176,017 | $181,714 | | | |
| Per Unit/Bed | $1,192 | $1,189 | $1,228 | $189 | $1,773 | $1,460 |
| Per Resident Day | $3.63 | $3.68 | $3.74 | $0.50 | $5.16 | $3.51 |
| Ratio of EGI | 2.46% | 2.50% | 2.46% | 0.35% | 3.40% | 2.54% |
| Source: HealthTrust | | | | | | |

### All Other Payroll and Employee Overhead

Typically, seniors housing communities will either charge these expenses to the staffed departments (i.e., administrative, dietary, nursing, housekeeping, and maintenance) or charge them all to administrative. We have allocated these expenses to each operated department.

Nationally, we have seen a predominant range of payroll taxes and benefits of 12-25% of wages and salaries, depending on how holiday, vacation and sick time are accounted. Some regions, notably the Northeast, will produce higher payroll taxes and benefits. Additionally, not-for-profit operations typically report higher levels of payroll taxes and benefits. For the purposes of this appraisal, we have estimated payroll taxes of 8% of payroll with a benefit load of 6%, incorporating the subject's trend and market parameters. Our payroll tax and benefit load is within the range exhibited by the comparables.

Payroll taxes and benefits may be greater for salaried and full-time staff and lower for part-time staff and those at lower wage levels. Although expenses are estimated by department, staff employed in one department may occasionally perform other duties on an as needed basis, to maintain efficient operation of the property.

| OTHER PAYROLL TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Payroll Taxes | $170,128 | $199,997 | $199,312 | $265,340 | $219,878 |
| Benefits | $161,784 | $110,399 | $141,166 | $93,279 | $164,908 |
| Total Other Payroll Costs | $331,912 | $310,396 | $340,478 | $358,619 | $384,786 |
| Per Unit/Bed | $2,243 | $2,097 | $2,301 | $2,423 | $2,600 |
| Per Resident Day | $9.28 | $7.95 | $8.72 | $8.22 | $7.91 |
| Ratio of EGI | 8.25% | 5.74% | 6.38% | 6.55% | 5.37% |
| Source: HealthTrust | | | | | |

With respect to salary and wage expenses, as noted we have allocated staffing to each department departmentally/separately. Consequently, these amounts are included above. However, we have total wages expenses for comparison purposes between the subject's historical performance as well as the comparable properties. A summary of our conclusions relative to the subject's history is as follows:

| SALARIES AND WAGE EXPENSES TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Total | $1,903,382 | $2,259,270 | $2,537,822 | $2,585,819 | $2,748,471 |
| Per Unit/Bed | $12,861 | $15,265 | $17,147 | $17,472 | $18,571 |
| Per Resident Day | $53.23 | $57.85 | $64.98 | $59.28 | $56.53 |
| Ratio of EGI | 47.31% | 41.75% | 47.52% | 47.25% | 38.36% |
| Source: HealthTrust | | | | | |

To estimate staffing for the subject, we have relied on actual staffing patterns presently exhibited by the operator and have tempered that staffing schedule with patterns presented by the expense comparables later in this section as well as our experience with comparable operations. A summary of our staffing forecast by department as well as our FTE forecasts compared to the most recent *State of Seniors Housing* indications:

| STAFFING MATRIX | | | |
|---|---|---|---|
| | **Stabilized FTEs** | **Wage Rate** | **Stabilized Total** |
| **Admin & General** | | | |
| Executive Director | 1.00 | $52.06 | $108,281 |
| Receptionists/Clerical | 2.00 | $19.78 | $82,294 |
| Office Staff | 1.00 | $23.28 | $48,431 |
| **Marketing** | | | |
| Marketing Director | 1.00 | $51.36 | $106,820 |
| **Dietary** | | | |
| Food Service Director | 1.00 | $33.02 | $68,687 |
| Cooks | 4.00 | $18.44 | $153,387 |
| Utility Workers | 1.50 | $17.26 | $53,845 |
| Servers | 3.50 | $17.07 | $124,261 |
| **Housekeeping/Laundry** | | | |
| Housekeepers | 3.00 | $17.52 | $109,331 |
| Laundry | 1.50 | $18.16 | $56,667 |
| **Nursing** | | | |
| RNs | 1.00 | $47.33 | $98,437 |
| LPNs | 1.00 | $31.52 | $65,559 |
| Personal Care | 38.00 | $17.75 | $1,403,146 |
| **ACTIVITIES/SOCIAL** | | | |
| Director of Resident Services | 1.00 | $39.55 | $82,272 |
| Assistant | 1.00 | $22.81 | $47,447 |
| Driver | 0.50 | $21.61 | $22,477 |
| **MAINTENANCE** | | | |
| Maintenance Director | 1.00 | $28.41 | $59,084 |
| Maintenance Technicians | 1.50 | $18.60 | $58,045 |
| Source: HealthTrust | | | |

| STAFFING INDICATIONS - FTEs/RD | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | | HealthTrust | | | | | SOSH 2025 Average | | | | |
| Department | 1 | 2 | 3 | Stabilized | IL | IL/AL | IL/AL/MC | AL | AL/MC | MC | CCRC |
| Admin & General | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.04 | 0.05 | 0.05 | 0.06 | 0.06 | 0.03 |
| Marketing | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.02 | 0.02 | 0.02 | 0.01 |
| Dietary | 0.08 | 0.08 | 0.08 | 0.08 | 0.09 | 0.13 | 0.13 | 0.09 | 0.11 | 0.10 | 0.15 |
| Housekeeping/Laundry | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.04 | 0.04 | 0.03 | 0.04 | 0.04 | 0.06 |
| Nursing/Personal Care | 0.31 | 0.30 | 0.30 | 0.30 | 0.06 | 0.26 | 0.27 | 0.47 | 0.59 | 0.87 | 0.23 |
| Activities/Social | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 | 0.02 | 0.02 | 0.02 | 0.02 | 0.05 | 0.02 |
| Maintenance | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.03 |
| Total | 0.49 | 0.48 | 0.48 | 0.48 | 0.19 | 0.39 | 0.49 | 0.48 | 0.71 | 0.82 | 0.54 |

Source: HealthTrust and State of Seniors Housing 2025 Sum of the parts may not equal the whole

*Management Fee*

Management fees also include general bookkeeping and various incidental and legal consultation fees. According to the 2025 edition of *The State of Seniors Housing*, management fees vary as shown by property type:

| MANAGEMENT FEES AS PERCENTAGE OF TOTAL REVENUES BY COMMUNITY TYPE | | | |
|---|---|---|---|
| **Community Type** | **Minimum** | **Average** | **Maximum** |
| Independent Living | 2.5% | 5.2% | 9.7% |
| Independent/Assisted Living | 1.3% | 5.1% | 12.0% |
| Independent/Assisted Living with Memory Care | 2.5% | 5.2% | 15.6% |
| Assisted Living | 2.0% | 5.9% | 14.0% |
| Assisted Living/Memory Care | 1.5% | 5.2% | 19.3% |
| Memory Care | 1.6% | 5.6% | 11.5% |
| CCRC | 1.4% | 4.9% | 12.3% |
| **ALL COMMUNITIES** | **1.3%** | **5.3%** | **19.3%** |
| *Source: The State of Seniors Housing, 2025* | | | |

More than the acuity of care, management fees vary by the size of the community. We have estimated management fees at 5.0% of effective gross income, falling within the range seen above and supported by our experience with comparable properties.

*Replacement Reserves*

Finally, we have also allocated a reserve for replacement fund used to replace short-lived items such as appliances, furniture, fixtures, equipment, roofing, and carpeting. Traditionally, there has been a wide spread in actual expenditures – which are to some degree discretionary as to timing – and what is budgeted. Furthermore, *The State of Seniors Housing* data indicates that properties built in the last 10 years may only spend 50% of what older properties invest on average. Most lenders and agencies with whom we have spoken use between $300 and $600 per unit.

HUD has recently announced on an appraisal call that they want to use actual capital expenditure, which would result in an investment value rather than a market value estimate. We asked five skilled nursing home buyers the amounts they use when reaching an investment decision, summarized below:

| SNF CAPITAL RESERVES PER AVAILABLE BED | |
|---|---|
| **Operator** | **Capital Expenditure Budget** |
| Tryko | $350 |
| TL Management | $350 |
| Cascade | $350 |
| Hill Valley Healthcare | $550-750 |
| Source: HealthTrust | |

Considering the foregoing as well as the age and condition of the subject, we have used $500 per unit for the estimate of replacement reserve in developing our opinion of market value.

## Operating Expense Summary

Total Stabilized forecasted operating expenses, exclusive of management fee and reserves are estimated at $5,354,668 on a stabilized basis. Including management fees and reserves, we estimate operating expenses to be $5,786,939 for the same period. A summary of our total expense forecasts relative to the subject's performance and the expense comparables is as follows:

| OPERATING EXPENSES TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
|  | 2022 Actual | 2023 Actual | 2024 Actual | 2025 Actual | HT Stabilized |
| Total | $4,000,217 | $4,962,953 | $5,158,176 | $5,477,939 | $5,786,939 |
| Per Unit/Bed | $27,028 | $33,533 | $34,853 | $37,013 | $39,101 |
| Per Resident Day | $111.88 | $127.08 | $132.07 | $125.59 | $119.03 |
| Ratio of EGI | 99.43% | 91.71% | 96.58% | 100.09% | 80.76% |
| Source: HealthTrust | | | | | |

| EXPENSE COMPARABLE SUMMARY - TRENDED | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property | Subject | | | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | |
| State | PA | | | PA | | | PA | | | PA | | | PA | | | PA | | |
| No. IL | 18 | | | 22 | | | 0 | | | 0 | | | 0 | | | 32 | | |
| No. AL | 110 | | | 43 | | | 84 | | | 70 | | | 79 | | | 49 | | |
| No. MC | 20 | | | 0 | | | 16 | | | 0 | | | 8 | | | 9 | | |
| No. SN | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | |
| Total Units/Beds | 148 | | | 65 | | | 100 | | | 70 | | | 87 | | | 90 | | |
| | | | | | | | | | | | | | | | | | | |
| Year | Stabilized | | | 8/31/24 | | | 10/31/24 | | | 12/31/23 | | | 10/31/24 | | | 6/30/25 | | |
| Trended To: | | | | 3/10/26 | | | 3/10/26 | | | 3/10/26 | | | 3/10/26 | | | 3/10/26 | | |
| Year Built | 1951,1996, 1998 | | | 2017 | | | 1987 | | | 1958 | | | 2001/2008 | | | 2001 | | |
| GBA | 92,635 | | | 51,263 | | | 53,718 | | | 45,194 | | | 73,503 | | | 77,320 | | |
| Occupancy | 90% | | | 91% | | | 92% | | | 94% | | | 94% | | | 89% | | |
| Managed Care/Medicare Mix | 0% | | | 0% | | | 0% | | | 0% | | | 0% | | | 0% | | |
| Total Resident Days | 48,618 | | | 23,523 | | | 35,430 | | | 24,058 | | | 32,705 | | | 38,816 | | |
| EGI/RD | $147.38 | | | $161.12 | | | $151.38 | | | $151.97 | | | $145.25 | | | $138.40 | | |
| | | | | | | | | | | | | | | | | | | |
| EXPENSES | $/RD | $/Unit | %EGI | $/RD | $/Unit | %EGI | $/RD | $/Unit | %EGI | $/RD | $/Unit | %EGI | $/RD | $/Unit | %EGI | $/RD | $/Unit | %EGI |
| Real Estate Taxes | $2.54 | $834 | 1.7% | $5.76 | $2,086 | 3.6% | $4.75 | $1,684 | 3.1% | $1.16 | $399 | 0.8% | $3.63 | $1,364 | 2.5% | $4.17 | $1,797 | 3.0% |
| Insurance | $4.81 | $1,580 | 3.3% | $9.55 | $3,457 | 5.9% | $3.98 | $1,411 | 2.6% | $4.81 | $1,655 | 3.2% | $5.04 | $1,893 | 3.5% | $4.35 | $1,875 | 3.1% |
| Utilities | $5.57 | $1,831 | 3.8% | $4.99 | $1,806 | 3.1% | $4.15 | $1,471 | 2.7% | $4.33 | $1,488 | 2.8% | $5.64 | $2,121 | 3.9% | $5.65 | $2,436 | 4.1% |
| Maintenance | $5.97 | $1,961 | 4.1% | $4.63 | $1,675 | 2.9% | $5.91 | $2,095 | 3.9% | $7.06 | $2,426 | 4.6% | $2.93 | $1,102 | 2.0% | $5.24 | $2,261 | 3.8% |
| Marketing | $7.20 | $2,364 | 4.9% | $1.33 | $483 | 0.8% | $4.43 | $1,570 | 2.9% | $7.51 | $2,582 | 4.9% | $1.96 | $735 | 1.3% | $5.76 | $2,484 | 4.2% |
| Administrative | $12.84 | $4,217 | 8.7% | $17.31 | $6,264 | 10.7% | $10.40 | $3,686 | 6.9% | $18.48 | $6,350 | 12.2% | $1.72 | $646 | 1.2% | $14.08 | $6,071 | 10.2% |
| Dietary | $20.82 | $6,839 | 14.1% | $15.23 | $5,513 | 9.5% | $19.47 | $6,897 | 12.9% | $23.95 | $8,231 | 15.8% | $8.03 | $3,018 | 5.5% | $17.24 | $7,434 | 12.5% |
| Housekeeping/Laundry | $5.74 | $1,886 | 3.9% | $6.51 | $2,354 | 4.0% | $4.89 | $1,734 | 3.2% | $4.41 | $1,515 | 2.9% | $1.26 | $473 | 0.9% | $3.16 | $1,363 | 2.3% |
| Nursing/Personal Care | $33.11 | $10,876 | 22.5% | $26.19 | $9,476 | 16.3% | $43.11 | $15,275 | 28.5% | $34.88 | $11,988 | 23.0% | $0.46 | $173 | 0.3% | $25.54 | $11,015 | 18.5% |
| Activities | $3.63 | $1,192 | 2.5% | $2.42 | $876 | 1.5% | $4.12 | $1,460 | 2.7% | $5.16 | $1,773 | 3.4% | $0.50 | $189 | 0.3% | $3.51 | $1,513 | 2.5% |
| Other Payroll, Taxes & Benefits | $7.91 | $2,600 | 5.4% | $9.40 | $3,403 | 5.8% | $11.58 | $4,102 | 7.6% | $8.31 | $2,857 | 5.5% | $68.89 | $25,896 | 47.4% | $10.96 | $4,727 | 7.9% |
| Management Fees | $7.37 | $2,421 | 5.0% | $8.06 | $2,915 | 5.0% | $7.57 | $2,682 | 5.0% | $7.60 | $2,611 | 5.0% | $7.26 | $2,730 | 5.0% | $6.92 | $2,985 | 5.0% |
| Reserves | $1.52 | $500 | 1.0% | $1.38 | $500 | 0.9% | $1.41 | $500 | 0.9% | $1.45 | $500 | 1.0% | $1.33 | $500 | 0.9% | $1.16 | $500 | 0.8% |
| Total | $119.03 | $39,101 | 80.8% | $112.76 | $40,807 | 70.0% | $125.79 | $44,566 | 83.1% | $129.11 | $44,374 | 85.0% | $108.64 | $40,841 | 74.8% | $107.72 | $46,459 | 77.8% |
| | | | | | | | | | | | | | | | | | | |
| **Key Categories (Included Above)** | | | | | | | | | | | | | | | | | | |
| Wages | $56.53 | $18,571 | 38.4% | $52.42 | $18,970 | 32.5% | $64.86 | $22,981 | 42.8% | $72.52 | $24,924 | 47.7% | $67.27 | $25,289 | 46.3% | $49.85 | $21,499 | 36.0% |
| *Other PR Tax & Ben (as % of Wages)* | | | *14.0%* | | | *17.9%* | | | *17.8%* | | | *11.5%* | | | *102.4%* | | | *22.0%* |
| Worker's Comp | $1.70 | $557 | 1.2% | $1.56 | $566 | 1.0% | $1.42 | $503 | 0.9% | $1.68 | $577 | 1.1% | $1.08 | $406 | 0.7% | $1.50 | $645 | 1.1% |
| Bad Debt | $0.74 | $242 | 0.5% | $1.07 | $387 | 0.7% | | | | | | | | | | $0.48 | $205 | 0.3% |
| Food Cost | $12.00 | $3,942 | 8.1% | $6.97 | $2,521 | 4.3% | $8.43 | $2,986 | 5.6% | $8.38 | $2,878 | 5.5% | $7.05 | $2,650 | 4.9% | $7.58 | $3,268 | 5.5% |

Source: HealthTrust

In selecting expense comparables, we chose properties serving similar levels of care in the subject's state. Further, we chose the most recent periods of the financial data we had for each comparable. We have attempted to reconcile our estimates with the market while considering the subject's actual performance. Our estimate for the subject lies within the comparable range both based on an amount per resident per day and as a ratio of revenues. Consequently, we find our estimates reasonable.

**Net Operating Income Estimate**

In terms of net operating income (NOI), our estimated Stabilized NOI of $1,378,471 compares to the subject's 2025 Actual NOI of $-4,733. In prior periods, the subject has reported NOI of $182,612 and $448,891. Our estimates represent a higher NOI than the historical actual periods, which reflect lower occupancy and significantly above-market operating expenses. In general, we concluded to the central tendency indications of market rent from the rent roll and estimated stabilized occupancy based on the subject's recent trends and average market occupancy, then normalized expenses to market levels based on comparable data. A summary of our forecasts relative to the subject's performance is as follows:

| NET OPERATING INCOME TREND AND FORECAST | | | | | |
|---|---|---|---|---|---|
| | **2022 Actual** | **2023 Actual** | **2024 Actual** | **2025 Actual** | **HT Stabilized** |
| Total | $22,913 | $448,891 | $182,612 | -$4,733 | $1,378,471 |
| Per Unit/Bed | $155 | $3,033 | $1,234 | -$32 | $9,314 |
| Per Resident Day | $0.64 | $11.49 | $4.68 | -$0.11 | $28.35 |
| Ratio of EGI | 0.57% | 8.29% | 3.42% | -0.09% | 19.24% |
| Source: HealthTrust | | | | | |

Our year estimates are presented on the following page juxtaposed with the subject's adjusted budget:

**SUMMARY OF APPRAISAL ESTIMATES AND SUBJECT'S ADJUSTED FINANCIAL STATEMENTS**

| Note | Year | HT Stabilized | | | | 2025 Actual | | | | 2024 Actual | | | | 2023 Actual | | | | 2022 Actual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Days/Rates | | Days | Rate | | | Days | Rate | | | Days | Rate | | | Days | Rate | | | Days | Rate | |
| | Independent Living | | 5,913 | $82.19 | | | 6,053 | $0.00 | | | 4,471 | $0.00 | | | 4,471 | $0.00 | | | 0 | N/A | |
| | Assisted Living | | 36,135 | $144.66 | | | 32,211 | $164.21 | | | 30,478 | $168.41 | | | 30,478 | $172.56 | | | 35,755 | $105.05 | |
| | Memory Care | | 6,570 | $184.11 | | | 5,353 | $0.00 | | | 4,106 | $0.00 | | | 4,106 | $0.00 | | | 0 | N/A | |
| (1) | Total Resident Days | | 48,618 | | | | 43,618 | | | | 39,055 | | | | 39,055 | | | | 35,755 | | |
| | Total Units/Beds | | 148 | | | | 148 | | | | 148 | | | | 148 | | | | 148 | | |
| | Occupancy | | 90% | | | | 81% | | | | 72% | | | | 72% | | | | 66% | | |
| | | Total $ | $/Unit | $/RD | % EGI | Total $ | $/Unit | $/RD | % EGI | Total $ | $/Unit | $/RD | % EGI | Total $ | $/Unit | $/RD | % EGI | Total $ | $/Unit | $/RD | % EGI |
| | **Revenues** | | | | | | | | | | | | | | | | | | | | |
| | IL Rental Revenues | $486,000 | $3,284 | $10.00 | 6.8% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% |
| | AL Rental Revenues | $5,227,200 | $35,319 | $107.52 | 73.0% | $5,289,397 | $35,739 | $121.27 | 96.6% | $5,132,617 | $34,680 | $131.42 | 96.1% | $5,259,282 | $35,536 | $134.66 | 97.2% | $3,756,055 | $25,379 | $105.05 | 93.4% |
| | MC Rental Revenues | $1,209,600 | $8,173 | $24.88 | 16.9% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% | $0 | $0 | $0.00 | 0.0% |
| | Other Revenues | $242,609 | $1,639 | $4.99 | 3.4% | $183,809 | $1,242 | $4.21 | 3.4% | $208,171 | $1,407 | $5.33 | 3.9% | $152,562 | $1,031 | $3.91 | 2.8% | $267,075 | $1,805 | $7.47 | 6.6% |
| | **Total Effective Gross Revenue** | $7,165,409 | $48,415 | $147.38 | 100.0% | $5,473,205 | $36,981 | $125.48 | 100.0% | $5,340,789 | $36,086 | $136.75 | 100.0% | $5,411,844 | $36,567 | $138.57 | 100.0% | $4,023,130 | $27,183 | $112.52 | 100.0% |
| | **Expenses** | | | | | | | | | | | | | | | | | | | | |
| | Real Estate Taxes | $123,409 | $834 | $2.54 | 1.7% | $0 | $0 | $0.00 | 0.0% | $58,687 | $397 | $1.50 | 1.1% | $101,111 | $683 | $2.59 | 1.9% | $0 | $0 | $0.00 | 0.0% |
| | Insurance | $233,894 | $1,580 | $4.81 | 3.3% | $229,704 | $1,552 | $5.27 | 4.2% | $225,164 | $1,521 | $5.77 | 4.2% | $321,375 | $2,171 | $8.23 | 5.9% | $109,836 | $742 | $3.07 | 2.7% |
| | Utilities | $271,039 | $1,831 | $5.57 | 3.8% | $274,806 | $1,857 | $6.30 | 5.0% | $263,145 | $1,778 | $6.74 | 4.9% | $248,948 | $1,682 | $6.37 | 4.6% | $205,290 | $1,387 | $5.74 | 5.1% |
| | Maintenance | $290,210 | $1,961 | $5.97 | 4.1% | $198,087 | $1,338 | $4.54 | 3.6% | $210,414 | $1,422 | $5.39 | 3.9% | $238,739 | $1,613 | $6.11 | 4.4% | $230,433 | $1,557 | $6.44 | 5.7% |
| | Marketing | $349,910 | $2,364 | $7.20 | 4.9% | $517,015 | $3,493 | $11.85 | 9.4% | $377,546 | $2,551 | $9.67 | 7.1% | $352,935 | $2,385 | $9.04 | 6.5% | $322,003 | $2,176 | $9.01 | 8.0% |
| | Administrative/General | $624,043 | $4,217 | $12.84 | 8.7% | $821,872 | $5,553 | $18.84 | 15.0% | $692,003 | $4,676 | $17.72 | 13.0% | $737,206 | $4,981 | $18.88 | 13.6% | $552,466 | $3,733 | $15.45 | 13.7% |
| | Housekeeping/Laundry | $279,107 | $1,886 | $5.74 | 3.9% | $275,144 | $1,859 | $6.31 | 5.0% | $279,772 | $1,890 | $7.16 | 5.2% | $232,041 | $1,568 | $5.94 | 4.3% | $215,667 | $1,457 | $6.03 | 5.4% |
| | Dietary | $1,012,179 | $6,839 | $20.82 | 14.1% | $903,965 | $6,108 | $20.72 | 16.5% | $876,407 | $5,922 | $22.44 | 16.4% | $743,956 | $5,027 | $19.05 | 13.7% | $588,213 | $3,974 | $16.45 | 14.6% |
| | Nursing/Personal Care | $1,609,671 | $10,876 | $33.11 | 22.5% | $1,492,251 | $10,083 | $34.21 | 27.3% | $1,357,785 | $9,174 | $34.77 | 25.4% | $1,241,795 | $8,391 | $31.80 | 22.9% | $1,020,863 | $6,898 | $28.55 | 25.4% |
| | Activities/Social | $176,421 | $1,192 | $3.63 | 2.5% | $58,817 | $397 | $1.35 | 1.1% | $135,735 | $917 | $3.48 | 2.5% | $89,858 | $607 | $2.30 | 1.7% | $148,377 | $1,003 | $4.15 | 3.7% |
| | Other Payroll, Payroll Taxes and Benefits | $384,786 | $2,600 | $7.91 | 5.4% | $358,619 | $2,423 | $8.22 | 6.6% | $340,478 | $2,301 | $8.72 | 6.4% | $310,396 | $2,097 | $7.95 | 5.7% | $331,912 | $2,243 | $9.28 | 8.3% |
| | **Total Operating Expenses** | $5,354,668 | $36,180 | $110.14 | 74.7% | $5,130,278 | $34,664 | $117.62 | 93.7% | $4,817,137 | $32,548 | $123.34 | 90.2% | $4,618,361 | $31,205 | $118.25 | 85.3% | $3,725,060 | $25,169 | $104.18 | 92.6% |
| | Management Fee | $358,270 | $2,421 | $7.37 | 5.0% | $273,660 | $1,849 | $6.27 | 5.0% | $267,039 | $1,804 | $6.84 | 5.0% | $270,592 | $1,828 | $6.93 | 5.0% | $201,156 | $1,359 | $5.63 | 5.0% |
| | Reserve for Replacement | $74,000 | $500 | $1.52 | 1.0% | $74,000 | $500 | $1.70 | 1.4% | $74,000 | $500 | $1.89 | 1.4% | $74,000 | $500 | $1.89 | 1.4% | $74,000 | $500 | $2.07 | 1.8% |
| | **Total Expenses** | $5,786,939 | $39,101 | $119.03 | 80.8% | $5,477,939 | $37,013 | $125.59 | 100.1% | $5,158,176 | $34,853 | $132.07 | 96.6% | $4,962,953 | $33,533 | $127.08 | 91.7% | $4,000,217 | $27,028 | $111.88 | 99.4% |
| | **Net Operating Income (EBITDAR)** | $1,378,471 | $9,314 | $28.35 | 19.2% | -$4,733 | -$32 | -$0.11 | -0.1% | $182,612 | $1,234 | $4.68 | 3.4% | $448,891 | $3,033 | $11.49 | 8.3% | $22,913 | $155 | $0.64 | 0.6% |

Source: HealthTrust

1　　　　2023 resident days not provided, implied from 2024.

**Capitalization Rate Derivation**

In selecting an appropriate capitalization rate for the subject property, we conducted an investor survey and considered indications provided by the comparable sales, the Band of Investment, and the Debt Coverage Ratio.

Overall, rates will be higher than more traditional multifamily property types. In fact, as care level increases, rates generally increase. We consistently derive our capitalization rates from prospective cash flows and exclude leased fee indications. Our analysis of cap rate trends shows volatility in skilled nursing capitalization rates – yet always between 12.00% and 14.00% - and relative stability in seniors housing capitalization rates. Cap rates for seniors housing have compressed as the federal funds rate declined in 2024-2025, while skilled nursing cap rates have been stable the last few years:



Source: HealthTrust

Each quarter, we survey investors, operators, brokers and lenders regarding investment criteria for communities primarily comprised of IL, AL, MC and SN. The recent responses regarding going-in and terminal capitalization rates are summarized as follows:

| 2026 - Q1 SENIORS HOUSING AND CARE INVESTMENT SURVEY | | | | | | |
|---|---|---|---|---|---|---|
| | **Going-in Cap Rate** | | | **Terminal Cap Rate** | | |
| | **Min** | **Max** | **Average** | **Min** | **Max** | **Average** |
| IL | 5.00% | 7.50% | 6.43% | 5.75% | 7.50% | 6.89% |
| AL | 6.00% | 8.00% | 7.50% | 6.25% | 8.50% | 7.71% |
| MC | 7.00% | 12.00% | 8.78% | 7.25% | 9.50% | 8.61% |
| SN | 11.50% | 13.50% | 12.40% | 12.00% | 13.50% | 12.86% |

Source: HealthTrust Q1 2026 Seniors Housing and Care Investment Survey

Capitalization rates measure risk. One of the challenges of the valuation process is to insulate the process against short-term fluctuations and ensure that longer-term trends are adequately reported. To the extent that a temporary decrease or imbalance exists, valuation theory should dilute this in favor of the longer-term value trends, much like the stock market and the valuation of individual stocks. Other factors (operational and market risk) mitigate the impact below a certain threshold.

The National Investment Center and Real Capital Analytics collects capitalization rate data from regional and national appraisal firms who work on all seniors housing property types. Over the last twelve months, indications for seniors housing and NIC sectors have varied as follows:



Source: NIC MAP® Sales Transactions Report, Q4 2025

Both sale prices and volume have improved over the last 12 months for seniors housing and skilled nursing.

| Summary of Investment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | SENIORS HOUSING | | NURSING CARE | | TOTAL | | |
| | | Actual | YOY Chg | Actual | YOY Chg | Actual | YOY Chg |
| Volume ($M) | past 12 months | $15,625.1 | 33% | $8,547.7 | 54% | $24,172.8 | 39% |
| | Q4 '25 | $4,498.5 | 9% | $1,770.1 | 28% | $6,268.7 | 14% |
| # Props | past 12 months | 1079 | 8% | 754 | 21% | 1833 | 13% |
| | Q4 '25 | 281 | -1% | 164 | -18% | 445 | -8% |
| Total Units/beds | past 12 months | 105826 | 10% | 85233 | 20% | 191059 | 14% |
| | Q4 '25 | 26946 | -5% | 18164 | -13% | 45110 | -9% |
| Price per unit/bed* | past 12 months | $182,769 | 29% | $112,883 | 49% | $151,408 | 35% |
| | Q4 '25 | $212,211 | 28% | $113,823 | 76% | $176,555 | 46% |
| Avg Cap Rate | past 12 months | 8.2% | -190 bps | Protected | Protected | 8.6% | -126 bps |
| | Q4 '25 | | | | | | |

*Any senior housing or nursing care property transaction with a price-per-unit (PPU) below $20,000 in excluded from this calculation.

Source: NIC MAP® Sales Transactions Report, Q4 2025

The NIC MAP® database has inadequate SNF cap rate data to publish, but LevinPro LTC reports stable SNF cap rates at 12.10-12.20% from Q2 2024 through Q4 2025 and HealthComps® concurs that SNF cap rates have been stable over the last year. However, because the HealthTrust cap rates are derived from prospective income, we report average SNF cap rate at 13.15-13.20% over the last two years.

Seniors housing cap rates in 2025 were at 7.8%, down 40 basis points per LevinPro LTC for IL/AL communities compared to the prior year. The NIC MAP® reporting suggests a bigger drop of 190 basis points while the HealthComps® data falls between the two other sources with a 64-basis-point decline in 2025.

As with all real estate, good quality assets will retain value (location, operations, physical, plant) better than second or third tier assets. Since fundamentals are still very strong in the skilled nursing industry, we expect rates will stay where they are, with higher tier and portfolio assets seeing compression and investors continue to chase yield.

In terms of spreads with other investments, such as the 10-Year Treasuries Notes, we find that capitalization rates of skilled nursing facilities typically suggest a 900- to 1,300-basis-point spread, while seniors housing suggests a 400- to 650-point variance:

| CAPITALIZATION RATE SPREADS | | | |
|---|---|---|---|
| Year | Average SNF Cap Rate | Average SH Cap Rate | 10-Yr Treasuries |
| 2016 | 12.31% | 7.89% | 1.84% |
| 2017 | 11.68% | 7.69% | 2.33% |
| 2018 | 11.82% | 7.86% | 2.91% |
| 2019 | 12.13% | 7.46% | 2.14% |
| 2020 | 13.67% | 7.47% | 0.89% |
| 2021 | 12.26% | 7.54% | 1.45% |
| 2022 | 12.38% | 8.05% | 2.95% |
| 2023 | 13.39% | 8.54% | 3.96% |
| 2024 | 13.18% | 8.84% | 4.21% |
| 2025 | 13.15% | 8.20% | 4.29% |
| 10-yr Avg | 12.54% | 7.93% | 2.52% |



Source: HealthTrust and Federal Reserve

Finally, although we place primary weight on actual sales transactions and investor surveys, we have employed standard appraisal methodology to abstract capitalization rates. Our *Senior Housing and Care Investment Survey* reports the following indications for equity dividend rates:

| 2026 - Q1 SENIORS HOUSING AND CARE INVESTMENT SURVEY | | | |
|---|---|---|---|
| | Equity Dividend (Cash on Cash) Rate | | |
| | Min | Max | Average |
| IL | 8.00% | 10.00% | 9.00% |
| AL | 8.50% | 11.00% | 10.13% |
| MC | 9.00% | 12.00% | 11.25% |
| SN | 12.00% | 15.00% | 14.00% |
| Source: HealthTrust Q1 2026 Seniors Housing and Care Investment Survey | | | |

Each of the abstracted rates considers the requirement of debt and equity to reach an appropriate capitalization rate. To that end, we have incorporated an industry typical weighted-average interest rate of 7.50%, a 65% loan-to-value ratio, an amortization period of 25 years, and a debt coverage ratio of 1.50. Equity requirements include an equity dividend (cash on cash) rate of 11.00% and an equity yield rate of 17.25%.

