**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Whitehall Manor, Inc., *et al.*,[1] | : | Case No. 25-15245 (PMM) |
| Debtors. | : | Jointly Administered |

**DECLARATION OF NIMITA KAPOOR-ATIYEH IN SUPPORT OF DEBTORS' JOINT MOTION PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER USE AND OCCUPANCY AGREEMENTS; DEBTORS' JOINT MOTION TO MODIFY ADEQUATE PROTECTION PENDING CONFIRMATION OF A CHAPTER 11 PLAN; AND REQUEST FOR CONTINUED USE OF CASH COLLATERAL**

I, Nimita Kapoor-Atiyeh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I, Nimita Kapoor-Atiyeh, am the President of Whitehall Manor, Inc. and Saucon Valley Manor, Inc. Whitehall Manor, Inc. operates Whitehall Manor ("Whitehall") and Saucon Valley Manor, Inc. operates Saucon Valley Manor ("Saucon" and, together with Whitehall, the "Manors"). I also serve as Administrator of Saucon and Whitehall.
2. I am personally aware of the facts set forth in the Motions scheduled to be heard by the bankruptcy court on July 22 and 23, 2026.

D-89

[1] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); and (iv) Saucon Valley Manor, Inc. (2894). The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052. The Order and Memorandum Opinion Granting Motion to Dismiss (together, the "Dismissal Order") [D.I.s 263 and 264], entered on March 20, 2026, dismissed the cases of debtor Whitehall Trust, Case No. 25-15241-PMM and debtor Saucon Trust, Case No. 25-15243-PMM. The Debtors have appealed the Dismissal Order; that appeal is currently pending.

3. I further incorporate my prior 4/20/2026 Declaration and prior testimony in support. If called to testify in this matter, I would testify to the matters set forth herein.

4. I have been in the Senior Living industry for almost 30 years. The most important area of focus is compassion and exceptional quality of care over profit. We treat each resident with dignity and respect and like we wanted our parents treated. Treating people right also enhances the reputation of the homes, improves their competitive position, and leads to long-term strong economic performance. Our residents have worked hard their entire lives and cannot be at their homes, so we do our best (and work within a budget of course) to ensure their safety, care, wellness, and peace.

5. The monthly charges paid by residents cover not only occupancy of a room but, also, (a) for all residents, three meals a day, snacks and housekeeping services, and (b) for all residents other than independent living residents, varying levels of personal and medical care. The Manors also staff wellness professionals who coordinate resident care with physicians and pharmacies. Residents also enjoy activities on and off site as well has having driver services available to get to doctor appointments and other off site activities.

**Census**

6. Whitehall is licensed for 130 residents, which includes a maximum of 20 memory care residents. It can also house additional independent living residents.

7. On the Petition Date, Whitehall housed 21 independent living residents, 93 personal care licensed residents, and 15 memory care residents for a total of 129 residents.

8. As of July 1, 2026, Whitehall housed 25 independent living residents, 96 personal care residences and 18 memory care residents for a total of 139.

9. The census for Whitehall has remained stable throughout the bankruptcy cases.

10. Saucon is licensed for 201 residents, which includes a maximum of 100 memory care residents.

11. On the Petition Date, Saucon housed 4 independent living residents, 125 personal care residents, and 69 are memory care residents for a total census of 198.

12. As of July 1, 2026, Saucon housed 2 independent living residents, 121 personal care residents, and 67 are memory care residents for a total census of 190.

13. In the history of Saucon, there has never been 100 memory care units occupied due to various factors such as rates, demand, and market trends. See attached history of occupancy as **Attachment A**. As a result we have begun to convert memory care units to personal care rooms based on market demand. Recently, nine memory care rooms were converted to personal care rooms during the bankruptcy cases.

14. Fortunately, the census at the Manors has remained stable despite the negative publicity related to the foreclosure initiated by Lehigh and bankruptcies. I have increased marketing to attract additional residents and the Manors have considerable good will and resident satisfaction, which has enabled them to retain existing residents.

**Whitehall**

15. The basement of Whitehall is not conducive for resident living. Whitehall attempted to operate a high functioning memory care unit in the basement in the past. The residents and families were always dissatisfied.

16. There are only 130 units at Whitehall, and not 148 units as described in HealthTrust's 2026 appraisal.

17. Whitehall made a number of improvements to increase revenue and resident satisfaction that are missing from HealthTrust's 2026 appraisal.

18. Whitehall converted an area in the garden level to help develop community areas for our independent residents. The rooms are currently being used as a theater room, gym, massage room, conference room and library. Removal would impact marketing for residents, because residents now expect these amenities. Whitehall needs these rooms to continue growing Whitehall's independent community.

19. Whitehall converted three resident rooms into offices in the Main Lobby area. These rooms are currently being used as Marketing and Admissions offices. There are no other offices that are centrally located to the main lobby for the facility to use for these purposes. If these offices needed to be converted back to rooms, it could affect the marketing for the building.

20. One resident room on the 2nd floor is being used as a multipurpose room for our independent residents. This room is used by residents on a daily basis and is a great marketing feature of having the additional common space for the residents to gather, watch movies, play card games or board games together and interact socially.

21. On the A-side of the building two rooms were converted to a dining area designated for the residents that reside on that floor so they would be closer to their rooms. In addition, having the additional dining space shows better for marketing purposes and gives the residents more room in the dining room to be able to enjoy their meal. Converting these rooms back to resident rooms would negatively impact resident satisfaction and the ability to attract additional residents.

22. There is currently no wait list for any beds in any of the bed categories at Whitehall Manor.

23. The improvements made to the Manors benefit the Manors and assist with marketing. The Manors are able to offer many activities and events for residents to enjoy. The yoga studios, multiple movie rooms, outdoor spaces, and special dining areas where our residents can participate based on resident dietary restrictions are draws for prospective residents. I retain pictures and videos of residents using all the spaces.

**Staffing**

24. The Manors do not have a high turnover of employees. The longest employee has been here for 29 years with many others here for at least 10 to 20 years. The staff remain loyal, which is a testament to how the Manors' operations run smoothly.

25. Understaffing is a violation of Pennsylvania regulations and remains of record and on the state database. A facility's license would be at issue. The state database is publicly available, which impacts marketing. Moreover, such violations are areas of inquiry in professional liability claims.

26. Wages for all employees are market-driven. Since COVID-19, there has been a significant increase in wages. The wages paid by the Manors are consistent with wages in the markets in which they operate.

27. The area in which the Manors operate is in competition with nearby, larger metropolitan areas also competing for the same skilled employees, which are in high demand in the health care and personal care industry. In order to attract and retain staff, it is necessary for the Manors to pay competitive wages and provide competitive benefits.

