**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Whitehall Manor, Inc., *et al.*,[1] | : | Case No. 25-15245 (PMM) |
| Debtors. | : | Jointly Administered |

**DECLARATION OF ABRAHAM KAPOOR ATIYEH IN SUPPORT OF DEBTORS' JOINT MOTION PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER USE AND OCCUPANCY AGREEMENTS; DEBTORS' JOINT MOTION TO MODIFY ADEQUATE PROTECTION PENDING CONFIRMATION OF A CHAPTER 11 PLAN; AND REQUEST FOR CONTINUED USE OF CASH COLLATERAL**

I, Abraham Kapoor Atiyeh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Financial Manager for Whitehall Manor and Saucon Valley Manor and I provide services to the Debtors through Pennsylvania Venture Capital, Inc., which is the Debtors' management company. I am employed by Valley Realty Holdings, Limited. I make this affidavit on personal knowledge, the source of which is the scope of my services as they relate to the Debtors' business operations.

D90

[1] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); and (iv) Saucon Valley Manor, Inc. (2894). The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052. The Order and Memorandum Opinion Granting Motion to Dismiss (together, the "Dismissal Order") (Case No. 25-15241, ECF Nos. 263 and 264), entered on March 20, 2026, dismissed the cases of debtor Whitehall Trust, Case No. 25-15241-PMM and debtor Saucon Trust, Case No. 25-15243-PMM. The Debtors have appealed the Dismissal Order; that appeal is currently pending.

2. I further incorporate my prior declarations, ECF No. 99-5 (Apr. 21, 2026), 153 (D-83, May 23, 2026) and testimony in support of the collective Motions. If called to testify in this matter, I would testify to the matters set forth herein.

3. Since the Petition Date, I, along with the Debtors' bookkeepers and others, have worked together to prepare and review the Debtors' various financial reports for submission to the Bankruptcy Court and as otherwise requested, within the scope of these Chapter 11 cases until the Debtors can confirm a Chapter 11 plan.

4. In that capacity, I review and authorize the collection of receivables, the payment of expenses, the finalization of the 13-week cash collateral budgets, the weekly and monthly reconciliation of actual versus budgeted income and expenses, and the Debtors' Monthly Operating Reports.

5. As shown in the Debtors' Monthly Operating Reports, the 13-week cash collateral budgets, and the weekly and monthly reconciliations of actual versus budgeted income and expenses provided to Lehigh, the Debtors are paying their obligations incurred since the Petition Date as they come due, including all payments to employees, vendors, and service providers, real estate taxes, insurance premiums, maintenance and repair costs, and adequate protection and rental payments ordered by the Court. Intercompany obligations are collected and paid on a monthly basis to ensure that the Debtors are not paying for goods and services provided to or used by non-debtor affiliates. The Debtors' Monthly Operating Reports (MORs) are incorporated hereto.

6. On the Petition Date, Whitehall Manor entered bankruptcy with $162,616.89 in cash, and Saucon Valley Manor entered bankruptcy with $177,459.65. The Manors' MORs demonstrate that each Manor's "Cash Balance Beginning of Month" has remained

consistently above its Petition Date cash amount. However, staying above this amount will become an issue because of increasing amounts of adequate protection required to be paid to Lehigh prior to confirmation of a plan even though operations remain profitable and the value of the Debtors' facilities is stable and even increasing due to repairs and renovations being made.

7. For example, on May 1, 2026, Whitehall and Saucon were required to escrow $139,000 and $142,118.42, respectively, with the Receiver for monthly rent as stated in the leases that Lehigh asserts are expired, in addition to the adequate protection payments that the Manors had already been making to Lehigh and full payment of post-petition property taxes, insurance, and maintenance and repair obligations. ECF 120, Fifth Interim Order. The escrow of these monies removed the Debtors' ability to use them for operations, significantly reducing the Debtors' cash on hand at the outset of the current cash collateral budget.

8. I believe that, because the leases are expired, on May 29, 2026, adequate protection payments were reduced for Whitehall and Saucon to $69,844.85 and $69,578.58, respectively, in addition to the $35,000 in adequate protection payments that the Manors had already been making to Lehigh and full payment of post-petition property taxes, insurance, and maintenance and repair obligations. ECF 168, Sixth Interim Order.

