**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Whitehall Manor, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-15245 (PMM)<br><br>Jointly Administered |

**ORDER PURSUANT TO 11 U.S.C. § 363 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER USE AND OCCUPANCY AGREEMENTS**

Upon the joint motion (as amended, the "Motion")[7] of the Debtors, for entry of an order (this "Order") pursuant to Section 363 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing (i)(x) Debtors Whitehall Manor, Inc. and Whitehall Trust for Senior Care (f/k/a Whitehall Trust and herein, "Whitehall Trust") to enter into and perform under the Whitehall U&O Agreement and (y) Debtors Saucon Valley Manor, Inc. and Saucon Trust (together with Whitehall Trust, the "Trusts") to enter into and perform under that certain Saucon U&O Agreement, and (ii) in connection therewith, to use property of the estate, including cash collateral; and it appearing that the Court has jurisdiction to consider the Motion; and the Court being satisfied, based upon the representations made in the Motion that the relief sought in the Motion is necessary and in the best interest of the Trusts and their estates, and that the terms of the U&O Agreements are reasonable and within the Debtors' business judgment, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the notice of the Motion having been properly given and

[7] Capitalized terms used in this Order without definitions have the meanings assigned to them in the *Amended Joint Motion Pursuant To 11 U.S.C. § 363 for Entry of an Order Authorizing the Debtors to Enter Into and Perform Under Use and Occupancy Agreements*.

such notice being adequate for the entry of this Order; and it appearing that no other notice is required; **[**and it appearing that the proposed Monthly U&O Payments will adequately protect the Secured Lender's interest in its collateral and prevent diminution in value;**]** and upon the record of the hearing on the Motion and any objections thereto having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004, the Debtors are authorized to enter into and to perform under the U&O Agreements, and authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. Notwithstanding anything to the contrary in Bankruptcy Rule 6004 or any other applicable Bankruptcy Rule or Code Section, this Order shall be effective upon the entry thereof.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:
**July 27, 2026**

BY THE COURT:

Patricia M. Mayer

Honorable Patricia M. Mayer
United States Bankruptcy Judge