The comparable sales presented in the following section of this report suggest a range of 4.97% to 21.66% in overall capitalization rates, summarized as follows:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SENIOR HOUSING/HEALTHCARE TRANSACTIONS** | | | | | | | | | |
| Sale No. | Name/Location | Date | No. Units/Beds | Year Built | Sale Price | $/Unit | NOI/Unit | Occ. | OAR |
| 1 | Confidential Pending IL/AL/MC N/A, Pennsylvania | Feb-26 | 90 | 2001 | $11,375,000 | $126,389 | $15,457 | 85% | 12.23% |
| 2 | Walden Place Cortland, New York | Sep-25 | 80 | 2001 | $8,500,000 | $106,250 | $10,286 | 73% | 9.68% |
| 3 | Legacy at Maiden Park Rochester, New York | Jan-25 | 78 | 2016 | $6,955,000 | $89,167 | $4,429 | 79% | 4.97% |
| 4 | Four IL/AL/MC PA-NJ Milford, Pennsylvania | Dec-25 | 389 | 1977 | $55,000,000 | $141,388 | $13,199 | 97% | 9.34% |
| 5 | Brandywine Living at Senior Suites Norristown, Pennsylvania | Jun-24 | 114 | 1988 | $8,650,000 | $75,877 | $16,436 | 71% | 21.66% |
| Source: HealthTrust | | | | | | | | | |

We have attempted to limit our selection of improved sales to those that occurred at a time when capital costs were near the cost as of the date of this appraisal. Demand remains strong for stabilized, core properties. For the older and truly distressed properties, more capital is available than in recent years, but the resulting capitalization rates may reflect the seller choosing ability to close over the highest sale price. Buyers are well aware of this and expect discounts for their access to capital.

Finally, we note that for seniors housing communities, age matters; HealthComps® data suggest the following variances by age of community:



Source: HealthTrust

Overall, we anticipate an appropriate cap rate range for the subject to vary between 8.00% and 10.00%. Factors that ultimately influence the selection of the subject's capitalization rate include:

**Lower end of the range:**
- ❑ Good local market conditions
- ❑ Projected margin towards the bottom of the comparable range
- ❑ Lower interest rate environment than the sales

**Upper end of the range:**
- ❑ Older asset than the sale comparables
- ❑ Significant increase in NOI forecasted over historical performance
- ❑ Central tendency of improved sales at 9.68%-11.57%

Therefore, we have reconciled to a going-in rate near the middle of the expected range, or 9.00%. To account for the greater risk involved with the property at the time of reversion due to unknown factors of the market and the condition of the buildings at that time, an additional 50 basis points have been added to the overall capitalization rate to derive a terminal capitalization rate of 9.50%. However, we have not applied a premium to the subject's capitalization rate at stabilization for the following reasons:

- ❑ Brokers tell us that they are seeing exit cap rates lower than going in rates as they expect cost of capital to be stable or lower by the time of our projected stabilized value date. Further, in a few years the industry will be far more likely to be materially under-supplied as new development has slowed considerably and while there is a projected 50% increase in the 85+ population during this decade with aggregate numbers equaling the current inventory of seniors housing and skilled nursing combined.

- ❑ There is less uncertainty regarding market conditions in 2-3 years (the period for stabilization) than at the conclusion of a 10-year holding period.

| SUMMARY OF CAPITALIZATION RATE INDICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| MORTGAGE INTEREST RATE | | | | | | 7.50% |
| AMORTIZATION TERM | | | | | | 25 |
| LOAN TO VALUE RATIO | | | | | | 65.00% |
| DEBT COVERAGE RATIO | | | | | | 150.00% |
| EQUITY DIVIDEND RATE | | | | | | 11.00% |
| EQUITY YIELD RATE | | | | | | 17.25% |
| **BAND OF INVESTMENT** | | | | | | |
| DEBT COMPONENT: | 65% | x | 0.0887 | | = | 0.0576 |
| EQUITY COMPONENT: | 35% | x | 0.1100 | | = | 0.0385 |
| | | | | | | 0.0961413 |
| ROUNDED TO: | | | | | | 9.61% |
| **DEBT COVERAGE** | 65% | x | 1.5 | x | 0.0887 | 0.0865 |
| ROUNDED TO: | | | | | | 8.65% |
| **IMPROVED SALE INDICATIONS** | | | | | 4.97% to | 21.66% |
| | | | | | | |
| **SELECTED OVERALL CAPITALIZATION RATE:** | | | | | | **9.00%** |
| Source: HealthTrust | | | | | | |

**Discount Rate Derivation**

Our most recent *Senior Housing and Care Investment Survey* suggests the following ranges for discount rates in the seniors housing and nursing markets.

| 2026 - Q1 SENIORS HOUSING AND CARE INVESTMENT SURVEY | | | | | | |
|---|---|---|---|---|---|---|
| | Unlevered IRR | | | Levered IRR | | |
| | **Min** | **Max** | **Average** | **Min** | **Max** | **Average** |
| IL | 8.50% | 10.50% | 9.58% | 12.75% | 15.00% | 13.85% |
| AL | 9.50% | 12.00% | 11.05% | 13.75% | 18.00% | 15.05% |
| MC | 11.00% | 14.00% | 12.42% | 14.00% | 20.00% | 16.40% |
| SN | 15.00% | 17.50% | 15.57% | 17.50% | 20.00% | 18.30% |

Source: HealthTrust Q1 2026 Seniors Housing and Care Investment Survey

Considering the investor surveys, we have used a 12.00% discount rate in this analysis.

**Rent Loss Conclusion**

Rent Loss is a value loss that is attributed to non-stabilized properties representing the discount an investor would apply to achieve stabilization. Current appraisal methodology recognizes the following means of calculating the rent-up adjustment:

1. Line Item Entrepreneurial Incentive
2. Discount Rate Loaded for Risk
3. Discount Shortfalls at a Safe Rate
4. Static Method
5. Loading the Overall Capitalization Rate

We find little direct market support for methods 1, 2 and 5 while method 4 is most applicable to more traditional commercial buildings with tenant improvements. Therefore, we have used method 3.

Based on our analysis, we have determined that the subject is not stabilized and a rent loss deduction is warranted. To calculate this deduction, we have used the variance in EBITDAR between our DCF analysis and a Hypothetical Stabilized DCF analysis over the holding period. The latter is a DCF under the premise that the subject was operating at stabilization at Day 1. Both schedules can be found on the following pages. The variance was then discounted at a 2.00% safe rate, supported by the current 10-year US treasury rate. The Rent Loss deduction has been applied to the relevant approaches, including Direct Capitalization, Sales Comparison and Cost Approach (if applicable). A summary of the calculations are as follows:

| RENT LOSS CALCULATION | | | | | |
|---|---|---|---|---|---|
| Year | DCF | Hypo. Stab. DCF | Variance | Discount Factor | NPV |
| 1 | $1,287,410 | $1,378,471 | -$91,060 | 0.9804 | -$89,275 |
| 2 | $1,419,825 | $1,419,825 | $0 | 0.9612 | $0 |
| 3 | $1,462,420 | $1,462,420 | $0 | 0.9423 | $0 |
| 4 | $1,506,292 | $1,506,292 | $0 | 0.9238 | $0 |
| 5 | $1,551,481 | $1,551,481 | $0 | 0.9057 | $0 |
| 6 | $1,598,025 | $1,598,025 | $0 | 0.8880 | $0 |
| 7 | $1,645,966 | $1,645,966 | $0 | 0.8706 | $0 |
| 8 | $1,695,345 | $1,695,345 | $0 | 0.8535 | $0 |
| 9 | $1,746,205 | $1,746,205 | $0 | 0.8368 | $0 |
| 10 | $1,798,592 | $1,798,592 | $0 | 0.8203 | $0 |
| Reversion | $19,110,508 | $19,110,508 | $0 | 0.8203 | $0 |
| | | | | | |
| Total | | | | | -$89,275 |
| Rounded | | | | | -$100,000 |

## Income Assumptions and Charts

Our assumptions for the discounted cash flow analysis and direct capitalization are presented below, followed by our discounted cash flow analysis and direct capitalization analysis:

| GLOBAL VALUATION ASSUMPTIONS | |
|---|---|
| **Whitehall Manor** | |
| Revenue Growth Rate | 3.00% |
| Expense Growth Rate | 3.00% |
| Management Fee | 5.00% |
| Reserves (Capex) Per Unit | $500 |
| Stabilized Occupancy | 90% |
| Rent Loss | -$100,000 |
| Projection Period (Yrs) | 10 |
| Capitalization Rate | 9.00% |
| Terminal Capitalization Rate | 9.50% |
| Discount Rate | 12.00% |
| Sale Costs | 2.00% |
| Source: HealthTrust | |

## DISCOUNTED CASH FLOW ANALYSIS

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Reversion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | |
| Effective Gross Rental Revenues | $6,802,984 | $7,130,484 | $7,344,399 | $7,564,730 | $7,791,672 | $8,025,423 | $8,266,185 | $8,514,171 | $8,769,596 | $9,032,684 | $9,303,664 |
| Entrance Fee Revenues | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ancillary Revenues | $238,560 | $249,888 | $257,384 | $265,106 | $273,059 | $281,251 | $289,688 | $298,379 | $307,330 | $316,550 | $326,047 |
| **TOTAL EFFECTIVE GROSS REVENUE** | $7,041,544 | $7,380,372 | $7,601,783 | $7,829,836 | $8,064,732 | $8,306,673 | $8,555,874 | $8,812,550 | $9,076,926 | $9,349,234 | $9,629,711 |
| | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | |
| Real Estate Taxes | $123,409 | $127,111 | $130,925 | $134,853 | $138,898 | $143,065 | $147,357 | $151,778 | $156,331 | $161,021 | $165,852 |
| Insurance | $233,894 | $240,910 | $248,138 | $255,582 | $263,249 | $271,147 | $279,281 | $287,660 | $296,289 | $305,178 | $314,333 |
| Utilities | $271,039 | $279,170 | $287,545 | $296,172 | $305,057 | $314,209 | $323,635 | $333,344 | $343,344 | $353,645 | $364,254 |
| Maintenance | $287,321 | $298,916 | $307,884 | $317,120 | $326,634 | $336,433 | $346,526 | $356,922 | $367,629 | $378,658 | $390,018 |
| Marketing | $345,852 | $360,407 | $371,219 | $382,356 | $393,826 | $405,641 | $417,811 | $430,345 | $443,255 | $456,553 | $470,249 |
| Bad Debt | $35,208 | $36,902 | $38,009 | $39,149 | $40,324 | $41,533 | $42,779 | $44,063 | $45,385 | $46,746 | $48,149 |
| Administrative/General | $582,387 | $605,862 | $624,038 | $642,759 | $662,042 | $681,903 | $702,360 | $723,431 | $745,134 | $767,488 | $790,513 |
| Housekeeping/Laundry | $277,219 | $287,480 | $296,105 | $304,988 | $314,137 | $323,562 | $333,268 | $343,266 | $353,564 | $364,171 | $375,096 |
| Dietary | $1,001,964 | $1,042,544 | $1,073,821 | $1,106,035 | $1,139,216 | $1,173,393 | $1,208,595 | $1,244,852 | $1,282,198 | $1,320,664 | $1,360,284 |
| Nursing/Personal Care | $1,608,961 | $1,657,961 | $1,707,700 | $1,758,931 | $1,811,699 | $1,866,050 | $1,922,031 | $1,979,692 | $2,039,083 | $2,100,255 | $2,163,263 |
| Activities/Social | $176,017 | $181,714 | $187,165 | $192,780 | $198,564 | $204,521 | $210,656 | $216,976 | $223,485 | $230,190 | $237,096 |
| Other Payroll, Payroll Taxes and Benefits | $384,786 | $396,329 | $408,219 | $420,466 | $433,080 | $446,072 | $459,454 | $473,238 | $487,435 | $502,058 | $517,120 |
| **SUB-TOTAL OPERATING EXPENSES** | $5,328,057 | $5,515,308 | $5,680,768 | $5,851,191 | $6,026,726 | $6,207,528 | $6,393,754 | $6,585,567 | $6,783,134 | $6,986,628 | $7,196,227 |
| | | | | | | | | | | | |
| Management Fee | $352,077 | $369,019 | $380,089 | $391,492 | $403,237 | $415,334 | $427,794 | $440,627 | $453,846 | $467,462 | $481,486 |
| Reserve for Replacement | $74,000 | $76,220 | $78,507 | $80,862 | $83,288 | $85,786 | $88,360 | $91,011 | $93,741 | $96,553 | $99,450 |
| **TOTAL EXPENSES** | $5,754,134 | $5,960,547 | $6,139,363 | $6,323,544 | $6,513,251 | $6,708,648 | $6,909,908 | $7,117,205 | $7,330,721 | $7,550,643 | $7,777,162 |
| | | | | | | | | | | | |
| **NET OPERATING INCOME (EBITDAR)** | $1,287,410 | $1,419,825 | $1,462,420 | $1,506,292 | $1,551,481 | $1,598,025 | $1,645,966 | $1,695,345 | $1,746,205 | $1,798,592 | $1,852,549 |
| | | | | | | | | | | | $19,500,519 |
| | | | | | | | | | | | -$390,010 |
| | | | | | | | | | | | $19,110,508 |
| | | | | | | | | | | | |
| DISCOUNTED @   12.00% | 0.89286 | 0.79719 | 0.71178 | 0.63552 | 0.56743 | 0.50663 | 0.45235 | 0.40388 | 0.36061 | 0.32197 | 0.32197 |
| | | | | | | | | | | | |
| **NPV SUMMARY** | $1,149,474 | $1,131,876 | $1,040,921 | $957,276 | $880,352 | $809,609 | $744,551 | $684,721 | $629,699 | $579,098 | $6,153,072 |

| Reversion Revenue | $9,629,711 | | NPV Cash Flows | $14,760,650 |
|---|---|---|---|---|
| Reversion Expenses | $7,777,162 | | Less Deferred Maintenance: | -$716,232 |
| Reversion NOI | $1,852,549 | | Plus Excess Land/CON: | $0 |
| Terminal Rate | 9.50% | | | |
| Reversion Value | $19,500,519 | | Discounted Cash Flow Value: | $14,044,418 |
| Less: Broker Fee (2.00%) | -$390,010 | | | |
| Total Reversion | $19,110,508 | | Rounded to: | $14,000,000 |

Source: HealthTrust

| DIRECT CAPITALIZATION | | |
|---|---|---|
| **REVENUES** | | |
| | | |
| Effective Gross Rental Revenues | $6,922,800 | |
| Entrance Fee Revenues | $0 | |
| Ancillary Revenues | $242,609 | |
| **Total Effective Gross Revenue** | | $7,165,409 |
| | | |
| **EXPENSES** | | |
| Real Estate Taxes | $123,409 | |
| Insurance | $233,894 | |
| Utilities | $271,039 | |
| Maintenance | $290,210 | |
| Marketing | $349,910 | |
| Administrative/General | $624,043 | |
| Housekeeping/Laundry | $279,107 | |
| Dietary | $1,012,179 | |
| Nursing/Personal Care | $1,609,671 | |
| Activities/Social | $176,421 | |
| Other Payroll, Payroll Taxes and Benefits | $384,786 | |
| **SUB-TOTAL OPERATING EXPENSES** | | $5,354,668 |
| | | |
| Management Fee | | $358,270 |
| Reserve for Replacement | | $74,000 |
| **TOTAL EXPENSES** | 80.76% | $5,786,939 |
| | | |
| **NET OPERATING INCOME (EBITDAR)** | | $1,378,471 |
| | | |
| Capitalized @ | 9.00% | $15,316,341 |
| Less Deferred Maintenance: | | -$716,232 |
| Plus Excess Land/CON: | | $0 |
| Less Rent Loss | | -$100,000 |
| Direct Capitalization Value: | | $14,500,109 |
| | | |
| **Rounded to:** | | **$14,500,000** |
| Source: HealthTrust | | |

**Income Approach Conclusion**

**As Is:** Applying a reversion capitalization rate of 9.50% and a discount rate of 12.00% to the estimated cash flows developed in this report results in a total estimated "as is" value for the subject (after deducting 2% from the reversion value for sale costs) of $14,000,000, rounded.

Alternatively, direct capitalization suggests a value of $14,500,000, rounded. Overall, we have more confidence in the market support for the direct capitalization rate than the discount rate and have placed more weight on its indication. Therefore, we have reconciled to the direct capitalization indication of $14,500,000.

## FAIR MARKET RENT ANALYSIS

At the request of the client, we have been asked to estimate the fair market rent for the subject property. The subject property is being leased to the current tenant as a result of a related party lease-back transaction involving the two parties. A summary of the lease terms is as follows:

| SUMMARY OF LEASE TERMS | |
| --- | --- |
| Landlord | Whitehall Fiduciary, LLC |
| Tenant | Whitehall Manor, Inc. |
| Commencement Date | 7/14/2008 |
| Initial Term | 7/31/2018 |
| Initial Rent Amount | $1,200,000 |
| Current Rent | $1,440,000 |
| Renewal Options | Three 5-year terms |
| Purchase Option | None |
| Rate Increases | None |
| Expenses | NNN |
| Source: HealthTrust | |

Lease coverage ratios above market levels, indicate lower risk to the landlord as there is more operating cash flow to cover the lease payments, while low coverage ratios indicate more risk:



To derive a fair market rent of the subject property, we have viewed senior living properties similar to that of the subject. The subject is an income-producing property, and as such, both lessor and lessee of the subject property will view the viability of the underlying business in addition to the condition and quality of the real estate.

There are two primary measures of deriving a fair market rental value. The first utilizes the application of a coverage ratio to a property's earnings before interest, taxes, depreciation, amortization and rent costs ("EBITDAR"). This method is typical for properties that are operational at the commencement of the lease. Coverage ratios will vary depending on a variety of factors, including: level of care, size, historical performance and operating margin. The other primary measure is utilized for proposed properties, or properties under construction. In this instance, rents are largely a basis of total development costs, and consistent with a real estate only value.

Given the subject's current disposition as an operational entity, we have utilized an EBITDAR Coverage Ratio (or NOI) in formulating a fair market rent of the subject property based on the income approach illustrated previously. We have researched leases of other senior housing communities throughout the country. We note that universe of arm's length leases are limited. Consequently, we have expanded our search nationally to provide the most comparable leases available. These leases are summarized as follows:

| SENIORS HOUSING LEASES | | | | |
|---|---|---|---|---|
| **Name** | **Property Type** **Density** | **Start Date** | **Initial Rent** | **Coverage** |
| **Location** | **(Units/Beds)** | **Initial Term (Yrs.)** | **EBITDAR** | **Rent/Density** |
| **McArthur Manor Assisted Living** | AL | 21-Jun | $487,500 | 1.13 |
| Manchester, TN | 48 | 12 | $550,000 | $10,156 |
| **Sabra, Legacy Living sale-leaseback** | IL/AL | 21-Oct | $1,822,590 | 1.20 |
| OH, KY | 113 | Not known | $2,187,108 | $16,129 |
| **Mangrove Bay** | IL/AL/MC | 22-Feb | $5,992,000 | 1.25 |
| Jupiter, FL | 160 | Not known | $7,490,000 | $37,450 |
| **The Courtyard at Oshkosh** | AL/MC | 22-Apr | $964,250 | 1.10 |
| Oshkosh, WI | 53 | 15 | $1,064,000 | $18,193 |
| **Bickford of Virginia** | AL | 22-Nov | $1,376,000 | 1.63 |
| Virginia Beach, VA | 60 | Not known | $2,236,000 | $22,933 |
| **Robinwood Landing & Preserve at Beavercreek** | MC | 23-Jun | $1,785,000 | 2.20 |
| OH & MI | 100 | 15 | $3,926,000 | $17,850 |
| **Atria Encino Terrace** | AL | 24-Jul | $780,000 | 1.43 |
| Encino, CA | 73 | 5 | $1,117,000 | $10,685 |
| **Juniper Village at Paramus** | AL/MC | 25-Mar | $3,680,850 | 1.16 |
| Paramus, NJ | 120 | 15 | $4,260,000 | $30,674 |
| **6 MC Communities - CountryHouse** | MC | 25-Apr | $5,056,000 | 1.24 |
| Nebraska | 205 | 15 | $6,250,000 | $24,663 |
| **Montage Creek** | IL/AL/MC | 25-Jan | $1,680,000 | 1.16 |
| Montrose, CO | 108 | 10 | $1,950,000 | $15,556 |

| Coverage Indications | |
|---|---|
| Median | 1.22 |
| Average | 1.35 |
| **Rent/Density Indications** | |
| Median | $18,022 |
| Average | $20,429 |

Source: HealthTrust

Overall, the foregoing properties indicate coverage ratios ranging from 1.10 to 2.20 with a median of 1.22 and an average indication of 1.35. Further, the comparables indicated an amount per bed value ranging from $10,156 to $37,450 with a median of $18,022 and an average indication of $20,429. Based on our discussions with market participants and our experience, we find that coverage ratios are largely impacted by the following:

❑ Level of Care: Higher acuity properties will warrant higher coverage ratios. This is a result of both the higher costs associated with a frailer population, but also the increased likelihood that the payor of such services will be derived from public sources.

❑ Size: Properties with fewer beds will generally warrant higher coverage ratios due to the lower economies of scale.

**HEALTH**TRUST | **WHITEHALL MANOR**

☐ Lease Terms: Specific lease terms will also impact the resulting coverage ratio. Specifically, the lease term, rate increases, renewal options and purchase options will all impact the initial coverage ratio. To the extent that any are viewed as being above or below typical market levels, the resulting coverage ratio accordingly. None of the comparable leases surveyed included any atypical lease terms.

☐ Additionally, while difficult to quantify, leases resulting from a transaction will generally result in lower coverage ratios than those negotiated in the absence of sale. This is a result of a transaction involving increased participants within a bidding process.

We have used our previously estimated EBITDAR, or NOI, in the following analysis. Therefore, based on the foregoing, we have reconciled to a lease coverage rate and an annual fair market rent as follows:

| FAIR MARKET RENT ANALYSIS | |
| --- | --- |
| Subject Stabilized NOI | $1,378,471 |
| Reconciled Market Coverage | 1.30 |
| Indicated Annual Fair Market Rent | $1,060,362 |
| Reconciled Annual Fair Market Rent | $1,060,000 |
| Per Month | $88,333 |
| Per Unit/Bed (total density) | $7,162 |
| Source: HealthTrust | |

Based on the foregoing, we have concluded to a market lease coverage rate of 1.30. Overall, the reconciled coverage ratio is similar to the median and average indications. Moreover, the average per bed indication while below the comparable range, is reasonable based on the subject's earnings ability. Thus, we find our concluded market rent estimate appropriate and have reconciled accordingly.

In conclusion, total fair market rent has been estimated at $7,162 per unit, $88,333 per month, or $1,060,000 annually. This projection is supported by the above Lease Coverage Analysis. We expect typical terms to range from 5 to 10 years with annual escalations based on CPI; however, these are both negotiable.

110

## SALES COMPARISON APPROACH

The sales comparison approach is predicated upon the principle of substitution that asserts that the amount a buyer will pay for a property is limited by the cost of comparable properties with similar utility. In practicality, we find that investors in the seniors housing and care space collect comparable sale data to act as a rough gauge of reasonableness, as the myriad of differences between properties do not facilitate recognizable adjustments.

To apply this approach in the analysis, we have selected sales of communities throughout the nation, as this type of property (senior housing or healthcare usage) does not transfer frequently. In fact, the Q4 2025 edition of the NIC MAP® Sales Transactions Report indicates only 445 properties traded in the past quarter across the nation (combined seniors housing and nursing care), down 8% from a year ago. Over the last 12 months, over 1,833 properties have traded including portfolio transactions, sale-leasebacks and distressed dispositions. LevinPro LTC reports only 875 sales of seniors housing and care properties in 2025, up from 721 in 2024. We find that in any given year, most states have, at best, one arms' length, non-distressed transaction. NIC MAP reports the following distribution:



Source: NIC MAP Transaction Monitor Q4 2025

Therefore, from the hundreds of sales in our proprietary HealthComps® database, we have focused our search and selected properties based on the following criteria:

- ❑ Geography: Within 500 miles of the subject
- ❑ Property Type: Assisted living and memory care communities
- ❑ Asset Class: Class C to Class B+ properties
- ❑ Sale Date: Transaction closed in the previous two years

Although we have attempted to select sales most like the subject, significant differences remain between the subject and these properties. Consequently, when comparing the sales based on price per bed, or unit (the most consistent unit of measure), transaction prices will be affected by many variables such as:

**Interest:** The first element that requires consideration is the interest appraised. A property that is leased to a third-party operator or encumbered by a ground lease will not include the same bundle of rights as one that does. To the extent that the interest of the comparable property differs from that we are appraising in the subject, we have adjusted.

**Financing/Conditions of Sale:** Favorable financing or unusual conditions of sale (such as assemblage, seller duress, related parties, sale lease- or sale management-back, etc.) can impact the sales price of a property.

**Time/Market Conditions:** The time adjustment reflects changes in market conditions (e.g., supply, demand, macroeconomic conditions) between those existing at the time of sale and those as of the effective date of appraisal. Statistical data gathered and contained in our proprietary database (HealthComps®) has been tracked over the past 10 years and is presented below. On a per bed basis, LevinPro LTC suggests SNF values hit a peak at nearly $124,000 per bed Q1 2025 but have dropped to $85,000-90,000 per bed for the following three quarter. Seniors housing communities, according to LevinPro LTC spiked by 60% from 2024 to 2025 with an average price of $267,000. NIC MAP® reports per unit values for seniors housing are up 28% over the prior 12 months while per-bed prices for skilled nursing facilities are 76% higher than a year ago. Our data suggests that the seniors housing transactions that closed in in 2025 suggest values are 22% above the average price in 2024 while skilled nursing values are up 20%. LevinPro LTC suggests appreciation of 60% for seniors housing and 26% for skilled nursing while NICMAP® indications for seniors are closer to ours at 29% but well above LevinPro LTC for skilled nursing at 49%:



Source: HealthTrust

**Location:** Location factors such as visibility, access, size of market (including regional, local, rural, metropolitan buyer perceptions) and neighborhood composition often will impact the selling price.

**Occupancy:** Effective gross income and profit margins will be directly impacted by a property's historical, and potential occupancy levels. Whether a property has maintained a stabilized occupancy at the time of sale will have a material impact on a selling price.

**Age:** Our research for the American Senior Housing Association concluded that the age of a community has a significant impact on sale price and capitalization rates. As the remaining economic life of an asset decreases, the price per unit typically decreases, reflecting the risk associated with an older property that may suffer competitive disadvantages due to its failure to keep up with recent development trends as well as higher maintenance. Seniors housing communities demonstrate the following relationship as evidenced by transactions database:



Source: HealthTrust

**Census:** Properties that sell with a high quality mix are typically more desirable than those with low quality mixes due to profitability margins. Census is more relevant when analyzing long term care, and to some extent assisted living transactions.

**Size:** The relative size of a property (total number of units/beds) should be considered relative to the economies of scale, or the tendency for larger assets to sell for less than smaller assets on a price per square foot, or per unit/bed basis.

Investors purchase and sell seniors housing communities based on the number of units because the number of beds can vary daily with turnover and deaths, the number of couples and the demand for lower-priced, shared units. Walls do not move and typically, shared occupancy does not impact the

bottom line as the fee for a second person is primarily designed to cover the increased variable costs. Therefore, we analyze seniors housing communities based on total units while using set-up bed capacity for skilled nursing properties

The selected sales are described in summary on the following pages along with a map identifying the location of each property. Complete detailed sale information has been provided in the Addenda of this report.

**IMPROVED SALES MAP**

The subject is depicted by the orange pin while the comparables are shown by colored circles.

| | SENIOR HOUSING/HEALTHCARE TRANSACTIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sale No. | Name/Location | Date | No. Units/Beds | Year Built | Sale Price | $/Unit | NOI/Unit | Occ. | OAR |
| 1 | Confidential Pending IL/AL/MC<br>N/A, Pennsylvania | Feb-26 | 90 | 2001 | $11,375,000 | $126,389 | $15,457 | 85% | 12.23% |
| 2 | Walden Place<br>Cortland, New York | Sep-25 | 80 | 2001 | $8,500,000 | $106,250 | $10,286 | 73% | 9.68% |
| 3 | Legacy at Maiden Park<br>Rochester, New York | Jan-25 | 78 | 2016 | $6,955,000 | $89,167 | $4,429 | 79% | 4.97% |
| 4 | Four IL/AL/MC PA-NJ<br>Milford, Pennsylvania | Dec-25 | 389 | 1977 | $55,000,000 | $141,388 | $13,199 | 97% | 9.34% |
| 5 | Brandywine Living at Senior Suites<br>Norristown, Pennsylvania | Jun-24 | 114 | 1988 | $8,650,000 | $75,877 | $16,436 | 71% | 21.66% |
| Source: HealthTrust | | | | | | | | | |

**Sales Comparison Approach – Matrix Adjustments**

In this Sales Grid Analysis, we have adjusted the comparables based on elements of comparison, including size, location, quality, and economic characteristics.

The direction and magnitude of adjustments in this approach are based on a comparison of published indices observed differences between properties included in our database, HealthComps®. Further, we have examined arm's length transactions that have occurred over the last five years. This evidence-based analysis of the sales data permits supported adjustments to the comparable sales with respect to the subject property.

***Transactional Adjustments:*** This category includes adjustments to the comparable sales for differences in interest appraised, financing, conditions of sale and market conditions. A summary is as follow:

| IMPROVED SALES GRID ANALYSIS - INTEREST, FINANCING, SALE CONDITIONS & MARKET CONDITION ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | SUBJECT | 1 | 2 | 3 | 4 | 5 |
| NAME/ATTRIBUTES | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA-NJ | Brandywine Living at Senior Suites |
| INTEREST APPRAISED | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| SALE DATE | - - - | Feb-26 | Sep-25 | Jan-25 | Dec-25 | Jun-24 |
| SALE PRICE | - - - | $11,375,000 | $8,500,000 | $6,955,000 | $55,000,000 | $8,650,000 |
| PRICE PER DENSITY | - - - | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| **ADJUSTMENTS** | | | | | | |
| INTEREST APPRAISED | | 0% | 0% | 0% | 0% | 0% |
| ADJUSTED INDICATION | | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| FINANCING | | 0% | 0% | 0% | 0% | 0% |
| ADJUSTED INDICATION | | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| CONDITIONS OF SALE | | 0% | 0% | 0% | 0% | 0% |
| ADJUSTED INDICATION | | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| MARKET CONDITIONS | | 0% | 0% | 0% | 0% | 0% |
| ADJUSTED INDICATION | | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| Source: HealthTrust | | | | | | |

Three data sources (HealthTrust, LevinPro LTC and NIC MAP) all suggest that prices in 2025 are at least 20% higher than they were in 2024. For seniors housing, we expect that the convergence of expanding margins/growing profits with expected cuts in the federal funds rate to lead to rising values throughout 2026. We have adjusted the comparable sales accordingly. For skilled nursing, the reliance on government funding and a limited labor pool do not allow the same broadly available opportunity to increase operating income. Nonetheless, as America ages and the number of nursing homes continues to decline, demand for skilled nursing facilities remains robust and we expect valuations to at least remain stable with the 2025 pricing.

***Size Adjustments:*** For this category, size adjustments reflect both the number of units or beds at each comparable relative to the subject as well as the transaction type, i.e., whether it occurred as a single-asset transaction (SAT) or a multiple asset transaction (MAT).

Note that for seniors housing communities, investors generally view properties on a per-unit basis, as the number of beds can fluctuate daily. Further, we find that the revenue stream of the second residents is largely offset by the expenses incurred to support that resident. As such, an increase in the number of beds does not have a corresponding impact on the property's value.

Based on our analysis of the sales data in HealthComps®, the larger properties sell for more on a per unit basis, on average, than smaller ones due to economies of scale in operations:

| | PRICE/DENSITY MATRIX | | |
|---|---|---|---|
| | **Comparables** | | |
| Size | Less than 60 | 60 - 180 | More than 180 |
| Less than 60 | 0% | -10% | -25% |
| 60 - 180 | 10% | 0% | -20% |
| More than 180 | 35% | 25% | 0% |

Source: HealthComps™; indications rounded to nearest 5%

We also find that buyers will pay a slight premium for a portfolio, as there are economies of scale in the due diligence and closing costs that offset the slightly higher per-unit price. Based on the sales in HealthComps®, we have measured this difference as shown:

| | TRANSACTION TYPE MATRIX | |
|---|---|---|
| | **Comparables** | |
| Type | MAT | SAT |
| MAT | 0% | 15% |
| SAT | -15% | 0% |

Source: HealthComps™; indications rounded to nearest

After we adjusted the sales for property size and transaction type, we averaged the adjustments to reach an overall size adjustment:

| IMPROVED SALES GRID ANALYSIS - SIZE ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | SUBJECT | 1 | 2 | 3 | 4 | 5 |
| NAME/ATTRIBUTES | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA- NJ | Brandywine Living at Senior Suites |
| TRANSACTION TYPE | SAT | SAT | SAT | SAT | MAT | SAT |
| NO. IL UNITS | 18 | 32 | 0 | 0 | 101 | 0 |
| NO. AL UNITS | 110 | 49 | 60 | 78 | 217 | 73 |
| NO. MC UNITS | 20 | 9 | 20 | 0 | 71 | 41 |
| NO. SN BEDS | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DENSITY | 148 | 90 | 80 | 78 | 389 | 114 |
| **ADJUSTMENTS** | | | | | | |
| **SIZE** | | | | | | |
| Density | | 0% | 0% | 0% | -20% | 0% |
| Transaction Type | | 0% | 0% | 0% | -15% | 0% |
| **Concluded Size Adjustment** | | 0% | 0% | 0% | -20% | 0% |

Source: HealthTrust

***Location Adjustments:*** Our location adjustments reflect a blend of the observed differences of wage index (as of the Fiscal Year 2026 final rule), market type (Primary, Secondary and Tertiary) and housing index (provided by Federal Housing Finance Agency (FHFA) as of Q2 2025). We believe that these two factors best relate to differences in wages for staff and the rents a property can command (noting that the sale of a home often funds a seniors' residency).