28. I do not believe that staffing at the Manors can be reduced without negatively affecting the performance of the facilities and the well-being of residents. I do not believe that wages can be reduced without negatively affecting the Manors' ability to attract and retain employees, which would negatively affect the performance of the facilities and the well-being of residents. I believe that many of our residents, particularly the longer term residents, have a better quality of life and a greater comfort level knowing the staff that provide their care and assistance and having a continuity of that care with staff members they have come to know and trust.

**Administration**:

29. There are thirteen employees paid under administration, including three salaried employees. Employees in this category include administration, front desk, transportation, human resources, accounting, wellness coordinators (doctor – resident liaisons), marketing and a care plan coordinator. The administration team all work more than 40 hours per week. Any decrease in administrative staffing would significantly and negatively affect the Manors' operations and well-being of the residents.
30. My salary is also included in this category as part of the thirteen. I work approximately 82-83 hours per week and make approximately $80,000 annually. For Saucon Valley Manor, I am involved in every marketing lead, especially on the weekends and evenings. My salary is below market rate, but it is important to me that these facilities survive so I want to make sure revenues are spent on retaining staff and providing for our residents while we restructure these facilities.

**Housekeeping/Laundry**

31. Housekeeping includes housekeepers and laundry workers.

32. These are full-time and part-time workers paid on hourly basis with a starting rate of $14.50 at Saucon and $14.00 at Whitehall.

33. All housekeepers are assigned to specific areas on a daily basis. They are responsible for cleaning common areas, bathrooms, accidents due to a high level of incontinence throughout the memory care and personal care units, sanitation and disinfection increased since COVID-19, post meal cleanup, a section of rooms daily, cleaning Good Shepherd area and the beauty salon, and disinfecting after all activities. Every room receives a deep cleaning weekly and a light cleaning daily (if needed). They are responsible for laundry of all the residents and facility laundry as well as cleaning services.

34. Maintaining clean areas is essential for the well-being of the residents and to ensure continued compliance with regulatory requirements of the state and Ombudsman.

35. I do not believe that the facilities could be properly maintained in accordance with state regulations and licensing requirements if housekeeping staff was maintained at least at its current level.

**Nursing and Related Staffing**

36. State Regulations require a certain level of staffing during “waking hours” and “sleeping hours” for personal care and memory care residents. The attached staffing calculation sheet shows to calculate the number of staff required to satisfy the scheduled hour requirement for both types of residents. **Attachment B.**

37. Memory care residents are considered immobile by the state of Pennsylvania, whether they are ambulatory or not. Therefore, the staffing level for memory care doubles for each resident with a requirement of two scheduled hours per resident in a 24-hour period. Conversely, personal care residents require one scheduled hour per resident in a 24-hour period.

38. The minimum number of hours is determined by **Attachment B.** However, if minimum staffing is used, the State will further scrutinize the facility. If minimum staffing is used, the risk of falling below state minimums increases, which could result in citations from State and risks to patients. Therefore, the Manors staff above state minimums for the safety of the residents at all times and to offset callouts.

39. Any increase in the number of memory care residents would increase costs related to staffing exponentially.

**Walking with Appraiser Plush**

40. As Attorney Lahoud and I walked with appraiser Alan Plush at Saucon Valley Manor, we offered to take him throughout the building. He did not walk two of the secured units and half of the B floor. He was asked several times if he would like to see anything additional and he said "no." Having walked with other appraisers, I thought this walk-around should have taken an hour and a half to two hours but it only took approximately 35 mins.

41. At Whitehall Manor, Attorney Lahoud, administration, and I walked only one side of the Upper C Hallway and only one side of the A-side hallway with Mr. Plush, and he did not see the Garden Level at all. He was asked if he wanted to see anything else or wanted any information, he said "no." He was given a marketing brochure and when

he went outside to take photos, he left the brochure on the sidewalk chair and did not retrieve it. His inspection of Whitehall lasted approximately 30 minutes.

**Expenses/Maintenance**

42. The Manors are always focused on minimizing expenses to the extent possible without negatively impacting the ability to operate the facilities and provide expected levels of care to residents. In my experience operating the Manors for decades, without sacrificing resident care, based on our current resident mix, I do not believe it is possible to operate Whitehall with expenses equaling anything close to the 80.76% of revenues projected by the HealthTrust appraisal. I do not believe it is possible to operate Saucon with expenses equaling anything close to the 85.4% of revenues projected by the HealthTrust appraisal.
43. As Administrator, part of my responsibilities include oversight of maintenance at the Manors.
44. I regularly communicate with our maintenance staff to ensure that all needed repairs and maintenance are completed promptly.
45. The Manors have addressed every item requiring immediate repair or maintenance quickly and efficiently before and during their bankruptcy cases.
46. The Manors are additionally planning a needed replacement of their roofs, which is not emergent, but is a necessary longer-term maintenance task for which we engaged a contractor to assess.
47. The Manor buildings are well-maintained and are kept in good condition.