9. Until the Fifth and Sixth Interim Orders, the Manors operated at a positive cash flow and cash balances were stable or increasing. Even after turning over the Good Shepherd rent money to the Receiver and paying the monthly $35,000 per Manor in adequate protection, a six-month profit and loss statement shows that the Manors maintain

positive cash flow. **Attachment A (D-97).** However, the impact the Fifth and Sixth Interim orders is demonstrated below.

10. In January 2026, the first full month of these Chapter 11 cases, Whitehall Manor showed a positive cash flow for the month in the amount of $56,523 and Saucon Valley Manor showed a positive cash flow for the month in the amount of $248,454, as reflected in their respective monthly operating reports at Case No. 25-15241, ECF Nos. 216 and 217, respectively.
11. In February 2026, after resident rents were increased and the first month in which adequate protection payments of $35,000 per Manor Debtor were paid to Lehigh, Whitehall Manor showed a positive cash flow for the month in the amount of $93,286 (cumulative positive cash flow of $149,808) and Saucon Valley Manor showed a positive cash flow of $102,566 (cumulative positive cash flow of $387,020) as reflected in their monthly operating reports at Case No. 25-15245, ECF Nos. 28 and 29, respectively.
12. In March 2026, Whitehall Manor showed a positive cash flow for the month in the amount of $295,456 (cumulative positive cash flow of $445,264) and Saucon Valley Manor showed a positive cash flow of $188,451 (cumulative positive cash flow of $575,471) as reflected in their monthly operating reports at ECF Nos. 97 and 98, respectively.
13. In April 2026, the month in which intercompany rent was required to be escrowed with the Receiver for May 1, 2026, Whitehall Manor showed a positive cash flow for the month in the amount of $6,019 (cumulative positive cash flow of $451,283) and Saucon Valley Manor showed a positive cash flow of $5,806 (cumulative positive cash flow of

$581,277) as reflected in their monthly operating reports at ECF Nos. 136 and 135, respectively.

14. In May 2026, the Manors experienced their first losses since the Petition Date. Whitehall Manor experienced a loss in the amount of -$279,650 (cumulative positive cash flow of $175,023) and Saucon Valley Manor had a loss of -$278,632 (cumulative positive cash flow of $302,645). Their cash flow remained above the cash available on the Petition Date though.
15. The rent payment made at the end of April to meet the May 1, 2026 deadline required the Debtors to use revenues received from residents for the month of May that would otherwise have been available to pay May expenses. Therefore, the cash reserves were used to cover the losses to ensure that all operating expenses were paid on time.
16. In June 2026, Whitehall Manor showed a positive cash flow for the month in the amount of $195,960 (cumulative positive cash flow of $370,983) and Saucon Valley Manor showed a loss of -$54,268 (cumulative positive cash flow of $248,377) as reflected in their monthly operating reports at ECF Nos. 223 and 224, respectively.
17. Importantly, attorney fees, school district taxes, and another triple payroll will be due during this cash collateral period. The Manors anticipate a temporary loss as a result, which they anticipate will be covered by future revenues given that income and expenses vary each week due to the nature of the Debtors' operations and based on an assumption that resident rates will remain stable.
18. The total amount received by Lehigh to date is $488,689.90 (Whitehall) and $491,275.58 (Saucon) as set forth in the spreadsheet attached to my declaration as

**Attachment B (D96)**. The combined Good Shepherd rent turned over is $85,234.64. **Attachment B.**

19. The total amount received by Lehigh is **$1,065,200.12. Attachment B.** This amount exceeds the debt service that would have been payable to Lehigh for the same period, which is only **$975,964.01**.
20. The census and revenue for each of the Debtors' facilities have remained stable since the Petition Date.
21. The proposed Whitehall Monthly U&O Charge of $27,625 and Saucon Monthly U&O Charge of $34,937.50 plus modified adequate protection payments of $41,953.58 and $34,907.35 (or whatever amount is needed to bridge the gap between the U&O Charge determined by the bankruptcy court and the full debt service payment to Lehigh), respectively, is within the Manors' budgets and consistent with the fair rental values determined by the appraisers retained by the Debtors to value their operations. D98 and D99.
22. The Manors have been paying for all repairs, all maintenance costs, and all insurance costs ensuring that the Trusts' properties are properly maintained until the Debtors can confirm a plan.
23. The Manor Debtors continue to make, and pay for, necessary repairs. This summer, the Manors installed new HVAC and AC units as existing units had reached the end of their useful lives and some had stopped working. The repairs paid to date are $14,731.82 at Saucon and $62,395 at Whitehall.