Additionally, we note that many investors not only view rural locations are riskier, but state their desire is for barrier-to-entry locations, typically in the largest metro areas. To best capture this variable, we have adjusted the sales based on the NIC MAP® Data Service market classifications. Primary is defined as being in the 31 largest Metropolitan Statistical Areas (MSAs), noting that there are multiple CBSAs in some MSAs (Boston, New York, etc.). Secondary markets are in the remaining defined CBSAs, while remaining markets are considered Tertiary, or non-urban areas. Average price/unit indications by market type and resulting adjustments are as follows:

| MARKET TYPE MATRIX | | | |
|---|---|---|---|
| | **Comparables** | | |
| *Size* | *Primary* | *Secondary* | *Tertiary* |
| *Primary* | 0% | 15% | 75% |
| *Secondary* | -10% | 0% | 55% |
| *Tertiary* | -45% | -35% | 0% |

Source: HealthComps™; indications rounded to nearest 5%

Like the size adjustment, we have averaged the three indications to a single location adjustment:

| IMPROVED SALES GRID ANALYSIS - LOCATION ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | SUBJECT | 1 | 2 | 3 | 4 | 5 |
| NAME/ATTRIBUTES | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA-NJ | Brandywine Living at Senior Suites |
| | Whitehall, Pennsylvania | N/A, Pennsylvania | Cortland, New York | Rochester, New York | Milford, Pennsylvania | Norristown, Pennsylvania |
| MSA | Allentown-Bethlehem-Easton, PA-NJ | Reading, PA | New York | Rochester, NY | Pennsylvania | Montgomery County-Bucks County-Chester County, PA |
| WAGE INDEX | 1.0016 | 1.02 | 0.89 | 0.94 | 0.85 | 0.97 |
| HOUSING INDEX | 328.04 | 313.84 | 426.65 | 310.82 | 372.88 | 355.86 |
| MARKET TYPE | Secondary | Secondary | Tertiary | Secondary | Tertiary | Primary |
| **ADJUSTMENTS** | | | | | | |
| **LOCATION** | | | | | | |
| *Wage Index* | | 0% | 10% | 5% | 15% | 5% |
| *Market Type* | | 0% | 55% | 0% | 55% | -10% |
| *Housing Index* | | 5% | -25% | 5% | -10% | -10% |
| *Concluded Location Adjustment* | | 0% | 15% | 5% | 20% | -5% |

Source: HealthTrust

***Quality Adjustments:*** We have viewed composite averages of various quality ratings in the construction of seniors housing properties, as provided by *Marshall Valuation Service* and used the difference as one measure of quality. In addition, we have also viewed investment class, which is a common classification among senior housing asset classes, though generally more subjective in nature. Again, we have used the price per unit indications among transactions in HealthComps® on a continuum of excellent (A) to fair (D) to support our adjustments.

| INVESTMENT CLASS MATRIX | | | | | |
|---|---|---|---|---|---|
| | **Comparables** | | | | |
| *Investment Class* | _A_ | _B+_ | _B-_ | _C_ | _D_ |
| A | 0% | 55% | 145% | 300% | 560% |
| B+ | -35% | 0% | 55% | 155% | 320% |
| B- | -60% | -35% | 0% | 65% | 170% |
| C | -75% | -60% | -40% | 0% | 65% |
| D | -85% | -75% | -65% | -40% | 0% |

Source: HealthComps™; indications rounded to nearest 5%

We have used the average of these two factors as the concluded quality adjustment for each comparable:

| IMPROVED SALES GRID ANALYSIS - QUALITY ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | SUBJECT | 1 | 2 | 3 | 4 | 5 |
| NAME/ATTRIBUTES | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA-NJ | Brandywine Living at Senior Suites |
| CONSTRUCTION QUALITY | Average | Good | Above Average | Above Average | Good | Above Average |
| INVESTMENT CLASS | B- | B- | B- | C | B+ | B- |
| **ADJUSTMENTS** | | | | | | |
| QUALITY | | | | | | |
| Construction Quality | | -18% | -10% | -10% | -18% | -10% |
| Investment Class | | 0% | 0% | 65% | -35% | 0% |
| *Concluded Quality Adjustment* | | **-10%** | **-5%** | **30%** | **-25%** | **-5%** |

Source: HealthTrust

***Occupancy:*** We view material differences in occupancy – due to management or market competition - between the subject property and the comparables can impact value. Stabilized properties have less risk than those that are not and will command higher prices. Based on the sales in our database, this difference becomes measurable at occupancy levels below and above 75%, as seen:

| OCCUPANCY MATRIX | | |
|---|---|---|
| | **Comparables** | |
| *Occupancy* | Less than 75% | 75% and up |
| Less than 75% | 0% | -20% |
| 75% and up | 30% | 0% |

Source: HealthComps™; indications rounded to nearest

We have concluded to the following economic adjustments:

| IMPROVED SALES GRID ANALYSIS - ECONOMIC ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | SUBJECT | 1 | 2 | 3 | 4 | 5 |
| NAME/ATTRIBUTES | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA-NJ | Brandywine Living at Senior Suites |
| OCCUPANCY @ SALE | 90% | 85% | 73% | 79% | 97% | 71% |
| ECONOMIC (OCCUPANCY) | | | | | | |
| *Concluded Economic Adjustment* | | **0%** | **10%** | **0%** | **0%** | **10%** |

Source: HealthTrust

We found no other differences between the subject and the sales set either significant enough to warrant adjustment or having sufficient empirical data to support an adjustment. Hence, there are no other adjustments made to the data set.

A summary of our adjustments and conclusion are as follows:

| IMPROVED SALES GRID ANALYSIS - MATRIX GRID | | | | | | |
|---|---|---|---|---|---|---|
| | **SUBJECT** | **1** | **2** | **3** | **4** | **5** |
| **NAME/ATTRIBUTES** | Whitehall Manor | Confidential Pending IL/AL/MC | Walden Place | Legacy at Maiden Park | Four IL/AL/MC PA-NJ | Brandywine Living at Senior Suites |
| MSA | Allentown-Bethlehem-Easton, PA-NJ | Reading, PA | New York | Rochester, NY | Pennsylvania | Montgomery County-Bucks County-Chester County, PA |
| WAGE INDEX | 1.0016 | 1.02 | 0.89 | 0.94 | 0.85 | 0.97 |
| HOUSING INDEX | 328.04 | 313.84 | 426.65 | 310.82 | 372.88 | 355.86 |
| MARKET TYPE | Secondary | Secondary | Tertiary | Secondary | Tertiary | Primary |
| TRANSACTION TYPE | SAT | SAT | SAT | SAT | MAT | SAT |
| YEAR BUILT | 1951,1996, 1998 | 2001 | 2001 | 2016 | 1977 | 1988 |
| CONSTRUCTION QUALITY | Average | Good | Above Average | Above Average | Good | Above Average |
| INVESTMENT CLASS | B- | B- | B- | C | B+ | B- |
| INTEREST APPRAISED | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| OCCUPANCY @ SALE | 90% | 85% | 73% | 79% | 97% | 71% |
| OVERALL CAPITALIZATION RATE | - - - | 12.23% | 9.68% | 4.97% | 9.34% | 21.66% |
| EGIM | - - - | 2.03 | 1.89 | N/A | 1.95 | 1.13 |
| EXPENSE RATIO | 81% | 75% | 82% | N/A | 82% | 76% |
| NO. IL UNITS | 18 | 32 | 0 | 0 | 101 | 0 |
| NO. AL UNITS | 110 | 49 | 60 | 78 | 217 | 73 |
| NO. MC UNITS | 20 | 9 | 20 | 0 | 71 | 41 |
| NO. SN BEDS | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DENSITY | 148 | 90 | 80 | 78 | 389 | 114 |
| LAND AREA (AC) | 2.43 | N/A | 4.88 | 6.22 | 0.74 | 5.27 |
| GROSS BUILDING AREA (SF) | 92,635 | 77,320 | 39,737 | 51,978 | 47,800 | 81,610 |
| GBA per UNIT/BED | 626 | 859 | 497 | 666 | 123 | 716 |
| SALE DATE | - - - | Feb-26 | Sep-25 | Jan-25 | Dec-25 | Jun-24 |
| SALE PRICE | - - - | $11,375,000 | $8,500,000 | $6,955,000 | $55,000,000 | $8,650,000 |
| PRICE PER DENSITY | - - - | $126,389 | $106,250 | $89,167 | $141,388 | $75,877 |
| **TRANSACTIONAL ADJUSTMENT SUMMARY** | | | | | | |
| *Interst* | | 0% | 0% | 0% | 0% | 0% |
| *Financing/Conditions of Sale* | | 0% | 0% | 0% | 0% | 0% |
| *Market Conditions* | | 0% | 0% | 0% | 0% | 0% |
| **ADJUSTMENT SUMMARY** | | | | | | |
| *Concluded Size Adjustment* | | 0% | 0% | 0% | -20% | 0% |
| *Concluded Location Adjustment* | | 0% | 15% | 5% | 20% | -5% |
| *Concluded Quality Adjustment* | | -10% | -5% | 30% | -25% | -5% |
| *Concluded Economic Adjustment* | | 0% | 10% | 0% | 0% | 10% |
| OTHER | | 0% | 0% | 0% | 0% | 0% |
| **NET ADJUSTMENT** | | **-10%** | **20%** | **35%** | **-25%** | **0%** |
| **INDICATED VALUE** | | **$113,750** | **$127,500** | **$120,375** | **$106,041** | **$75,877** |

| INDICATORS: | | VALUATION SUMMARY | |
|---|---|---|---|
| AVERAGE SIZE OF ADJUSTMENT: | 4% | **148** | DENSITY |
| MINIMUM: | $75,877 | **$109,000** | TIMES $/UNIT |
| MAXIMUM: | $127,500 | **$16,132,000** | EQUALS |
| MEDIAN: | $113,750 | **$16,100,000** | ROUNDED |
| AVERAGE: | $108,709 | | |
| STD. DEVIATION: | $19,998 | | |
| RECONCILED VALUE: | **$109,000** | | |

Source: HealthTrust

## Sales Comparison Approach Conclusion

The reconciled value via the sales comparison approach is presented in the following table:

| SALES COMPARISON CONCLUSION | | |
|---|---|---|
| **Sales Grid Analysis** | | |
| Total Density | Value/Density | Value |
| Matrix Grid | | |
| 148 | X    $109,000 | =  $16,132,000 |
| **Reconciled Value** | | |
| Indicated Value Reconciled to: | | $16,100,000 |
| Less Deferred Maintenance | | -$716,232 |
| Plus Excess Land/CON | | $0 |
| Less Rent Loss | | -$100,000 |
| Total | | $15,283,768 |
| Final Value Conclusion | | $15,300,000 |
| Source: HealthTrust | | |

## RECONCILIATION AND FINAL VALUE ESTIMATES

The purpose of this appraisal is to provide a third-party opinion of the market value of the subject of the fee simple interest in the subject. We have applied two approaches to estimate the subject's value. The value estimates provided by these approaches are:

| VALUATION SUMMARY | |
|---|---|
| **Value Indication(s)** | |
| | As-Is |
| | 10-Mar-2026 |
| The Cost Approach  - Fee Simple | N/A |
| The Income Approach - Fee Simple | $14,500,000 |
| The Sales Approach  - Fee Simple | $15,300,000 |
| | |
| **Value Conclusion(s)** | |
| Market Value of the Going Concern | $14,500,000 |

The subject property was constructed in 1951 with subsequent renovations and is operated as a going concern. We find that investors rarely rely on the cost approach and given the subject's age, lack of market support for depreciation estimates and the fact that the property is income producing, we have not included the Cost Approach in our estimates. Further, we find that investors place more weight on replacement cost indications, as it provides a more relevant data point to juxtapose to the sustainability of the income approach conclusion.

We used the Income Approach to estimate the present value of the cash flows generated by the subject's operation. Our estimates of revenues and expenses reflect the performance of numerous comparable properties and are well supported. The going-in/terminal capitalization and discount rates used are extracted from the market and reflect the subject's financing terms. This approach has the most support from the market and best reflects the way the probable purchaser would examine the subject; that is, because senior housing and healthcare assets are income-producing properties, a buyer will most strongly consider the cash flows that an asset can generate. The income approach is thus the most reliable and has been accorded the most weight for our valuation analysis. We typically employ direct capitalization and discounted cash flow methods, weight the strengths of each, and reconcile accordingly.

The Sales Comparison Approach includes five sales of senior housing/healthcare assets that have transferred recently. Unlike other asset types, this sector generally has few arms' length transactions in any given year and rarely do those occur in the subject's state, never mind market. Other differences would include the level of care, the quality and condition of the improvements and the competitive market's balance of supply and demand. We find that investors only use comparable sales as a rough gauge of reasonableness. Ultimately, they are buying cash flows, not buildings, and there are insufficient sales to derive market-supported adjustments for all the variances that exist. Consequently, this approach is used as a sensitivity against the income approach but receives no weight in our reconciliation.

**Asset Value Allocation**

According to the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation, it is necessary to identify any personal property, trade fixtures or intangible items that are not real property but are included in the appraisal. Business value or "intangible assets" is generally created when a property such as the subject has achieved stabilized operations.

An Independent, Assisted and Memory Care Community is a unique property because it contains elements of all three types of values. It is often very difficult to separate the going concern business value from the real estate value, for example, because neither can exist without the other. However, we have attempted to allocate the relative contribution values of the real property, personal property and intangible assets as a going concern.

Several schools of thought exist about how these components are allocated. Hotel appraisers will typically deduct a franchise fee paid for the use of a brand name (i.e., Marriott, Ritz Carlton, Hilton, etc.), and a passive management fee of say 3.0% to 5.0% from gross revenue to derive NOI that is capitalized into a business value. Others have advocated numerous other deductions for work force in place, original cost to hire and train the work force, and other intangibles that should be deducted from the going concern to isolate the value of the real estate only. We understand this methodology has had very limited success in the courts thus far. A course offered by the Appraisal Institute (Course 800) was based on similar theories. However, it was so controversial that the Appraisal Institute suspended teaching the course in 2007. We have attempted to allocate the values to each of the components through a combination of methods (Lease Coverage, Management Residual), thus reconciling to a final allocation for each component.

**Personal Property Allocation:** First, we have derived the allocation for personal property via a Cost Approach method. A summary of replacement cost new of the subject's personal property and forecasted depreciation is as follows:

| PERSONAL PROPERTY ALLOCATION | |
| --- | --- |
| Personal Property New | $1,480,000 |
| | |
| Effective Age | 5 |
| Economic Life | 12 |
| Depreciation % | 41.67% |
| Depreciation $ | $616,667 |
| Net Value of Personal Property | $863,333 |
| Rounded | $860,000 |
| Source: HealthTrust | |

**Lease Coverage Method:** In this case, we begin with the total estimated NOI of the going concern, as estimated in our valuation analysis. From this, we apply a market lease coverage ratio to allocate the cash flows specific to the real estate component of the subject property. Please note that this analysis assumes the subject is currently an unencumbered property, and entering into a NNN lease agreement as of the respective date of value. Market lease coverage will vary dependent on several factors, including level of care, lease term, escalations, etc.

Due to the infrequency of arm's length leases in the subject's regional location, our search was expanded to seniors housing communities throughout the United States. These leases are summarized as follows:

| SENIORS HOUSING LEASES | | | | |
|---|---|---|---|---|
| **Name** | **Property Type** Density | **Start Date** | **Initial Rent** | **Coverage** |
| Location | (Units/Beds) | Initial Term (Yrs.) | EBITDAR | Rent/Density |
| **McArthur Manor Assisted Living** | AL | 21-Jun | $487,500 | 1.13 |
| Manchester, TN | 48 | 12 | $550,000 | $10,156 |
| **Sabra, Legacy Living sale-leaseback** | IL/AL | 21-Oct | $1,822,590 | 1.20 |
| OH, KY | 113 | Not known | $2,187,108 | $16,129 |
| **Mangrove Bay** | IL/AL/MC | 22-Feb | $5,992,000 | 1.25 |
| Jupiter, FL | 160 | Not known | $7,490,000 | $37,450 |
| **The Courtyard at Oshkosh** | AL/MC | 22-Apr | $964,250 | 1.10 |
| Oshkosh, WI | 53 | 15 | $1,064,000 | $18,193 |
| **Bickford of Virginia** | AL | 22-Nov | $1,376,000 | 1.63 |
| Virginia Beach, VA | 60 | Not known | $2,236,000 | $22,933 |
| **Robinwood Landing & Preserve at Beavercreek** | MC | 23-Jun | $1,785,000 | 2.20 |
| OH & MI | 100 | 15 | $3,926,000 | $17,850 |
| **Atria Encino Terrace** | AL | 24-Jul | $780,000 | 1.43 |
| Encino, CA | 73 | 5 | $1,117,000 | $10,685 |
| **Juniper Village at Paramus** | AL/MC | 25-Mar | $3,680,850 | 1.16 |
| Paramus, NJ | 120 | 15 | $4,260,000 | $30,674 |
| **6 MC Communities - CountryHouse** | MC | 25-Apr | $5,056,000 | 1.24 |
| Nebraska | 205 | 15 | $6,250,000 | $24,663 |
| **Montage Creek** | IL/AL/MC | 25-Jan | $1,680,000 | 1.16 |
| Montrose, CO | 108 | 10 | $1,950,000 | $15,556 |

| Coverage Indications | |
|---|---|
| Median | 1.22 |
| Average | 1.35 |
| **Rent/Density Indications** | |
| Median | $18,022 |
| Average | $20,429 |

Source: HealthTrust

| SKILLED NURSING LEASES | | | | |
|---|---|---|---|---|
| **Name** | **Property Type**<br>**Density** | **Start Date** | **Initial Rent** | **Lease Coverage** |
| **Location** | **(Units/Beds)** | **Initial Term (Yrs.)** | **EBITDAR** | **Rent/Density** |
| **3 SNFs, VA & NC** | SNF | 19-Jul | $2,365,500 | 1.45 |
| VA & NC | 320 | Not known | $3,430,000 | $7,392 |
| **Cascadia of Nampa** | SNF | 19-Jul | $1,450,000 | 1.45 |
| Nampa, ID | 120 | 12 | $2,100,000 | $12,083 |
| **River Hills Health and Rehab** | SNF | 20-Apr | $900,000 | 2.24 |
| OH, KY | 150 | 20 | $2,012,462 | $6,000 |
| **Confidential SNF** | SNF | 20-May | $665,000 | 1.45 |
| Indiana | 130 | Not known | $965,000 | $5,115 |
| **Buena Vista Care Center** | SNF | 21-Mar | $1,500,000 | 1.40 |
| Santa Barbara, CA | 150 | 4 | $2,100,000 | $10,000 |
| **16 SNFs - GA, KS, IL - Mission Health** | SNF | 22-Jan | $5,000,000 | 1.93 |
| GA, KS, IL | 933 | Not known | $9,649,000 | $5,359 |
| **Ennis Care Center** | SNF | 22-Feb | $815,000 | 1.41 |
| Ennis, TX | 155 | Not known | $1,151,800 | $5,258 |
| **South IL SNFs (5)** | SNF | 22-Mar | $3,600,000 | 1.45 |
| IL | N/A | Not known | $5,220,000 | --- |
| **Bridgemoor Transitional Care (4)** | SNF | 22-Apr | $4,150,000 | 1.38 |
| Various, TX | 339 | 10 | $5,720,000 | $12,242 |
| **Millers' Merry Manor (19)** | AL/SNF | Nov-22 | $9,500,000 | 1.56 |
| Indiana | 1,790 | 7 | $14,801,699 | $5,307 |
| **SNF Katy, TX** | SNF | Jun-23 | $1,400,000 | 1.43 |
| Katy, TX | 125 | 15 | $1,995,000 | $11,200 |
| **3 skilled nursing facilities** | SNF | Mar-24 | $5,000,000 | 1.42 |
| Houston, TX & Columbia MO | 234 | Not known | $7,100,000 | $21,368 |
| **Hathorn Hill** | SNF | Aug-24 | $2,000,000 | 1.42 |
| Danvers, MA | 234 | 4 | $2,350,000 | $21,368 |

| Lease Coverage Indications | |
|---|---|
| Median | 1.45 |
| Average | 1.54 |
| **Rent/Density Indications** | |
| Median | $8,696 |
| Average | $10,224 |

Source: HealthTrust

While the leases report a range of rates on a lease coverage (EBITDAR/Rent) basis to an amount per unit, we find that most seniors housing lease coverage ratios fall typically between 1.10 to 1.25 with a mean of 1.35 and a median of 1.22. Skilled nursing facilities display a typical range of ratios of 1.30 to 1.60 with a mean and median of 1.54 and 1.45, respectively. Based on the foregoing, we have concluded to a market lease coverage rate of 1.30 to derive income attributable to the real estate.

Next, we have applied a leased fee capitalization rate to derive a real estate value allocation. Leased fee capitalization rates will generally vary from 6% to 11%, generally derived by a spread relative to the going concern capitalization rate, amounting to a 100 to 500 basis point reduction, dependent on asset type and lease coverage. Arm's length leased fee transactions are atypical in the market, though we have identified several national sales that have occurred over the last few years.

| | | Property | | | Initial Lease | Lease | LFee Cap |
|---|---|---|---|---|---|---|---|
| Property | Location | Type | Sale Date | Sale Price | Rate | Coverage | Rate |
| Baxter Senior Living | Anchorage, AK | AL | 21-May | $32,500,000 | $2,437,500 | 1.14 | 7.50% |
| McArthur Manor Assisted Living | Manchester, TN | AL | 21-Jun | $6,500,000 | $487,500 | 1.13 | 7.50% |
| Sabra, Legacy Living sale-leaseback | Jasper, IN | IL/AL | 21-Oct | $26,300,000 | $1,822,590 | 1.20 | 6.93% |
| 16 SNFs - GA, KS - Mission Health | GA, KS | SNF | 22-May | $59,000,000 | $5,000,000 | 1.93 | 8.47% |
| Mangrove Bay | Jupiter, FL | IL/AL/MC | 22-Feb | $107,000,000 | $5,992,000 | 1.25 | 5.60% |
| Ennis Care Center | Ennis, TX | SNF | 22-Feb | $8,860,000 | $815,000 | 1.41 | 9.20% |
| Imboden Creek Living Center | Decatur, IL | IL/AL/SNF | 22-Mar | $13,020,000 | $1,240,000 | 1.26 | 9.52% |
| South IL SNFs (5) | IL | SNF | 22-Mar | $26,100,000 | $3,600,000 | 1.45 | 13.79% |
| Bridgemoor Transitional Care (4) | Various, TX | SNF | 22-Apr | $52,000,000 | $4,150,000 | 1.38 | 7.98% |
| The Courtyard at Oshkosh | Oshkosh, WI | AL/MC | 22-Apr | $13,300,000 | $964,250 | 1.10 | 7.25% |
| Bickford of Virginia | Virginia Beach, VA | AL | 22-Nov | $17,200,000 | $1,376,000 | 1.63 | 8.00% |
| SNF Katy, TX | Katy, TX | SNF | 23-Jun | $14,250,000 | $1,400,000 | 1.43 | 9.82% |
| 3 skilled nursing facilities | Houston, TX | SNF | 24-Mar | $55,540,000 | $5,000,000 | 1.42 | 9.00% |
| Atria Encino Terrace | Encino, CA | AL | 24-Jul | $10,000,000 | $780,000 | 1.43 | 7.80% |
| CareTrust REIT 46-Property Portfolio | Midwest | AL/SN | 24-Dec | $97,000,000 | $10,670,000 | N/A | 11.00% |
| Strawberry Fields MO 8 | Missouri | SNF | 24-Dec | $87,500,000 | $8,900,000 | N/A | 10.17% |
| Strawberry Fields KS 5 SNF 1 AL | Kansas | AL/SN | 24-Dec | $24,000,000 | $2,400,000 | N/A | 10.00% |
| Juniper Village at Paramus | Paramus, NJ | AL/MC | 25-Mar | $46,300,000 | $3,680,850 | N/A | 7.95% |
| 9 SNFs | United States | SNF | 25-May | $59,000,000 | $6,100,000 | N/A | 10.34% |
| 10 SNFs | ID, OR & WA | SNF | 25-Jun | $146,000,000 | $13,140,000 | N/A | 9.00% |

| Indications | | |
|---|---|---|
| Min | 1.10 | 5.60% |
| Max | 1.93 | 13.79% |
| Median | 1.40 | 8.74% |
| Average | 1.37 | 8.84% |
| SNF Average | 1.50 | 9.88% |
| SH Average | 1.27 | 7.32% |

Source: HealthTrust

Lastly, we find it appropriate to view other asset classes in commercial real estate to identify current spreads and relative risk rates. Accordingly, multifamily provides a valid basis for which to make comparisons to seniors housing. Multifamily can be easily juxtaposed to seniors housing, with the primary differences being the absence of the more intensive FF&E and Business/Hospitality components. CBRE's Multifamily Cap Rate Report (H2 2025) notes the following cap rate indications for multifamily:



FIGURE 1: Real Estate Cap Rate and Bond Yields, period average (%)

Source: CBRE Econometric Advisors, H2 2025

Additionally, NIC MAP reports the following spreads of seniors housing relative to multifamily (most recent available):



Rolling 4-Quarter Cap Rate Spreads 1Q08 – 2Q14*

Source: NIC MAP®; RCA; FRED    * Volume is preliminary. Closed transactions of +$2.5m only. Real estate portion only

Finally, NIC MAP reports the following spreads of seniors housing and care properties (rolling four quarters through Q4 2025):



Source: NIC MAP® Monitor Q4 2025

Based on the foregoing, we have used a real estate capitalization rate of 8.00%. Finally, we will deduct the resulting real estate value indication and the personal property value (which was derived in our Cost Approach) to conclude to an indicated Business Value allocation for this method.

**Management Residual Method:** This is a simplistic version of the Income Residual Method whereby we use and assume the management fee reflects the revenue attributable to the business entity. We thus apply a revenue multiple to the management fee to derive a value. The shortfall to the methodology is due to the lack of management company-only transactions occurring in the market. However, there have been a few transactions that have occurred over the last several years, consisting of portfolio companies and including some partial interest sales. A summary of portfolio transactions and the resulting terms is summarized below:

| MANAGEMENT COMPANY TRANSACTIONS | | | | | |
|---|---|---|---|---|---|
| **Target** | **Acquirer** | **Sale Date** | **Sale Price** | **Interest** | **Revenue Multiplier** |
| Greystone Senior Living | Sunrise | Jun-05 | $46,000,000 | 100% | N/A |
| ManorCare | HCP | Dec-10 | $95,000,000 | 10% | 1.96 |
| Genesis | Health Care REIT | Mar-11 | $47,000,000 | 10% | 2.64 |
| Horizon Bay | Brookdale | Sep-11 | $47,000,000 | 10% | 1.77 |
| Premiera Care | West Living | Apr-12 | $1,200,000 | 100% | 1.56 |
| Sun Healthcare | Gensis | Jun-12 | $270,000,000 | 100% | 1.72 |
| Sunrise (KKR) | KKR/Beecken Petty/Coastwood/HCN | Sep-12 | $130,000,000 | 100% | 1.00 |
| Sunrise (Revera) | Revera/HCN | Apr-14 | $400,000,000 | 75% | 3.91 |
| Trilogy Health Services LLC | Griffin-American Healthcare REIT III/NorthStar | Dec-15 | $1,125,000,000 | N/A | 1.66 |
| HCR ManorCare | ProMedica | Jul-18 | $3,300,000,000 | N/A | N/A |
| Diversicare Healthcare Services | DAC Acquisition | 4Q2021 | $70,000,000 | 100% | N/A |
| Cadence Living | Cogir Management | Nov-22 | $39,200,000 | 100% | N/A |
| Sunrise Senior Living | Revera | 3Q2023 | $28,708,000 | 34% | N/A |
| AlerisLife | Seven Separate Operators | Dec-25 | $62,000,000 est | N/A | N/A |
| Source: HealthTrust | | | | | |

In addition, we have also reviewed sales of Home Health Agencies, which we view to reflect a business-only healthcare operation that lacks the significant real estate component found in seniors housing. A summary of Home Health Care transfers and resulting multiples are as follows:

| HOME HEALTHCARE AGENCY TRANSACTIONS | | | | |
|---|---|---|---|---|
| Target | Sale Date | Sale Price | Revenue | Price/Rev |
| Oklahoma home care business | Aug-21 | $1,100,000 | $2,300,000 | 0.48 |
| CareLinx Inc. | Aug-21 | $65,000,000 | $20,000,000 | 3.25 |
| Summit Home Health, LLC | Oct-21 | $8,100,000 | $7,000,000 | 1.16 |
| Undisclosed Home Health Care Organization | Nov-21 | $4,750,000 | $4,100,000 | 1.16 |
| Illinois business | Nov-21 | $2,200,000 | $2,500,000 | 0.88 |
| Accredited Home Care | Dec-21 | $180,000,000 | $114,800,000 | 1.57 |
| Optum purchase of LHC Group | Mar-22 | $5,400,000,000 | $2,219,600,000 | 2.43 |
| LHC Group, Inc. | Mar-22 | $6,000,000,000 | $2,220,000,000 | 2.70 |
| Quipt acquires Good Night Medical | Apr-22 | $7,000,000 | $7,500,000 | 0.93 |
| Good Night Medical, LLC | Apr-22 | $7,000,000 | $7,500,000 | 0.93 |
| Signify Health | Sep-22 | $8,000,000,000 | $773,000,000 | 10.35 |
| Great Elm Healthcare, LLC | Jan-23 | $80,000,000 | $60,000,000 | 1.33 |
| Home Medical Products, Inc. | Apr-23 | $31,750,000 | $28,000,000 | 1.13 |
| Amedisys, Inc. | May-23 | $3,600,000,000 | $2,100,000,000 | 1.71 |
| Tennessee Quality Care | Jun-23 | $106,000,000 | $40,000,000 | 2.65 |
| 1 home care services company in Massachusett | Apr-24 | $250,000 | $800,000 | 0.31 |
| Rotech Healthcare | Jul-24 | $1,360,000,000 | $750,000,000 | 1.81 |
| Gentiva's personal care operations | Jun-24 | $350,000,000 | $280,000,000 | 1.25 |
| home care services business in Florida | Oct-24 | $1,636,000 | $3,100,000 | 0.53 |
| Signature Healthcare at Home | Jan-25 | $80,000,000 | $75,000,000 | 1.07 |
| Lehan Drugs, Inc. | May-25 | $26,000,000 | $25,700,000 | 1.01 |
| Helping Hands Home Care Service | Aug-25 | $21,200,000 | $17,000,000 | 1.25 |
| Hart Medical Equipment | Aug-25 | $29,166,666 | $60,000,000 | 0.49 |
| Quipt Home Medical Corp. | Dec-25 | $260,000,000 | $245,900,000 | 1.06 |
| | | | | |
| Average | | | | 1.73 |
| Median | | | | 1.16 |
| Source: HealthTrust and *The Health Care M & A Report* | | | | |

Overall, we would anticipate multiple in between the two sets of indications. Generally, we view Home Healthcare Agencies providing the low end of a reasonable range, as the subject's captive audience with respect to the community's residents lessens the risk associated with the resulting management. Thus, we have reconciled to a multiple in between the two sets of comparables.

**Conclusions:** Each approach presents differing advantages and shortcomings in the allocation of the various components of the going concern. Further, we note that none of the allocations are viewed as being the singular methodology in allocating business value.

| VALUE ALLOCATION SUMMARY | | | |
|---|---|---|---|
| | | | **As-Is** |
| **Market Lease Coverage** | | | |
| (1) Estimated NOI (Going Concern) | | = | $1,378,471 |
| (2) Market Lease Coverage | | | 1.30 |
| Income Attributable to Real Estate | | = | $1,060,362 |
| Real Estate/Personal Property OAR | | | 8.00% |
| Value of Real Estate/Personal Property @ | | = | $13,254,526 |
| | | Rounded: | $13,300,000 |
| Total Property Value Concluded via Appraisal Less Excess Land | | = | $14,500,000 |
| Less: Personal Property (FF&E) Value and Excess CON | | @ | -$860,000 |
| Less: Residual Real Estate Value Indication | | @ | -$12,440,000 |
| Remainder (Indicated Business Value) | | = | $1,200,000 |
| **Management Residual Method** | | | |
| Management Fee, or revenue to business | | = | 358,270 |
| (3) Application of revenue multiple | 2.00 | = | $716,541 |
| Indicated Business Value | | Rounded: | $700,000 |
| Reconciled Business Allocation | | @ | $1,000,000 |
| Reconciled Personal Property Allocation | | @ | $860,000 |
| Remainder Real Estate Allocation | | @ | $12,640,000 |

(1) NOI of going concern including intangible assets, or TAB

(2) Assumes unencumbered property entering into NNN lease agreement on date of value

(3) Management fee will ultimately be a revenue line item to third party management company

Source: HealthTrust

Overall, in concluding to our respective values, we have considered the various risk rates that are implied with each component as a test of reasonableness. Identifying risk rates in the value components is a method that was published by Franz H. Ross and Adam A. Alessi, MAI in The Appraisal Journal (Summer 2011 edition). They noted the following benchmarks on the table below of capitalization rates for the various components of a going concern value.

| GENERAL RANGES FOR CAPITALIZATION RATES BY ASSET CLASS | | | | | |
|---|---|---|---|---|---|
| | Cash | Land | Land & Building | FF&E/PP | Intangible Assets |
| General Ranges for Capitalization Rates | 0.1 - 2% | 3-8% | 7-12% | 12-20% | 15-40% |
| Typical Life of Asset (in years) | Unlimited | Unlimited | 30-50 Years | 5-10 Years | Highly Variable |

Source: "Using TEEM-Work to Extend Your Reach on the Real Estate/Business Value Continuum," The Appraisal Journal, Summer 2011

We do note that the preceding was published in 2011 and we have seen a compression of risk rates across all asset types since that time, as demonstrated above. Accordingly, we find the benchmarks to be somewhat dated, but nonetheless provide a reasonable range for comparison on a relative basis. Given the variance in indications above, we have ultimately reconciled based on the weighted average cost of capital method, but have used the above indications as a reference point. Thus, utilizing the risk rates and allocations, we have allocated the going concern cash flow and residual rates of return as follows:

| SUMMARY OF ALLOCATIONS | | | |
|---|---|---|---|
| | **Concluded Value** | **Required Rate** | **Allocated Cash Flow** |
| Real Estate | $12,640,000 | 7.52% | $951,000 |
| Personal Property | $860,000 | 15.00% | $129,000 |
| Business | $1,000,000 | 29.85% | $298,471 |
| Overall | $14,500,000 | 9.51% | $1,378,471 |

*As-Is*

Source: HealthTrust

Accordingly, we find that adequate risk has been ascribed to each component of value and our conclusions reasonable.