48. The residents are safe, well cared for, and love the services and food provided by the Manors.

49. I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2026

_/s/ Nimita Kapoor-Atiyeh__
Nimita Kapoor-Atiyeh

# Attachment A

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Facility License Number** | **Inspection/ Violation File Date** | **Inspection/ Violation Report** | **Resident Support Staff** | **Total Daily Staff** | **Waking Staff** | **License Capacity** | **Residents Served** | **Dementia Capacity** | **Dementia Residents Served** | **Hospice Residents** | **Have Mobility Need** |
| 2 | 20581 | 7/14/2010 | View Report | | | | 186 | | 72 | | | |
| 3 | 20581 | 8/4/2010 | View Report | | | | | | | | | |
| 4 | 20581 | 10/7/2010 | View Report | | | | 250 | | 96 | | | |
| 5 | 20581 | 2/4/2011 | View Report | | | | | | | | | |
| 6 | 20581 | 4/15/2011 | View Report | | | | 250 | | 100 | | | |
| 7 | 20581 | 8/22/2011 | View Report | | | | 250 | | 100 | | | |
| 8 | 20581 | 10/17/2011 | View Report | | | | | | | | | |
| 9 | 20581 | 10/24/2011 | View Report | | | | | | | | | |
| 10 | 20581 | 10/31/2011 | View Report | | | | | | | | | |
| 11 | 20581 | 12/28/2011 | View Report | | | | | | | | | |
| 12 | 20581 | 1/19/2012 | View Report | | | | 228 | | 100 | | | |
| 13 | 20581 | 2/1/2012 | View Report | | | | | | | | | |
| 14 | 20581 | 5/22/2012 | View Report | | 282 | 212 | 228 | 176 | 100 | | | |
| 15 | 20581 | 8/7/2012 | View Report | | 279 | 209 | 228 | 179 | 100 | | | |
| 16 | 20581 | 9/18/2012 | View Report | 135 | 315 | 236 | 228 | 118 | 100 | | | |
| 17 | 20581 | 5/13/2013 | View Report | | 278 | 209 | 228 | 179 | 100 | 66 | 24 | 99 |
| 18 | 20581 | 7/10/2013 | View Report | | | | 228 | | 100 | | | |
| 19 | 20581 | 10/22/2013 | View Report | | 288 | 215 | 228 | 178 | 100 | 69 | 19 | 110 |
| 20 | 20581 | 10/30/2013 | View Report | | 290 | 218 | 228 | 179 | 100 | 70 | 18 | 111 |
| 21 | 20581 | 5/13/2014 | View Report | 88 | 341 | 256 | 228 | 165 | 100 | 58 | 17 | 88 |
| 22 | 20581 | 7/9/2014 | View Report | | | | 228 | | 100 | | | |
| 23 | 20581 | 7/15/2014 | View Report | 1 | 253 | 190 | 228 | 166 | 100 | 60 | 16 | 86 |
| 24 | 20581 | 9/15/2014 | View Report | | | | 250 | | 100 | | | |
| 25 | 20581 | 9/30/2014 | View Report | | 247 | 185 | 250 | 162 | 100 | 61 | 20 | 85 |
| 26 | 20581 | 6/25/2015 | View Report | | 269 | 202 | 250 | 184 | 100 | 60 | 7 | 85 |
| 27 | 20581 | 8/13/2015 | View Report | | 269 | 202 | 250 | 184 | 100 | 60 | 7 | 85 |
| 28 | 20581 | 2/18/2016 | View Report | | | | | 195 | | | | |
| 29 | 20581 | 3/17/2016 | View Report | | | | | | | | | |
| 30 | 20581 | 5/18/2016 | View Report | | | | 250 | | 100 | | | |
| 31 | 20581 | 7/7/2016 | View Report | | | | 228 | | 100 | | | |
| 32 | 20581 | 7/14/2016 | View Report | | 278 | 209 | 228 | 169 | 100 | 68 | 19 | 109 |
| 33 | 20581 | 9/22/2016 | View Report | | | | 240 | | 100 | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Facility License Number** | **Inspection/ Violation File Date** | **Inspection/ Violation Report** | **Resident Support Staff** | **Total Daily Staff** | **Waking Staff** | **License Capacity** | **Residents Served** | **Dementia Capacity** | **Dementia Residents Served** | **Hospice Residents** | **Have Mobility Need** |
| 34 | 20581 | 10/4/2016 | View Report | | | | 260 | | 100 | | | |
| 35 | 20581 | 10/5/2016 | View Report | | | | 268 | | 100 | | | |
| 36 | 20581 | 12/6/2016 | View Report | | | | | | | | | |
| 37 | 20581 | 5/22/2017 | View Report | | | | 268 | | 100 | | | |
| 38 | 20581 | 7/11/2017 | View Report | | 313 | 235 | 268 | 201 | 100 | 82 | 20 | 112 |
| 39 | 20581 | 8/23/2017 | View Report | | 300 | 225 | 268 | 193 | 100 | 78 | 18 | 107 |
| 40 | 20581 | 5/22/2018 | View Report | | | | 268 | | 100 | | | |
| 41 | 20581 | 6/28/2018 | View Report | | | | | | | | | |
| 42 | 20581 | 10/17/2018 | View Report | | 303 | 227 | 268 | 192 | 100 | 73 | 18 | 111 |
| 43 | 20581 | 1/15/2019 | View Report | | 316 | 237 | 268 | 201 | 100 | 79 | 14 | 115 |
| 44 | 20581 | 4/2/2019 | View Report | | | | | | | | | |
| 45 | 20581 | 5/22/2019 | View Report | | | | 268 | | 100 | | | |
| 46 | 20581 | 7/22/2019 | View Report | | 321 | 241 | 268 | 206 | 100 | 74 | 12 | 115 |
| 47 | 20581 | 1/8/2020 | View Report | | | | 243 | | 100 | | | |
| 48 | 20581 | 1/15/2020 | View Report | | 324 | 243 | 268 | 209 | 100 | 75 | 12 | 115 |
| 49 | 20581 | 4/1/2020 | View Report | | 339 | 254 | 243 | 224 | 100 | 75 | 17 | 115 |
| 50 | 20581 | 4/2/2020 | View Report | | | | | | | | | |
| 51 | 20581 | 7/30/2020 | View Report | | | | | | | | | |
| 52 | 20581 | 8/3/2020 | View Report | | | | 243 | | 100 | | | |
| 53 | 20581 | 9/3/2020 | View Report | | | | | | | | | |
| 54 | 20581 | 10/22/2020 | View Report | | | | | | | | | |
| 55 | 20581 | 1/13/2021 | View Report | | | | | | | | | |
| 56 | 20581 | 2/10/2021 | View Report | | 332 | 249 | 243 | 211 | 100 | 82 | 20 | 121 |
| 57 | 20581 | 3/10/2021 | View Report | | | | | | | | | |
| 58 | 20581 | 4/8/2021 | View Report | | | | | | | | | |
| 59 | 20581 | 5/10/2021 | View Report | | | | 213 | | 100 | | | |
| 60 | 20581 | 5/24/2021 | View Report | | | | | | | | | |
| 61 | 20581 | 6/9/2021 | View Report | | 296 | 222 | 213 | 186 | 100 | 51 | 33 | 110 |
| 62 | 20581 | 6/17/2021 | View Report | | | | | | | | | |
| 63 | 20581 | 7/29/2021 | View Report | | | | | | | | | |
| 64 | 20581 | 8/3/2021 | View Report | | 286 | 215 | 213 | 173 | 100 | 81 | 42 | 113 |
| 65 | 20581 | 8/25/2021 | View Report | | | | 213 | | 100 | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Facility License Number** | **Inspection/ Violation File Date** | **Inspection/ Violation Report** | **Resident Support Staff** | **Total Daily Staff** | **Waking Staff** | **License Capacity** | **Residents Served** | **Dementia Capacity** | **Dementia Residents Served** | **Hospice Residents** | **Have Mobility Need** |
| 66 | 20581 | 1/12/2022 | View Report | | 269 | 202 | 213 | 166 | 100 | 74 | 38 | 103 |
| 67 | 20581 | 2/10/2022 | View Report | | | | | | | | | |
| 68 | 20581 | 2/24/2022 | View Report | | | | | | | | | |
| 69 | 20581 | 6/30/2022 | View Report | | | | | | | | | |
| 70 | 20581 | 8/3/2022 | View Report | 117 | 410 | 308 | 213 | 176 | 100 | 70 | 38 | 117 |
| 71 | 20581 | 9/16/2022 | View Report | 104 | 380 | 285 | 213 | 172 | 100 | 70 | 35 | 104 |
| 72 | 20581 | 2/14/2023 | View Report | 0 | 287 | 215 | 213 | 163 | 100 | 74 | 25 | 124 |
| 73 | 20581 | 9/7/2023 | View Report | 0 | 268 | 201 | 213 | 155 | 100 | 75 | 23 | 113 |
| 74 | 20581 | 1/23/2024 | View Report | 0 | 303 | 227 | 201 | 170 | 100 | 80 | 38 | 133 |
| 75 | 20581 | 2/8/2024 | View Report | 0 | 305 | 229 | 201 | 172 | 100 | 80 | 39 | 133 |
| 76 | 20581 | 3/1/2024 | View Report | 0 | 312 | 234 | 201 | 181 | 100 | 80 | 37 | 131 |
| 77 | 20581 | 3/13/2024 | View Report | 0 | 302 | 227 | 201 | 172 | 100 | 80 | 32 | 130 |
| 78 | 20581 | 4/3/2024 | View Report | 0 | 310 | 233 | 201 | 175 | 100 | 81 | 31 | 135 |
| 79 | 20581 | 7/18/2024 | View Report | 0 | 317 | 238 | 201 | 185 | 100 | 83 | 37 | 132 |
| 80 | 20581 | 8/21/2024 | View Report | 0 | 316 | 237 | 201 | 188 | 100 | 85 | 37 | 128 |
| 81 | 20581 | 12/4/2024 | View Report | 0 | 315 | 236 | 201 | 187 | 100 | 79 | 32 | 128 |
| 82 | 20581 | 3/5/2025 | View Report | 0 | 318 | 239 | 201 | 188 | 100 | 76 | 25 | 130 |
| 83 | 20581 | 4/22/2025 | View Report | 0 | 319 | 239 | 201 | 192 | 100 | 78 | 23 | 127 |
| 84 | 20581 | 5/1/2025 | View Report | 0 | 316 | 237 | 201 | 192 | | 75 | 32 | 124 |
| 85 | 20581 | 7/2/2025 | View Report | 0 | 292 | 219 | 201 | 180 | 100 | 70 | 24 | 112 |
| 86 | 20581 | 8/19/2025 | View Report | 0 | 309 | 232 | 201 | 187 | 100 | 77 | 30 | 122 |
| 87 | 20581 | 12/22/2025 | View Report | 0 | 254 | 191 | 201 | 127 | 100 | 78 | 34 | 127 |
| 88 | 20581 | 2/4/2026 | View Report | 0 | 300 | 225 | 201 | 189 | 100 | 66 | 34 | 111 |
| 89 | 20581 | 4/15/2026 | View Report | 300 | 530 | 398 | 201 | 117 | 100 | 73 | 34 | 113 |
| 90 | 20581 | 5/8/2026 | View Report | 0 | 308 | 231 | 201 | 194 | 100 | 64 | 30 | 114 |