24. The Manors have also been paying all of the post-petition tax obligations for the Trusts' properties as they come due. To date, Saucon paid $46,731.88 and Whitehall paid $19,058.52. **Attachment B**.

25. Several years ago, the Manors received recommendations from a contractor they retained that the roofs of each Manor be replaced in the next three to five years due to the roofing materials nearing the end of their useful life. The Manors intend to undertake this maintenance once they confirm a plan in these cases. Regardless, this deferred maintenance is not an issue that arose during these bankruptcy cases, nor is it the result of any neglect or failure to repair the facilities.

26. The Manor's maintenance staff continue to maintain the properties at reduced cost, which results in savings to the Debtors.

27. I believe that the profitable operations combined with the Manors undertaking all repairs and maintenance (including replacement of several HVAC units with new units) and paying post-petition obligations as they come due has preserved and increased the value of the Debtors' assets and operations since they filed for Chapter 11 relief.

28. I expect that the Debtors' financial condition will continue to improve post-petition as they move toward confirming a Chapter 11 plan of reorganization. But the Debtors' ability to maintain a positive cash flow pending Chapter 11 plan confirmation if they are required to continue making adequate protection payments equal to full debt service to their secured creditor, plus an additional $35,000 per month, per Manor, plus continue to pay all post-petition taxes, insurance, repair and maintenance costs, will be jeopardized – particularly if unanticipated expenses arise or any material change in census occurs due to market conditions or resident deaths or relocation. The aggregate

of these amounts exceeds the fair rental value of the facilities and provides payment and debt service to Lehigh even though the value of the facilities and their operations is not declining.

29. To date, the Debtors have operated without the need for post-petition or debtor-in-possession financing, even promptly completing and paying for significant and unexpected maintenance and repairs that arose as a result of the storms in February and HVAC issues during the summer heatwaves.

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2026

_/s/Abraham Kapoor Atiyeh________
Abraham Kapoor Atiyeh

# Attachment A

# Whitehall Manor Inc
# Profit & Loss
## January through June 2026

Cash Basis

| | Jan - Jun 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | 3,595,003.29 |
| **Expense** | |
| **Facility Costs** | |
| **Adequate Protection** | 314,689.90 |
| **CABLE** | 19,618.13 |
| **Electric** | 57,934.30 |
| **Gas** | 26,684.81 |
| **Property taxes** | 19,058.52 |
| **Pest Control** | 1,855.00 |
| **Rent** | 139,000.00 |
| **Rent other** | 700.00 |
| **Sanitation** | 9,641.37 |
| **Water/Sewer** | 22,707.61 |
| **Total Facility Costs** | 611,889.64 |
| **Maintenance** | |
| **Maint. Wages** | 35,521.33 |
| **Maint. Payroll taxes** | 3,445.65 |
| **Health Insurance** | 5,000.33 |
| **Landscaping/Snow Removal** | 821.50 |
| **Maintenance Supplies** | 12,538.23 |
| **Repairs & maintenance** | 20,514.06 |
| **Total Maintenance** | 77,841.10 |
| **Activities** | |
| **Act.Wages** | 31,914.87 |
| **Act. Payroll taxes** | 3,574.79 |
| **Events** | 657.22 |
| **Supplies** | 1,773.21 |
| **Activities - Other** | 150.00 |
| **Total Activities** | 38,070.09 |
| **Houskeeping** | |
| **Hkg. Wages** | 102,498.08 |
| **Hkg. Payroll taxes** | 11,730.60 |
| **Health Insurance** | 6,847.24 |
| **Housekeeping/Laundry Supplies** | 42,226.65 |
| **Total Houskeeping** | 163,302.57 |
| **Dietary** | |
| **Activities Food** | 47.89 |
| **Dietary Wages** | 220,385.31 |
| **Dietary Payroll taxes** | 25,349.35 |
| **Health Insurance** | 4,598.09 |
| **Food/Grocery Costs** | 306,869.60 |
| **Ice Cream Soda** | 9,833.48 |
| **Supplies** | 17,606.42 |
| **Total Dietary** | 584,690.14 |
| **Direct Care** | |
| **Auto/Travel** | 443.72 |
| **D C Wages** | 815,400.21 |
| **D C Payroll taxes** | 90,405.17 |