**Marketability Analysis**

The definition of "market value" incorporates the assumption that the subject of the appraisal has been exposed on the market for a reasonable period. The Appraisal Standards Board (ASB) made the following comment to Standard 6 of USPAP:

Reasonable exposure time is one of a series of conditions in most market value definitions. Exposure time is always presumed to precede the effective date of the appraisal.

Exposure time may be defined as follows: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market.

The statement continues with remarking that this exposure time is not a prediction of a date of sale and should not be confused with a marketing period. The Appraisal Standards Board distinguishes marketing time as the period required to sell a property immediately after the effective date of appraisal. This estimate is not part of the appraisal process and has no impact on market value. Because we are estimating market value, we have made an estimate of the subject's exposure time that is presumed to have occurred prior to the effective date of the appraisal.

In accordance with our conclusion of highest and best use, we believe that the most probable purchaser of the subject property would be a nursing home/seniors housing community owner/operator or possibly a limited partnership with specialized expertise in elderly or residential care.

Financing for the subject property would most likely be obtained through a commercial bank with strong local ties, life insurance company or through tax-exempt bond issues. In the current market, lenders now place much more underwriting emphasis on the financial position and creditworthiness of the borrower and less weight on the real estate as security collateral. We understand this to hold true in the seniors housing and care industry as well.

Routinely, we contact well-known brokerage firms that specialize in marketing healthcare properties nationally, namely BluePrint, Senior Living Investment Brokerage, Cushman & Wakefield and JLL. The consensus is that current marketing periods range from up to twelve months from listing to closing. Since these firms are focused on this product type, we are confident that if the subject were actively marketed to this group of potential buyers at a price near our estimates of market value, it would sell within twelve months.

Therefore, based on our estimate of market value, we conclude that marketing time is likely to be up to 12 months as the shortage of product for sale coupled with anticipated supply shortfalls entice more outsiders to invest in seniors housing. Additionally, the exposure time that occurred prior to our date of value would be six to 12 months.

**ADDENDA**

**Subject Photographs and Exhibits**



Signage



Street Scene 1



Front View



Lobby



Side View



Rear View



Dining Area



Dining Area



Private Dining Room



Lounge Area



Courtyard



Hallway



Dining/Lounge Area



Dining/Lounge Area



Multi-Purpose Room



Chapel/Meditation Room



Kitchen



Kitchen



Laundry



Rooftop Deck







See Sheet A-6

See Sheet A-7

SECOND FLOOR PLAN
SCALE 1/8" = 1'-0"

9'-10" LOWEST CEILING HEIGHT AT ROOMS
24,695 SQ. FT. SECOND FLOOR

COPYRIGHT GOUCK ARCHITECTS 1999
REPRODUCTION OF MATERIAL AND/OR DRAWINGS SHOWN OR DEPICTED ON PLANS OR IN SPECIFICATIONS WITHOUT PERMISSION OF GOUCK ARCHITECTS VIOLATES THE COPYRIGHT LAWS OF THE UNITED STATES AND WILL BE SUBJECT TO LEGAL PROSECUTION.

DO NOT SCALE DRAWINGS. WRITTEN DIMENSIONS SHALL TAKE PRECEDENCE OVER ALL OTHERS. SCALED DIMENSIONS SHALL TAKE PRECEDENCE OVER ALL OTHERS. FIELD VERIFY AND BE FULLY RESPONSIBLE FOR ALL DIMENSIONS ON THE JOB SITE. GOUCK ARCHITECTS SHALL BE NOTIFIED OF ANY VARIATIONS OR THE SITE CONDITION FROM THESE DOCUMENTS BEFORE INSTALLATION BEGINS.

**GOUCK ARCHITECTS**
STEWART J. GOUCK
REGISTERED ARCHITECT

1304 Hamilton Street, Allentown, PA 18102
(610) 439-8812     FAX (610) 439-6156

Proposed
**Whitehall Manor**
**Assisted Living Community**
1177 Sixth Street
Whitehall, PA

| | |
|---|---|
| DRAWN | |
| CHECKED | |
| DATE | |
| SCALE | 1/8" = 1'-0" |
| JOB NO. | |
| SECOND FLOOR PLAN | |

**A-2**

OF 21 SHEETS



PARTIAL BASEMENT PLAN

ENLARGED LAUNDRY ROOM

GOUCK ARCHITECTS
STEWART J. GOUCK
REGISTERED ARCHITECT
1304 Hamilton Street, Allentown, PA 18102
(610) 439-8818    FAX (610) 439-8155

Proposed
**Whitehall Manor
Senior Daycare**
1177 Sixth Street
Whitehall Township, PA

A-2



PARTIAL BASEMENT PLAN
SCALE 1/8" = 1'-0"

EXISTING PARTITION / RATED ASSEMBLY LEGEND

EMERGENCY LIGHT SCHEDULE

2009 INTERNATIONAL BUILDING CODE INFORMATION

2009 INTERNATIONAL MECHANICAL CODE INFORMATION

Rooms: C100, C102, C104, C106, C108, C110, C112

DO NOT SCALE DRAWINGS. ALL CASES WRITTEN DIMENSIONS TAKE PRECEDENCE OVER SCALED DIMENSIONS. CONTRACTORS SHALL VERIFY AND BE RESPONSIBLE FOR ALL DIMENSIONS AND CONDITIONS ON THE JOB SITE. GOUCK ARCHITECTS SHALL BE NOTIFIED OF ANY VARIATIONS ON THE SITE CONTRARY TO THESE DIMENSIONS BEFORE STARTING INSTALLATION WORK.

COPYRIGHT GOUCK ARCHITECTS. THE COPYRIGHT PLANS OF THE UNITED STATES AND WILL BE SUBJECT TO LEGAL PROSECUTION.

Proposed:

**Whitehall Manor**
**Senior Daycare**
1177 Sixth Street
Whitehall Township, PA 18052

**GOUCK ARCHITECTS**
STEWART J. GOUCK
REGISTERED ARCHITECT

1204 Hamilton Street, Allentown, PA 18102
(610) 438-8616     FAX (610) 438-8166

| DRAWN | |
| CHECKED | |
| DATE | 1-11-2011 |
| JOB NO. | 1427 |
| SCALE | 1/8" = 1'-0" |

ENLARGED BASEMENT FLOOR PLAN

A-1

REVISIONS

**Provided Financial Statements**



**GOUCK
ARCHITECTS**

Stewart J. Gouck, AIA
Registered   Architect

## Whitehall Manor Phase 1 & 2 Reroof Cost Estimate
### 1177 Sixth Street
### Whitehall, PA 18052
### as of March 17, 2026

### General Notes:

($2/SF tear-off & disposal + $3/SF ½" Carlisle SecurShield HD High Density Polyisocyanurate Cover Board + $7/SF fully adhered .060" EPDM rubber = $12/SF total)

Note: Building is already insulated with 10" R-30 fiberglass batt insulation laid on top of the Chicago Grid suspended drywall, so thicker insulation is not necessary at the roof

### Phase 1 Barrel Vaulted Roof:

Tear-Off & Disposal, ½" SecurShield HD Polyiso, Fully Adhered .060 EPDM:
(83.75' arch length)(258.58' long) = 21656 SFx $12/SF =        $259,872

Phase 1 Parapet Rubber Wrap:
(500 sf)(2 arch-end parapets)($12/SF)=        $12,000

Phase 1 Roof Drains:
(13 Roof Drains)($1000/drain)=        $13,000

Phase 1 Replace Termination Bar at 6th Street & Parapet Ends
262' north elev. + 94' east elev + 94' west elev
(450 lin. ft)($10/lin. ft term bar)=        $4,500

Replace Metal Coping along courtyard
(190 lin. ft.)($20/lin ft coping)=        $3,800

HVAC Curbs:
(1 HVAC Unit Curb - Reflash w/ rubber, boots)($2,500)=        $2,500

Condensing Units:
(Lift 8 condensing units & reset on rubber walk pads, boots)($800)= $6,400

WMI0000558

## Florida Room Roof Tear-off & .060 Adhered EPDM on ½" SecurShield HD:

Tear-Off & Disposal, ½" SecurShield HD Polyiso, Fully Adhered .060 EPDM:
(30' sloped edge)(35' deep)=1050 SFx$12/SF =                    $12,600

Replace Termination Bars at full perimeter:
(130 lin. ft)($10/lin. ft term bar)=                           $1,300

(Lift & Reflash 2 skylights)($2,000 each)=                     $4,000

## East Dining Room Roof:

Tear-off & .060 Adhered EPDM, ½" SecurShield HD:
(25')(33.5')= 838 SFx $12/SF=                                  $10,056

Replace Termination Bars:
(92 lin. ft.)($10/lin. ft. term bar)=                          $920

Replace Metal Coping Along Courtyard:
(25 lin. ft.)($20/lin ft coping)=                             $500

HVAC Curbs:
(1 HVAC Unit Curb - Reflash w/ rubber, boots)($2,500)=        $2,500

Roof Drains:
(2 Roof Drains)($1000/drain)=                                 $2,000

## Phase 2 Barrel Vaulted Roof:

Tear-Off & Disposal, ½" SecurShield HD Polyiso, Fully Adhered .060 EPDM:
(83.75' arch length)(258.58' long) = 21656 SFx $12/SF =       $259,872

Phase 2 Parapet Rubber Wrap:
(500 sf)(2 arch-end parapets)($12/SF)=                        $12,000

Phase 2 Roof Drains:
(10 Roof Drains)($1000/drain)=                                $10,000

HVAC Curbs & Kitchen Exhaust Fan Curbs:
(6 HVAC Unit / Exhaust Curbs - Reflash w/ rubber, boots)($2,500)= $15,000

(Lift & Reflash 5 skylights)($2,000 each)=                    $10,000

WMI0000559

Phase 1 Replace Termination Bar Against Phase 3 & Parapet Ends
262' phase 3 edge. + 94' east elev + 94' west elev
(450 lin. ft)($10/lin. ft term bar)=                                    $4,500

Replace Metal Coping along courtyard
(190 lin. ft.)($20/lin ft coping)=                                      +$3,800

Total Cost:                                                             $651,120
10% Contingency for additional penetrations, deck rot & details        +$ 65,112

**Grand Total Phase 1 & 2 Rubber Reroof Cost:**                        $716,232

WMI0000560

# Whitehall Manor Inc
# Profit & Loss
## January through December 2025

|  | Jan - Dec 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| Monthly Rental | 5,293,046.62 |
| Respite | 64,050.00 |
| Discounts and Coupons Issued | -3,650.00 |
| **Total Rental Income** | 5,353,446.62 |
| **Ancillary Charges** | |
| Barber and Beauty | 10,639.00 |
| Cable TV | 49,957.64 |
| Miscellaneous | 2,414.00 |
| **Total Ancillary Charges** | 63,010.64 |
| **Rental - GS Physical Therapy** | 56,748.00 |
| **Total Income** | 5,473,205.26 |
| **Gross Profit** | 5,473,205.26 |
| **Expense** | |
| **Facility Costs** | |
| Furniture - Carpet Replacement | 847.89 |
| CABLE | 39,601.22 |
| Electric | 147,887.77 |
| Gas | 47,077.09 |
| Property taxes | 0.00 |
| Pest Control | 371.00 |
| Rent (minimum) | 120,000.00 |
| Rent (contingency) | 0.00 |
| Rent other | 62,100.00 |
| Sanitation | 22,728.03 |
| Security | 615.72 |
| Water/Sewer | 57,112.83 |
| Miscellaneous | 8,408.60 |
| **Total Facility Costs** | 506,750.15 |
| **Maintenance** | |
| Maint. Wages | 63,155.37 |
| Maint. Payroll taxes | 7,163.60 |
| Dental Insurance | 206.70 |
| Health Insurance | 6,025.66 |
| Landscaping/Snow Removal | 2,533.55 |
| Maintenance Supplies | 5,654.22 |
| Repairs & maintenance | 116,500.39 |
| **Total Maintenance** | 201,239.49 |
| **Activities** | |
| Act.Wages | 49,895.93 |
| Act. Payroll taxes | 5,956.50 |
| **Health Insurance** | |
| Activities-Dental Insurance | -15.90 |
| Health Insurance - Other | 0.00 |
| **Total Health Insurance** | -15.90 |
| Events | 3,054.39 |
| Supplies | 5,866.39 |
| **Total Activities** | 64,757.31 |
| **Houskeeping** | |
| Hkg. Wages | 181,312.17 |
| Hkg. Payroll taxes | 18,544.45 |

# Whitehall Manor Inc
## Profit & Loss
### January through December 2025

|  | Jan - Dec 25 |
|---|---:|
| **Health Insurance** | |
| Housekeeping - Dental Insurance | -87.45 |
| Health Insurance - Other | 5,922.31 |
| **Total Health Insurance** | 5,834.86 |
| **Housekeeping/Laundry Supplies** | 93,831.77 |
| **Total Houskeeping** | 299,523.25 |
| **Dietary** | |
| Activities Food | 403.17 |
| Dietary Wages | 387,487.45 |
| Dietary Payroll taxes | 39,990.21 |
| **Health Insurance** | |
| Dietary - Dental Insurance | 103.35 |
| Health Insurance - Other | 5,922.31 |
| **Total Health Insurance** | 6,025.66 |
| **Food/Grocery Costs** | |
| Reimburse- Food Costs | -76,782.12 |
| Food/Grocery Costs - Other | 561,710.22 |
| **Total Food/Grocery Costs** | 484,928.10 |
| Ice Cream Soda | 13,044.46 |
| Reimbursement Meal Preparation | -16,700.00 |
| Supplies | 34,801.66 |
| **Total Dietary** | 949,980.71 |
| **Direct Care** | |
| Auto/Travel | 1,325.22 |
| D C Wages | 1,454,568.44 |
| D C Payroll taxes | 147,040.99 |
| **Health Insurance** | |
| Direct Care - Dental Insurance | 1,977.21 |
| Health Insurance - Other | 44,693.06 |
| **Total Health Insurance** | 46,670.27 |
| Laboratory Services | 2,754.00 |
| Medical Supplies | 33,602.98 |
| **Total Direct Care** | 1,685,961.90 |
| **Marketing** | |
| Mktg.Wages | 56,671.11 |
| Mktg.Payroll Taxes | 4,870.78 |
| **Health Insurance** | |
| Marketing - Dental Insurance | -87.45 |
| Health Insurance - Other | 5,922.31 |
| **Total Health Insurance** | 5,834.86 |
| **Advertising** | |
| Advertising & Marketing | 120,000.00 |
| Advertising - Referral Company | 235,146.35 |
| Advertising - Other | 104,845.86 |
| **Total Advertising** | 459,992.21 |
| Events | 0.00 |
| Supplies | 352.00 |
| **Total Marketing** | 527,720.96 |

# Whitehall Manor Inc
## Profit & Loss
### January through December 2025

| | Jan - Dec 25 |
|---|---:|
| **Administration** | |
| Computer Repairs/Software | 23,045.66 |
| Admin Wages | 392,728.89 |
| Admin Payroll Taxes | 36,094.44 |
| Health insurance | |
| Admin - Dental Insurance | -396.50 |
| Employee Health Ins.Deductible | 2,022.00 |
| Health insurance - Other | 21,071.34 |
| **Total Health insurance** | 22,696.84 |
| Automobile Expense | 9,124.97 |
| Auto/Travel | 239.19 |
| Background Checks | 2,596.00 |
| Bank Service Charges | |
| Returned Check Charges | -65.00 |
| Bank Service Charges - Other | 3,685.86 |
| **Total Bank Service Charges** | 3,620.86 |
| Bus.Priv.Tax Twp./School | 9,770.00 |
| Contract Labor | 12,296.22 |
| Contributions | 1,500.20 |
| Employee Disability Insurance | 5,678.75 |
| Dues and Subscriptions | 2,356.57 |
| Entertainment | 1,647.34 |
| Fuel-gas | 30,196.71 |
| Legal/Professional Fees | 224,991.46 |
| Insurance- auto | 12,581.34 |
| Insurance | 144,033.03 |
| Licenses and Permits | 9,861.92 |
| Management fees | 268,090.65 |
| Meals | 445.04 |
| Miscellaneous | 286.14 |
| Office Supplies | 19,807.88 |
| Payroll service fees | 13,472.61 |
| Postage and Delivery | 840.40 |
| Telephone | 23,979.10 |
| Training Classes | 1,116.64 |
| Uniform Expense | -152.64 |
| Workers comp | 73,089.13 |
| **Total Administration** | 1,346,035.34 |
| **Total Expense** | 5,581,969.11 |
| **Net Ordinary Income** | -108,763.85 |
| **Other Income/Expense** | |
| Other Income | |
| Interest Income | 127.41 |
| Miscellaneous Income | 75.00 |
| **Total Other Income** | 202.41 |
| Other Expense | |
| Ask Accountant | 151.10 |
| Depreciation Expense | 69,938.28 |
| Interest | 3,952.46 |
| Other Expenses | 25,000.00 |
| **Total Other Expense** | 99,041.84 |
| **Net Other Income** | -98,839.43 |
| **Net Income** | -207,603.28 |

# Whitehall Manor Inc
# Profit & Loss
### January through December 2024

| | Jan - Dec 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| Monthly Rental | 5,132,617.21 |
| Respite | 89,266.00 |
| **Total Rental Income** | 5,221,883.21 |
| | |
| **Ancillary Charges** | |
| Barber and Beauty | 13,859.00 |
| Cable TV | 47,008.36 |
| Miscellaneous | 1,290.00 |
| **Total Ancillary Charges** | 62,157.36 |
| | |
| **Rental - GS Physical Therapy** | 56,748.00 |
| **Total Income** | 5,340,788.57 |
| **Gross Profit** | 5,340,788.57 |
| **Expense** | |
| **Facility Costs** | |
| CABLE | 37,890.92 |
| Electric | 141,656.40 |
| Gas | 53,717.61 |
| Property taxes | 58,687.24 |
| Pest Control | 456.40 |
| Rent (minimum) | 0.00 |
| Rent other | 62,100.00 |
| Sanitation | 25,142.15 |
| Security | 1,644.00 |
| Water/Sewer | 42,628.68 |
| Miscellaneous | 15,600.30 |
| **Total Facility Costs** | 439,523.70 |
| | |
| **Maintenance** | |
| Maint. Wages | 75,427.11 |
| Maint. Payroll taxes | 6,286.68 |
| Health Insurance | 12,995.40 |
| Maint.W/C | 2,265.95 |
| Landscaping/Snow Removal | 3,869.97 |
| Maintenance Supplies | 4,409.18 |
| Repairs & maintenance | 109,006.69 |
| **Total Maintenance** | 214,260.98 |
| | |
| **Activities** | |
| Act.Wages | 116,840.90 |
| Act. Payroll taxes | 10,221.72 |
| **Health Insurance** | |
| Activities-Dental Insurance | -370.32 |
| Health Insurance - Other | -2,024.16 |
| **Total Health Insurance** | -2,394.48 |
| | |
| Activities W/C | 3,672.39 |
| Events | 11,817.41 |
| Supplies | 7,076.98 |
| **Total Activities** | 147,234.92 |
| | |
| **Houskeeping** | |
| Outside Laundry Service | 1,668.76 |
| Hkg. Wages | 191,558.04 |
| Hkg. Payroll taxes | 17,529.28 |

# Whitehall Manor Inc
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Health Insurance** | |
| Housekeeping - Dental Insurance | 31.08 |
| Health Insurance - Other | 5,284.92 |
| **Total Health Insurance** | 5,316.00 |
| Hskg W/C | 6,253.84 |
| Housekeeping/Laundry Supplies | 86,545.63 |
| **Total Houskeeping** | 308,871.55 |
| **Dietary** | |
| Activities Food | 1,794.62 |
| Food - Events | 586.66 |
| Dietary Wages | 365,364.26 |
| Dietary Payroll taxes | 34,896.99 |
| Health Insurance | |
| Dietary - Dental Insurance | 0.00 |
| Health Insurance - Other | 5,284.92 |
| **Total Health Insurance** | 5,284.92 |
| Dietary W/C | 11,329.71 |
| Food/Grocery Costs | |
| Reimburse- Food Costs | -92,196.00 |
| Food/Grocery Costs - Other | 544,834.57 |
| **Total Food/Grocery Costs** | 452,638.57 |
| Ice Cream Soda | 35,526.12 |
| Reimbursement Meal Preparation | -18,300.00 |
| Supplies | 38,797.26 |
| **Total Dietary** | 927,919.11 |
| **Direct Care** | |
| D C Wages | 1,324,617.20 |
| D C Payroll taxes | 124,631.12 |
| Direct Care-outside agency | 3,591.00 |
| Health Insurance | |
| Direct Care - Dental Insurance | 269.72 |
| Health Insurance - Other | 53,512.82 |
| **Total Health Insurance** | 53,782.54 |
| Laboratory Services | 3,396.00 |
| Direct Care W/C | 41,412.03 |
| Medical Supplies | 26,180.77 |
| **Total Direct Care** | 1,577,610.66 |
| **Marketing** | |
| Mktg.Wages | 61,700.21 |
| Mktg.Payroll Taxes | 4,938.49 |
| Health Insurance | |
| Marketing - Dental Insurance | 31.08 |
| Health Insurance - Other | 5,284.92 |
| **Total Health Insurance** | 5,316.00 |
| Marketing W/C | 1,875.27 |
| Advertising | |
| Advertising & Marketing | 120,000.00 |
| Advertising - Referral Company | 111,565.22 |
| Advertising - Other | 84,130.23 |
| **Total Advertising** | 315,695.45 |

# Whitehall Manor Inc
# Profit & Loss
## January through December 2024

|  | Jan - Dec 24 |
|---|---|
| Events | 150.00 |
| **Total Marketing** | 389,675.42 |
| Administration |  |
| Computer Repairs/Software | 7,352.48 |
| Bad Debts | 17,337.00 |
| Admin Wages | 402,314.58 |
| Admin Payroll Taxes | 35,704.74 |
| Health insurance |  |
| Admin - Dental Insurance | -388.42 |
| Employee Health Ins.Deductible | 1,000.00 |
| Health insurance - Other | 14,104.22 |
| **Total Health insurance** | 14,715.80 |
| Automobile Expense | 7,777.64 |
| Auto/Travel | 786.18 |
| Background Checks | 2,200.00 |
| Bank Service Charges |  |
| Returned Check Charges | -390.00 |
| Bank Service Charges - Other | 3,662.22 |
| **Total Bank Service Charges** | 3,272.22 |
| Bus.Priv.Tax Twp./School | 9,864.34 |
| Contract Labor | 10,745.60 |
| Contributions | 800.00 |
| Employee Disability Insurance | 11,253.00 |
| Dues and Subscriptions | 188.00 |
| Employee Bonus | 931.00 |
| Entertainment | 1,650.00 |
| Fuel-gas | 56,656.13 |
| Help Want Ads | 400.49 |
| Legal/Professional Fees | 44,544.32 |
| Insurance- auto | 11,217.21 |
| Insurance | 135,811.35 |
| Licenses and Permits | 885.00 |
| Management fees | 261,188.40 |
| Miscellaneous | 5,332.26 |
| Office Supplies | 55,948.55 |
| Payroll service fees | 11,854.72 |
| Postage and Delivery | 261.68 |
| Telephone | 11,787.85 |
| Testing | 311.64 |
| Training Classes | 382.70 |
| Uniform Expense | 527.33 |
| Workers comp | 11,326.71 |
| Administration - Other | 0.00 |
| **Total Administration** | 1,135,328.92 |
| **Total Expense** | 5,140,425.26 |
| **Net Ordinary Income** | 200,363.31 |
| Other Income/Expense |  |
| Other Income |  |
| Miscellaneous Income | 120.00 |
| **Total Other Income** | 120.00 |

# Whitehall Manor Inc
# Profit & Loss
## January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| Monthly Rental | 5,294,645.60 |
| Respite | 38,799.00 |
| Discounts and Coupons Issued | -35,364.00 |
| **Total Rental Income** | 5,298,080.60 |
| **Ancillary Charges** | |
| Barber and Beauty | 15,680.00 |
| Cable TV | 40,950.00 |
| Miscellaneous | 385.00 |
| **Total Ancillary Charges** | 57,015.00 |
| **Rental - GS Physical Therapy** | 56,748.00 |
| **Total Income** | 5,411,843.60 |
| **Gross Profit** | 5,411,843.60 |
| **Expense** | |
| **Facility Costs** | |
| Furniture - Carpet Replacement | 5,321.10 |
| CABLE | 34,833.91 |
| Electric | 137,235.65 |
| Gas | 44,380.55 |
| Monitoring Fee | 456.00 |
| Property taxes | 101,111.28 |
| Pest Control | 1,078.87 |
| Rent (minimum) | 1,451,325.00 |
| Rent other | 62,100.00 |
| Sanitation | 25,885.36 |
| Water/Sewer | 41,446.48 |
| Miscellaneous | 4,282.01 |
| **Total Facility Costs** | 1,909,456.21 |
| **Maintenance** | |
| Maint. Wages | 72,840.44 |
| Maint. Payroll taxes | 6,001.66 |
| Health Insurance | 13,747.74 |
| Maint.W/C | 2,193.65 |
| Landscaping/Snow Removal | 7,755.00 |
| Maintenance Supplies | 4,364.36 |
| Repairs & maintenance | 142,641.60 |
| **Total Maintenance** | 249,544.45 |
| **Activities** | |
| Act.Wages | 83,103.95 |
| Act. Payroll taxes | 6,746.13 |
| **Health Insurance** | |
| Activities-Dental Insurance | -172.85 |
| Health Insurance - Other | -789.30 |
| **Total Health Insurance** | -962.15 |
| Activities W/C | 2,220.40 |
| Events | 4,140.46 |
| Supplies | 2,463.50 |
| Activities - Other | 150.00 |
| **Total Activities** | 97,862.29 |
| **Housekeeping** | |
| Hkg. Wages | 187,702.52 |
| Hkg. Payroll taxes | 16,696.84 |

# Whitehall Manor Inc
# Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **Health Insurance** | |
| Housekeeping - Dental Insurance | -4.18 |
| Health Insurance - Other | 6,624.72 |
| **Total Health Insurance** | 6,620.54 |
| Hskg W/C | 5,752.09 |
| Housekeeping/Laundry Supplies | 44,338.42 |
| **Total Houskeeping** | 261,110.41 |
| **Dietary** | |
| Activities Food | 1,738.91 |
| Food - Events | 1,897.36 |
| Dietary Wages | 303,702.80 |
| Dietary Payroll taxes | 26,783.58 |
| **Health Insurance** | |
| Dietary - Dental Insurance | -93.36 |
| Dietary - Other insurances | 0.00 |
| Health Insurance - Other | 5,032.03 |
| **Total Health Insurance** | 4,938.67 |
| Dietary W/C | 8,967.20 |
| **Food/Grocery Costs** | |
| Reimburse- Food Costs | -23,064.00 |
| Food/Grocery Costs - Other | 378,950.36 |
| **Total Food/Grocery Costs** | 355,886.36 |
| Ice Cream Soda | 36,634.39 |
| Reimbursement Meal Preparation | -4,600.00 |
| Supplies | 48,696.59 |
| **Total Dietary** | 784,645.86 |
| **Direct Care** | |
| D C Wages | 1,190,567.46 |
| D C Payroll taxes | 107,383.65 |
| Direct Care-outside agency | 798.00 |
| **Health Insurance** | |
| Direct Care - Other insurances | 0.00 |
| Direct Care - Dental Insurance | -226.45 |
| Health Insurance - Other | 55,929.06 |
| **Total Health Insurance** | 55,702.61 |
| Laboratory Services | 476.00 |
| Direct Care W/C | 37,536.37 |
| Medical Supplies | 49,953.51 |
| **Total Direct Care** | 1,442,417.60 |
| **Marketing** | |
| Mktg.Wages | 53,785.79 |
| Mktg.Payroll Taxes | 4,054.95 |
| **Health Insurance** | |
| Marketing - Dental Insurance | -4.18 |
| Health Insurance - Other | 5,342.72 |
| **Total Health Insurance** | 5,338.54 |
| Marketing W/C | 1,604.88 |
| **Advertising** | |
| Advertising & Marketing | 120,000.00 |
| Advertising - Referral Company | 108,466.80 |
| Advertising - Other | 70,518.69 |
| **Total Advertising** | 298,985.49 |

# Whitehall Manor Inc
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| Events | 0.00 |
| Postage | 34.33 |
| Supplies | 129.18 |
| **Total Marketing** | 363,933.16 |
| Administration |  |
| Computer Repairs/Software | 7,990.05 |
| Bad Debts | 37,398.00 |
| Admin Wages | 367,567.00 |
| Admin Payroll Taxes | 30,454.55 |
| Health insurance |  |
| Admin - Other insurances | 0.00 |
| Admin - Dental Insurance | 51.67 |
| Employee Health Ins.Deductible | 14.00 |
| Health insurance - Other | 24,947.50 |
| **Total Health insurance** | 25,013.17 |
| Automobile Expense | 6,684.44 |
| Auto/Travel | 3,449.04 |
| Background Checks | 1,892.00 |
| Bank Service Charges |  |
| Returned Check Charges | -195.00 |
| Bank Service Charges - Other | 6,888.53 |
| **Total Bank Service Charges** | 6,693.53 |
| Bus.Priv.Tax Twp./School | 7,565.88 |
| Consulting | 9,377.50 |
| Contract Labor | 13,694.40 |
| Contributions | 1,150.00 |
| Employee Disability Insurance | 1,875.50 |
| Dues and Subscriptions | 439.39 |
| Employee Bonus | 50.00 |
| Entertainment | 1,306.14 |
| Fuel-gas | 45,199.99 |
| Help Want Ads | 268.87 |
| Legal/Professional Fees | 111,747.76 |
| Insurance- auto | 2,724.57 |
| Insurance | 248,994.66 |
| Licenses and Permits | 815.00 |
| Management fees | 267,530.20 |
| Miscellaneous | 72.00 |
| Office Supplies | 27,072.14 |
| Payroll service fees | 9,966.80 |
| Postage and Delivery | 1,404.51 |
| Telephone | 38,729.15 |
| Testing | 450.10 |
| Travel & Ent | 87.15 |
| Training Classes | 1,271.66 |
| Uniform Expense | 1,179.40 |
| Workers comp | 11,381.24 |
| **Total Administration** | 1,291,495.79 |
| **Total Expense** | 6,400,465.77 |
| **Net Ordinary Income** | -988,622.17 |
| Other Income/Expense |  |
| Other Income |  |
| Miscellaneous Income | 80,848.54 |
| **Total Other Income** | 80,848.54 |

## Whitehall Manor Inc
## Operating Statement
Tax year 2022 & 2021

Preliminary
(not reviewed or audited)