# Attachment B

We are committed to maintaining and effective staffing levels at all times. We consistently schedule staff above state-mandated requirements we staff way over state minimum requirements, to ensure quality care and operational efficiency.

In the event of call offs or unexpected absences, we take immediate action to maintain coverage by offering overtime opportunities, we do not use any staffing agencies.

Every effort is made to prevent any disruption in service and to support both our team members and those we serve. We have staff members as backups, we have a mandating policy; nursing supervisors have employee list/numbers on hand in the event someone needs to be called in. We communicate daily on each shift. We continuously monitor staffing needs and adjust schedules proactively based on census and mobility needs to uphold our standards and meet the needs of the residents.

Attached is the state regulatory requirements for staffing and also our staffing sheets for the

7-3, 3-11, 11-7 shifts.

## Staffing Calculations

**Calculating Direct-Care Staff Hours: § 2600.57(b)-(c)** - Calculating the required number of staffing hours in a personal care home may seem challenging, because there is no staff-to-resident ratio.

To determine the required number of staffing hours, perform the following steps:

**1. Establish the observation period.** The observation period is the 24-hour day or group of days where staffing will be measured.

Example: January 1, 2012 to January 5, 2012

**2. Determine the number of residents served in the home during each day of the observation period.** The "number of residents served" means the number of residents who were present in the home for all or part of the day, and excludes individuals who were hospitalized or staying elsewhere.

Example:
January 1 = 20 residents
January 2 = 21 residents
January 3 = 20 residents
January 4 = 23 residents
January 5 = 22 residents

**3. Determine the number of residents with mobility needs served in the home during each day of the observation period.** This number is a subset, or small group, of the total number of residents served in the home.

Example:
January 1 = 1 resident
January 2 = 2 residents
January 3 = 1 resident
January 4 = 2 residents
January 5 = 2 residents

**4. Add the numbers in steps 2 and 3 together.** Even though the numbers in steps 2 and 3 represent people, they also represent required hours: every resident "gets" one hour each day and residents with mobility needs "get" an extra hour.

Example:
January 1 = 21 hours
January 2 = 23 hours
January 3 = 21 hours
January 4 = 25 hours
January 5 = 24 hours

To determine the number of staffing hours that were actually provided during the observation period, perform the steps on the following page:

**1. Determine the number direct-care staff persons and the hours they worked during each day of the observation period.** Include only those individuals who meet the requirements of direct-care staff.

Example:

| Date | Staff Person A | Staff Person B | Staff Person C |
|---|---|---|---|
| January 1 | 7 hours | 7.5 hours | 5 hours |
| January 2 | 6 hours | 7.5 hours | 3 hours |
| January 3 | 7.5 hours | 7.5 hours | 7 hours |
| January 4 | 6 hours | 7.5 hours | 8 hours |
| January 5 | 0 hours | 7.5 hours | 4 hours |

## Staffing Calculations (continued)

**2. Determine the total number of direct-care staff hours per day.** The total number of direct care staff hours per day is obtained by adding all of the direct care staff persons' hours together*.

Example:

| Date | Staff Person A | Staff Person B | Staff Person C | Total Hours |
|---|---|---|---|---|
| January 1 | 7 hours | 7.5 hours | 5 hours | 19.5 hours |
| January 2 | 6 hours | 7.5 hours | 3 hours | 16.5 hours |
| January 3 | 7.5 hours | 7.5 hours | 7 hours | 22 hours |
| January 4 | 6 hours | 7.5 hours | 8 hours | 21.5 hours |
| January 5 | 0 hours | 7.5 hours | 4 hours | 11.5 hours |

* If direct care staff persons are responsible for performing ancillary tasks as part of their regular duties, then the cumulative time spent performing or allotted for those duties should be subtracted from the available direct care hours. For example, Staff Person C may work a 7.5-hour shift, but if the staff person spends 2.5 hours of each day doing laundry and washing dishes, the staff person cannot provide direct-care services during those hours.