| | Jan - Jun 26 |
|---|---|
| Health Insurance | 27,651.43 |
| Laboratory Services | 3,710.00 |
| Medical Supplies | 10,763.49 |
| Total Direct Care | 948,374.02 |
| Marketing | |
| Mktg.Wages | 12,835.53 |
| Mktg.Payroll Taxes | 1,460.98 |
| Health Insurance | 1,118.45 |
| Advertising | |
| Advertising - Referral Company | 99,287.49 |
| Advertising - Other | 18,559.37 |
| Total Advertising | 117,846.86 |
| Total Marketing | 133,261.82 |
| Resident refund | 52,074.60 |
| Administration | |
| Omni | 36,759.16 |
| Computer Repairs/Software | 7,145.37 |
| Admin Wages | 173,226.02 |
| Admin Payroll Taxes | 16,723.35 |
| Automobile Expense | 3,452.25 |
| Auto/Travel | 4,334.42 |
| Background Checks | 838.20 |
| Bank Service Charges | 1,680.00 |
| Contract Labor | 7,789.24 |
| Employee Disability Insurance | 1,452.00 |
| Entertainment | 600.00 |
| Fuel-gas | 409.91 |
| Health insurance | 43,726.56 |
| Insurance | 118,992.92 |
| Interest | 1,951.74 |
| Legal/Professional Fees | 7,500.00 |
| Licenses and Permits | 1,470.25 |
| Management fees | 56,865.52 |
| Office Supplies | 3,484.59 |
| Payroll service fees | 8,481.41 |
| Postage and Delivery | 351.64 |
| Telephone | 12,721.02 |
| Training Classes | 692.00 |
| U.S. Trustee fees | 12,698.00 |
| Workers comp | 48,759.57 |
| Total Administration | 572,105.14 |
| Total Expense | 3,181,609.12 |
| Net Ordinary Income | 413,394.17 |
| Other Expense | |
| Depreciation Expense | 44,241.12 |
| Total Other Expense | 44,241.12 |
| Net Income | $ 369,153.05 |

# Saucon Valley Manor Inc.
## Profit & Loss
### January through June 2026

Cash Basis

| | Jan - Jun 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | 5,429,326.00 |
| **Expense** | |
| **Facility Costs** | |
| **Adequate Protection** | 314,157.16 |
| **Furniture - Carpet Replacement** | 190.79 |
| **Cable TV** | 36,266.59 |
| **Electric** | 80,324.56 |
| **Gas** | 65,525.97 |
| **Pest Control** | 689.00 |
| **Rent** | 142,118.42 |
| **Property Taxes** | 41,754.52 |
| **Sanitation** | 10,454.18 |
| **Water/Sewer** | -25,716.64 |
| **Fire Appropriation** | 499.00 |
| **Total Facility Costs** | 666,263.55 |
| **Maintenance** | |
| **Workmans Compensation** | 381.00 |
| **Maintenance Wages** | 90,315.36 |
| **Maintenance Payroll Taxes** | 8,983.36 |
| **Health Insurance** | 9,096.71 |
| **Maintenance Supplies** | 14,196.30 |
| **Repair & Maintenance** | 100,192.63 |
| **Lawn Care & Snow Removal** | 1,245.50 |
| **Maintenance - Other** | 1,033.50 |
| **Total Maintenance** | 225,444.36 |
| **Activities** | |
| **Activities Wages** | 109,783.13 |
| **Activities Payroll Taxes** | 11,414.42 |
| **Health Insurance** | 14,593.18 |
| **Events** | 2,670.00 |
| **Activities Supplies** | 2,656.03 |
| **Total Activities** | 141,116.76 |
| **Dietary** | |
| **Dietary Wages** | 336,517.01 |
| **Dietary Payroll Taxes** | 37,495.88 |
| **Health Insurance** | 16,594.91 |
| **Food Costs** | |
| **Icecream/Slushi** | 15,086.03 |
| **Food Costs - Other** | 422,110.15 |
| **Supplies** | 35,895.15 |
| **Total Dietary** | 863,699.13 |