Accrual Basis

| | Jan - Dec 22 | Jan - Dec 21 | $ Change | % Change |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| Income | | | | |
| Rental Income | | | | |
| Monthly Rental | 3,831,203.68 | 6,874,336.49 | -3,043,132.81 | -44.27% |
| Respite | 162,670.28 | 60,665.00 | 102,005.28 | 168.15% |
| Discounts and Coupons Issued | -75,149.00 | -270,117.00 | 194,968.00 | 72.18% |
| Total Rental Income | 3,918,724.96 | 6,664,884.49 | -2,746,159.53 | -41.2% |
| Ancillary Charges | | | | |
| Barber and Beauty | 12,460.00 | 30,331.00 | -17,871.00 | -58.92% |
| Cable TV | 35,196.75 | 51,694.50 | -16,497.75 | -31.91% |
| Miscellaneous | 0.00 | 2,765.00 | -2,765.00 | -100.0% |
| Total Ancillary Charges | 47,656.75 | 84,790.50 | -37,133.75 | -43.8% |
| Rental - GS Physical Therapy | 56,748.00 | 55,180.29 | 1,567.71 | 2.84% |
| Total Income | 4,023,129.71 | 6,804,855.28 | -2,781,725.57 | -40.88% |
| Gross Profit | 4,023,129.71 | 6,804,855.28 | -2,781,725.57 | -40.88% |
| Expense | | | | |
| Facility Costs | | | | |
| Furniture - Carpet Replacement | 2,938.60 | 3,027.63 | -89.03 | -2.94% |
| CABLE | 31,709.37 | 42,304.71 | -10,595.34 | -25.05% |
| Electric | 121,857.25 | 97,603.57 | 24,253.68 | 24.85% |
| Gas | 39,491.57 | 42,004.80 | -2,513.23 | -5.98% |
| Monitoring Fee | 456.00 | 456.00 | 0.00 | 0.0% |
| Pest Control | 1,845.76 | 1,661.17 | 184.59 | 11.11% |
| Rent | 1,668,000.00 | 1,788,000.00 | -120,000.00 | -6.71% |
| Rent other | 62,100.00 | 2,100.00 | 60,000.00 | 2,857.14% |
| Sanitation | 21,392.45 | 24,517.25 | -3,124.80 | -12.75% |
| Water/Sewer | 43,941.31 | 66,578.62 | -22,637.31 | -34.0% |
| Miscellaneous | 439.82 | 0.00 | 439.82 | 100.0% |
| Total Facility Costs | 1,994,172.13 | 2,068,253.75 | -74,081.62 | -3.58% |
| Maintenance | | | | |
| Maint. Wages | 81,057.04 | 115,067.31 | -34,010.27 | -29.56% |
| Maint. Payroll taxes | 8,032.00 | 9,484.42 | -1,452.42 | -15.31% |
| Health Insurance | -1,253.58 | -3,434.06 | 2,180.48 | 63.5% |
| Maint.W/C | 0.00 | 4,461.26 | -4,461.26 | -100.0% |
| Landscaping/Snow Removal | 2,371.00 | 13,060.80 | -10,689.80 | -81.85% |
| Maintenance Supplies | 20,471.21 | 13,602.60 | 6,868.61 | 50.5% |
| Repairs & maintenance | 130,100.87 | 154,700.69 | -24,599.82 | -15.9% |
| Total Maintenance | 240,778.54 | 306,943.02 | -66,164.48 | -21.56% |
| Activities | | | | |
| Act.Wages | 46,142.88 | 170,242.30 | -124,099.42 | -72.9% |
| Act. Payroll taxes | 4,847.25 | 14,321.31 | -9,474.06 | -66.15% |
| Health Insurance | 9,439.90 | 8,106.54 | 1,333.36 | 16.45% |
| Activities W/C | 0.00 | 6,464.14 | -6,464.14 | -100.0% |
| Events | 3,140.00 | 4,407.55 | -1,267.55 | -28.76% |
| Supplies | 2,080.88 | 10,590.05 | -8,509.17 | -80.35% |
| Total Activities | 65,650.91 | 214,131.89 | -148,480.98 | -69.34% |
| Houskeeping | | | | |
| Hkg. Wages | 160,168.48 | 286,130.85 | -125,962.37 | -44.02% |
| Hkg. Payroll taxes | 14,165.84 | 24,740.35 | -10,574.51 | -42.74% |
| Health Insurance | 8,709.18 | 9,063.84 | -354.66 | -3.91% |
| Hskg W/C | 0.00 | 11,296.76 | -11,296.76 | -100.0% |
| Housekeeping/Laundry Supplies | 55,497.42 | 85,150.46 | -29,653.04 | -34.82% |
| Linens | 0.80 | 22,282.22 | -22,281.42 | -100.0% |
| Total Houskeeping | 238,541.72 | 438,664.48 | -200,122.76 | -45.62% |
| Dietary | | | | |
| Activities Food | 3,896.72 | 4,482.95 | -586.23 | -13.08% |
| Dietary Wages | 275,825.28 | 478,970.94 | -203,145.66 | -42.41% |
| Dietary Payroll taxes | 26,728.82 | 40,473.30 | -13,744.48 | -33.96% |
| Health Insurance | 8,661.11 | 11,297.43 | -2,636.32 | -23.34% |
| Dietary W/C | 0.00 | 18,348.33 | -18,348.33 | -100.0% |
| Food/Grocery Costs | 295,666.21 | 473,244.99 | -177,578.78 | -37.52% |
| Ice Cream Soda | 12,825.11 | 30,434.36 | -17,609.25 | -57.86% |
| Reimbursement Meal Preparation | -30,200.00 | -54,803.00 | 24,603.00 | 44.89% |
| Supplies | 47,358.82 | 86,705.18 | -39,346.36 | -45.38% |
| Total Dietary | 640,762.07 | 1,089,154.48 | -448,392.41 | -41.17% |
| Direct Care | | | | |
| D C Wages | 932,742.06 | 1,808,236.20 | -875,494.14 | -48.42% |
| D C Payroll taxes | 81,246.57 | 153,107.70 | -71,861.13 | -46.94% |
| Direct Care-outside agency | 63,868.00 | 69,193.06 | -5,325.06 | -7.7% |
| Health Insurance | 73,907.98 | 73,562.52 | 345.46 | 0.47% |
| Laboratory Services | 0.00 | 90.00 | -90.00 | -100.0% |
| Direct Care W/C | 0.00 | 70,682.45 | -70,682.45 | -100.0% |

| | Jan - Dec 22 | Jan - Dec 21 | $ Change | % Change |
|---|---|---|---|---|
| Medical Supplies | 24,252.49 | 15,764.12 | 8,488.37 | 53.85% |
| Total Direct Care | 1,176,017.10 | 2,190,636.05 | -1,014,618.95 | -46.32% |
| Marketing | | | | |
| Mktg.Wages | 48,102.12 | 51,466.79 | -3,364.67 | -6.54% |
| Mktg.Payroll Taxes | 3,917.91 | 3,883.72 | 34.19 | 0.88% |
| Health Insurance | 4,506.78 | 4,073.10 | 433.68 | 10.65% |
| Marketing W/C | 0.00 | 1,935.52 | -1,935.52 | -100.0% |
| Advertising | | | | |
| Advertising - Referral Company | 82,186.20 | 124,981.71 | -42.795.51 | -34.24% |
| Advertising - Other | 191,714.57 | 314,204.25 | -122,489.68 | -38.98% |
| Total Advertising | 273,900.77 | 439,185.96 | -165,285.19 | -37.63% |
| Events | 350.00 | 1,391.61 | -1,041.61 | -74.85% |
| Total Marketing | 330,777.58 | 501,936.70 | -171,159.12 | -34.1% |
| Administration | | | | |
| Computer Repairs/Software | 7,147.72 | 7,859.16 | -711.44 | -9.05% |
| Bad Debts | 0.00 | 33,816.73 | -33,816.73 | -100.0% |
| Admin Wages | 359,343.64 | 711,714.12 | -352,370.48 | -49.51% |
| Admin Payroll Taxes | 31,190.04 | 59,010.43 | -27,820.39 | -47.15% |
| Health insurance | 57,812.18 | 44,537.21 | 13,274.97 | 29.81% |
| Automobile Expense | 5,495.99 | 3,339.24 | 2,156.75 | 64.59% |
| Auto/Travel | 932.11 | 0.00 | 932.11 | 100.0% |
| Background Checks | 660.00 | 3,190.00 | -2,530.00 | -79.31% |
| Bank Service Charges | 7,911.00 | 6,033.77 | 1,877.23 | 31.11% |
| Bus.Priv.Tax Twp./School | 27,313.69 | 269.04 | 27,044.65 | 10,052.28% |
| Consulting | 8,654.25 | 6,367.00 | 2,287.25 | 35.92% |
| Contract Labor | 9,944.80 | 37,130.40 | -27,185.60 | -73.22% |
| Contributions | 1,500.00 | 675.00 | 825.00 | 122.22% |
| Dues and Subscriptions | 1,005.86 | 1,245.00 | -239.14 | -19.21% |
| Employee Bonus | 100.00 | 120.00 | -20.00 | -16.67% |
| Fuel-gas | 49,304.59 | 37,827.88 | 11,476.71 | 30.34% |
| Legal/Professional Fees | 37,687.05 | 70,090.61 | -32,403.56 | -46.23% |
| Insurance | 17,383.92 | 16,228.86 | 1,155.06 | 7.12% |
| Licenses and Permits | 2,034.67 | 2,590.51 | -555.84 | -21.46% |
| Management fees | 199,693.71 | 0.00 | 199,693.71 | 100.0% |
| Miscellaneous | 0.00 | 3,009.90 | -3,009.90 | -100.0% |
| Office Supplies | 26,470.42 | 25,577.96 | 892.46 | 3.49% |
| Payroll service fees | 9,920.80 | 17,287.40 | -7,366.60 | -42.61% |
| Postage and Delivery | 3,071.96 | 5,032.60 | -1,960.64 | -38.96% |
| Telephone | 5,201.97 | 23,252.43 | -18,050.46 | -77.63% |
| Testing | 74.00 | 821.00 | -747.00 | -90.99% |
| Travel & Ent | 4,622.15 | 232.14 | 4,390.01 | 1,891.11% |
| Training Classes | 1,225.00 | 1,915.28 | -690.28 | -36.04% |
| Uniform Expense | 0.00 | 340.17 | -340.17 | -100.0% |
| Workers comp | 92,452.47 | 28,238.74 | 64,213.73 | 227.4% |
| Total Administration | 968,153.99 | 1,147,752.58 | -179,598.59 | -15.65% |
| Total Expense | 5,654,854.04 | 7,957,472.95 | -2,302,618.91 | -28.94% |
| Net Ordinary Income | -1,631,724.33 | -1,152,617.67 | -479,106.66 | -41.57% |
| Other Income/Expense | | | | |
| Other Income | | | | |
| Miscellaneous Income | 108,073.96 | 0.00 | 108,073.96 | 100.0% |
| Total Other Income | 108,073.96 | 0.00 | 108,073.96 | 100.0% |
| Other Expense | | | | |
| Depreciation Expense | 69,938.26 | 79,470.37 | -9,532.11 | -12.0% |
| Interest | 1,012.63 | 1,432.85 | -420.22 | -29.33% |
| Total Other Expense | 70,950.89 | 80,903.22 | -9,952.33 | -12.3% |
| Net Other Income | 37,123.07 | -80,903.22 | 118,026.29 | 145.89% |
| Net Income | -1,594,601.26 | -1,233,520.89 | -361,080.37 | -29.27% |

| Room | CL | ADM | 2025 rate | 2026 rate |
|---|---|---|---|---|
| A-01 [S] | C+ | 02/28/23 | 5495 | 5770 |
| A-07 [P] | C+ | 09/29/25 | 6695 | 7030 |
| A-12 [P] | PC+ | 2014-07-09 | 5106 | 5361 |
| A-13 [P] | PC+ | 01/05/26 | | 5500 |
| A-14 [P] | C+ | 10/16/2025 | 6795 | 6795 |
| A-15 [P] | C+ | 07/22/25 | 6695 | 7030 |
| A-16b [S] | PC+ | 05/01/24 | 4595 | 4825 |
| A-18 [S] | PC+ | 09/26/25 | 4495 | 4720 |
| A-20 [P] | PC+ | 10/02/25 | 4995 | 4995 |
| A-22 [P] | PC+ | 01/06/25 | 6005 | 6305 |
| A-24 [P] | C+ | 07/17/24 | 6829 | 7170 |
| A-25 [S] | PC | 09/01/22 | 4115 | 4321 |
| A-25 [S] | C+ | 09/01/22 | 6484 | 6808 |
| A-26 [P] | C+ | 05/03/23 | 6989 | 7338 |
| A-27 | C+ | 02/04/25 | 6695 | 7030 |
| A-28 [S] | C+ | 06/28/21 | 4405 | 4625 |
| A-29 [P] | C+ | 08/21/25 | 6695 | 7030 |
| A-30 [P] | C+ | 12/29/22 | 6064 | 6367 |
| A-31 [P] | PC+ | 04/29/25 | 5295 | 5560 |
| A-32 [P] | PC+ | 05/09/22 | 3347 | 3514 |
| A-33 [P] | PC+ | 03/14/24 | 3394 | 3564 |
| A-34 [P] | C+ | 02/21/24 | 6896 | 7241 |
| A-36 [S] | PC | 08/15/25 | 2300 | 2415 |
| A-36 [S] | C+ | 07/31/25 | 4995 | 5245 |
| A-4b [S] | PC | 04/08/21 | 3796 | 3986 |
| A-5 [S] | PC | 10/15/25 | 4200 | 3795 |
| A-5 [S] | C+ | 10/15/25 | 3300 | 4300 |
| A-6 [P] | PC | 12/26/24 | 4295 | 4810 |
| A-7 [S] | C+ | 10/9/2025 | 5795 | 5795 |
| A-8 [P] | PC+ | 4/16/2025 | 5295 | 5560 |
| B-02 [S] | MIP | 09/24/25 | 4995 | 5245 |
| B-04 [S] | MIP | 05/12/22 | 4075 | 4279 |
| B-05 [S] | MIP | 11/30/21 | 4322 | 4538 |
| B-05b [S] | MIP | 04/04/25 | 4995 | 5245 |
| B-07a [S] | MIP | 05/16/25 | 4200 | 4410 |
| B-08a [S] | MIP | 08/21/23 | 4683 | 4917 |
| B-09 [P] | MIP | 11/06/24 | 5995 | 6295 |
| B-11 [S] | MIP | 01/31/25 | 4995 | 5245 |
| B-12 [S] | MIP | 08/01/25 | 4995 | 5245 |
| B-14 [P] | MIP | 01/09/26 | | 6295 |
| B-14 [P] | MIP | 01/09/26 | | 6295 |
| B-17 [C] | PC | 11/03/23 | 3055 | 3208 |
| B-18- [S] | PC | 07/17/25 | 3695 | 3880 |
| B-19 [S] | PC | 01/18/23 | 4645 | 4877 |
| B-21 [P] | PC | 11/10/22 | 4321 | 4537 |

| | | | | |
|---|---|---|---|---|
| B-22 [P] | PC | 08/08/25 | 5995 | 4596 |
| B-23 [P] | PC | 03/18/24 | 4295 | 4510 |
| B-24 [P] | PC | 6/16/2025 | 4295 | 4510 |
| B-25 [S] | PC | 9/18/2024 | 3695 | 3880 |
| B-25a [S] | PC | 02/28/22 | 3401 | 3571 |
| B-26 [P] | PC | 03/26/25 | 4100 | 4305 |
| B-27b [S] | PC | 02/06/25 | 3695 | 3880 |
| B-28 [P] | PC | 02/14/24 | 4836 | 5078 |
| B-30 [P] | PC | 01/13/25 | 4295 | 4510 |
| B-32 [S] | PC | 02/24/21 | 2861 | 3004 |
| B-4 [S] | PC | 2018-12-21 | 4075 | 4279 |
| B-6 [P] | MIP | 11/10/25 | 5995 | 5995 |
| C- 54[P] | IL | 03/14/24 | 2364 | 2482 |
| C-03a [S] | PC | 12/13/22 | 3239 | 3401 |
| C-04 [P] | MIP | 10/14/23 | 6195 | 6505 |
| C-07 [P] | PC | 07/28/25 | 3495 | 4100 |
| C-09 [P] | PC | 2018-06-18 | 4295 | 4510 |
| C-11 [S] | PC | 11/26/25 | 110 | 3295 |
| C-11a [S] | PC | 01/13/26 | | 3000 |
| C-12 [P] | PC | 03/26/25 | 4295 | 4510 |
| C-13 [S] | PC | 11/19/20 | 2575 | 2704 |
| C-13 [S] | PC | 11/10/20 | 2861 | 3004 |
| C-14 [P] | PC | 11/22/24 | 4295 | 4510 |
| C-15a [S] | PC | 09/13/25 | 3000 | 3150 |
| C-15b [S] | PC | 09/13/25 | 3000 | 3150 |
| C-16 [P] | PC | 09/16/25 | 4295 | 4511 |
| C-18 [P} | PC | 08/01/23 | 3302 | 3467 |
| C-2 [P] | MIP | 12/26/25 | 6296 | 6295 |
| C-20 [P] | PC | 08/27/21 | 4537 | 4764 |
| C-24 [P] | PC | 09/02/25 | 4295 | 4510 |
| C-26 [P] | PC | 04/25/23 | 4365 | 4583 |
| C-27 [P] | PC | 2019-06-29 | 4406 | 4626 |
| C-28 [P] | PC | 11/14/25 | 4295 | 4295 |
| C-29 [S] | PC | 04/24/24 | 3150 | 3308 |
| C-30 [P] | PC | 09/29/25 | 4295 | 4295 |
| C-31a [S] | PC | 02/10/25 | 3695 | 3880 |
| C-31b [S] | PC | 10/16/25 | 3000 | 3000 |
| C-32 [P] | PC | 09/09/24 | 4295 | 4510 |
| C-33 [P] | PC | 02/08/21 | 4115 | 4321 |
| C-34 [P] | PC | 02/24/25 | 4295 | 4510 |
| C-35a [S] | PC | 11/28/22 | 3302 | 3467 |
| C-35b [S] | PC | 2020-03-03 | 3127 | 3283 |
| C-36 [P] | PC | 03/14/25 | 4285 | 4499 |
| C-37 [P] | PC | 1/17/2025 | 4295 | 4510 |
| C-39 [P] | PC | 10/14/25 | 143 | 4295 |
| C-41 [P] | PC | 07/17/25 | 4295 | 4510 |
| C-43 [P] | PC | 03/21/25 | 4295 | 4510 |

| | | | | |
|---|---|---|---|---|
| C-45 [S] | PC | 07/05/24 | 2570 | 2699 |
| C-45 [S] | PC | 07/05/24 | 4595 | 4825 |
| C-50[P] | IL | 06/30/25 | 2295 | 2410 |
| C-51 [P] | PC | 12/31/25 | | 2995 |
| C-52 [P] | IL | 04/25/23 | 2673 | 2807 |
| C-53 [P] | IL | 01/10/25 | 2295 | 2410 |
| C-55 [P] | IL | 12/4/2025 | 2595 | 2595 |
| C-56 [P] | IL | 12/30/23 | 2570 | 2699 |
| C-57 [P] | IL | 07/30/25 | 2595 | 2725 |
| C-58 [P} | IL | 10/10/24 | 2295 | 2410 |
| C-59 [P} | PC | 02/13/25 | 3500 | 3675 |
| C-60[P] | IL | 12/03/24 | 2250 | 2363 |
| C-61 [P] | PC | 01/10/23 | 2735 | 2872 |
| C-62 [P] | IL | 12/13/24 | 2100 | 2205 |
| C-63b [S] | PC | 07/01/25 | 2595 | 2725 |
| C-64[P] | IL | 11/09/24 | 2295 | 2410 |
| C-65 [P] | IL | 03/27/25 | 2595 | 2725 |
| C-66 [P] | PC | 05/25/21 | 2917 | 3063 |
| C-68 [P] | IL | 04/28/24 | 2410 | 2531 |
| C-70 [P] | IL | 2017-06-12 | 3213 | 3374 |
| C-71 [P] | IL | 10/27/2025 | 2295 | 2295 |
| C-72 [P] | PC | 07/01/22 | 2266 | 2379 |
| C-73b [S] | PC | 11/19/20 | 2917 | 3063 |
| C-74 [P] | PC | 10/25/21 | 3640 | 3822 |
| C-76 [P] | IL | 08/29/25 | 2295 | 2410 |
| C-77 [S] | IL | 05/01/23 | 2458 | 2581 |
| C-77 [S] | PC | 05/01/23 | 3564 | 3742 |
| C-78 [P] | II | 10/06/25 | 2295 | 2295 |
| C-8 [P] | MIP | 10/03/25 | 5995 | 5995 |
| C-8 [P] | MIP | 12/23/25 | 6295 | 6295 |
| C-80 [P] | PC | 08/23/24 | 3085 | 3239 |
| C-81 [P} | PC | 01/08/26 | | 2950 |
| C-84 | IL | 09/27/25 | 3295 | 3295 |
| C-85 [P] | PC | 9/28/2023 | 3145 | 3302 |
| C-87 [P] | IL | 05/31/24 | 2341 | 2458 |
| C-89 [P] | PC | 06/22/23 | 3871 | 4065 |
| C-91 [P] | PC | 2017-11-01 | 3571 | 3750 |



**GOUCK ARCHITECTS**

Stewart J. Gouck, AIA
Registered    Architect

Mr. Abraham Atiyeh
Whitehall Manor
1177 Sixth Street
Whitehall, PA 18052

March 17, 2026

RE: Whitehall Manor Phase 1 & 2 Rubber Reroofing

Abe,

The rubber roofs at Whitehall Manor Phase 1 & 2 are alligator-cracked and pinholed, seams and details are delaminating, the roofs are leaking, and these roofs have reached the end of their life.

We recommend a complete tear-off and replacement of the Phase 1 & Phase 2 rubber roofs.


Best Regards,



Eugene Berg, Jr., AIA
Registered Architect
Gouck Architects
1304 Hamilton Street
Allentown, PA 18102

WMI0000557

LEASE AGREEMENT
DATED AND EFFECTIVE AS OF August _14_, 2008

By and Between
WHITEHALL FIDUCIARY, LLC,
AS TRUSTEE OF WHITEHALL TRUST
u/t/a dated August 1, 2007,
a Pennsylvania Trust, as Owner and Lessor

and

WHITEHALL MANOR, INC.,
a Pennsylvania corporation, as Lessee

WMI0000669

Table of Contents

Page

ARTICLE I     DEFINITIONS ........................................................................................ 1
1.01          Definitions............................................................................................... 1

ARTICLE II    LEASE OF LEASED PREMISES, TERM OF LEASE ............................... 5
2.01          Lease of Leased Premises ........................................................................ 5
2.02          Term of Lease ......................................................................................... 5
2.03          Subordination.......................................................................................... 5
2.04          Quiet Enjoyment ..................................................................................... 6
2.05          Ownership of Capital Improvements ........................................................ 6
2.06          No Personal Liability .............................................................................. 6

ARTICLE III   HUD REQUIREMENTS ......................................................................... 6
3.01          Precedence of Article III ......................................................................... 7
3.02          Assignment and Subletting ...................................................................... 7
3.03          Compliance With HUD Requirements and Terms of Mortgage
              Loan Documents ...................................................................................... 7
3.04          Acknowledgment ..................................................................................... 7
3.05          License; Bed Authority ........................................................................... 7
3.06          Financial Statements ............................................................................... 7
3.07          Medicaid and Medicare............................................................................ 8
3.08          State Licensure Requirements.................................................................. 8
3.09          MAP Guide Requirements........................................................................ 8
3.10          Execution of Lessee Regulatory Agreement by Lessee ............................ 8
3.11          Management Contract Requirements......................................................... 8
3.12.         Inspections ............................................................................................. 8
3.13          Insurance ................................................................................................ 8
3.14          Certain Payments .................................................................................... 8
3.15          Eminent Domain ..................................................................................... 9
3.16          Ownership of Capital Improvements ........................................................ 9

ARTICLE IV    RENTALS; APPLICATION OF GROSS REVENUES................................. 9
4.01          General Obligation................................................................................... 9
4.02          Rental Payments...................................................................................... 9
4.03          Security Interest In Gross Revenues ........................................................ 9
4.04          Obligations Unconditional ....................................................................... 10
4.05          Net Lease................................................................................................ 10

ARTICLE V     COVENANTS AND REPRESENTATIONS OF THE LESSEE.................... 10
5.01          Maintenance and Operation of Leased Premises ....................................... 10

WMI0000670

| | | |
|---|---|---|
| 5.02 | Maintenance of Entity Existence | 11 |
| 5.03 | Management | 11 |
| 5.04 | Payment of Lawful Taxes and Charges; Discharge of Liens | 12 |
| 5.05 | Compliance With Law | 12 |
| 5.06 | Additions and Alterations | 12 |
| 5.07 | Financial and Other Restrictions | 13 |
| 5.08 | Inspections | 13 |
| 5.09 | Assignment and Subletting | 14 |
| 5.10 | Indemnification Concerning the Leased Premise | 14 |
| 5.11 | Representations of the Lessee | 14 |
| ARTICLE VI | INSURANCE AND CONDEMNATION | 16 |
| 6.01 | Insurance Coverage and Terms | 16 |
| 6.02 | Insurance Proceeds | 16 |
| 6.03 | Eminent Domain | 16 |
| ARTICLE VII | DEFAULT AND REMEDIES | 16 |
| 7.01 | Events of Default | 16 |
| 7.02 | Remedies | 17 |
| 7.03 | Cumulative Rights; No Implied Waiver | 18 |
| ARTICLE VIII | MISCELLANEOUS | 18 |
| 8.01 | Surrender of Possession | 18 |
| 8.02 | Successors and Assigns | 18 |
| 8.03 | Severability | 18 |
| 8.04 | Counterparts | 18 |
| 8.05 | Notices | 18 |
| 8.06 | Headings | 19 |
| 8.07 | Non-Waiver | 19 |
| 8.08 | Amendments | 19 |
| 8.09 | No Recording | 19 |
| 8.10 | Estoppel Certificates | 19 |
| 8.11 | Governing Law | 19 |
| 8.12 | Entirety of Agreement | 19 |

ii

WMI0000671

)                                                           )

## LEASE AGREEMENT

This LEASE AGREEMENT, (the "Lease Agreement"), is made and dated as of August *14*, 2008, by and between WHITEHALL FIDUCIARY, LLC, AS TRUSTEE OF WHITEHALL TRUST u/t/a dated August 1, 2007 (the "Owner"), a Pennsylvania Trust, by and through its Trustee, Whitehall Fiduciary LLC, having its principal office at 1177 Sixth Street, Whitehall, PA 18052;
### AND

WHITEHALL MANOR, INC., (the "Lessee"), a Pennsylvania corporation, having its principal office at 1177 Sixth Street, Whitehall, PA., 18052.

WHEREAS, the Owner desires to lease to the Lessee the Leased Premises (hereinafter defined) on the terms and conditions set forth herein; and

NOW THEREFORE, in consideration of the foregoing Recitals and other good and valuable consideration, and intending to be legally bound, the Owner and Lessee hereby agree as follows:

## ARTICLE I

## DEFINITIONS

The Owner and the Lessee hereby mutually covenant and agree as follows:

1.01    Definitions.

(a)    The following terms shall have the meanings specified below:

"Capital Additions" means property of any kind acquired, constructed or rehabilitated by the Owner or Lessee which is used or useful in connection with the Leased Premises and which is properly chargeable to the plant or property account under generally accepted accounting principles including, without limitation, land, easements, rights-of-way, leaseholds, other interests in real property, personal property, equipment, replacements of property retired or rendered obsolete, and permanent additions and betterments.

"Department of Public Health" means the Pennsylvania Department of Public Welfare.

"Event of Default" means any of the events described in Section 7.01 of this Lease Agreement.

"FHA" means the Federal Housing Administration.

1

WMI0000672

)                                    )

"Fiscal Year" means the twelve month period hereby designated by the Owner and the Lessee for financial reporting purposes beginning on the first day of January in any calendar year and ending on the thirty-first day of December of such calendar year.

"Gross Revenues" means all revenues, receipts, income and other moneys at any time received by or on behalf of the Lessee from the operation of the Leased Premises, Including, without limitation, revenues derived from the operation of the Leased Premises and all rights to receive the same whether in the form of accounts receivable, contract rights, chattel paper, instruments or other rights, and the proceeds thereof, and any insurance thereon, whether now existing or hereafter coming Into existence and whether now owned or held or hereafter acquired by the Lessee, but excluding the proceeds of any loans to the Lessee and partnership contributions and insurance proceeds and eminent domain awards.

"HUD" means the U.S. Department of Housing and Urban Development.

"HUD Requirements" means Section 232 of the National Housing Act of 1934, as amended; any and all regulations now or hereafter adopted pursuant to such Section 232; and any and all HUD rules, requirements and/or handbooks now or hereafter applicable to the Leased Premises.

"Indemnified Parties" means the Lender, the Owner and any person who "controls" the Owner within the meaning of Section 15 of the Securities Act of 1933, as amended; any member, officer, director, official, employee, agent, general partner, limited partner and attorney of the Owner or the Lender; and their respective executors, administrators, heirs, successors and assigns (excluding the Lessee).

"Leased Premises" means all the land located at, and known and identified as Unit 1 of Whitehall Manor Condominium, as Declared by Declaration of Condominium dated August 13, 2008 and recorded in the Office of the Recorder of Deeds In and for Lehigh County, Pennsylvania, said premises being situate in the Township of Whitehall, Lehigh County, Pennsylvania, and more particularly described in Exhibit A attached to this Lease Agreement, together with any additions thereto and substitutions therefor and any buildings, improvements, betterments, fixtures, equipment, furnishings, and other property, real or personal, now existing or at any time acquired, constructed or located thereon, including any Capital Additions.

"Lease Term" means the duration of the term created in this Lease Agreement as specified in Section 2.02.

"Lender" means M&T Realty Capital Corporation, and any future holder of the Mortgage.

"Lessee Regulatory Agreement" means the Regulatory Agreement-Nursing Homes entered into by and between the Lessee and HUD with respect to the Leased Premises.

2

WMI0000673

"Lessee Security Agreement" means that certain Lessee Security Agreement between Lessee and Lender with respect to the Leased Premises securing the Mortgage Loan, and any amendments or supplements thereto.

"Mortgage" means that certain Mortgage from the Owner to the Lender with respect to the Leased Premises securing the Mortgage Loan, and any amendments and supplements thereto.

"Mortgage Loan" means the FHA-insured mortgage loan in the original maximum principal amount of up to $15,788,700.00 made by Lender to the Owner, secured, in part, by the Leased Premises, as the same may be amended, increased or decreased.

"Mortgage Loan Documents" means the Lessee Regulatory Agreement, the Owner Regulatory Agreement, the Mortgage, the Security Agreement, the Mortgage Note evidencing the Mortgage Loan executed by the Owner in favor of the Lender, the Lessee Security Agreement entered into by and between the Lessee and Lender with respect to the Leased Premises, and any and all other documents required by HUD and/or the Lender in connection with the Mortgage Loan.

"Operating Expenses" means all expenses required in operating and maintaining the Leased Premises, including, in each case, without limitation, (i) expenses of operation of the Leased Premises, including utilities, maintenance, repair, alteration, insurance and inspection expenses, (ii) expenses of professional, managerial, supervisory, administrative, engineering, architectural, legal, auditing and consulting services, (iii) sums payable to any Person, which sums, under generally accepted accounting principles, constitute expenses of operation and maintenance, and (iv) all taxes, assessments and other governmental charges, including, without limitation, property, franchise and excise taxes, but excluding taxes levied on income and/or profits of the Owner and/or Lessee. Operating Expenses shall exclude Rent. Operating Expenses shall also include deductibles relating to casualty losses of a part of the Property and shall also include all regular and special assessments due to the condominium association of which the Leased Premises forms a part.

"Owner Regulatory Agreement" means the Regulatory Agreement entered into by and between the Owner and HUD with respect to the Leased Premises.

"Person" means any natural person, corporation, partnership, limited liability company, trust, agency or other entity.

"Rent" means the payments of rent in respect of the Leased Premises required pursuant to Section 4.02.A of this Lease Agreement.

"Security Agreement" means that certain Security Agreement between Owner and Lender with respect to the Leased Premises securing the Mortgage Loan, and any amendments and supplements thereto.

3

WMI0000674

(b)     Words importing persons shall include firms, associations and corporations, and words importing the singular number shall include the plural number and vice versa.

4

WMI0000675

## ARTICLE II

### LEASE OF LEASED PREMISES; TERM OF LEASE

2.01    Lease of Leased Premises. The Owner hereby leases to the Lessee, and the Lessee hereby leases from the Owner, the Leased Premises on the terms and conditions set forth in this Lease Agreement.

2.02    Term of Lease. The Lease Term for the Leased Premises shall commence on the date hereof and shall expire on August 31, 2018, or such earlier date as may be hereinafter provided. In addition, the Lessee shall have the option to extend the Lease Term for three (3) successive periods of five (5) years each upon the terms and conditions contained herein, upon written notice to the Owner given not later than one hundred eighty (180) days prior to the expiration of the initial Lease Term or extended Lease Term, as the case may be.

2.03    Subordination. This Lease Agreement is and shall be subject and subordinate to the Mortgage and other Mortgage Loan Documents; to all renewals, modifications, consolidations, replacements and extensions thereof; to all substitutions therefor; and to all future mortgages upon the Leased Premises and/or other security interests in or to the Leased Premises and any other items which are herein leased to Lessee or which, pursuant to the terms hereof, become a part of the Leased Premises or are otherwise deemed to become the property of Owner or to remain upon the Leased Premises at the end of the Term; and to each advance made or hereafter to be made under any of the foregoing. This Section 2.03 shall be self-operative and no further instrument of subordination shall be required. The Lessee agrees to execute and deliver promptly any and all certificates, agreements and other instruments that the Owner or Lender may reasonably request in order to confirm such subordination. If the Lender shall succeed to the interest of the Owner, then this Lease Agreement shall terminate, or, at the option of the Lender, this Lease Agreement shall nevertheless continue in full force and effect, in which case the Lessee shall and does hereby agree to attorn to the Lender and to recognize the Lender as its landlord under the terms of this Lease Agreement. Any agreements entered into by the Lessee for provision of services to the Leased Premises or the granting of easements, rights of way or other allowances of use or placement of CATV, utilities or other items are, and shall always be, subordinate to (i) the rights of Owner, and (b) the Mortgage and other Mortgage Loan Documents and all other mortgages and security interests now or hereafter encumbering the Leased Premises and/or the property of which it forms a part.