To determine if the home supplied sufficient direct-care staff hours during the observation period, compare the required number of hours with the number of hours actually provided:

Example:

| Date | Required Hours | Actual Hours | Difference | Compliant? |
|---|---|---|---|---|
| January 1 | 21 hours | 19.5 hours | -1.5 hours | NO |
| January 2 | 23 hours | 16.5 hours | -6.5 hours | NO |
| January 3 | 21 hours | 22 hours | 1 hours | YES |
| January 4 | 25 hours | 21.5 hours | -3.5 hours | NO |
| January 5 | 24 hours | 11.5 hours | -12.5 hours | NO |

**Calculating Direct-Care Staff Hours: § 2600.57(d) -** Seventy-five percent of a home's direct-care staffing hours must be provided between the hours of 7:00 AM and 11:00 PM ("waking hours") each day. To determine if 75% the home's direct-care staff hours were provided during waking hours, perform the following steps:

**1. Obtain the actual staffing hours provided during the observation period (see above).**

Example:

| Date | Actual Hours |
|---|---|
| January 1 | 19.5 hours |
| January 2 | 16.5 hours |
| January 3 | 22 hours |
| January 4 | 21.5 hours |
| January 5 | 11.5 hours |

## Staffing Calculations (continued)

**2. Determine the number of hours provided between 7:00 AM and 11:00 PM during each day of the observation period.**

Example:

| Date | Actual Hours | Hours Provided Between 7:00 AM and 11:00 PM |
|---|---|---|
| January 1 | 19.5 hours | 15 hours |
| January 2 | 16.5 hours | 8 hours |
| January 3 | 22 hours | 16 hours |
| January 4 | 21.5 hours | 15 hours |
| January 5 | 11.5 hours | 11.5 hours |

**3. Calculate the percentage of hours provided during waking hours.** The percentage is obtained by dividing the hours provided between 7:00 AM and 11:00 PM (the smaller number) by the total "actual hours"(the larger number) and multiplying the result by 100%.

Example:

| Date | Actual Hours | Hours Provided Between 7:00 AM and 11:00 PM | Percentage of Hours Provided During "Waking Hours" | Compliant? |
|---|---|---|---|---|
| January 1 | 19.5 hours | 15 hours | 77% | YES |
| January 2 | 16.5 hours | 8 hours | 48% | NO |
| January 3 | 22 hours | 16 hours | 73% | NO |
| January 4 | 21.5 hours | 15 hours | 70% | NO |
| January 5 | 11.5 hours | 11.5 hours | 100% | YES |

2/4/21

# 7-3 Assignment Sheet

## DO NOT CHANGE ASSIGNMENT SHEET WITHOUT SUPERVISOR'S APPROVAL!!!

| DATE | INITIAL | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | Adrianna | 1:00PM | |
| A Floor PCA | ✓ | Jolie 7-3 | | |
| SU-A Med Aide | ✓ | Wanda | 10:30AM | |
| SU-A 1 PCA | ✓ | Nani | 11:00AM OR1:00PM | |
| B1 Med Aide | ✓ | Surma 5-1 | 1:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | Mawn.. | 11:00AM | Serve drinks and meals |
| B-1 PCA | ✓ | Veana | 1:00PM | take out the trash |
| B-2 PCA | ✓ | Ashley | 11:00AM | |
| B-3 PCA | ✓ | Muracle | 11:30AM | |
| Care Plus 1 Med Aide | ✓ | Keri | 1:30PM | |
| Care Plus 2 Med Aide | ✓ | Rosa | 1:00PM | |
| C-1 PCA | ✓ | Jenn | 1:00PM | Feed Room |
| C-2 PCA | ✓ | Natasha | 10:45AM | Serve Main Dining Room |
| C-3 PCA | ✓ | Ashley R | 11:00AM | |
| C-4 PCA | ✓ | Amelia | 1:00pm | |
| SUB Med Aide | ✓ | Yvette | 12:00PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Alicia | 10:15AM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Leslie | 10:45AM | Serve meals and drinks |
| SUB-3PCA | | Aida | | |
| SUC Med Aide | ✓ | Linda 7-3 | 12:30PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Grace | 10:30AM | Trash/Dining Room |
| SUC-2 PCA | ✓ | Anabelle | 11:00AM | Dining Room |
| SUC-3 PCA | ✓ | Katelyn | 11:00AM | |
| SUD Med Aide | ✓ | Carlos | 12:45PM | Help Feed/Rounds |
| PCA | ✓ | Meilina | 11:00AM | Trash |
| | | SVM-2 | | |
| Med Aide | ✓ | Cindy | | |
| CALL OFFS | | | | |

Iesha

2/4/26

# 3-11 Assignment Sheet

| DATE: | Radio # | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | Adrianna 3-11 | 6:00 PM | Help in Dining Room |
| SU-A PCA | | Megan 330-11 / Keona 3-11 ✓ | 6:00PM | take out the trash |
| B1 Med Aide | ✓ | Phyllis 330-11 | 6:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | Maria 3-11 | 6:30PM | Serve drinks and meals |
| B-1 PCA | ✓ | Ravonna 3-11 | 6:30PM | take out the trash |
| B-2 PCA | ✓ | Katelyn 3-10 | 6:30PM | |
| B-3 PCA | ✓ | Ros mary 3-11 | 6:00PM | |
| Care Plus Med Aide | ✓ | Alyssa 3-11 | 6:30PM | |
| C-1 PCA | ✓ | Crystal 3-11 | 6:30PM | Feed Room |
| C-2 PCA | ✓ | Jassa 3-11 | 6:00PM | Serve Main Dining Room |
| C-3 PCA | ✓ | Novak 3-11 | 6:00PM | |
| C-4 PCA | | Jolie 3-10 | 6:15pm | |
| SUB Med Aide | ✓ | Larace 3-11 | 6:30PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Ken 3-11 | 6:00PM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Armany 3-11 | | |
| SUB-3 PCA | | Melissa 3-10 | 6:15PM | Serve meals and drinks |
| SUC Med Aide | ✓ | Linda 3-11 | 6:15PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Frettie 3-11 | 6:30PM | Trash/Dining Room |
| SUC-2 PCA | ✓ | Jackie 3-11 | 6:00PM | Dining Room |
| SUD Med Aide | ✓ | Aveena 3-11 | 6:00PM | Help Feed/Rounds |
| PCA | ✓ | Peter 3-11 | 6:30PM | Trash |
| | | SVM2 | 6:00PM | TRASH |
| MED-AIDE | ✓ | Monique 3-11 | 6:30PM | Trash |
| MANDATED MED-AIDE | | | | |
| CALL OFFS | | | | |