| | Jan - Jun 26 |
|---|---|
| **Housekeeping** | |
| **Housekeeping Wages** | 245,248.47 |
| **Hskg. Payroll Taxes** | 28,718.77 |
| **Health Insurance** | 12,174.16 |
| **Hskp. & Laundry Supplies** | 89,900.70 |
| **Total Housekeeping** | 376,042.10 |
| **Direct Care-Nursing** | |
| **Auto & Travel** | 1,060.77 |
| **D.C. Wages** | 1,614,697.36 |
| **D.C. Payroll Taxes** | 172,694.55 |
| **Health Insurance** | 97,985.58 |
| **Medical Supplies** | 4,439.55 |
| **Direct Care-Nursing - Other** | 2,706.00 |
| **Total Direct Care-Nursing** | 1,893,583.81 |
| **Marketing** | |
| **Health Insurance** | 2,904.00 |
| **Advertising** | |
| **Advertising Referral Company** | 117,279.29 |
| **Advertising - Other** | 17,526.89 |
| **Total Advertising** | 134,806.18 |
| **Supplies** | 192.90 |
| **Total Marketing** | 134,999.08 |
| **Resident refund** | 53,326.96 |
| **Administration** | |
| **Omni** | 36,759.17 |
| **Adm. Wages** | 308,079.95 |
| **Adm. Payroll Taxes** | 27,610.79 |
| **Automobile Expense** | 17,992.42 |
| **Bank Service Charges** | 2,741.79 |
| **Computer/Software** | 10,586.34 |
| **Contract Labor** | 20,564.85 |
| **Donations/Contributions** | 90.00 |
| **Dues and Subscriptions** | 560.00 |
| **Employee Background Checks** | 1,546.16 |
| **Employee Training** | 442.00 |
| **Health Insurance-Employees** | 27,773.37 |
| **Insurance** | 136,794.41 |
| **Legal/Professional Fees** | 7,500.00 |
| **Licenses and Permits** | 704.83 |
| **Management fee** | 88,591.74 |
| **Miscellaneous** | 289.50 |
| **Office Supplies** | 5,291.62 |
| **Postage and Delivery** | 1,368.03 |
| **Payroll Service Charge** | 14,160.70 |
| **Telephone** | 15,637.87 |

| | Jan - Jun 26 |
|---|---|
| U.S. Trustee fees | 25,734.00 |
| W/C Insurance | 44,815.00 |
| Total Administration | 795,634.54 |
| Total Expense | 5,150,110.29 |
| Net Ordinary Income | 279,215.71 |
| Net Income | **279,215.71** |
| Other Expense | |
| Depreciation Expense | 27,278.52 |
| Total Other Expense | 27,278.52 |
| Net Income | **$ 251,937.19** |

# Attachment B

## Saucon Valley Manor Inc.
# Adequate Protection & Rent Paid
**January through July 20, 2026**

**Cash Basis**

| | Ck# | Date | Name | Memo | Paid Amount |
|---|---|---|---|---|---|
| | | | **Facility Costs** | | |
| **Adequate Protection** | | | | | |
| | 2133 | 02/13/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan # | $35,000.00 |
| | 2214 | 03/12/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan # | $35,000.00 |
| | Wire | 04/17/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $35,000.00 |
| | Wire | 05/11/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $35,000.00 |
| | Wire | 05/29/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $69,578.58 |
| | Wire | 06/10/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $35,000.00 |
| | Wire | 06/30/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $69,578.58 |
| | Wire | 07/13/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880324 | $35,000.00 |
| Total Adequate Protection | | | | | $349,157.16 |
| | | | | | |
| **Rent** | | | | | |
| Total Rent | Wire | 04/29/2026 | Duane Morris LLP | Rent Escrow | $142,118.42 |
| | | | | | |
| **Total** | | | | | **$491,275.58** |