If this Lease Agreement or the Rent due hereunder is assigned to the Lender as collateral security for the Mortgage Loan, the Lender shall not be deemed to have assumed any of the Owner's obligations under this Lease Agreement solely as a result of such assignment. The Lender to whom this Lease Agreement has been so assigned shall be deemed to have assumed such obligations only if (i) by the terms of the instrument of assignment the Lender specifically elects to assume such obligations, or (ii) Lender has (a) foreclosed its mortgage, (b) accepted a deed in lieu thereof, or (c) taken possession of the Leased Premises by entry or otherwise. Even if the Lender so assumes the obligations of the Owner under this Lease Agreement, the Lender will be liable for breaches under this Lease Agreement only to the extent such breaches occur

5

WMI0000676

during the period of ownership by the Lender after foreclosure (or after any conveyance by a deed in lieu of foreclosure) and then only to the extent of Lender's interest in the Leased Premises. The Lessee hereby consents to the assignment of this Lease Agreement as provided in the Mortgage.

2.04     Quiet Enjoyment.    The Owner covenants and agrees with the Lessee that so long as the Lessee is in compliance with its obligations under this Lease Agreement, including the payment of the Rent and the other payments required under this Lease Agreement and the observance and performance of all the terms, covenants, and conditions on the Lessee's part to be observed and performed, and subject to the provisions of Section 2.03 of this Lease Agreement, the Lessee may peaceably and quietly have, hold and enjoy the Leased Premises for the Lease Term, subject to easements, agreements, restrictions, and covenants of record. The foregoing is subject to the rights reserved to Owner and/or the Declarant and/or others in the Declaration Condominium for the Property of which the Leased Premises is a part.

2.05     Ownership of Capital Improvements.    Any and all buildings and improvements now existing and/or hereafter erected on the Leased Premises; any betterments made to the Leased Premises; any and all personal property, equipment, furniture, fixtures, computers, accessories and supplies of all kinds now or hereafter located on and/or used in connection with the Leased Premises; and all additions, substitutions, and replacements thereto during the Lease Term (hereinafter collectively called "Personal Property") shall be owned by the Owner, Lessee hereby conveying any and all such Personal Property to Owner.

Lessee agrees not to remove any Personal Property from the Leased Premises except to replace such Personal Property with other similar items of equal or greater quality and value, which items shall immediately become and remain the property of the Owner.

2.06     No Personal Liability.    No recourse under or upon any obligation, covenant or agreement of this Lease Agreement or for any claim based thereon or otherwise in respect thereof, shall be had against any partner (general or limited), member, manager, officer, director, shareholder or employee, trustee, as such, past, present or future, of the Owner or of any successor entity, either directly or through the Owner, at law or in equity, whether by virtue of any constitution, statute or rule of law or by the enforcement of any assessment or penalty, or otherwise; it being expressly understood that no such personal liability whatever shall attach to, or is or shall be incurred by, any such Person, under or by reason of the obligations, covenants or agreements contained in this Lease Agreement or implied herefrom; and that any and all such personal liability, either at common law or in equity or by constitution or statute, of, and any and all such rights and claims against, every such Person under or by reason of the obligations, covenants or agreements contained in this Lease Agreement, or implied herefrom, are hereby expressly waived and released as a condition of, and as a consideration for, the execution of this Lease Agreement.

## ARTICLE III

### HUD REQUIREMENTS

6

WMI0000677

3.01   Precedence of Article III. For so long as, and only for so long as, HUD is the holder or insurer of any indebtedness secured by the Leased Premises, the provisions of this Article III shall apply to this Lease Agreement, notwithstanding anything herein to the contrary. This Article III shall not be amended without the prior written consent of HUD and the Lender.

3.02   Assignment and Subletting. This Lease Agreement shall not be assigned, in whole or in part (including any transfer of title or right to possession and control of the Leased Premises, or of any right to collect fees or rents), without the prior approval of HUD. Owner and Lessee acknowledge that any proposed assignee will be required to execute a Lessee Regulatory Agreement with HUD as a prerequisite to any such approval. Any consent by Owner to any sublease by the Lessee of the Leased Premises or any portion thereof may be given only upon compliance with the Mortgage Loan Documents and applicable HUD Requirements.

3.03   Compliance With HUD Requirements and Terms of Mortgage Loan Documents. The Lessee agrees to comply with all HUD Requirements that are applicable to the Leased Premises. The Lessee agrees that it will not take any action which would violate any applicable provision of any of the Mortgage Loan Documents.

In the event of any conflict between the terms and provisions of this Lease Agreement and any applicable HUD Requirements or the Mortgage Loan Documents, the HUD Requirements and Mortgage Loan Documents shall control in all respects. Owner and Lessee agree that no provision of this Lease Agreement shall modify any obligation of Owner or Lessee under the Mortgage Loan Documents. Owner and Lessee acknowledge that HUD's acceptance of this Lease Agreement in connection with the closing of the Mortgage Loan shall in no way constitute HUD's consent to arrangements which are inconsistent with HUD Requirements. This Lease Agreement is subordinate and subject to the Mortgage Loan Documents and to all HUD Requirements.

3.04   Acknowledgment. Owner and Lessee each acknowledges and agrees that the Rent and other amounts payable by Lessee under this Lease Agreement (including Rent, additional rent and all other sums payable under this Lease Agreement) are sufficient to properly maintain the Leased Premises, and to enable the Owner to meet its debt service obligations and related expenses in connection with the Mortgage Loan and the Leased Premises. Owner and Lessee each acknowledges and agrees that the terms and provisions of this Lease Agreement are comparable to the terms and provisions of leases of comparable facilities in the market.

3.05   License; Bed Authority. Owner and Lessee agree not to undertake or acquiesce to any modification to the assisted living facility license with respect to the Leased Premises or to any "bed authority" related thereto without the prior written approval of HUD.

3.06   Financial Statements. Lessee agrees to furnish HUD and Lender copies of its annual financial statements with respect to the Leased Premises within sixty (60) days after the close of Lessee's fiscal year or such longer period as may be permitted by HUD.

7

WMI0000678

3.07    Medicaid and Medicare.    Lessee shall be responsible for obtaining and maintaining all necessary licensure, and provider agreements for Medicaid and Medicare residents in the event the Leased Premises has a dual certification. Lessee agrees to furnish HUD and Lender with copies of all such provider agreements.

3.08    State Licensure Requirements.    Lessee shall ensure that the Leased Premises meets all state licensure requirements and standards at all times.

3.09    MAP Guide Requirements.    Owner and Lessee acknowledge and agree that this Lease Agreement complies with applicable requirements of Section 3.9.G of the Multifamily Accelerated Processing Guide dated May 17, 2000, as the same may have been amended, promulgated by the Office of the Assistant Secretary for Housing – FHA Commissioner.

3.10    Execution of Lessee Regulatory Agreement by Lessee.    At the time of the closing of the Mortgage Loan, the Lessee agrees to execute the Lessee Regulatory Agreement. The Lessee agrees to comply with its obligations under the Lessee Regulatory Agreement, and agrees that a default by the Lessee under the Lessee Regulatory Agreement shall be deemed to be a default under this Lease Agreement.

3.11    Management Contract Requirements.    The Lessee agrees not to enter into any management contract involving the Leased Premises unless such management contract shall contain provisions that, in the event of default under the Owner Regulatory Agreement or the Lessee Regulatory Agreement, the management agreement shall be subject to termination upon not more than thirty (30) days notice without penalty upon written request of HUD. Upon such HUD termination request, the Lessee shall immediately arrange to terminate the contract within a period of not more than thirty (30) days and shall make arrangements satisfactory to HUD for continuing proper management of the Leased Premises.

3.12.    Inspections.    The Lessee agrees that upon reasonable request, the Lender and/or HUD and their designees and representatives may exercise all rights of examination and inspection that are afforded to the Owner under Section 5.08 of this Lease Agreement.

3.13    Insurance.    The Lessee agrees to procure and maintain, or cause to be procured and maintained, the insurance coverages required pursuant to the Mortgage Loan Documents and/or applicable HUD Requirements, including HUD Notices 04-01 and 04-15. Insurance proceeds shall be applied in accordance with the terms of the Mortgage Loan Documents and applicable HUD Requirements. The decision to repair, reconstruct, restore or replace the Leased Premises shall be made by the Owner, subject to the terms of the Mortgage Loan Documents and applicable HUD Requirements.

3.14    Certain Payments.    The Lessee agrees to pay, as Additional Rent, when due all premiums for (i) FHA mortgage insurance, (ii) liability insurance and full coverage hazard insurance on the Leased Premises, and (iii) all other insurance coverages required under the Mortgage Loan Documents and/or applicable HUD Requirements, and to treat such payments as Operating Expenses. Unless the Lender and Owner agree otherwise, the Lessee shall be

8

WMI0000679

responsible for funding all escrows for taxes, reserves for replacements, mortgage insurance premiums, and/or other insurance premiums as may be required by the Lender and/or FHA.

3.15   Eminent Domain.   The proceeds of any condemnation award or other compensation paid by reason of a conveyance in lieu of the exercise of such power, with respect to the Leased Premises or any portion thereof shall be applied in accordance with the terms of the Mortgage Loan Documents and applicable HUD Requirements.

3.16   Ownership of Capital Improvements.   Lessee agrees to execute any and all documents as may be required by Lender or HUD to confirm the provisions of Section 2.05 and/or further effect the transfer of title to the Owner as provided in Section 2.05.

## ARTICLE IV

## RENTALS: APPLICATION OF GROSS REVENUES

4.01      General Obligation.   This Lease Agreement is a general obligation of the Lessee.

4.02      Rental Payments.

A.      The Lessee agrees to pay to the Owner during the Lease Term, as Rent for the Leased Premises, the sum of One Million Two Hundred Thousand and No/100 Dollars ($1,200,000.00) per year.   Payments of Rent shall be due in advance in equal monthly installments of One Hundred Thousand and No/100 Dollars ($100,000.00) on the first day of each month.   If the Lessee fails to make any monthly payment of Rent within fifteen (15) days after the due date thereof, the Owner may, at its option, impose a late charge upon the Lessee in an amount not to exceed five percent (5.0%) of the Rent so delinquent.

B.      The Lessee agrees to pay to (or on behalf of) the Owner all payments to the reserve for replacements which are required to be made pursuant to the terms of the Owner Regulatory Agreement.

4.03      Security Interest In Gross Revenues.   As security for the Rent and all other payments due to the Owner under the terms of this Lease Agreement, the Lessee grants to and creates in the Owner a security interest in the Gross Revenues, but the existence of such security interest shall not prevent the expenditure, deposit or commingling of Gross Revenues by the Lessee so long as all payments required under this Lease Agreement are made when due, nor prevent the write-off of any uncollectable accounts or bad debts.   In the event of default by the Lessee under the terms and conditions of this Lease Agreement, beyond any applicable notice and cure periods, the Owner, without limitation of any other rights or remedies available to it and with any required consent of the Department of Public Health, shall have the right to appoint a receiver to collect the Gross Revenues and manage payments from such funds as permitted from time to time by the Department of Public Health, if applicable.

9

WMI0000680

4.04    Obligations Unconditional. The obligations of the Lessee to make payments of Rent and all other payments required under this Lease Agreement shall be absolute and unconditional, without defense or set-off by reason of any default or other reason whatsoever, including by the Owner under this Lease Agreement or under any other agreement between the Lessee and the Owner or the Lender, and, except as may be expressly provided herein, such payments shall not be decreased, abated, postponed, or delayed for any reason whatsoever, including, without limitation, any acts or circumstances that may constitute failure of consideration, destruction of or damage to the Leased Premises, the taking by condemnation of any part of the Leased Premises, commercial frustration of purpose, failure of the Owner to perform and observe any agreement, whether expressed or implied, or any duty, liability or obligation arising out of or connected with this Lease Agreement, or failure of any resident or occupant of the Lessee to pay the fees, rentals or other charges owed to the Lessee, and irrespective of whether or not any such resident or occupant of the Lessee receives either partial or total reimbursement as a credit against such payment, it being the intention of the parties that the payments required of the Lessee under this Lease Agreement will be paid in full when due without any delay or diminution whatsoever.

4.05    Net Lease.  This Lease Agreement is intended to be an entirely "net" lease, intending hereby to impose the burden of payment of all costs and expenses related to the use and occupancy of the Leased Premises upon the Lessee. The Lessee agrees to pay when due all real estate and personal property taxes and special assessments assessed or imposed upon the Leased Premises or which may be charged to the Owner in connection with the Leased Premises and treat such payments as Operating Expenses. The Lessee agrees also to pay when due all payments required by Section 3.14 of this Lease Agreement (during periods in which Article III is operative), and premiums for liability insurance and full coverage hazard insurance on the Leased Premises, and to treat such payments as Operating Expenses. The Lessee agrees also to pay when due all other Operating Expenses. Notwithstanding the foregoing, the Lessee shall not be liable for any federal, state or local income taxes which may be assessed against the Owner.

## ARTICLE V

## COVENANTS AND REPRESENTATIONS OF THE LESSEE

5.01    Maintenance and Operation of Leased Premises. The Lessee covenants that during the Lease Term of this Lease Agreement, it shall:

A.    pay or cause to be paid all costs of operating the Leased Premises including, without limitation, all charges for water, electricity, light, heat or power, sewage, telephone and other utility service, rendered or supplied during the Lease Term; all water, water meter, and sewer rents, rates, and charges; and any and all other governmental levies, fees, rents, assessments, or taxes and charges;

B.    at its own cost or expense keep and maintain, or cause to be kept and maintained, in good repair and condition (excepting reasonable wear and tear), the Leased

10

WMI0000681

Premises and all additions and improvements thereto, excluding any rebuilding or restoration following damage to or destruction or condemnation of all or part of the Leased Premises;

C.   make all repairs, renewals, replacements and improvements to the Leased Premises in order to maintain adequate service and quality resident care;

D.   not commit or suffer any waste of any of the Leased Premises;

E.   maintain in good standing its license to operate the Leased Premises as an assisted living facility and any other licenses or permits required to operate the Leased Premises as a licensed facility; and promptly comply, unless contested in good faith, with any and all requests and recommendations of the Department of Public Health and its representatives with respect to the operation of the Leased Premises, in providing care to residents;

F.   comply with all applicable requirements of Titles XVIII and XIX of the Social Security Act, and the rules and regulations thereunder, as the same may now or hereafter be in effect, in order to maintain its status in good standing as a provider of health care services under such Titles;

G.   upon receipt, promptly furnish the Owner with copies of any inspection reports made by the Department of Public Health or the United States Department of Health and Human Services, and promptly undertake to correct any deficiencies noted in such inspection reports regarding its operation of the Leased Premises as an assisted living facility; and

H.   promptly inform the Owner of any decisions on behalf of the Department of Public Health as to a change in status of any certificate or license affecting the Lessee's operation of the Leased Premises as an assisted living facility.

5.02   Maintenance of Entity Existence.   The Lessee agrees that during the Lease Term (unless this Lease Agreement is assigned in accordance with its terms, in which event this Section shall apply to such assignee), it will maintain its entity existence, will continue to be a corporation organized under the laws of the Commonwealth of Pennsylvania, will promptly pay all taxes assessed against it or any of its assets by any federal, state or local governmental authority, will not dissolve or otherwise dispose of all or substantially all of its assets, and will not consolidate with or merge into another entity or permit one or more other entities to consolidate with or merge into it.

5.03   Management.   The Lessee agrees at all times during the Lease Term of this Lease Agreement to employ or cause to be employed a qualified management firm and/or qualified administrator to supervise the operation of the Leased Premises, who shall be experienced in the management and operation of facilities of the nature and size of the Leased Premises, and who shall be subject to the approval of the Owner (and HUD, in accordance with Section 3.11, during periods in which Article III is operative).

11

WMI0000682

5.04    Payment of Lawful Taxes and Charges; Discharge of Liens.

A.    The Lessee agrees to pay all taxes and assessments or other municipal or governmental charges of any kind whatsoever that may at any time be lawfully imposed, levied or assessed upon or in respect of the Lessee's income, operations, assets or property, including the Leased Premises, or any part thereof, when the same shall become due, including any machinery, equipment or related property installed or brought by the Lessee therein or thereon, and all utility and other charges incurred in the operation, maintenance, use, occupancy and upkeep of the Leased Premises; provided, that with respect to special assessments or other governmental charges that lawfully may be paid in installments over a period of years, the Lessee shall be obligated to pay only such installments as are required to be paid during the term of this Lease Agreement. Notwithstanding the foregoing, the Lessee shall not be liable for any federal, state or local income taxes which may be assessed against the Owner.

B.    The Lessee may, at its own expense and in good faith, contest any such taxes, assessments, charges, claims or demands and, in the event of any such contest, may, with the approval of the Owner (and HUD, in accordance with Section 3.12.A, during periods in which Article III is operative), permit the taxes, assessments, charges, claims and demands so contested to remain unpaid during the period of such contest and may appeal therefrom.

5.05    Compliance With Law.

A.    The Lessee covenants, represents and warrants that at all times during the term of this Lease Agreement:

(1)    all actions heretofore and hereafter taken by the Lessee with respect to the Leased Premises, including all repairs, additions, alterations or improvements thereto, have been and will at all times be in compliance in all material respects with all applicable requirements of federal, state and local laws, ordinances, rules, regulations and orders, and with all applicable requirements of any agency, board, or commission created under the laws of the state where the Leased Premises are located, or any other duly constituted public authority, and any requirement of an insurance company so long as such company is providing insurance in respect to the Lessee or the Leased Premises; and

(2)    it shall not take any action which would cause the Leased Premises to be in violation of such laws, ordinances, rules, regulations or orders.

B.    Notwithstanding any provision of this Lease Agreement, the Lessee shall have the right to contest in good faith any law, ordinance, rule, regulation or order, provided that such action is promptly and diligently pursued, and the Lessee agrees to keep the Owner informed as to the status of such contest and provided further that such action does not, in the Owner's judgment materially adversely affect the Lessee's ability to operate the Leased Premises and pay the Rent.

5.06    Additions and Alterations.  Except where an emergency situation exists:

12

WMI0000683

A.    The Lessee shall not, without the prior written approval of the Owner, which will not be unreasonably withheld or delayed, make any alterations, changes, replacements, improvements and additions of a structural nature to the Leased Premises;

B.    The Lessee agrees not to permit any alienation, removal, demolition, substitution, improvement, alteration or deterioration of the Leased Premises or any other act which might impair or reduce the usefulness or value thereof or the Owner's interest therein; and

C.    The Lessee agrees to comply with all applicable requirements of law with respect to such alterations, changes, replacements, improvements and additions.

(And Lessee shall also comply with Section 3.12.B during periods in which Article III is operative.)

5.07    Financial and Other Restrictions.  So long as this Lease Agreement remains in effect, (and, as to the records required hereunder, for a period of one year thereafter), the Lessee agrees to:

A.    Keep proper books of record and account in which full, true and correct entries will be made of all its business transactions in accordance with generally accepted accounting principles;

B.    Make payment of all indebtedness incurred in the ordinary course of the Lessee's business within the times provided under the terms of such indebtedness and make payments of all taxes, governmental charges and/or payments in lieu of taxes promptly (unless the Lessee is contesting the validity thereof in good faith);

C.    Provide to the Owner annual financial statements with respect to the Leased Premises, prepared by a certified public accountant or firm of certified public accountants acceptable to the Owner (and which meet the requirements of Section 3.06 during periods in which Article III is operative); and

D.    With reasonable promptness provide to the Owner any other data and information which may be reasonably requested from time to time.

5.08    Inspections.  The Lessee agrees that upon reasonable request, the Owner and its designees and representatives may at all reasonable times, upon reasonable notice, subject to the rights of patients, residents and tenants, if any, examine and inspect the Leased Premises. The Lessee will, on the request of the Owner, promptly make available for inspection by the Owner and its designees and representatives copies of all of the Lessee's correspondence, books, records and other documentation relating to the Leased Premises, but excepting communications between the Lessee and its attorneys. The Lessee agrees to maintain accounting records for the Leased Premises in accordance with its customary practice, separate from any general accounting records which the Lessee may maintain in connection with the Lessee's general business activities. The

13

WMI0000684

Lessee agrees that the Owner and its designees and representatives shall, at any reasonable time, have access to and the right to examine all accounting records of the Lessee which relate directly or indirectly to the Leased Premises. (See also Section 3.13 during periods in which Article III is operative.)

5.09    Assignment and Subletting. Except as set forth in this Section 5.09, the Lessee may not assign this Lease Agreement or sublease the Leased Premises or any portion thereof without the prior written consent of the Owner (and HUD, in accordance with Section 3.02, during periods in which Article III is operative). The Lessee shall be permitted to enter into leases and other possession and use agreements in the nature of assisted living rental, lease and/or services agreements with individual persons in the ordinary course of its operations.

5.10    Indemnification Concerning the Leased Premises.

A.    The Lessee covenants and agrees, at its expense, to pay and to indemnify and save the Indemnified Parties harmless of, from and against, any and all claims, damages, demands, expenses, liabilities, and losses of every kind, character, and nature asserted by or on behalf of any person arising out of, resulting from, or in any way connected with, the condition, use, possession, conduct, management, operation, or leasing of the Leased Premises or any part thereof, except for any claim, damage, demand, expense, liability or loss arising out of the negligence or willful misconduct of the party seeking indemnity.

B.    If any action is brought against any Indemnified Party based upon any of the above and in respect to which indemnity may be sought against the Lessee, the Indemnified Party involved may request in writing that the Lessee assume the defense thereof, including the employment of counsel selected by the Lessee satisfactory to such Indemnified Party (as reasonably determined), the payment of all costs and expenses and the right to negotiate and consent to settlement. Any one or more of the Indemnified Parties shall have the right to employ separate counsel at the sole cost and expense of such Indemnified Party in any such action, to participate in the defense thereof. The Lessee shall not be liable for any settlement of any such action effected without its consent, which consent shall not be unreasonably withheld nor delayed, but if settled with the consent of the Lessee or if there be a final judgment for the plaintiff in any such action, the Lessee agrees to indemnify and hold harmless the Indemnified Parties from and against any loss or liability by reason of such settlement or judgment.

C.    The Lessee shall have the right to obtain insurance, if available, against the risks which it has undertaken in paragraph A of this Section, and to treat the cost of such insurance as a part of Operating Expenses.

5.11    Representations of the Lessee. The Lessee represents and warrants as follows:

A.    Due Organization. The Lessee is a corporation, duly organized, validly existing and in good standing under the laws of Pennsylvania, and is duly authorized and qualified to operate this type of facility in the Commonwealth of Pennsylvania. The Lessee has powers adequate for the execution, delivery and performance of its obligations under this Lease

14

WMI0000685

Agreement and for carrying on the business now conducted by it and contemplated in connection with the Leased Premises. The execution and delivery of, and the performance by the Lessee of its obligations under this Lease Agreement have been duly authorized by all appropriate action by the Lessee, and this Lease Agreement constitutes the valid and binding obligations of the Lessee, enforceable in accordance with its terms, except as enforceability may be subject to the exercise of judicial discretion in accordance with general equitable principles and to applicable bankruptcy, insolvency, reorganization, moratorium and other laws for the relief of debtors heretofore or hereafter enacted to the extent that the same may be constitutionally applied.

B.    Legal Proceedings. There is no action, suit, proceeding (including, without limitation, any condemnation proceeding or proceeding in the nature of bankruptcy or for reorganization or arrangement), or investigation at law or in equity before or by any court or public board or body, pending or, to the knowledge of the Lessee after due investigation, threatened, against the Lessee or the Leased Premises, nor, to the best knowledge of the Lessee, any basis therefor, wherein an unfavorable decision, ruling or finding would, in any material respect, adversely affect the business, assets or condition (financial or otherwise) of the Lessee or the Leased Premises or the transactions contemplated by this Lease Agreement, or which in any way would adversely affect the validity of this Lease Agreement.

C.    Compliance With Law; Consents. The Lessee is not in violation of any term or provision of its organizational documents or in violation of any term or provision of any mortgage, lease, agreement or other instrument which is material to its business or assets, or of any judgment, decree, governmental order, statute, rule or regulation by which it is bound or to which it or any of its assets is subject. The execution, delivery and performance of and compliance with this Lease Agreement will not violate or constitute a default under the organizational documents of the Lessee or of any term or provision of any mortgage, lease, agreement or other instrument, or of any judgment, decree, governmental order, statute, rule or regulation by which the Lessee is bound or to which any of its assets is subject. No approval by, authorization of, or filing with any federal, state, or local or other governmental commission, board, or agency or other governmental authority is necessary in connection with the execution and delivery of this Lease Agreement by the Lessee.

D.    The Facility.

(1)    The Lessee agrees to operate the Leased Premises as an assisted living facility.

(2)    In the occupancy, maintenance, improvement and operation of the Leased Premises, the Lessee shall at all times comply in all respects with all applicable building, zoning and land use, environmental protection, sanitary, safety and other laws, rules and regulations, and shall not permit a nuisance thereon.

E.    The foregoing representations and assurances are made for the benefit of the Owner, the Lender and HUD and not for the benefit of any other third party.

15

WMI0000686

ARTICLE VI

INSURANCE AND CONDEMNATION

6.01    Insurance Coverage and Terms.

A.    The Lessee agrees to procure and maintain, or cause to be procured and maintained, commercial general liability insurance and property insurance coverages with respect to the Leased Premises (and, during such periods as applicable, the insurance required under Section 3.14 of this Lease Agreement), naming the Owner and the Lender as additional insureds.

B.    In the event that the Lessee fails to maintain any insurance as provided in this Section 6.01, the Owner may, at its option and upon such notice to the Lessee as is reasonable under the circumstances, procure and maintain such insurance. The Lessee agrees and covenants to pay any amounts so advanced therefor by the Owner, together with interest thereon at the prime rate of interest published in the Wall Street Journal plus five percent (5.0%), from the date thereof.

6.02    Insurance Proceeds. In the event of damage or destruction to the Leased Premises, the decision to repair, reconstruct, restore or replace the Leased Premises shall be made by the Owner (and in accordance with Section 3.14, during periods in which Article III is operative).

6.03    Eminent Domain. Subject to Section 3.16 (during periods in which Article III is operative), the proceeds of any condemnation award or other compensation paid by reason of a conveyance in lieu of the exercise of such power, with respect to the Leased Premises or any portion thereof shall be the property of Owner. The Lessee shall, however, be entitled to recover any amounts payable to it for moving expenses, loss of personal property, and the like so long as they do not affect Owner's award.

ARTICLE VII

DEFAULT AND REMEDIES

7.01    Events of Default. Each of the following shall be an "Event of Default" under this Lease Agreement:

A.    If payment of any amount due under Section 4.02 of this Lease Agreement is not made when it becomes due and payable and if such payment remains unpaid for a period of fifteen (15) days; or

B.    If the Lessee shall:

16

WMI0000687

1.    admit in writing its inability to pay its debts as they become due, or

2.    file a petition to be adjudicated a voluntary bankrupt in bankruptcy or a petition to otherwise take advantage of any federal or state bankruptcy or insolvency law, or

3.    make an assignment for the benefit of its creditors or seek a composition with its creditors, or

4.    consent to the appointment of a receiver of itself or of the whole or any substantial part of the Leased Premises, or

C.    If (i) the Lessee shall, upon an involuntary petition under any section or chapter of the federal bankruptcy laws filed against it, be adjudicated a bankrupt; or (ii) a court of competent jurisdiction shall enter an order or decree appointing a trustee or receiver (interim or permanent) or appointing the Lessee a debtor-in-possession, with or without the consent of the Lessee, of the whole or any substantial part of the Leased Premises, or of the Gross Revenues, or approving a petition filed against the Lessee seeking reorganization or an arrangement under the federal bankruptcy laws or any other applicable law or statute of the United States of America or any legal subdivision thereof; and such adjudication, order or decree is not dismissed or vacated within a period of sixty (60) days from the date thereof; or

D.    If the Lessee defaults in the due and punctual performance or observance of any other representation, agreement or covenant in this Lease Agreement and such default continues for thirty (30) days after written notice requiring the same to be remedied has been given by the Owner.

7.02    Remedies. Upon or after the occurrence of any Event of Default, the Lessee, upon demand of the Owner, shall forthwith surrender to the Owner the actual possession of the Leased Premises and the Owner may enter and take possession of the Leased Premises and may exclude the Lessee, its agent and employees wholly therefrom. Upon or after the occurrence of any Event of Default the Owner may, upon notice, do any or all of the following at the Lessee's risk:

A.    Re-enter and take possession of the Leased Premises or any portion thereof without terminating this Lease Agreement, and lease the Owner's interest in such Leased Premises for the account of the Lessee to any other party, holding the Lessee liable for the difference between (i) the net proceeds to Owner from such re-leasing and (ii) the rent and other amounts payable by the Lessee and due under this Lease Agreement, including the expenses of Owner and Lender, including reasonable attorneys' fees, incurred in connection with such default.

B.    Terminate the Lease Term, exclude the Lessee from possession of the Leased Premises and lease the Owner's interest in the Leased Premises for the account of the

17

WMI0000688

Lessee, to any other party, holding the Lessee liable for all rents and other amounts due under this Lease Agreement and not paid by such other party.

        C.      Take whatever action at law or in equity may appear necessary or desirable to collect the payment then due and thereafter to become due, or to enforce performance and observance of any obligation, agreement or covenant of the Lessee under this Lease Agreement.

    7.03     Cumulative Rights; No Implied Waiver. No remedy conferred upon or reserved to the Owner by this Lease Agreement is intended to be exclusive of any other available remedy or remedies, but each and every such remedy shall be cumulative and shall be in addition to every other remedy given under this Lease Agreement or now or hereafter existing at law or in equity or by statute. No waiver by the Owner of any obligations, agreements or covenants under this Lease Agreement shall be deemed a waiver of any subsequent breach, and no delay or omission to exercise any right or power shall impair any such right or power or shall be construed to be a waiver thereof, but any such right and power may be exercised from time to time and as often as may be deemed expedient.

## ARTICLE VIII

### MISCELLANEOUS

    8.01     Surrender of Possession. Except as otherwise expressly provided in this Lease Agreement, at the expiration or earlier termination of the Lease Term, the Lessee agrees to surrender possession of the Leased Premises peacefully and promptly to the Owner in as good a condition as at the commencement of the Lease Term, loss by fire or other casualty covered by insurance, condemnation, or ordinary wear, tear, and obsolescence excepted.

    8.02     Successors and Assigns. This Lease Agreement shall inure to the benefit of and shall be binding upon the Owner, the Lessee and their respective successors and assigns.

    8.03     Severability. In the event any provision of this Lease Agreement shall be held invalid or unenforceable by any court of competent jurisdiction, such holding shall not invalidate or render unenforceable any other provision of this Lease Agreement.

    8.04     Counterparts. This Agreement may be simultaneously executed in several counterparts, each of which shall be an original and all of which shall constitute but one and the same instrument.

    8.05     Notices. All notices or other communications provided for in this Lease Agreement shall be in writing and shall be delivered personally to, or sent by certified or registered mail or recognized overnight delivery service to the respective offices of the Owner and the Lessee as set forth on the first page of this Lease Agreement, or such other address as may have been previously specified in a notice given in accordance with this Section 8.05.

18

WMI0000689

The Owner or Lessee may from time to time designate other representatives or addresses with respect to receipt of notices or other communications.

8.06    Headings. The Article and Section headings in this Lease Agreement are inserted for convenience of reference only and are not intended to define or limit the scope of any provision of this Lease Agreement.

8.07    Non-Waiver. It is understood and agreed that nothing contained in this Lease Agreement shall be construed as a waiver on the part of the parties, or any of them, of any right not explicitly waived in this Lease Agreement.

8.08    Amendments. This Lease Agreement shall not be amended without the prior written consent of the Owner and Lessee and no such amendment shall be effective unless the same shall be in writing and executed by both parties hereto.

8.09    No Recording. Neither party shall record this Lease Agreement. At the request of Lessee or Owner, the parties shall execute and record a memorandum of lease.

8.10    Estoppel Certificates. The Lessee agrees that upon request by Owner, it will execute and deliver to the Owner, and/or to such third party as is designated by the Owner, a statement in writing certifying (a) that (except as may be otherwise specified by the Lessee) (i) this Lease Agreement is in full force and effect and unmodified and has not been assigned by Lessee, (ii) the Lessee is not in default under this Lease Agreement, and (iii) to the best of Lessee's knowledge, the Owner is not in default under this Lease Agreement, and (b) as to such other factual matters as the Owner may reasonably request about this Lease Agreement.

8.11    Governing Law. The internal laws of the State of Pennsylvania shall govern as to the interpretation, validity and effect of this Lease Agreement, without regard to such state's choice of law principles.

8.12    Entirety of Agreement. This Lease Agreement embodies the entire agreement and understanding of the parties with respect to the subject matter hereof, and supersedes all prior leases, agreements, correspondence, arrangements and understandings relating to the subject matter hereof.

IN WITNESS WHEREOF, the Owner and the Lessee have signed this Lease Agreement as of the date first above written.

19

WMI0000690

OWNER:

WHITEHALL FIDUCIARY, LLC,
AS TRUSTEE OF WHITEHALL TRUST
u/t/a/ dated August 1, 2007

By:_____
Abraham R. Atiyeh, Manager

LESSEE:

WHITEHALL MANOR, INC.

By:_____
Abraham R. Atiyeh, President

20

08/04/2008 · Cincinnati 730126.V3

WMI0000691

## EXHIBIT A

UNIT 1 OF WHITEHALL MANOR CONDOMINIUM, according to the Declaration of Condominium of Whitehall Manor Condominium dated August 13, 2008 recorded in the Office of the Recorder of Deeds of Lehigh County, Pennsylvania as its Document ID # 7494518.

PARCEL ID NO. 5498 9378 8632-1

Together with an undivided interest of 50% of, in and to the Common Elements of the said WHITEHALL MANOR CONDOMINIUM.