Yadiel

# 11-7 ASSIGNMENT SHEET

Wednesday February 4, 2026

**DO NOT CHANGE THE ASSIGNMENT SHEET WITHOUT SUPERVISOR APPROVAL!!!**

| FLOOR | INITIAL | NAME | BREAKTIME/RELEIVE FLOOR |
|---|---|---|---|
| A FLOOR | ✓ | Denisha A Sub B' B2 | 3:00 AM |
| SUA | ✓ | JoJo Sua | 2:00 AM |
| B1 | ✓ | Gina Sua @ 2 | 2:30 AM |
| B2 | ✓ | Yolanda SUD @ 2:30 | 3:00 AM |
| CAREPLUS 1 | ✓ | Tiara trainee | 2:30 AM |
| CAREPLUS 2 | ✓ | Jesus SUC @ 2 | 3:00 AM |
| | ✓ | Judena | |
| | | | |
| SUB 1 | ✓ | Anna | |
| SUB 2 | | Carlos | 3:00 AM |
| SUC | ✓ | Bryant | 2:30 AM |
| SUD | ✓ | Ladell Jennifer | 2:00 AM |
| SVM | ✓ | Tiewa svm | 2:00 AM |
| | ✓ | Brenda Careplus suc sud | 3:30 AM |

**MANDATED PERSON:** Tiara C.

THE MANDATE MUST WAIT UNTIL CLEARED TO LEAVE

WHEN GOING ON BREAK YOU MUST REPORT TO THE SUPERVISOR ON DUTY BEFORE GOING!

PLEASE STAY ON ASSIGNED FLOORS

PRINT OUT ASSIGNMENT SHEETS AND GRAB WALKIE BEFORE GOING TO ASSIGNED FLOORS-SIGN AND FILE IN BIN AT END OF SHIFT

4/15/25

# 7-3 Assignment Sheet

**DO NOT CHANGE ASSIGNMENT SHEET WITHOUT SUPERVISOR'S APPROVAL!!!**

| DATE | INITIAL | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | adrianna | 1:00PM | |
| A Floor PCA | ✓ | Yomi | | |
| SU-A Med Aide | ✓ | Muracle | 10:30AM | |
| SU-A 1 PCA | | Sally | 11:00AM OR1:00PM | |
| B1 Med Aide | ✓ | Sara 7-1 | 1:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | maria | 11:00AM | Serve drinks and meals |
| B-1 PCA | ✓ | Ashley V. | 1:00PM | take out the trash |
| B-2 PCA | | Mary | 11:00AM | |
| B-3 PCA | ✓ | melissa | 11:30AM | |
| Care Plus Med Aide | (VE) | ken | | |
| Care Plus Med Aide | | kenny | 1:00PM | |
| C-1 PCA | ✓ | crystal | 1:00PM | Feed Room |
| C-2 PCA | ✓ | Natasha | 10:45AM | Serve Main Dining Room |
| C-3 PCA | ✓ | Ashley | 11:00AM | |
| C-4 PCA | | Katelyn | 1:00pm | |
| SUB Med Aide | ✓ | Yvette | 12:00PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Alicia | 10:15AM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Leslie | 10:45AM | Serve meals and drinks |
| SUB-3PCA | ✓ | Aida | | |
| SUC Med Aide | | Linda | 12:30PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Fratie | 10:30AM | Trash/Dining Room |
| SUC-2 PCA | ✓ | anabelle | 11:00AM | Dining Room |
| SUC-3 PCA | ✓ | Dyona | 11:00AM | |
| SUD Med Aide | ✓ | carlos | 12:45PM | Help Feed/Rounds |
| PCA | ✓ | Melling | 11:00AM | Trash |
| | | SVM-2 | | |
| Med Aide | | Cindy | | |
| TOTE CHECK | | | | |
| | | | | |

C/O Amelia
Jolie
Jenn

# 3-11 Assignment Sheet

| DATE: 4/15/21 | Radio # | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | | Robin 4-11 | | |
| SU-A Med- Aide | | Kemar 3-11 | 6:00 PM | Help in Dining Room |
| SU-A PCA | | [illegible] 3-11 | | |
| B1 Med Aide | | Phyllis 3-11 | 6:00PM | take out the trash |
| B2 Med Aide | | Maria 3-10 | 6:00PM | Help Wheel residents out |
| B-1 PCA | | Raivonna 3-11 | 6:30PM | Serve drinks and meals |
| B-2 PCA | | Keona 3-11 (late) 4pm | 6:30PM | take out the trash |
| B-3 PCA | | Rosemary 3-11 | 6:30PM | |
| Care Plus Med Aide | | Alyssa 3-11 / Eulami Alcon | 6:00PM | |
| C-1 PCA | | Jessie 3-11 | 6:30PM | |
| C-2 PCA | | Kovack 3-11 | 6:30PM | Feed Room |
| C-3 PCA | | Cristal 3-11 | 6:00PM | Serve Main Dining Room |
| C-4 PCA | | Kiya 3-11 | 6:00PM | |
| SUB Med Aide | | Aveena 3-11 | 6:15pm | |
| SUB-1 PCA | | Jacquie 3-11 | 6:30PM | Help in Dining Room |
| SUB-2 PCA | | Ken 3-11 | 6:00PM | Trash/Serve in Dining Room |
| SUB-3 PCA | | Anna 6-11 / Melissa 3-6 | | |
| SUC Med Aide | | Linda 3-10 | 6:15PM | Serve meals and drinks |
| SUC-1 PCA | | Armani 3-11 → 3-Christine | 6:15PM | Help in Dining Room |
| SUC-2 PCA | | Anabelle 3-11 | 6:30PM | Trash/Dining Room |
| SUD Med Aide | | Yadiel 3-11 | 6:00PM | Dining Room |
| PCA | | Peter | 6:00PM | Help Feed/Rounds |
| | | | 6:30PM | Trash |
| MED-AIDE | | **SVM2 Med- Aide** | 6:00PM | TRASH |
| MANDATED MED-AIDE | | Denesha 6-11 Cindy 3-6 | 6:30PM | Trash |
| CALL OFFS | | | | |

Megan
Zakena
Monique

# 11-7 ASSIGNMENT SHEET

Wednesday April 15, 2026

**DO NOT CHANGE THE ASSIGNMENT SHEET WITHOUT SUPERVISOR APPROVAL!!!**

| FLOOR | INITIAL | NAME | BREAKTIME/RELEIVE FLOOR |
|---|---|---|---|
| A FLOOR | ✓ | Denesha A, B1 B2, SUA, SUB | 3:00 AM |
| SUA | ✓ | Tatiyana | 2:00 AM |
| B1 | ✓ | Gina SUA E2 | 2:30 AM |
| B2 | ✓ | Yolanda CT E3 | 3:00 AM |
| CAREPLUS 1 | ✓ | Tiara SUC E2 | 2:30 AM |
| CAREPLUS 2 | ✓ | Jesus | 3:00 AM |
| | | Ahmir | |
| | | | |
| SUB 1 | ✓ | Anna | 3:00 AM |
| SUB 2 | ✓ | Carlos | 2:30 AM |
| SUC | ✓ | Briant | 2:00 AM |
| SUD | ✓ | Ladel Jennifer | 2:00 AM |
| SVM | ✓ | Tierra SVM+SUD | 3:30 AM |
| Laundry | ✓ | Brenda CT, SUC Laundry | SUC E 2 |
| MANDATED PERSON: | | | |

THE MANDATE MUST WAIT UNTIL CLEARED TO LEAVE

WHEN GOING ON BREAK YOU MUST REPORT TO THE SUPERVISOR ON DUTY BEFORE GOING!