## Saucon Valley Manor Inc.
# Real Estate taxes paid
**January 1 - July 20, 2026**

| | Num | Date | Memo | Credit |
|---|---|---|---|---|
| **Borough of Hellertown** | 2281 | 03/23/2026 | Installment #1 | $15,899.90 |
| **Borough of Hellertown** | 2436 | 05/25/2026 | Final Installment | $15,899.90 |
| **County of Northampton** | 2247 | 03/23/2026 | Installment #1 | $4,977.36 |
| **County of Northampton** | 2416 | 05/21/2026 | Installment #2 | $4,977.36 |
| **County of Northampton** | 2555 | 07/09/2026 | Final Installment | $4,977.36 |
| **Total** | | | | **$46,731.88** |

## Saucon Valley Manor Inc.
# Payments from Good Shepherd Rehab
**January 1 - July 20, 2026**

| Pay Meth | Num | Date | Amount |
|---|---|---|---|
| Check | 271961 | 02/09/2026 | $5,266.96 |
| Check | 272114 | 03/09/2026 | $5,266.96 |
| Check | 272282 | 04/09/2026 | $5,266.96 |
| Check | 272486 | 05/11/2026 | $5,266.96 |
| Check | 272739 | 06/09/2026 | $5,266.96 |
| Check | 272882 | 07/07/2026 | $5,266.96 |
| **Total** | | | **$31,601.76** |

**Whitehall Manor Inc**

## Adequate Protection & Rent Paid

**January through July 20, 2026** — **Cash Basis**

| | Ck# | Date | Name | Memo | Paid Amount |
|---|---|---|---|---|---|
| | | | Facility Costs | | |
| **Adequate Protection** | | | | | |
| | 48651 | 02/13/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan # | $35,000.00 |
| | 48724 | 03/12/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan # | $35,000.00 |
| | Wire | 04/17/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $35,000.00 |
| | Wire | 05/11/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $35,000.00 |
| | Wire | 05/29/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $69,844.95 |
| | Wire | 06/10/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $35,000.00 |
| | Wire | 06/30/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $69,844.95 |
| | Wire | 07/13/2026 | Lehigh Valley 1 LLC | Adequate Protection Payment for Loan #880323 | $35,000.00 |
| Total Adequate Protection | | | | | $349,689.90 |
| | | | | | |
| **Rent** | | | | | |
| | Wire | 04/29/2026 | Duane Morris LLP | Rent Escrow | $139,000.00 |
| Total Rent | | | | | |
| | | | | | |
| Total | | | | | $488,689.90 |

**Whitehall Manor Inc**

## Real Estate taxes paid

**January 1 - July 20, 2026**

| | Num | Date | Memo | Credit |
|---|---|---|---|---|
| **County of Lehigh** | 48883 | 05/21/2026 | Installment #1 | $4,979.52 |
| **Whitehall Twp** | 48811 | 04/20/2026 | Installment #1 | $4,693.00 |
| **Whitehall Twp** | 48898 | 05/21/2026 | Installment #2 | $4,693.00 |
| **Whitehall Twp** | 48969 | 06/23/2026 | Installment #3 | $4,693.00 |
| **Total** | | | | $ 19,058.52 |

**Whitehall Manor Inc**

## Payments from Good Shepherd Rehab

**January 1 - July 20, 2026**

| Type | Num | Date | Amount |
|---|---|---|---|
| Payment | 271964 | 02/09/2026 | $4,729.00 |
| Payment | 272112 | 03/09/2026 | $4,729.00 |
| Payment | 272285 | 04/08/2026 | $4,729.00 |
| Payment | 272489 | 05/11/2026 | $4,729.00 |
| Payment | 272742 | 06/09/2026 | $4,729.00 |
| Payment | 272885 | 07/07/2026 | $4,729.00 |
| **Total** | | | $ 28,374.00 |

## Prepetition payments from Good Shepherd Rehab received postpetition

Total: **$25,258.88**