WMI0000692

FIRST AMENDMENT
Dated and Effective As Of January 1, 2010
To The
LEASE AGREEMENT
Dated and Effective As Of August ____, 2008
By and Between
WHITEHALL TRUST,
a Pennsylvania Trust, as Owner and Lessor
and
WHITEHALL MANOR, INC.,
a Pennsylvania corporation, as Lessee

WMI0000693

## FIRST AMENDMENT TO LEASE AGREEMENT

This FIRST AMENDMENT TO LEASE AGREEMENT, (the "First Amendment") , is made and dated as of January 1, 2010, by and between WHITEHALL TRUST, (the "Owner"), a Pennsylvania Trust, by and through its Trustee, Whitehall Fiduciary LLC, having its principal office at 1177 Sixth Street, Whitehall, PA 18052;

AND

WHITEHALL MANOR, INC., (the "Lessee"), a Pennsylvania corporation, having its principal office at 1177 Sixth Street, Whitehall, PA., 18052.

WHEREAS, the Owner and Lessee desire to amend the Lease dated August ___, 2008 between Owner and Lessee (the "Lease") for those certain premises known as Unit 1 of Whitehall Manor Condominium, (the "Leased Premises") on the terms and conditions set forth herein; and

WHEREAS, the terms of this Addendum shall be effective as of the date shown above, subject to the obtaining approval as required by the terms of the Mortgage encumbering the Leased Premises.

NOW THEREFORE, in consideration of the foregoing Recitals and other good and valuable consideration, and intending to be legally bound, the Owner and Lessee hereby agree as follows:

1. Section 4.02(A) of the Lease is amended and restated as follows:

"A.        The Lessee agrees to pay to the Owner during the Lease Term, as Rent for the Leased Premises, the sum of One Million Nine Hundred Fifty Thousand ($1,950,000.00) per year. Payments of Rent shall be due (a) in advance in equal monthly installments of One Hundred Thousand Dollars ($100,000.00) on the first day of each month, each due without setoff and without prior notice or demand, and (b) the remainder of $750,000.00 to be paid on or before December 31 of the then current calendar year, in one or more partial installments, as Lessee shall elect, provided however that the full Base Rental of $1,950,000.00 is paid in full by December 31 of each year.

"A.1        Additionally, all other items set forth as Rent or Additional Rent under the Lease and all obligations of the Lessee are herein considered to be Rent and those additional items are due as set forth in the Lease. If the Lessee fails to make any monthly payment of Rent within fifteen (15) days after the due date thereof, the Owner may, at its option, impose a late charge upon the Lessee in an amount not to exceed

WMI0000694

ten percent (10%) of the Rent so delinquent for each calendar month of delinquency.

2.      No other portions of the Lease are amended or modified.

3.      Lessee hereby acknowledges the validity of the Lease and confirms that there are no defenses, setoffs or other claims which it has or could assert under the Lease.

4.      Lessee hereby ratifies and reaffirms the rights to confess judgment against Lessee as set forth in the Lease as if fully set forth herein at length.

5.      The amendment set forth herein is subject to approval by the Secretary of Housing and Urban Development pursuant to the terms of the Mortgage encumbering the Leased Premises, and this amendment shall be void and of no force or effect if the said approval is not granted, and in such event, the Lease shall remain in full force and effect as if this First Amendment to Lease Agreement was never executed.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties have executed this First Amendment to Lease Agreement effective as of January 1, 2010.

WHITEHALL TRUST                          WHITEHALL MANOR, INC.
By: Whitehall Fiduciary LLC

By: _____             By: _____
     Abraham Atiyeh, Manager                 (Vice) President

WMI0000695

SECOND AMENDMENT
Dated and Effective As Of January 1, 2012,
To The
LEASE AGREEMENT
Dated on or about August, 2008
By and Between
WHITEHALL FIDUCIARY, LLC,
AS TRUSTEE OF WHITEHALL TRUST
u/t/a dated August 1, 2007, as Owner and Lessor

and

WHITEHALL MANOR, INC.,
a Pennsylvania corporation, as Lessee

WMI0000696

)                                    )

## SECOND AMENDMENT TO LEASE AGREEMENT

This SECOND AMENDMENT TO LEASE AGREEMENT, (the "Second Amendment"), is made and dated as of January 1, 2012 by and between **WHITEHALL FIDUCIARY, LLC, AS TRUSTEE OF WHITEHALL TRUST u/t/a dated August 1, 2007,** a trust organized and existing under the laws of the Commonwealth of Pennsylvania (the "Owner") having its principal office at 1177 Sixth Street, Whitehall, PA 18052;

AND

**WHITEHALL MANOR, INC.,** (the "Lessee"), a Pennsylvania corporation, having its principal office at 1177 Sixth Street, Whitehall, PA., 18052.

WHEREAS, the Owner and Lessee desire to amend the Lease dated on or about August, 2008 between Owner and Lessee (the "Original Lease") and the First Amendment to Lease Agreement dated as of January 1, 2010, together with this Second Amendment to Lease Agreement being herein called the "Lease", for those certain premises known as Unit 1 of Whitehall Manor Condominium, (the "Leased Premises") on the terms and conditions set forth herein; and

WHEREAS, Owner is refinancing the Mortgage Loan relating to the Premises, and the conditions for such loan require amendment of the Original Lease as amended by the First Amendment and Lessee is agreeable to such modifications; and

WHEREAS, Owner and Lessee agree that the terms of this Addendum shall be effective as of the date shown above.

NOW THEREFORE, in consideration of the foregoing Recitals and other good and valuable consideration, and intending to be legally bound, the Owner and Lessee hereby agree as follows:

1. Section 2.02 of the Lease is amended and restated as follows:

    2.02    Term of Lease. The Lease Term for the Leased Premises commenced on August 19, 2008 and shall expire on August 31, 2018, or such earlier date as may be hereinafter provided. In addition, the Lessee shall have the option to extend the Lease Term for three (3) successive periods of five (5) years each upon the terms and conditions contained herein, upon written notice to the Owner given not later than one hundred eighty (180) days prior to the expiration of the initial Lease Term or extended Lease Term, as the case may be.

2. Section 4.02(A) of the Lease is amended and restated as follows:

WMI0000697

"A.        The Lessee agrees to pay to the Owner during the Lease Term, as Rent for the Leased Premises, the sum of One Million Six Hundred Sixty Eight Thousand ($1,668,000.00) per year. Payments of Rent shall be due (a) in advance in equal monthly installments of Eighty Thousand Dollars ($80,000.00) on the first day of each month, each due without setoff and without prior notice or demand, and (b) the remainder of Seven Hundred Eight Thousand ($708,000.00) Dollars to be paid on or before December 31 of the then current calendar year, in one or more partial installments, as Lessee shall elect, provided however that the full Base Rental of $1,668,000.00 is paid in full by December 31 of each year.

"A.1        Additionally, all other items set forth as Rent or Additional Rent under the Lease and all obligations of the Lessee are herein considered to be Rent and those additional items are due as set forth in the Lease. If the Lessee fails to make any monthly payment of Rent within fifteen (15) days after the due date thereof, the Owner may, at its option, impose a late charge upon the Lessee in an amount not to exceed ten percent (10%) of the Rent so delinquent for each calendar month of delinquency."

3.        Owner and Lessee agree that the terms of the HUD Addendum to Operating Lease, which is attached hereto as Exhibit "A" and incorporated herein by reference, are a part of this Lease and that Owner and Lessee shall be bound thereby.

4.        Other than as set forth in Sections 1 and 2 of this Second Amendment to Lease Agreement, there are no other changes to the Original Lease or the First Amendment to Lease.

5.        Lessee hereby acknowledges the validity of the Lease and confirms that there are no defenses, setoffs or other claims which it has or could assert under the Lease.

6.        Lessee hereby ratifies and reaffirms the rights to confess judgment against Lessee as set forth in the Original Lease as if fully set forth herein at length and ratified and affirmed herein at length.

[Signature page follows]

WMI0000698

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties have executed this Second Amendment to Lease Agreement effective as of January 1, 2012.

**WHITEHALL FIDUCIARY, LLC,**
**AS TRUSTEE OF WHITEHALL TRUST**
**u/t/a dated August 1, 2007**

By: _____
    Abraham Atiyeh, Manager

**WHITEHALL MANOR, INC.,** a
Pennsylvania corporation

By: _____
    Nimita Kapoor Atiyeh, President

WMI0000699

)                                                      )

## EXHIBIT A

### HUD ADDENDUM TO OPERATING LEASE

This Addendum is attached to and made a part of that certain Operating Lease Agreement dated on or about August, 2008, as amended by the First Amendment to Lease dated as of January 1, 2010, and the Second Amendment to Lease dated as of January 1, 2012, all entered into by Owner/Lessor and Lessee (the " Operating Lease"), and amends and/or supplements the Operating Lease. In the event of a conflict between the terms of this Addendum and the Operating Lease, the terms of this Addendum shall govern and control. Capitalized terms used herein but not defined shall have the meanings set forth in the Operating Lease.

### DEFINITIONS

The following terms shall have the meanings specified below:

"FF&E" means furnishings, fixtures and equipment of all kinds used in connection with the Leased Premises, including additions, substitutions and replacements thereto.

"FHA" means the Federal Housing Administration.

"Health Care Requirements" shall mean, relating to the Leased Premises, all federal, state, county, municipal and other governmental statutes, laws, rules, orders, regulations, ordinances, judgments, decrees and injunctions or agreements, in each case, pertaining to or concerned with the establishment, construction, ownership, operation, use or occupancy of the Leased Premises or any part thereof as a health care facility, and all material permits, licenses and authorizations and regulations relating thereto, including all material rules, orders, regulations and decrees of and agreements with health care authorities pertaining to the Leased Premises.

"HUD" means the U.S. Department of Housing and Urban Development.

"HUD Program Requirements" means all applicable statutes and regulations, including all amendments to such statutes and regulations, as they become effective, and all applicable requirements in HUD handbooks, notices and mortgagee letters that apply to the Leased Premises, including all updates and changes to such handbooks, notices and mortgagee letters that apply to the Leased Premise, except that changes subject to notice and comment rulemaking shall become effective upon completion of the rulemaking process.

"Leased Premises" means all the land located at, and known and identified as Unit 1 of Whitehall Manor Condominium, said premises being situated in the Township of Whitehall, Lehigh County, Pennsylvania, and more particularly described in Exhibit "B" attached to this Second Amendment to Lease Agreement dated as of January 1, 2012, together with any additions thereto and substitutions therefore, and any buildings, improvements, betterments, all FF&E and other property, real or personal, now existing or at any time acquired, constructed or located thereon, and all easements and other rights appurtenant thereto.

"Lender" means M&T Realty Capital Corporation, and any future holder of the Mortgage.

"Lessee" means Whitehall Manor, Inc.

"Lessee Regulatory Agreement" means the Regulatory Agreement-Nursing Homes entered into by and between the Lessee and FHA with respect to the Leased Premises and any riders, amendments and supplements thereto.

WMI0000700

)                                              )

"Lessee Security Agreement" means that certain Lessee Security Agreement between Lessee and Lender with respect to the Leased Premises and any amendments or supplements thereto.

"Material Term" is a term in a loan or security agreement that:
1) extends the maturity date of the loan;
2) adds guarantors to the loan;
3) releases guarantors from the loan;
4) adds borrowers to the loan;
5) adds an interest reserve to the loan;
6) amends the interest rate payable on the outstanding principal balance of the loan;
7) increases or decreases the principal amount of the loan;
8) adds collateral as additional security for the loan; and/or
9) amends or expands the type of obligations secured by the loan.

"Mortgage" means that certain mortgage or deed of trust from the Owner/Lessor in favor of the Lender with respect to the Leased Premises securing the Mortgage Loan, and any amendments and supplements thereto.

"Mortgage Loan" means the FHA-insured mortgage loan in the original maximum principal amount of up to $15,788,700.00 made by Lender to the Owner/Lessor, secured, in whole or in part, by the Leased Premises, as the same may be amended, increased or decreased.

"Mortgage Loan Documents" means the Owner/Lessor Regulatory Agreement, the Mortgage, the Promissory Note evidencing the Mortgage Loan executed by the Owner/Lessor in favor of the Lender, the Security Agreement, the Lessee Regulatory Agreement, the Lessee Security Agreement, and any and all other documents required by HUD and/or the Lender in connection with the Mortgage Loan.

"Owner/Lessor" means Whitehall Fiduciary LLC, Trustee of the Whitehall Trust.

"Owner/Lessor Regulatory Agreement" means the Regulatory Agreement entered into by and between the Owner/Lessor and HUD with respect to the Leased Premises and any riders, amendments and supplements thereto.

"Security Agreement" means that certain Security Agreement between Owner/Lessor and Lender with respect to the Leased Premises and any amendments and supplements thereto.

## HUD REQUIREMENTS

1. Precedence of Addendum. For so long as HUD is the holder or insurer of any indebtedness secured by the Leased Premises, the provisions of this Addendum shall apply to this Lease. In the event of any conflict between any provision of this Addendum and any other provision of this Lease, the provision of this Addendum shall be controlling. This Addendum shall not be amended without the prior written consent of HUD and the Lender.

2. Compliance With HUD Program Requirements and Terms of Mortgage Loan Documents.
(a)    The Lessee agrees to comply with all applicable HUD Program Requirements and the Mortgage Loan Documents. The Lessee further agrees that this lease will be part of the collateral pledged by Owner/Lessor to Lender & HUD. The Lessee agrees that it will not take

WMI0000701

any action which would violate any applicable HUD Program Requirements or any of the Mortgage Loan Documents.

(b)    In the event of any conflict between the terms and provisions of this Lease Agreement and any applicable HUD Program Requirements or the Mortgage Loan Documents, the HUD Program Requirements and Mortgage Loan Documents shall control in all respects. Owner/Lessor and Lessee agree that no provision of this Lease shall modify any obligation of Owner/Lessor or Lessee under the Mortgage Loan Documents. Owner/Lessor and Lessee acknowledge that HUD's acceptance of this Lease in connection with the closing of the Mortgage Loan shall in no way constitute HUD's consent to arrangements which are inconsistent with HUD Program Requirements. This Lease is subject to all HUD Program Requirements.

3. Subordination.
(a)    This Lease is and shall be subject and subordinate to the Mortgage and other Mortgage Loan Documents; to all renewals, modifications, consolidations, replacements and extensions thereof; to all substitutions thereof; and to all future mortgages upon the Leased Premises and/or other security interests in or to the Leased Premises and any other items which are herein leased to Lessee or which, pursuant to the terms hereof, become a part of the Leased Premises or are otherwise deemed to become the property of Owner/Lessor or to remain upon the Leased Premises at the end of the term; and to each advance made or hereafter to be made under any of the foregoing. This Section shall be self-operative and no further instrument of subordination shall be required. Without limiting the foregoing, the Lessee agrees to execute and deliver promptly any and all certificates, agreements and other instruments that the Owner/Lessor, Lender or HUD may reasonably request in order to confirm such subordination. Unless the Lender shall have agreed otherwise, if the Lender or another person or entity shall succeed to the interest of the Owner/Lessor by reason of foreclosure or other proceedings brought by Lender in lieu of or pursuant to a foreclosure, or by any other manner (Lender or such other person or entity being called a "Successor"), then this Lease shall terminate, or, at the option of the Successor, this Lease shall nevertheless continue in full force and effect, in which case the Lessee shall and does hereby agree to attorn to the Successor and to recognize the Successor as its landlord under the terms of this Lease.

(b)    Agreements for provision of services to the Leased Premises or the granting of easements, rights of way or other allowances of use or placement of CATV, utilities or other items are, and shall always be, subordinate to (i) the right of Owner/Lessor, and (ii) the Mortgage and other Mortgage Loan Documents and all other mortgages and security interests now or hereafter encumbering the Leased Premises and/or the property of which it forms a part. Lessee must obtain HUD written approval prior to entering into any telecommunications services agreement and/or granting of any easements.

4. FF&E. Lessee agrees that (a) except leases of FF&E entered into in the ordinary course of business with third-party lessees and property of tenants and residents of the Leased Premises, all FF&E located on the Leased Premises at the date of the Lease is and shall be the property of the Owner/Lessor, and (b) any FF&E acquired by Owner/Lessor or Lessee during the term of this Lease remaining on the Leased Premises at the termination of the Lease shall be and/or become the property of the Owner/Lessor. Lessee agrees, during the term of the Lease,

WMI0000702

not to remove any FF&E from the Leased Premises, except to replace such FF&E with other similar items of equal or greater quality and value.

5. Payments. Owner/Lessor and Lessee each acknowledges and agrees that the rent and other amounts payable by Lessee under this Lease (including rent, additional rent and all other sums payable under this Lease) are sufficient to properly maintain the Leased Premises, and to enable the Owner/Lessor to meet its debt service obligations and related expenses in connection with the Mortgage Loan and the Leased Premises.

(a)    Without limiting the generality of the foregoing, the Lessee agrees to pay, as additional rent, when due all premiums for (i) FHA mortgage insurance, (ii) liability insurance and full coverage property insurance on the Leased Premises, and (iii) all other insurance coverage required under the Mortgage Loan Documents and/or applicable HUD Program Requirements.

(b)    Unless the Lender and Owner/Lessor agree otherwise, the Lessee shall be responsible for funding all escrows for taxes, reserves for replacements, mortgage insurance premiums and/or other insurance premiums as may be required by the Lender and/or HUD.

6. Lessee Regulatory Agreement and Lessee Security Agreement. At the time of the closing of the Mortgage Loan, the Lessee agrees to execute the Lessee Regulatory Agreement and the Lessee Security Agreement, and other applicable documents evidencing the Lender's security interest in the collateral of the Lessee. The Lessee agrees to comply with its obligations under the Lessee Regulatory Agreement and the Lessee Security Agreement, and agrees that a default by the Lessee under the Lessee Regulatory Agreement or Lessee Security Agreement shall be deemed to be a default under this Lease.

7. Management Contract Requirements. The Lessee agrees not to enter into any management contract involving the Leased Premises unless such management contract complies with applicable HUD Program Requirements and contains provisions that, in the event of default under the Owner/Lessor Regulatory Agreement or the Lessee Regulatory Agreement, the management agreement shall be subject to termination upon not more than thirty (30) days notice without penalty upon written request of HUD. Upon such HUD termination request, the Lessee shall immediately arrange to terminate the contract within a period of not more than thirty (30) days and shall make arrangements satisfactory to HUD for continuing proper management of the Leased Premises.

8. Licenses; Bed Authority. Lessee shall ensure that the Leased Premises meets all state licensure requirements and standards at all times. Owner/Lessor and Lessee agree not to undertake or acquiesce to any modification to any license with respect to the Leased Premises or to any "bed authority" related thereto without the prior written approval of HUD.

9. Governmental Receivables. Lessee shall be responsible for obtaining and maintaining all necessary provider agreements with Medicaid, Medicare and other governmental third party payors. Lessee agrees to furnish HUD and Lender with copies of all such provider agreements and any and all amendments thereto promptly after execution thereof.

WMI0000703

10. Financial Statements and Reporting Requirements. Lessee agrees to furnish HUD and Lender copies of its annual financial statements with respect to the Leased Premises, prepared in compliance with the requirements of the Lessee Regulatory Agreement, within ninety (90) days after the close of Lessee's fiscal year or such longer period as may be permitted by HUD. Lessee agrees to submit to HUD and Lender copies of all other financial reports as specified in the Lessee Regulatory Agreement.

11. Inspections. The Lessee agrees that upon reasonable request, the Lender, HUD and their respective designees and representatives may at all reasonable times, upon reasonable notice, subject to the rights of patients, residents and tenants, examine and inspect the Leased Premises. The Lessee will, on the request of the Lender and/or HUD, promptly make available for inspection by the Lender and/or HUD, and their designees and representatives, copies of all of the Lessee's correspondence, books, records and other documentation relating to the Leased Premises, excepting communications between the Lessee and its attorneys. The Lessee agrees to maintain accounting records for the Leased Premises in accordance with its customary practice and the Lessee Regulatory Agreement, separate from any general accounting records which the Lessee may maintain in connection with the Lessee's other activities. The Lessee agrees that the Lender and/or HUD, and their designees and representatives, shall at any reasonable time, have access to and the right to examine all accounting records of the Lessee which relate directly or indirectly to the Leased Premises. The obligations of Lessee under this Section shall be limited to the extent necessary in order for Lessee to comply with applicable laws regarding the confidentiality of resident/patient medical records and information.

12. Insurance; Casualty; Condemnation. The Lessee agrees to procure and maintain, or cause to be procured and maintained, the insurance coverage required pursuant to the Mortgage Loan Documents and/or applicable HUD Requirements, including HUD Notices H 04-01 and H 04-15. Insurance proceeds and the proceeds of any condemnation award or other compensation paid by reason of a conveyance in lieu of the exercise of such power, with respect to the Leased Premises or any portion thereof shall be applied in accordance with the terms of the Mortgage Loan Documents and applicable HUD Program Requirements. The decision to repair, reconstruct, restore or replace the Leased Premises following a casualty or condemnation shall be subject to the terms of the Mortgage Loan Documents and applicable HUD Requirements.

13. Assignment of Operating Lease and Subletting of the Leased Premises. This Lease shall not be assigned or subleased by Lessee, in whole or in part (including any transfer of title or right to possession and control of the Leased Premises, or of any right to collect fees or rents), without the prior written approval of HUD. The prior written approval of HUD shall be required for (a) any change in or transfer of the management, operation, or control of the project or (b) any change in the ownership of the lessee that requires HUD approval under the Department's previous participation approval requirements. Owner/Lessor and Lessee acknowledge that any proposed assignee will be required to execute a Lessee Regulatory Agreement and a Lessee Security Agreement, each in form and substance satisfactory to HUD, as a prerequisite to any such approval. Any assignment or subletting of the Leased Premises made without such prior approval shall be null and void. This restriction on subletting does not apply to Lessee's leasing of individual units or beds to patient / residents.

WMI0000704

)                                                    )

14. Accounts Receivable (AR) Financing. The Lessee shall not pledge its accounts receivable or receipts to an accounts receivable lender for any loan without the prior written approval of the Lender and HUD. In the event that the Lender and HUD grant such approval: (i) the holder(s) of such lien shall enter into an Intercreditor and a Rider to Intercreditor Agreement with the AR Lender and Lender on such terms and conditions as may be required by HUD; and (ii) Lessee shall agree to comply with the requirements imposed by the Lender and HUD in connection therewith. Until such approved loan is paid in full, the written approval of HUD is required for any proposed modifications, extensions, renewals or amendments to a Material Term of the AR loan or the security agreement, prior to the effective date of such amendments.

15. Termination of Lease. The Lease shall not be terminated prior to its expiration date without the prior written approval of HUD. If HUD becomes Mortgagee, Mortgagee in Possession, or Successor, HUD can terminate the Lease (A) for any violation of the Lease that is not cured within any applicable notice and cure period given in the Lease, (B) for any violation of the Lessee Regulatory Agreement or other HUD Program Requirements or Health Care Requirements that is not cured within thirty (30) days after receipt by Lessee of written notice of such violation or (C) if HUD, as a result of the occurrence of either of the events described in the foregoing items (A) or (B), is required to advance funds for the operation of the facility located on the Leased Premises.

16. Master Lease. Projects proposed for FHA financing under the Section 232 program that are affiliated by common ownership among Mortgagors and/or Lessee/Operator entities must receive written approval from HUD, and may be required to use a Master Lease between the Mortgagor/Landlord and the Master Tenant/Subtenant/Operator. The Master Lease and the HUD Master Lease Subordination Agreement or Master Lease Subordination Non Disturbance Agreement shall be approved by HUD and the Mortgagee. The Master Lease shall only contain Mortgagors and Operators of FHA-insured projects.

17. Notwithstanding any other terms contained in the Lease, in the event of an assignment of the Lease to HUD or FHA, neither HUD nor FHA shall have any indemnification obligations under the Lease. In addition, any payment obligations of HUD or FHA pursuant to the Lease shall be limited to actual amounts received by HUD or FHA, and otherwise not prohibited by applicable law or regulation, including without limitation, the Anti Deficiency Act, 31 U.S.C. § 1341 et seq.

[signature page follows...]

WMI0000705

SIGNATURE PAGE
FOR
HUD ADDENDUM TO OPERATING LEASE

In witness whereof, the undersigned has executed and delivered this Addendum as of the date first above set forth.

OWNER/LESSOR:

WHITEHALL FIDUCIARY, LLC,
AS TRUSTEE OF WHITEHALL TRUST
u/t/a dated August 1, 2007

By: _____
Name: Abraham Atiyeh
Title: Manager

LESSEE:

WHITEHALL MANOR, INC.,
a Pennsylvania corporation

By _____
Name: Nirmla Kapoor Atiyeh
Title: President

WMI0000706

)                                      )

## EXHIBIT B

### LEGAL DESCRIPTION

UNIT 1 OF WHITEHALL MANOR CONDOMINIUM, according to the Declaration of Condominium of Whitehall Manor Condominium dated August 13, 2008 recorded in the Office of the Recorder of Deeds of Lehigh County, Pennsylvania as its Document ID # 7494518.

PARCEL ID NO.  5498 9378 8632-1

Together with an undivided interest of 50% of, in and to the Common Elements of the said WHITEHALL MANOR CONDOMINIUM.

1/17/2012 12724384 V.2

**WMI0000707**

## THIRD AMENDMENT TO LEASE AND
## MEMORANDUM OF LEASE EXTENSION

This Third Amendment to Lease and Memorandum of Lease Extension is effective as of August 31, 2018 by and between **WHITEHALL TRUST**, herein called Landlord;

AND

**WHITEHALL MANOR, INC.**, herein called Tenant.

*Witnesseth:*

*Whereas*, Landlord and Tenant are parties to the Lease dated August, 2008, which was amended by First Amendment to Lease, made and dated as of January 1, 2012, and Second Amendment to Lease, made and dated as of January 1, 2012, (collectively and as amended herein called the "Lease"), by which Landlord has leased to Tenant the real property and improvements thereon situate on Unit 1 of Whitehall Manor Condominium; and

*Whereas*, Landlord and Tenant have agreed that Tenant has exercised its option to extend the Term of the Lease for a period of Five (5) Years as allowed by the Lease; and

*Whereas*, the parties desire that this Third Amendment to Lease and Memorandum of Lease Extension be executed to memorialize the election by Tenant of its exercise of the first of the three (3) extension options granted to Tenant under the Lease.

NOW, THEREFORE, the parties hereto, intending to be legally bound, and for other good and valuable consideration, do hereby agree as follows:

1. The above recitals are incorporated herein, and form a part hereof.

2. Tenant has exercised the privilege to extend the Term for 5 years, such that the original termination date of August 31, 2018 is now agreed to be August 31, 2023.

3. All other terms and conditions of the Lease (as amended through and including the Second Amendment), are ratified and affirmed.

4. Tenant expressly ratifies and affirms the rights granted to Landlord to confess judgment against Tenant as if the same were fully set forth herein at length. Tenant has knowingly and voluntarily granted the warrants of attorney and waivers of rights and authorization for confession of judgment.

**WMI0000708**

5.    Tenant certifies that it has no claims against Landlord, and that Tenant has no knowledge of any default by Landlord under the Lease or other claim which it does, or could, have against Landlord.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties have executed this Third Amendment to Lease and Memorandum of Lease Extension, intending to be legally bound effective as of August 31, 2018.

**WHITEHALL TRUST ("Landlord")**
By: Whitehall Fiduciary LLC,
    Its Trustee

By: _____
    Abraham Atiyeh,
    Manager of Trustee

**WHITEHALL MANOR, INC.  ("Tenant")**

By: _____
    Nimita Kapoor Atiyeh,  President

WMI0000709

## FOURTH AMENDMENT TO LEASE AND
## MEMORANDUM OF LEASE EXTENSION

This Fourth Amendment to Lease and Memorandum of Lease Extension is effective as of September 21, 2023 by and between **WHITEHALL TRUST**, herein called Landlord;

AND

**WHITEHALL MANOR, INC.**, herein called Tenant.

*Witnesseth:*

*Whereas*, Landlord and Tenant are parties to the Lease dated August, 2008, which was amended by First Amendment to Lease, made and dated as of January 1, 2012, and Second Amendment to Lease, made and dated as of January 1, 2012, and a Third Amendment made August 31, 2018, (collectively and as amended herein called the "Lease"), by which Landlord has leased to Tenant the real property and improvements thereon situate on Unit 1 of Whitehall Manor Condominium; and

*Whereas*, Tenant has made improvements to the Premises; and

*Whereas*, Landlord and Tenant have agreed that Tenant has exercised its option to extend the Term of the Lease for a period of Five (5) Years as allowed by the Lease, and that the terms of such lease extension were orally modified as of September 21, 2023 as more fully set forth herein; and

*Whereas*, the parties desire that this Fourth Amendment to Lease and Memorandum of Lease Extension be executed to memorialize the election by Tenant of its exercise of the second of the three (3) extension options granted to Tenant under the Lease, and to memorialize the modification of terms of the Lease as set forth herein.

NOW, THEREFORE, the parties hereto, intending to be legally bound, and for other good and valuable consideration, do hereby agree as follows:

1.    The above recitals are incorporated herein, and form a part hereof.

2.    Tenant has exercised the privilege to extend the Term for 5 years, such that the modified termination date of August 31, 2023, and to allow for the calculation on a calendar year basis, is now agreed to be December 31, 2028.

3.    Tenant has made repairs and also arranged for other work to be performed to maintain the condition of the Premises.

1

**WMI0000710**

4.      Landlord and Tenant also have agreed to waive all past due rental and any obligations of Tenant or Landlord not performed by one or both through September 21, 2023, and hereby waive and release all unpaid sums and all performance not fully and timely provided.

   a.   Tenant waives any rights to refund or for calculation of overpayment previously made,
   b.   Tenant waives any right to payment for improvements made and any repairs or remodeling performed, other than any insurance coverage payments or proceeds as may be available.
   c.   This Fourth Amendment is a full waiver and release of all defaults, deficient performance and any other obligation of Landlord or of Tenant which has arisen or could have been asserted at any time through and including the date hereof.

5.      Landlord and Tenant also have agreed that Tenant shall have two (2) additional extension periods of five (5) years, each, and that any renewal may be exercised by notice from Tenant to Landlord given not less than 90 days prior to the end of the then current termination date of the then current lease extension.

6.      Landlord and Tenant have agreed to the following modifications of the Lease:

   a.   Base Rental
        i.      For the period through December 31, 2024, no Base Rental shall be due.
        ii.     For the remainder of the current renewal Term (i.e. calendar years 2025, 2026, 2027 and 2028) Base Rent shall be the greater of (i) One Hundred Twenty Thousand ($120,000.00) Dollars or (ii) Twenty-five (25%) percent of the net operating profit of Tenant from the operation of a personal care home at the Premises [reduced by all capital expenditures and by payment for any real property obligation which Tenant may elect to pay, and by uncollected accounts receivable or bad debt] for each calendar year of the Term, limited to the sum of Three Hundred Thousand ($300,000.00) per annum, to be paid on April 30 of the year following the calendar year for which the calculation shall be made; and
        iii.    Base Rental for each calendar year of the Renewal Terms (i.e. Calendar years starting after December 31, 2028 shall be the greater of (i) Two Hundred Forty Thousand ($240,000.00)

2

**WMI0000711**

Dollars or (ii) Twenty-five (25%) percent of the net operating profit of Tenant from the operation of a personal care home at the Premises [reduced by all capital expenditures and by payment for any real property obligation which Tenant may elect to pay and by uncollected accounts receivable or bad debt] during a calendar year, limited to the sum of Five Hundred Thousand ($500,000.00) per annum. Base Rental shall be due on April 30 of the year following the calendar year for which the calculation shall be made; and

b. Tenant shall pay all charges for electric, water and sewer services provided to the Premises prior to the same being made a lien upon the Premises; and

c. Tenant shall pay the premiums for one or more insurance policies to provide (i) property casualty insurance for the Premises and (ii) general liability insurance for the Premises; and

d. Repairs to the Premises as are required to maintain the Premises in the condition required for lawful operation of a personal care home.

7. The obligations of Landlord and/or Tenant under any Regulatory Agreement and all agreements, security interests and other rights, privileges, obligations or performance required under any Regulatory Agreement or other agreement made with the United States Department of Housing and Urban Development ("USHUD") or anyone required by, for or concerning USHUD or arising under any obligation with, concerning or associated with USHUD (collectively "HUD Obligations"), are hereby terminated and void as of September 20, 2023. Any past violations or continuing violation of the terms or conditions of any HUD Obligations are hereby waived and released.

8. All other terms and conditions of the Lease (as amended through and including the Third Amendment and the oral amendment memorialized herein), are ratified and affirmed.

9. This Agreement is effective as of September 21, 2023 notwithstanding a later date of execution.

3

WMI0000712

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties have executed this Fourth Amendment to Lease and Memorandum of Lease Extension, intending to be legally bound effective as of September 21, 2023.