PLEASE STAY ON ASSIGNED FLOORS

PRINT OUT ASSIGNMENT SHEETS AND GRAB WALKIE BEFORE GOING TO ASSIGNED FLOORS-SIGN AND FILE IN BIN AT END OF SHIFT

2/4/21

# 7-3 Assignment Sheet

## DO NOT CHANGE ASSIGNMENT SHEET WITHOUT SUPERVISOR'S APPROVAL!!!

| DATE | INITIAL | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | Adrianna | 1:00PM | |
| A Floor PCA | ✓ | Jolie 7-3 | | |
| SU-A Med Aide | ✓ | Wanda | 10:30AM | |
| SU-A 1 PCA | ✓ | Nani | 11:00AM OR1:00PM | |
| B1 Med Aide | ✓ | Surma 5-1 | 1:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | Mann.. | 11:00AM | Serve drinks and meals |
| B-1 PCA | ✓ | Veana | 1:00PM | take out the trash |
| B-2 PCA | ✓ | Ashley | 11:00AM | |
| B-3 PCA | ✓ | Muracle. | 11:30AM | |
| Care Plus 1 Med Aide | ✓ | Keri | 1:30PM | |
| Care Plus2 Med Aide | ✓ | Rosa | 1:00PM | |
| C-1 PCA | ✓ | Jenn | 1:00PM | Feed Room |
| C-2 PCA | ✓ | Natasha | 10:45AM | Serve Main Dining Room |
| C-3 PCA | ✓ | Ashley R | 11:00AM | |
| C-4 PCA | ✓ | Amelia | 1:00pm | |
| SUB Med Aide | ✓ | Yvette | 12:00PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Alicia | 10:15AM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Leslie | 10:45AM | Serve meals and drinks |
| SUB-3PCA | | Aida | | |
| SUC Med Aide | ✓ | Linda 7-3 | 12:30PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Frane | 10:30AM | Trash/Dining Room |
| SUC-2 PCA | ✓ | Anabelle. | 11:00AM | Dining Room |
| SUC-3 PCA | ✓ | Katelyn. | 11:00AM | |
| SUD Med Aide | ✓ | Carlos | 12:45PM | Help Feed/Rounds |
| PCA | ✓ | Melina | 11:00AM | Trash |
| | | SVM-2 | | |
| Med Aide | ✓ | Cindy | | |
| CALL OFFS: | | | | |

Iesha

2/4/26

# 3-11 Assignment Sheet

| DATE: | Radio # | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | Adrianna 3-11 | 6:00 PM | Help in Dining Room |
| SU-A PCA | | Megan 330-11 / Keona 3-11 ✓ | 6:00PM | take out the trash |
| B1 Med Aide | ✓ | Phyllis 330-11 | 6:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | Maria 3-11 | 6:30PM | Serve drinks and meals |
| B-1 PCA | ✓ | Ravonna 3-11 | 6:30PM | take out the trash |
| B-2 PCA | ✓ | Katelyn 3-10 | 6:30PM | |
| B-3 PCA | ✓ | Ros mary 3-11 | 6:00PM | |
| Care Plus Med Aide | ✓ | Alyssa 3-11 | 6:30PM | |
| C-1 PCA | ✓ | Crystal 3-11 | 6:30PM | Feed Room |
| C-2 PCA | ✓ | Jassa 3-11 | 6:00PM | Serve Main Dining Room |
| C-3 PCA | ✓ | Novak 3-11 | 6:00PM | |
| C-4 PCA | | Jolie 3-10 | 6:15pm | |
| SUB Med Aide | ✓ | Larace 3-11 | 6:30PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Ken 3-11 | 6:00PM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Armany 3-11 | | |
| SUB-3 PCA | | Melissa 3-10 | 6:15PM | Serve meals and drinks |
| SUC Med Aide | ✓ | Linda 3-11 | 6:15PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Frankie 3-11 | 6:30PM | Trash/Dining Room |
| SUC-2 PCA | ✓ | Jackie 3-11 | 6:00PM | Dining Room |
| SUD Med Aide | ✓ | Aveena 3-11 | 6:00PM | Help Feed/Rounds |
| PCA | ✓ | Peter 3-11 | 6:30PM | Trash |
| | | SVM2 | 6:00PM | TRASH |
| MED-AIDE | ✓ | Monique 3-11 | 6:30PM | Trash |
| MANDATED MED-AIDE | | | | |
| CALL OFFS | | | | |

Yaclie]

# 11-7 ASSIGNMENT SHEET

Wednesday February 4, 2026

**DO NOT CHANGE THE ASSIGNMENT SHEET WITHOUT SUPERVISOR APPROVAL!!!**

| FLOOR | INITIAL | NAME | BREAKTIME/RELEIVE FLOOR |
|---|---|---|---|
| A FLOOR | ✓ | Denisha A Sub B'B2 | 3:00 AM |
| SUA | ✓ | JoJo Sua | 2:00 AM |
| B1 | ✓ | Gina Sua @ 2 | 2:30 AM |
| B2 | ✓ | Yolanda SUD @ 2:30 | 3:00 AM |
| CAREPLUS 1 | ✓ | Tiara trainee | 2:30 AM |
| CAREPLUS 2 | ✓ | Jesus SUC @ 2 | 3:00 AM |
| | ✓ | Judena | |
| | | | |
| SUB 1 | ✓ | Anna | |
| SUB 2 | | Carlos | 3:00 AM |
| SUC | ✓ | Bryant | 2:30 AM |
| SUD | ✓ | Ladell Jennifer | 2:00 AM |
| SVM | ✓ | Tierra svm | 2:00 AM |
| | ✓ | Brenda careplus suc sud | 3:30 AM |

**MANDATED PERSON:** Tiara e.

THE MANDATE MUST WAIT UNTIL CLEARED TO LEAVE

WHEN GOING ON BREAK YOU MUST REPORT TO THE SUPERVISOR ON DUTY BEFORE GOING!