**WHITEHALL TRUST ("Landlord")**

By: Whitehall Fiduciary LLC, its Trustee

By: _____

Abraham Atiyeh, its Manager

**WHITEHALL MANOR, INC. ("Tenant")**

By: _____

Nimita Kapoor Atiyeh, President

4

WMI0000713

Improved Sales



# Improved Sale #1

| | |
|---|---|
| **Record ID:** | 8185150 |
| **Property Type:** | Independent, Assisted and Memory Care Community |
| **Name:** | Confidential Pending IL/AL/MC |
| **Address:** | N/A |
| | N/A, PA N/A |
| **Verified With:** | Broker (Broker) at Broker |
| **By:** | Jena Olivieri on 2/20/2026 |

## Key Indicators

| | | | |
|---|---|---|---|
| Sale Price | $11,375,000.00 | Price per Unit: | $126,389 |
| Adjusted Sale Price: | $11,375,000.00 | Price per NRA: | --- |
| Sale Date: | 2/2026 | Price per GBA: | $147.12 |
| Cap Rate: | 12.23% | Occupancy: | 85% |
| EGIM: | 2.03 | Expense Ratio | 75.2% |

| SALE DATA | |
|---|---|
| **Grantor:** | --- |
| **Grantee:** | --- |
| **Property Rights:** | Fee Simple |
| **Financing:** | --- |
| **Occupancy at sale:** | 85% |
| **Private Pay Census:** | 100% |
| **Medicaid Census:** | 0% |
| **Effective Gross Income:** | $5,602,773 |
| **Operating Expenses:** | $4,211,661 |
| **NOI:** | $1,391,112 |
| **Exp per Density:** | $46,796 |

| PHYSICAL PLANT DATA | |
|---|---|
| **Year Opened:** | 2001 |
| **Major Renovation:** | --- |
| **Gross Building Area:** | 77,320 |
| **Net Rentable Area:** | --- |
| **Number of Buildings:** | --- |
| **Number of Stories:** | --- |
| **Elevators:** | No |
| **Construction:** | --- |
| **Quality:** | Good |
| **Condition:** | Above Average |
| **Parking Garage:** | No |
| **Parking Spaces:** | --- |

| PROPERTY MIX | |
|---|---|
| **Level** | **Density** |
| IL Units | 32 |
| AL Units | 49 |
| ALZ Units | 9 |
| **Total Density** | **90** |

| LAND DATA | |
|---|---|
| **Land Area:** | --- |
| **Parcel / Legal:** | --- |

## REMARKS:

Pending IL/AL/MC property in Pennsylvania for a purchase price of $11,000,000. The buyer is planning to put in $375,000 in capex, which we have included in the purchase price above. The property was marketed to a select group of buyers. The seller wants to keep managing the property; therefore, they selected a buyer group that will be less operationally involved and was willing to keep current management in place.

Proforma indications above are based on the 2025 budget inclusive of 5% management fee and $350/unit in reserves. The LOI was signed in Fall 2024 and there was a delay in signing the PSA which was signed in June 2025. Performance has improved since the purchase price was agreed upon.



## Improved Sale #2

| Record ID: | 8180794 |
| Property Type: | Assisted Living/Memory Care Residence |
| Name: | Walden Place |
| Address: | 839 Bennie Road |
| | Cortland, NY 13045 |
| Verified With: | Broker/Public Records (Broker/Public Records) at Broker/Public Records |
| By: | Jena Olivieri on 9/30/2025 |

### Key Indicators

| | | | |
|---|---|---|---|
| Sale Price | $8,500,000.00 | Price per Unit: | $106,250 |
| Adjusted Sale Price: | $8,500,000.00 | Price per NRA: | --- |
| Sale Date: | 9/2025 | Price per GBA: | $213.91 |
| Cap Rate: | 9.68% | Occupancy: | 73% |
| EGIM: | 1.89 | Expense Ratio | 81.7% |

| SALE DATA | |
|---|---|
| Grantor: | --- |
| Grantee: | --- |
| Property Rights: | Fee Simple |
| Financing: | --- |
| Occupancy at sale: | 73% |
| Private Pay Census: | 0% |
| Medicaid Census: | 0% |
| Effective Gross Income: | $4,487,809 |
| Operating Expenses: | $3,664,959 |
| NOI: | $822,851 |
| Exp per Density: | $45,812 |

| PHYSICAL PLANT DATA | |
|---|---|
| Year Opened: | 2001 |
| Major Renovation: | --- |
| Gross Building Area: | 39,737 |
| Net Rentable Area: | --- |
| Number of Buildings: | 1 |
| Number of Stories: | 1 |
| Elevators: | No |
| Construction: | Wood Frame |
| Quality: | Above Average |
| Condition: | Above Average |
| Parking Garage: | No |
| Parking Spaces: | --- |

| PROPERTY MIX | |
|---|---|
| Level | Density |
| AL Units | 60 |
| ALZ Units | 20 |
| **Total Density** | **80** |

| LAND DATA | |
|---|---|
| Land Area: | 4.88 Acres |
| Parcel / Legal: | --- |

### REMARKS:

In recent years, the community has undergone significant renovations, with over $1.4 million invested. The subject is located a high-barrier to entry state and is licensed for 86 Enhanced Assisted Living Residence beds, allowing the community to provide higher-acuity care. The property was marketed by Blueprint and was offered without a defined asking price.

The subject was generating approximately $800,000 based on the T3A March 2025 and occupancy was trending upward. Occupancy above is based on the April 2025 rent roll. The buyer elected to keep Senior Lifestyle as the operator even though the offering was free and clear of a management contract. There was no additional planned cap ex at the time of the sale.

We were not provided with the buyer's projections; therefore, given the current operator is staying in-place, we utilized in-place financials trended forward for a prospective NOI.





## Improved Sale #3

| | |
|---|---|
| **Record ID:** | 8179370 |
| **Property Type:** | Assisted Living/Memory Care Residence |
| **Name:** | Legacy at Maiden Park |
| **Address:** | 749 Maiden Lane |
| | Rochester, NY 14615 |
| **Verified With:** | Broker/Levin Pro (Broker/Levin Pro) at Broker/Levin Pro |
| **By:** | Jena Olivieri on 7/16/2025 |

### Key Indicators

| | | | |
|---|---|---|---|
| **Sale Price** | $6,955,000.00 | **Price per Unit:** | $89,167 |
| **Adjusted Sale Price:** | $6,955,000.00 | **Price per NRA:** | --- |
| **Sale Date:** | 1/2025 | **Price per GBA:** | $133.81 |
| **Cap Rate:** | 4.97% | **Occupancy:** | 79% |
| **EGIM:** | --- | **Expense Ratio** | --- |

| SALE DATA | |
|---|---|
| **Grantor:** | N/A |
| **Grantee:** | N/A |
| **Property Rights:** | Fee Simple |
| **Financing:** | --- |
| **Occupancy at sale:** | 79% |
| **Private Pay Census:** | 0% |
| **Medicaid Census:** | 0% |
| **Effective Gross Income:** | $0 |
| **Operating Expenses:** | $0 |
| **NOI:** | $345,489 |
| **Exp per Density:** | --- |

| PHYSICAL PLANT DATA | |
|---|---|
| **Year Opened:** | 2016 |
| **Major Renovation:** | --- |
| **Gross Building Area:** | 51,978 |
| **Net Rentable Area:** | --- |
| **Number of Buildings:** | 1 |
| **Number of Stories:** | 1 |
| **Elevators:** | No |
| **Construction:** | Wood Frame |
| **Quality:** | Above Average |
| **Condition:** | Average |
| **Parking Garage:** | No |
| **Parking Spaces:** | --- |

| PROPERTY MIX | |
|---|---|
| **Level** | **Density** |
| AL Units | 78 |
| **Total Density** | **78** |

| LAND DATA | |
|---|---|
| **Land Area:** | 6.22 Acres |
| **Parcel / Legal:** | 075.05-2-3.2 |

### REMARKS:

The property is licensed for 98 beds and was operating 88 beds at the time of the sale. We were only provided with the overall total number of units (78) which have been listed under the AL units above.

The Legacy at Maiden Park community presented several advantages for the new owner-operator, including positive in-place cash flow, upside potential to increase occupancy, and a lack of new construction in the local market. The offering was marketed in the summer of 2024 with multiple offers from both national investors as well as regional buyers. The deal was brokered by SLIB.

The seller was a public, non-listed REIT focused on seniors housing properties throughout the United States. The buyer is a private real estate investment company, engaging a New York based operator.

The financials provided were based on the annualized period ending May 2024. We were not privy to the buyer's proforma; therefore, we have trended the provided in-place financials forward by 3%. Occupancy provided was as of July 2024.

Additionally, the broker noted there was no planned capex needed and mentioned since the sale has occurred the buyer has since improved the NOI to over $100,000/month.

The sale is not yet reported on the local assessor's site.



## Improved Sale #4

| | |
|---|---|
| **Record ID:** | 8183239 |
| **Property Type:** | Independent, Assisted and Memory Care Community |
| **Name:** | Four IL/AL/MC PA-NJ |
| **Address:** | 404 East Harford Street |
| | Milford, PA 18337 |
| **Verified With:** | Buyer |
| **By:** | Alicia Lewis on 10/21/2025 |

### Key Indicators

| | | | |
|---|---|---|---|
| **Sale Price** | $55,000,000.00 | **Price per Unit:** | $141,388 |
| **Adjusted Sale Price:** | --- | **Price per NRA:** | $3,957.40 |
| **Sale Date:** | 12/2025 | **Price per GBA:** | $1,150.63 |
| **Cap Rate:** | 9.34% | **Occupancy:** | 96.69% |
| **EGIM:** | 1.95 | **Expense Ratio** | 81.8% |

| SALE DATA | |
|---|---|
| **Grantor:** | Invesque |
| **Grantee:** | Logos Living Capital |
| **Property Rights:** | Fee Simple |
| **Financing:** | --- |
| **Occupancy at sale:** | 96.69% |
| **Private Pay Census:** | 96.32% |
| **Medicaid Census:** | 0.04% |
| **Effective Gross Income:** | $28,185,521 |
| **Operating Expenses:** | $23,050,929 |
| **NOI:** | $5,134,592 |
| **Exp per Density:** | $59,257 |

| PHYSICAL PLANT DATA | |
|---|---|
| **Year Opened:** | 1977 |
| **Major Renovation:** | 2021 |
| **Gross Building Area:** | 47,800 |
| **Net Rentable Area:** | 13,898 |
| **Number of Buildings:** | 4 |
| **Number of Stories:** | 3 |
| **Elevators:** | Yes |
| **Construction:** | Concrete Block Stucco |
| **Quality:** | Good |
| **Condition:** | Good |
| **Parking Garage:** | No |
| **Parking Spaces:** | 30 |

| PROPERTY MIX | |
|---|---|
| **Level** | **Density** |
| IL Units | 101 |
| AL Units | 217 |
| ALZ Units | 71 |
| **Total Density** | **389** |

| LAND DATA | |
|---|---|
| **Land Area:** | 0.74 Acres |
| **Parcel / Legal:** | 113.17-01-34- |

**REMARKS:**

The sale was off-market and the seller (Invesque)/buyer (Logos Living Capital) have had successful transactions previously.





## Improved Sale #5

| | |
|---|---|
| **Record ID:** | 8174593 |
| **Property Type:** | Assisted Living/Memory Care Residence |
| **Name:** | Brandywine Living at Senior Suites |
| **Address:** | 2101 New Hope Street |
| | Norristown, PA 19401 |
| **Verified With:** | Buyer/Public Records (Buyer/Public Records) at (610) 278-3761 |
| **By:** | Jena Olivieri on 11/18/2024 |

### Key Indicators

| | | | |
|---|---|---|---|
| **Sale Price** | $8,650,000.00 | **Price per Unit:** | $75,877 |
| **Adjusted Sale Price:** | $8,650,000.00 | **Price per NRA:** | $187.55 |
| **Sale Date:** | 6/2024 | **Price per GBA:** | $105.99 |
| **Cap Rate:** | 21.66% | **Occupancy:** | 70.78% |
| **EGIM:** | 1.13 | **Expense Ratio** | 75.6% |

### SALE DATA

| | |
|---|---|
| **Grantor:** | AB EAST NORRITON OWNER LLC |
| **Grantee:** | BRANDYWINE PA HEALTHCARE REALTY LLC |
| **Property Rights:** | Fee Simple |
| **Financing:** | --- |
| **Occupancy at sale:** | 70.78% |
| **Private Pay Census:** | 100% |
| **Medicaid Census:** | 0% |
| **Effective Gross Income:** | $7,669,471 |
| **Operating Expenses:** | $5,795,814 |
| **NOI:** | $1,873,657 |
| **Exp per Density:** | $50,840 |

### PHYSICAL PLANT DATA

| | |
|---|---|
| **Year Opened:** | 1988 |
| **Major Renovation:** | 2019 |
| **Gross Building Area:** | 81,610 |
| **Net Rentable Area:** | 46,120 |
| **Number of Buildings:** | 1 |
| **Number of Stories:** | 3 |
| **Elevators:** | Yes |
| **Construction:** | Masonry |
| **Quality:** | Above Average |
| **Condition:** | Above Average |
| **Parking Garage:** | No |
| **Parking Spaces:** | 50 |

### PROPERTY MIX

| Level | Density |
|---|---|
| IL Units | --- |
| AL Units | 73 |
| ALZ Units | 41 |
| SN Beds | --- |
| **Total Density** | **114** |

### LAND DATA

| | |
|---|---|
| **Land Area:** | 5.27 Acres |
| **Parcel / Legal:** | 33-00-05938-00-5 |

### REMARKS:

Artemis Real Estate Partners acquired the property from Welltower in 2018. From late 2018 to 2020, the community underwent an approximate $3.5MM renovation project to update the interior and exterior of the building. This included FF&E and repair of deferred maintenance items.

The property sold in June 2024 for a purchase price of $8.5MM. Upon closing, approximately $150,000 is planned in capital expenditures. As the buyer will be investing this after the closing, we have included this amount in the purchase price above.

The community was being offered for sale by Blueprint Brokerage without a defined asking price, but the target price range was set at around $10M. The deal was offered unencumbered by mortgage debt, and free and clear of a management contract or lease agreement. Brandywine, the in-place operator, was interested in retaining operations under a new forward-looking arrangement. We were not privy to additional background, but typically these types of properties are not openly marketed and are instead relationship-based transactions. The buyer put in an "aggressive offer with a quick timeline along with certainty of execution"; which helped with the reduced pricing to secure the deal.

The buyer was, The Rosdev Group, a real estate group with over 50 years of experience in acquisitions, development, construction, leasing and management. It invests in the hotel, industrial, office, retail and assisted living/skilled nursing industries. Its affiliate Comprehensive Care Capital made the acquisition.

**Demographic Data**

Remove Formulae
(Removes from all Reports)



| Senior Life | 20260125 1177 Sixth St N - 5 mi. | | | | | |
|---|---|---|---|---|---|---|
| | **2020**<br>**Census** | **%** | **2026**<br>**Estimate** | **%** | **2031**<br>**Projection** | **%** |
| **Population** | 238,413 | | 245,767 | | 251,108 | |
| **Percent Growth (2010 to 2031)*** | 6.05% | | 3.08% | | 2.17% | |
| | | | | | | |
| **Population by Age** | | | | | | |
| **Total Population** | 238,413 | | 245,767 | | 251,108 | |
| Age 45 to 54 | 28,337 | 11.89% | 28,583 | 11.63% | 31,084 | 12.38% |
| Age 55 to 64 | 30,905 | 12.96% | 28,257 | 11.50% | 27,131 | 10.80% |
| Age 65 to 74 | 23,216 | 9.74% | 25,490 | 10.37% | 26,719 | 10.64% |
| Age 75 to 84 | 11,748 | 4.93% | 14,473 | 5.89% | 17,872 | 7.12% |
| Age 85 and over | 5,594 | 2.35% | 5,278 | 2.15% | 6,077 | 2.42% |
| | | | | | | |
| Age 65 and over | 40,558 | 17.01% | 45,241 | 18.41% | 50,669 | 20.18% |
| | | | | | | |
| **Households by HH Income by Age of Householder** | | | | | | |
| **Householder Age 45 to 54** | 15,820 | | 15,825 | | 16,929 | |
| Income Less than $15,000 | | | 1,066 | 6.74% | 886 | 5.23% |
| Income $15,000 to $24,999 | | | 733 | 4.63% | 614 | 3.63% |
| Income $25,000 to $34,999 | | | 826 | 5.22% | 704 | 4.16% |
| Income $35,000 to $49,999 | | | 1,500 | 9.48% | 1,469 | 8.68% |
| Income $50,000 to $74,999 | | | 2,295 | 14.50% | 2,086 | 12.32% |
| Income $75,000 to $99,999 | | | 1,766 | 11.16% | 1,799 | 10.63% |
| Income $100,000 to $124,999 | | | 1,864 | 11.78% | 1,930 | 11.40% |
| Income $125,000 to $149,999 | | | 1,406 | 8.88% | 1,539 | 9.09% |
| Income $150,000 to $199,999 | | | 1,767 | 11.17% | 2,206 | 13.03% |
| Income $200,000 or more | | | 2,602 | 16.44% | 3,697 | 21.84% |
| **Median Household Income** | | | $96,049 | | $111,562 | |
| | | | | | | |
| **Households by HH Income by Age of Householder** | | | | | | |
| **Householder Age 55 to 64** | 17,844 | | 16,145 | | 15,232 | |
| Income Less than $15,000 | | | 1,699 | 10.52% | 1,333 | 8.75% |
| Income $15,000 to $24,999 | | | 1,077 | 6.67% | 872 | 5.72% |
| Income $25,000 to $34,999 | | | 1,060 | 6.57% | 839 | 5.51% |
| Income $35,000 to $49,999 | | | 1,767 | 10.94% | 1,628 | 10.69% |

Copyright © 2024 by Environics Analytics (EA). Source: EA and ©Claritas, LLC 2024

| | | | | | |
|---|---|---|---|---|---|
| Income $50,000 to $74,999 | | | 2,363 | 14.64% | 2,004 | 13.16% |
| Income $75,000 to $99,999 | | | 1,754 | 10.86% | 1,604 | 10.53% |
| Income $100,000 to $124,999 | | | 1,689 | 10.46% | 1,565 | 10.27% |
| Income $125,000 to $149,999 | | | 1,202 | 7.45% | 1,197 | 7.86% |
| Income $150,000 to $199,999 | | | 1,392 | 8.62% | 1,528 | 10.03% |
| Income $200,000 or more | | | 2,143 | 13.27% | 2,663 | 17.48% |
| **Median Household Income** | | | **$76,361** | | **$89,293** | |
| | | | | | | |
| **Households by HH Income by Age of Householder** | | | | | | |
| **Householder Age 65 to 74** | **14,093** | | **15,368** | | **15,817** | |
| Income Less than $15,000 | | | 1,358 | 8.84% | 1,236 | 7.81% |
| Income $15,000 to $24,999 | | | 1,482 | 9.64% | 1,384 | 8.75% |
| Income $25,000 to $34,999 | | | 1,719 | 11.19% | 1,538 | 9.72% |
| Income $35,000 to $49,999 | | | 2,065 | 13.44% | 2,172 | 13.73% |
| Income $50,000 to $74,999 | | | 2,737 | 17.81% | 2,658 | 16.80% |
| Income $75,000 to $99,999 | | | 2,221 | 14.45% | 2,352 | 14.87% |
| Income $100,000 to $124,999 | | | 1,398 | 9.10% | 1,490 | 9.42% |
| Income $125,000 to $149,999 | | | 852 | 5.54% | 967 | 6.11% |
| Income $150,000 to $199,999 | | | 807 | 5.25% | 1,006 | 6.36% |
| Income $200,000 or more | | | 730 | 4.75% | 1,014 | 6.41% |
| **Median Household Income** | | | **$58,925** | | **$64,064** | |
| | | | | | | |
| **Households by HH Income by Age of Householder** | | | | | | |
| **Householder Age 75 to 84** | **7,413** | | **8,918** | | **10,833** | |
| Income Less than $15,000 | | | 937 | 10.51% | 1,046 | 9.66% |
| Income $15,000 to $24,999 | | | 1,115 | 12.50% | 1,265 | 11.68% |
| Income $25,000 to $34,999 | | | 1,270 | 14.24% | 1,354 | 12.50% |
| Income $35,000 to $49,999 | | | 1,332 | 14.94% | 1,613 | 14.89% |
| Income $50,000 to $74,999 | | | 1,538 | 17.25% | 1,793 | 16.55% |
| Income $75,000 to $99,999 | | | 1,059 | 11.87% | 1,329 | 12.27% |
| Income $100,000 to $124,999 | | | 599 | 6.72% | 783 | 7.23% |
| Income $125,000 to $149,999 | | | 368 | 4.13% | 512 | 4.73% |
| Income $150,000 to $199,999 | | | 343 | 3.85% | 532 | 4.91% |
| Income $200,000 or more | | | 356 | 3.99% | 606 | 5.59% |
| **Median Household Income** | | | **$47,478** | | **$51,562** | |
| | | | | | | |
| **Households by HH Income by Age of Householder** | | | | | | |
| **Householder Age 85 and over** | **3,499** | | **3,107** | | **3,526** | |
| Income Less than $15,000 | | | 470 | 15.13% | 505 | 14.32% |
| Income $15,000 to $24,999 | | | 515 | 16.58% | 581 | 16.48% |
| Income $25,000 to $34,999 | | | 521 | 16.77% | 524 | 14.86% |
| Income $35,000 to $49,999 | | | 510 | 16.41% | 586 | 16.62% |
| Income $50,000 to $74,999 | | | 442 | 14.23% | 498 | 14.12% |
| Income $75,000 to $99,999 | | | 264 | 8.50% | 311 | 8.82% |
| Income $100,000 to $124,999 | | | 135 | 4.35% | 160 | 4.54% |

Copyright © 2024 by Environics Analytics (EA). Source 7/8/2026 and ©Claritas, LLC 2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Income $125,000 to $149,999 | | | 77 | 2.48% | 102 | 2.89% |
| Income $150,000 to $199,999 | | | 86 | 2.77% | 119 | 3.37% |
| Income $200,000 or more | | | 87 | 2.80% | 138 | 3.91% |
| **Median Household Income** | | | **$36,116** | | **$38,376** | |
| | | | | | | |
| **Households by HH Income** | | | | | | |
| **Total Household** | **91,161** | | **93,734** | | **95,631** | |
| Income Less than $15,000 | | | 7,934 | 8.46% | 7,051 | 7.37% |
| Income $15,000 to $24,999 | | | 7,044 | 7.51% | 6,497 | 6.79% |
| Income $25,000 to $34,999 | | | 8,402 | 8.96% | 7,472 | 7.81% |
| Income $35,000 to $49,999 | | | 10,756 | 11.48% | 10,865 | 11.36% |
| Income $50,000 to $74,999 | | | 15,671 | 16.72% | 14,440 | 15.10% |
| Income $75,000 to $99,999 | | | 11,700 | 12.48% | 11,844 | 12.39% |
| Income $100,000 to $124,999 | | | 9,250 | 9.87% | 9,459 | 9.89% |
| Income $125,000 to $149,999 | | | 7,034 | 7.50% | 7,539 | 7.88% |
| Income $150,000 to $199,999 | | | 7,237 | 7.72% | 8,658 | 9.05% |
| Income $200,000 to $249,999 | | | 3,717 | 3.97% | 4,845 | 5.07% |
| Income $250,000 to $499,999 | | | 3,341 | 3.56% | 4,603 | 4.81% |
| Income $500,000 or more | | | 1,650 | 1.76% | 2,360 | 2.47% |
| **Average Household Income** | | | **$97,092** | | **$108,995** | |
| | | | | | | |
| **Median Household Income** | | | **$69,835** | | **$77,876** | |
| **Age 55+ Median Household Income** | | | **$59,139** | | **$64,170** | |
| **Age 65+ Median Household Income** | | | **$51,797** | | **$55,532** | |
| | | | | | | |
| **Owner Occupied Housing Units by Value** | | | | | | |
| **Total Owner-Occupied Housing Units** | **51,266** | | **52,167** | | **53,084** | |
| Value Less than $20,000 | | | 713 | 1.37% | 639 | 1.20% |
| Value $20,000 to $39,999 | | | 767 | 1.47% | 648 | 1.22% |
| Value $40,000 to $59,999 | | | 436 | 0.84% | 513 | 0.97% |
| Value $60,000 to $79,999 | | | 345 | 0.66% | 254 | 0.48% |
| Value $80,000 to $99,999 | | | 488 | 0.94% | 404 | 0.76% |
| Value $100,000 to $149,999 | | | 2,408 | 4.62% | 1,642 | 3.09% |
| Value $150,000 to $199,999 | | | 5,543 | 10.63% | 2,487 | 4.69% |
| Value $200,000 to $299,999 | | | 15,363 | 29.45% | 13,045 | 24.57% |
| Value $300,000 to $399,999 | | | 11,204 | 21.48% | 11,895 | 22.41% |
| Value $400,000 to $499,999 | | | 6,669 | 12.78% | 8,424 | 15.87% |
| Value $500,000 to $749,999 | | | 5,547 | 10.63% | 7,996 | 15.06% |
| Value $750,000 to $999,999 | | | 1,600 | 3.07% | 3,103 | 5.85% |
| Value $1,000,000 or more | | | 1,085 | 2.08% | 2,033 | 3.83% |
| Value $1,000,000 to $1,499,999 | | | 707 | 1.36% | 1,334 | 2.51% |
| Value $1,500,000 to $1,999,999 | | | 163 | 0.31% | 380 | 0.72% |
| Value $2,000,000 or more | | | 215 | 0.41% | 319 | 0.60% |
| **Median All Owner-Occupied Housing Unit Value** | | | **$300,157** | | **$355,506** | |
| | | | | | | |
| **Group Quarters by Population Type** | **5,938** | | **6,290** | | **6,387** | |
| Correctional Institutions | 687 | 11.57% | 698 | 11.10% | 720 | 11.27% |

Copyright © 2024 by Environics Analytics (EA). Source: 27/2023 and ©Claritas, LLC 2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Nursing Homes | 1,605 | 27.03% | 1,652 | 26.26% | 1,674 | 26.21% |
| Other Institutions | 86 | 1.45% | 88 | 1.40% | 91 | 1.42% |
| College Dormitories | 2,875 | 48.42% | 3,154 | 50.14% | 3,195 | 50.02% |
| Military Quarters | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Other Noninstitutional Quarters | 685 | 11.54% | 698 | 11.10% | 708 | 11.09% |
| | | | | | | |
| **Occupied Housing Units by Tenure** | **91,161** | | **93,734** | | **95,631** | |
| Owner-Occupied | 51,266 | 56.24% | 52,167 | 55.65% | 53,084 | 55.51% |
| Renter-Occupied | 39,895 | 43.76% | 41,566 | 44.34% | 42,548 | 44.49% |
| | | | | | | |
| **Households by Tenure by Age of Householder** | | | | | | |
| Total Households | 91,161 | | 93,734 | | 95,631 | |
| | | | | | | |
| **Owner-Occupied** | **51,266** | | **52,167** | | **53,084** | |
| Householder 55 to 64 years | 11,865 | 23.14% | 10,566 | 20.25% | 9,801 | 18.46% |
| Householder 65 to 74 years | 9,795 | 19.11% | 10,558 | 20.24% | 10,728 | 20.21% |
| Householder 75 to 84 years | 5,037 | 9.83% | 6,063 | 11.62% | 7,369 | 13.88% |
| Householder 85 years and over | 2,149 | 4.19% | 1,797 | 3.44% | 2,046 | 3.85% |
| | | | | | | |
| **Renter-Occupied** | **39,895** | | **41,566** | | **42,548** | |
| Householder 55 to 64 years | 5,978 | 14.98% | 5,580 | 13.42% | 5,432 | 12.77% |
| Householder 65 to 74 years | 4,298 | 10.77% | 4,810 | 11.57% | 5,090 | 11.96% |
| Householder 75 to 84 years | 2,376 | 5.96% | 2,855 | 6.87% | 3,464 | 8.14% |
| Householder 85 years and over | 1,350 | 3.38% | 1,310 | 3.15% | 1,481 | 3.48% |

Copyright © Claritas, LLC 2026. All rights reserved.
***Percent growth figures are as follows: 2020 (2010-2020), 2026 (2020-2026), and 2031 (2026-2031).

Copyright © 2024 by Environics Analytics (EA). Source: 7/7/2026 and ©Claritas, LLC 2024

**Appraiser Qualifications**


Seniors Housing & Healthcare Real Estate Advisory Services

# Alan C. Plush, MAI

## EXPERIENCE

Mr. Plush specializes exclusively in Healthcare and Retirement valuation throughout the United States. He is currently CEO/Partner of HealthTrust, LLC following its spin-off from PricewaterhouseCoopers, where he was the national director of the Healthcare Valuation group for over three years. Prior to this, Mr. Plush was the owner and president of Gulf/Atlantic Valuation Services, Inc., which was purchased by PricewaterhouseCoopers in August 1999. In 1986, Mr. Plush began specializing in the appraisal of a large number of healthcare properties. With a foundation in the appraisal of adult congregate living facilities and nursing homes, his specialized expertise has grown substantially. To date, he has participated in the appraisal of thousands of nursing homes, congregate care facilities, continuing care retirement centers, and hospitals throughout the U.S.

Mr. Plush holds an MAI designation and a seat on the Executive Board of ASHA. He has written a variety of articles on industry topics, regularly serves as an expert witness in court proceedings and is often a guest speaker at banks and industry conferences such as NIC, ALFA, and ASHA.

## EDUCATION

Mr. Plush is a graduate of the University of Florida where he received a Bachelor of Science in Business Administration in 1981. Since then, Mr. Plush has completed numerous Appraisal Institute courses and attended related seminars for continuing education.

## LICENSES

Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming.

## SPEAKING ENGAGEMENTS

National Medicaid/Medicare Conference, Sarasota, FL (Contributor/Sponsor)
National Investment Conference (NIC), Washington DC (Contributor/Sponsor)
2b Alive Mexico IL/AL Industry Summit & Expo, La Jolla, CA ("Valuation of Healthcare/Senior Housing Assets")
N.C. Healthcare Association ("Market Trends for Healthcare and Senior Housing Assets")
NIC Western Regional Conference, Las Vegas, NV ("Valuation Trends of Healthcare/Senior Housing Assets")
IAAO annual conferences, Miami Beach, FL ("Valuation Issues for Assessment of Senior Housing/Healthcare Facilities")
IAAO, Florida Chapter, Clearwater, FL ("Valuation Issues for Assessment of Senior Housing/Healthcare Facilities")
Commercial Property News, New York, NY ("Seniors Housing Symposium")

## CEO / Partner

**HealthTrust**
6801 Energy Court, Suite 200
Sarasota, FL 34240
941.363.7501 T
941.363.7525 F
alan.plush@healthtrust.com




## SPEAKING ENGAGEMENTS (Continued)

Information Management Network, New York, NY ("Seniors Housing Finance Symposium")

National Association of Real Estate Financial Intermediaries Annual Meeting ("Transaction Overview...")

Massachusetts ALFA, Boston, MA ("Development Trends in the Assisted Living Industry")

Essex County Assessor's Meeting, Danvers, MA (""Valuation Techniques for Assisted Living Properties")

ALFA Spring Conference, Phoenix, AZ ("Transaction Survey of Congregate and Assisted Living Industries")

Appraisal Institute, Boston Chapter, Boston, MA ("Healthcare and Retirement Property Appraisal Seminar")

Plymouth County Assessor's Meeting, Duxbury, MA ("Assessing Healthcare and Retirement Properties")

IAAO annual conferences, Seattle, WA ("Methods Used to Appraise Healthcare and Retirement Properties")

## PUBLISHED ARTICLES

Seniors Housing Business, 2014 ("No Sign of Development Bubble, Only Pockets of Trouble")

Seniors Housing Business, 2013 ("A Roadmap to Valuing CCRCs")

Co-author and contributor to The State of Seniors Housing, published by ASHA, NIC, AAHSA, 2000 - Current

Co-author with ASHA of the annual survey of transactions and economic indicators, 2002

Co-author with ASHA of the Seniors Housing Absorption Study, 2000

Co-author with ALFA and ASHA for 1997, 1998 and 1999 survey of transactions and economic indicators

The Appraisal Journal, Appraisal Institute, July 1995 ("USPAP Competency Provision and the Appraisal of Healthcare/Retirement Facilities")

Force Financial, Quarterly Newsletter, 1995 ("The Impact of Assisted Living on CCRCs")

## APPEARANCE AS AN EXPERT WITNESS

Bama Oaks IL/AL Federal Bankruptcy Court, Southern District, Mobile, AL 2021

Brightview v Teeters, Maryland - 2020

Riverview Senior Resort, Florida - 2020

ILC, Federal Bankruptcy Court, Chicago, Illinois - 2010

SNF, U.S. District Court of Eastern District of Pennsylvania - 2009

CCRC, Tax appeal case, Atlanta, Georgia - 2008

SNF, Federal Bankruptcy Court, Tampa, Florida - 1999

IL/AL, Superior Court, Lansing, Michigan - prior to 2000

SNF, Circuit Court, Polk County, Florida - prior to 2000

Circuit Court, Duval County, Florida - prior to 2000

## MEMBERSHIPS/AFFILIATIONS

MAI designation by the Appraisal Institute (#8701)

State of Florida Building Contractor Class B (Inactive) CB C035068

Investment Committee, SHP Investments (on behalf of CalPers Investment Fund), 2002-2007

American Seniors Housing Association (ASHA), 2001-present



# Commonwealth of Pennsylvania- Department of State
## Bureau of Professional and Occupational Affairs

Mailing Address P.O. Box 2649, Harrisburg, PA 17105          Toll Free: 1-833-DOS-BPOA



### *ALAN C PLUSH*

| | | | |
|---|---|---|---|
| **License Number** | : GA001255L | **Initial License Date :** 06/07/1994 | **Expiration Date** : 06/30/2027 |
| **License Type** | : Certified General Appraiser | | **License Status as of 6/25/2025 : Active** |
| **Issued By** | : State Board of Certified Real Estate Appraisers | | |
| **Address** | : 6801 ENERGY COURT, SUITE 200 SARASOTA, FL 34240 | | |



*Arion R. Claggett*

**Acting Commissioner Arion R. Claggett**

**Signature of Licensee**



Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code          20250624706