PLEASE STAY ON ASSIGNED FLOORS

PRINT OUT ASSIGNMENT SHEETS AND GRAB WALKIE BEFORE GOING TO ASSIGNED FLOORS-SIGN AND FILE IN BIN AT END OF SHIFT

4/15/25

# 7-3 Assignment Sheet

**DO NOT CHANGE ASSIGNMENT SHEET WITHOUT SUPERVISOR'S APPROVAL!!!**

| DATE | INITIAL | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | ✓ | Adrianna | 1:00PM | |
| A Floor PCA | | Yomi | | |
| SU-A Med Aide | ✓ | Muracle | 10:30AM | |
| SU-A 1 PCA | | Sally | 11:00AM OR1:00PM | |
| B1 Med Aide | ✓ | Sara 7-1 | 1:00PM | Help Wheel residents out |
| B2 Med Aide | ✓ | Maria | 11:00AM | Serve drinks and meals |
| B-1 PCA | ✓ | Ashley V. | 1:00PM | take out the trash |
| B-2 PCA | | Mary | 11:00AM | |
| B-3 PCA | ✓ | Melissa | 11:30AM | |
| Care Plus Med Aide | | Ken | | |
| Care Plus Med Aide | | Kenny | 1:00PM | |
| C-1 PCA | ✓ | Crystal | 1:00PM | Feed Room |
| C-2 PCA | ✓ | Natasha | 10:45AM | Serve Main Dining Room |
| C-3 PCA | ✓ | Ashley | 11:00AM | |
| C-4 PCA | | Katelyn | 1:00pm | |
| SUB Med Aide | ✓ | Yvette | 12:00PM | Help in Dining Room |
| SUB-1 PCA | ✓ | Alicia | 10:15AM | Trash/Serve in Dining Room |
| SUB-2 PCA | ✓ | Leslie | 10:45AM | Serve meals and drinks |
| SUB-3PCA | ✓ | Aida | | |
| SUC Med Aide | ✓ | Linda | 12:30PM | Help in Dining Room |
| SUC-1 PCA | ✓ | Fratie | 10:30AM | Trash/Dining Room |
| SUC-2 PCA | ✓ | Anabelle | 11:00AM | Dining Room |
| SUC-3 PCA | / | Dyona | 11:00AM | |
| SUD Med Aide | ✓ | Carlos | 12:45PM | Help Feed/Rounds |
| PCA | ✓ | Melline | 11:00AM | Trash |
| | | SVM-2 | | |
| Med Aide | | Cindy | | |
| TOTE CHECK | | | | |

C/O Amelia
Jolie
Jenn

# 3-11 Assignment Sheet

| DATE: 4/15/16 | Radio # | NAME | BREAKTIME | |
|---|---|---|---|---|
| A Floor Med Aide | | ✓ Robin 4-11 | 6:00 PM | Help in Dining Room |
| SU-A Med- Aide | | ✓ Kemar 3-11 | | |
| SU-A PCA | | ✓ [illegible] 3-11 | 6:00PM | take out the trash |
| B1 Med Aide | | ✓ Phyllis 3³⁰-11 | 6:00PM | Help Wheel residents out |
| B2 Med Aide | | ✓ Maria 3-10 | 6:30PM | Serve drinks and meals |
| B-1 PCA | | ✓ Raivonna 3-11 | 6:30PM | take out the trash |
| B-2 PCA | | Keona 3-11 (late) 4pm | 6:30PM | |
| B-3 PCA | | ✓ Rosemary 3-11 | 6:00PM | |
| Care Plus Med Aide | | Alyssa 3-11 / Zulami Alcorn | 6:30PM | |
| C-1 PCA | | ✓ Jackie 3-11 | 6:30PM | Feed Room |
| C-2 PCA | | ✓ Kovack 3-11 | 6:00PM | Serve Main Dining Room |
| C-3 PCA | | Chrystal 3-11 | 6:00PM | |
| C-4 PCA | | ✓ Kiya 3-11 | 6:15pm | |
| SUB Med Aide | | Aweena 3-11 | 6:30PM | Help in Dining Room |
| SUB-1 PCA | | ✓ Jacquie 3-11 | 6:00PM | Trash/Serve in Dining Room |
| SUB-2 PCA | | ✓ Ken 3-11 | | |
| SUB-3 PCA | | Anna 6-11 / Melissa 3-6 | 6:15PM | Serve meals and drinks |
| SUC Med Aide | | ✓ Linda 3-10 | 6:15PM | Help in Dining Room |
| SUC-1 PCA | | ✓ Armani 3-11 → 3-Christine | 6:30PM | Trash/Dining Room |
| SUC-2 PCA | | Anabelle 3-11 | 6:00PM | Dining Room |
| SUD Med Aide | | Yadiel 3-11 | 6:00PM | Help Feed/Rounds |
| PCA | | ✓ Peter | 6:30PM | Trash |
| | | **SVM2 Med- Aide** | 6:00PM | TRASH |
| MED-AIDE | | Denesha 6-11 Cindy 3-6 | 6:30PM | Trash |
| MANDATED MED-AIDE | | | | |
| CALL OFFS | | | | |

Megan
Zakena
Monique

# 11-7 ASSIGNMENT SHEET

Wednesday April 15, 2026

**DO NOT CHANGE THE ASSIGNMENT SHEET WITHOUT SUPERVISOR APPROVAL!!!**

| FLOOR | INITIAL | NAME | BREAKTIME/RELEIVE FLOOR |
|---|---|---|---|
| A FLOOR | ✓ | Deresha A, B1 B2, SUA, SUB | 3:00 AM |
| SUA | ✓ | Tatiyana | 2:00 AM |
| B1 | ✓ | Gina SUA @ 2 | 2:30 AM |
| B2 | ✓ | Yolanda ct @ 3 | 3:00 AM |
| CAREPLUS 1 | ✓ | Tiara SUC @ 2 | 2:30 AM |
| CAREPLUS 2 | ✓ | Jesus. | 3:00 AM |
| | | Ahmir | |
| | | | |
| SUB 1 | ✓ | Anna | 3:00 AM |
| SUB 2 | ✓ | Carlos | 2:30 AM |
| SUC | ✓ | Briant | 2:00 AM |
| SUD | ✓ | Ladel Jennifer | 2:00 AM |
| SVM | ✓ | Tierra SVM+SUD | 3:30 AM |
| Laundry | ✓ | Brenda ct, SUC Laundry | SUD @ 2 |
| **MANDATED PERSON:** | | | |

THE MANDATE MUST WAIT UNTIL CLEARED TO LEAVE

WHEN GOING ON BREAK YOU MUST REPORT TO THE SUPERVISOR ON DUTY BEFORE GOING!

PLEASE STAY ON ASSIGNED FLOORS

PRINT OUT ASSIGNMENT SHEETS AND GRAB WALKIE BEFORE GOING TO ASSIGNED FLOORS-SIGN AND FILE IN BIN AT END OF SHIFT